UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALANTIR TECHNOLOGIES INC.,

        Plaintiff,

v.

RADHA JAIN and JOANNA COHEN,

        Defendants.

Civil Action No. 25-cv-8985

### DECLARATION OF HARRIS MUFSON IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY

I, Harris Mufson, declare under penalty of perjury, pursuant to 29 U.S.C. § 1746:

1. I am an attorney authorized to practice before this court.

2. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Plaintiff Palantir Technologies Inc. ("Palantir"). I am fully familiar with the facts set forth in this Declaration.

3. I make this declaration in support of Palantir's Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery.

4. Attached hereto as **Exhibit A** is a true and correct copy of Defendant Radha Jain's Offer Letter, Proprietary Information and Inventions Agreement, and Arbitration Agreement signed on December 7, 2019.

5. Attached hereto as **Exhibit B** is a true and correct copy of Defendant Joanna Cohen's Offer Letter, Proprietary Information and Inventions Agreement, and Arbitration Agreement signed on November 21, 2019.

6. Attached hereto as **Exhibit C** is a true and correct copy of Palantir's First Set of Requests for Production to Defendant Jain dated October 30, 2025.

7. Attached hereto as **Exhibit D** is a true and correct copy of Palantir's First Set of Requests for Production to Defendant Cohen dated October 30, 2025.

8. Attached hereto as **Exhibit E** is a true and correct copy of Palantir's First Set of Interrogatories to Defendant Jain dated October 30, 2025.

9. Attached hereto as **Exhibit F** is a true and correct copy of Palantir's First Set of Interrogatories to Defendant Cohen dated October 30, 2025.

10. Attached hereto as **Exhibit G** is a true and correct copy of Palantir's Subpoena to Percepta AI LLC dated October 30, 2025.

11. Attached hereto as **Exhibit H** is a true and correct copy of Palantir's Subpoena to General Catalyst dated October 30, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed: October 30, 2025

Harris Mufson

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.3805
Fax: 212.817.9505
HMufson@gibsondunn.com