UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PALANTIR TECHNOLOGIES INC.,

                Plaintiff,

    v.

RADHA JAIN and JOANNA COHEN,

                Defendants.

Civil Action No. 25-cv-8985

---

## DECLARATION OF ANKIT SHANKAR

I, Ankit Shankar, state and declare as follows:

1. My name is Ankit Shankar, and I am the Team Lead for AIP at Palantir Technologies Inc. ("Palantir"). I submit this declaration in support of Palantir's request for a temporary restraining order and preliminary injunction. I have personal knowledge of the matters set forth herein, based on my personal experience, and if called to testify as a witness, I could and would testify competently thereto.

### Palantir's Business

2. Since its founding in 2003, Palantir has become a global leader in deploying software that enables customers to integrate artificial intelligence ("AI") directly into their own business operations to increase efficiencies.

3. Palantir's flagship Artificial Intelligence Platform ("AIP") provides customers with the ability to integrate their data, configure complex models, and deploy AI-powered applications securely with market-leading data governance capabilities.

4. AIP is designed to integrate directly with a customer's existing data infrastructure. It can ingest and process large volumes of data in real time, synchronize the data

so that it all can be analyzed together, and generate tailored outputs that automate repetitive processes, make AI-driven recommendations, and execute specific actions within the customer's existing workflow.  This allows customers to embed AI directly into their day-to-day operations, augmenting the systems and decision-making processes they already use, rather than interacting with AI as a separate point solution.

5.      Unlike traditional software tools that can perform only a single function or operate in only a single industry, AIP is a highly configurable platform that can perform innumerable functions and operate across all industries, including:

- **Financial Services**: Financial institutions deploy AIP to assist with fraud detection, risk assessment, and compliance monitoring.  For example, AIP continuously analyzes transactional data and regulatory feeds, identifies anomalies, and can recommend compliance workflows.

- **Manufacturing and Supply Chain**: Manufacturing companies benefit from AIP by monitoring and managing production and distribution in real time.  For instance, if a manufacturer relies on certain raw materials to produce its product, AIP can track supply levels, forecast shortages, assess timing of reshipments, and recommend corrective action such as adjusting output or rerouting existing shipments.

- **Healthcare**: Hospitals and medical providers use AIP to automate parts of their processes for securing reimbursements from insurance companies for medical services.  To illustrate, when an insurance company denies a claim, AIP can ingest the denial notice, analyze the patient's medical data and the insurer's guidelines, and generate a recommended next step for the medical provider such as drafting an

appeal letter.

6. Palantir operates its business on a global scale, with six offices in North America, 14 offices in Europe & the Middle East, and four offices in Asia & Pacific. Palantir's customer base includes Fortune 500 companies located around the world.

7. By embedding AI directly into existing enterprise workflows, Palantir enables organizations around the world to transform how they operate, augmenting human decision-making with machine intelligence while maintaining full control, security, and accountability.

### Radha Jain

8. I was Radha Jain's supervisor at Palantir, and I oversaw her work on various projects.

9. Ms. Jain worked for Palantir as an AI Product Engineer. In this role, she was responsible for designing and building Palantir's source code that serves as the fundamental building blocks for Palantir's software solutions, including AIP Logic. AIP Logic is Palantir's market-leading product, which is a tool for building no-code and low-code solutions within Palantir's broader Artificial Intelligence Platform. AIP Logic serves as a gateway for customers to deploy Palantir's proprietary technologies in a matter of days.

10. During her employment with Palantir, Ms. Jain worked closely with Palantir's customers. Ms. Jain regularly attended on-the-ground "bootcamps" with Palantir's healthcare clients, including hospitals, among others. Ms. Jain had direct insight into how customers use Palantir's products, and how Palantir markets those products.

11. At Palantir, Ms. Jain had access to some of Palantir's most value trade secrets and confidential information, including:

- **Source Code** – Ms. Jain had access to Palantir's enterprise GitHub repository,

which contains the core source code for its flagship software platforms. This codebase represents the foundational architecture of Palantir's products—elements that customers cannot view or modify—and is considered the Company's most sensitive intellectual property. Access to this repository is tightly controlled and tracked, requiring explicit approval due to its strategic value. Ms. Jain's role on the product development team involved directly contributing to and modifying this code, giving her deep insight into the underlying mechanics of Palantir's software and its proprietary engineering approaches.

- **Internal Workspace of Demonstrations** – Ms. Jain had exposure to Palantir's internal demonstrative workspace, a gated environment used to prototype and showcase AI capabilities across industries. This workspace houses curated trial-and-error experiments, dashboards, and configurations for customer-facing presentations. The demonstrations reflect years of learning about what offerings resonate with clients, serving as a repository of strategic insights into Palantir's customer relationships. Ms. Jain's familiarity with the environment enabled her to internalize Palantir's most effective deployment narratives and technical showcases.

- **Deployed Customer Workflows** – Ms. Jain had access to live, customer-deployed workflows—configured dashboards, applications, and data pipelines tailored to specific customer needs. These workflows represent the final, operational layer of Palantir's software, integrating real-time data ingestion, AI processing, and actionable outputs. Accessing these deployments requires special permissions and provided visibility into how Palantir's platform was being used in practice, including the precise configurations and use cases that had proven successful. This

knowledge, derived from years of customer interaction and iterative development, offered a roadmap for replicating Palantir's value propositions elsewhere.

- **Proprietary Customer Engagement Strategies** – Ms. Jain also gained access to Palantir's internal strategies for customer engagement—documents and practices that guide how engineers and sales teams diagnose client needs, framed offerings, and secured buy-in. These strategies are developed through extensive experience in various sectors, such as healthcare, and were stored in restricted internal repositories. They included curated questions, diagnostic frameworks, and messaging tactics that help Palantir navigate complex stakeholder environments and accelerate adoption. This playbook of engagement is instrumental in shaping Palantir's market success.

12. I understand that Palantir has invested billions of dollars and years of research and development to generate these trade secrets and confidential information, and, collectively, this information would give any competitor a significant head start by relieving them of the need to make a comparable initial investment in the development of such information as well as allow such competitor to replicate Palantir's technology, client strategies, and market positions.

13. On November 21, 2024, provided notice that she would be resigning from Palantir, which was a surprise to me. A few days later, she circulated a short, farewell email stating that she was "joining the founding team of an AI startup with some ex-Palantirians." Ms. Jain's last day of employment with Palantir was December 2, 2024.

14. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 29, 2025
      San Francisco, California

By: _____

Ankit Shankar