**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PALANTIR TECHNOLOGIES INC.,

          Plaintiff,

    v.

RADHA JAIN and JOANNA COHEN,

          Defendants.

Civil Action No.  25-cv-8985_____

## DECLARATION OF SHAWN GREENSPAN

I, Shawn Greenspan, state and declare as follows:

1.      My name is Shawn Greenspan, and I submit this declaration in support of Plaintiff Palantir Technologies Inc.'s ("Palantir") request for a temporary restraining order and preliminary injunction.  I have personal knowledge of the matters set forth herein, based on my personal experience, and if called to testify as a witness, I could and would testify competently thereto.

2.      I am a Deployment Strategist at Palantir and have worked at Palantir since 2015.

3.      During Joanna Cohen's employment with Palantir, I worked closely with her and supervised her work.

4.      At Palantir, Ms. Cohen interacted with some of Palantir's healthcare customers to tailor specific AI software solutions to their needs to increase the efficiency of their businesses and operations.

5.      Ms. Cohen's role was as a Forward Deployed Engineer, a position that required both technical acumen and strong customer engagement skills.  As a Forward Deployed Engineer, Ms. Cohen's job was to work directly with Palantir's customers to implement Palantir's AI tools

directly into the customer's systems.

6.　　　　Over the course of her time at Palantir, Ms. Cohen continued as a Forward Deployed Engineer and grew into a more senior role as a Healthcare Lead, specializing in working directly with Palantir's customers in the healthcare industry.　As a Healthcare Lead, she was responsible for interacting directly with Palantir's healthcare customers to understand their unique needs and then design and implement AI software solutions tailored to meet those needs.

7.　　　　In connection with her job at Palantir, Ms. Cohen had access to some of Palantir's most valuable trade secrets and confidential information, including:

- **Source Code** – Ms. Cohen had access to Palantir's enterprise GitHub repository, which contains the source code for its flagship software platforms. This codebase represents the foundational architecture of Palantir's products—elements that customers cannot view or modify—and is considered the Company's most sensitive intellectual property.

- **Internal Workspace of Demonstrations** – Ms. Cohen had exposure to Palantir's internal demonstrative workspace, an environment used to prototype and showcase AI capabilities across industries. This workspace houses curated trial-and-error experiments, dashboards, and configurations for customer-facing presentations. The demonstrations reflect years of learning about what offerings resonate with clients, serving as a repository of strategic insights into Palantir's customer relationships.

- **Deployed Customer Workflows** – Ms. Cohen had access to live, customer-deployed workflows—configured dashboards, applications, and data pipelines tailored to specific customer needs.　These workflows represent the final,

operational layer of Palantir's software, integrating real-time data ingestion, AI processing, and actionable outputs. Accessing these deployments requires special permissions and provided visibility into how Palantir's platform was being used in practice, including the precise configurations and use cases that had proven successful.

- **Proprietary Customer Engagement Strategies** – Ms. Cohen learned Palantir's internal strategies for customer engagement—practices that guide how engineers and sales teams diagnose client needs, framed offerings, and secured buy-in. These strategies are developed through extensive experience in various sectors, such as healthcare.

8.      On February 24, 2025, Ms. Cohen provided notice that she intended to resign from Palantir, which was surprising to me.

9.       I was advised by Palantir's IT department that on February 25, 2025, that Ms. Cohen sent herself several documents through Slack and accessed those documents on her personal iPhone. I have reviewed those documents, and each contains confidential and/or proprietary Palantir information.  Below is a description of each:

- **Healthcare Revenue Cycle Management Diagram** – This detailed workflow diagram depicts key inflection points in the healthcare revenue cycle in which Palantir's AI platform could add value.

- **Internal Healthcare Demonstration Planning Framework** – This internal framework was used to plan and prioritize demonstration content for prospective healthcare customers by aggregating insights from past deployments and customer conversations to identify high-impact use cases for utilizing products like AIP

Logic.

- **Draft Statement of Work** – This document outlines a proposed scope of work for an important healthcare customer in order to expand the value creation on top of the Palantir platform. This document reflects confidential and proprietary information that Palantir shares with customers only after those customers executed non-disclosure agreements, given the nature of the information contained therein. This document also contains information which reflects Palantir's work product based upon its analysis of a customer's business.

10.     I was advised by Palantir's IT department that, after Ms. Cohen gave notice of her intent to resign from Palantir, she accessed Palantir's Highspot repository, including reviewing materials concerning Palantir's anti-money laundering, renewable energy, cyber, fleet operations, biomanufacturing, and oil and gas offerings, most of which are unrelated to Ms. Cohen's role in the healthcare space.

11.     If a competitor had access to these materials, they may be able to replicate Palantir's demonstrations, target high-value use cases, and pitch tailored solutions to clients, using Palantir's insights gleaned from years of work and financial investment, without having to make the same investments Palantir incurred.

12.     I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 29, 2025
           New York, New York

By: _____
           Shawn Greenspan