**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br>                    Plaintiff, <br><br>         v. <br><br> RADHA JAIN and JOANNA COHEN, <br><br>                    Defendants. | 25 Civ. 8985 (JPO) (JW) <br><br> **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Radha Jain and Joanna Cohen in the above-captioned action:

>Steven N. Feldman
>Latham & Watkins LLP
>1271 Avenue of the Americas
>New York, NY 10020
>Telephone: (212) 906-1200
>Facsimile: (212) 751-4864
>Email: steve.feldman@lw.com

Dated: October 31, 2025
      New York, New York

>Respectfully Submitted,
>
>**LATHAM & WATKINS LLP**
>
>/s/ Steve N. Feldman
>Steven N. Feldman
>1271 Avenue of the Americas
>New York, NY 10020
>Tel: (212) 906-1200
>Fax: (212) 751-4864
>Email: steve.feldman@lw.com
>
>*Attorneys for Defendants*