**GIBSON DUNN**

Harris Mufson
Partner
T: +1 212.351.3805

December 8, 2025

VIA ECF

The Honorable J. Paul Oetken
United State District Judge
40 Foley Square
New York, NY 10007

Re: *Palantir Technologies Inc. v. Radha Jain and Joanna Cohen*, No. 1:25-cv-08985-JPO (S.D.N.Y.)

Dear Judge Oetken,

  We represent Plaintiff Palantir Technologies Inc. in the above-captioned action. We write on behalf of Plaintiff, with consent of the Defendants, to respectfully request the Court's permission to exceed the word-count limitations provided for in Rule 4.C. of Your Honor's Individual Rules & Practices in connection with Plaintiff's forthcoming motion for a preliminary injunction, which is due on December 12, 2025. Plaintiff respectfully requests that it be permitted up to 11,500 words for its opening brief.

  Should Plaintiff be granted permission to file its motion with an increased word-count, Plaintiff respectfully requests that Defendants be permitted up to 11,500 words to file an omnibus opposition to Plaintiff's motion, and that Plaintiff be permitted up to 4,300 words for its reply in further support of its motion.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*[signature]*

Harris Mufson
Partner

**Gibson, Dunn & Crutcher LLP**

200 Park Avenue  |  New York, NY 10166-0193  |  T: 212.351.4000  |  F: 212.351.4035  |  gibsondunn.com