**GIBSON DUNN**

Harris M. Mufson
Partner
T: +1 212.351.3805

December 11, 2025

VIA ECF

The Honorable J. Paul Oetken
United States District Judge
40 Foley Square
New York, NY 10007

Re:  Palantir Technologies Inc. v. Radha Jain and Joanna Cohen, No. 1:25-cv-08985-JPO (S.D.N.Y.)

Dear Judge Oetken,

    We represent Plaintiff Palantir Technologies Inc. in the above-captioned action. In advance of the of filing of Plaintiff's motion for a preliminary injunction, which is due tomorrow, December 12, Plaintiff respectfully requests the Court's permission to file an omnibus brief concerning all sealing issues on January 23, 2026 – three business days after Plaintiff's reply brief in support of its motion is filed.

    In connection with the three upcoming briefs relating to Plaintiff's request for a preliminary injunction, discovery material will be filed that will likely be the subject of motions to seal. Rather than burden the Court with multiple rounds of briefing in relation to the discovery material submitted in support of each filing, Plaintiff proposes to submit a single omnibus motion to seal after the factual record on Plaintiff's motion has closed to promote judicial efficiency and reduce the burden on the Court.

    Defendants do not consent to this request.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Harris Mufson*

Harris Mufson
Partner