**GIBSON DUNN**

Harris M. Mufson
Partner
T: +1 212.351.3805

December 12, 2025

<u>VIA ECF</u>

The Honorable J. Paul Oetken
United States District Judge
40 Foley Square
New York, NY 10007

Re:   *Palantir Technologies Inc. v. Radha Jain and Joanna Cohen*, No. 1:25-cv-08985-JPO (S.D.N.Y.)

Dear Judge Oetken,

    We represent Plaintiff Palantir Technologies Inc. in the above-captioned action. Plaintiff's motion for a preliminary injunction, which is being filed concurrently herewith, includes exhibits and references to exhibits that contain Plaintiff's confidential business information. Consistent with Plaintiff's letter-motion at ECF No. 35, Plaintiff respectfully requests that these materials be maintained under provisional seal pending the submission of Plaintiff's forthcoming omnibus motion to seal.

    Plaintiff's motion also includes information that Defendants have designated confidential under the Stipulated Protective Order, ECF No. 29. Pursuant to Your Honor's Individual Civil Rule 6(C)(i), Plaintiff hereby provides notice to Defendants and non-parties Percepta AI LLC and General Catalyst that materials filed today include documents they have designated as confidential, and that they must file a letter explaining the need to seal or redact these materials within three business days, or as further directed by the Court.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Harris M. Mufson*

Harris M. Mufson
Partner


CC: Counsel for Defendants and non-parties Percepta AI LLC and General Catalyst (Jordan Hughes, Jordan.Hughes@lw.com; Steve Feldman, Steve.Feldman@lw.com; Marja-Liisa Overbeck, Mari.Overbeck@lw.com; and Sarah Burack, Sarah.Burack@lw.com)