# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>HIRSH JAIN, RADHA JAIN, and JOANNA COHEN, <br><br>　　　　　　Defendants. | Civil Action No. 25-cv-08985-JPO <br><br> Hon. J. Paul Oetken |

## DECLARATION OF JONATHAN JUNGCK

I, Jonathan Jungck, state and declare as follows:

1.　　My name is Jonathan Jungck, and I am a Healthcare Technical Lead at Palantir. I submit this declaration in support of Plaintiff Palantir Technologies Inc.'s ("Palantir") motion for a preliminary injunction.

2.　　I have personal knowledge of the matters set forth herein, based on my personal experience, and if called to testify as a witness, I could and would testify competently thereto.

3.　　In my role as a Healthcare Technical Lead, I oversee over 130 employees who work with Palantir's healthcare customers on solutions to implement AI into their systems and operations. Given this role, I am familiar with the documents and information Palantir uses to help identify and meet our customers' business needs.

4.　　I was advised by Palantir's IT department that on or about February 25, 2025, Ms. Cohen sent herself several documents through Slack and accessed those documents on her personal iPhone. One of those documents is an AI Use Case Tracker. I have reviewed the AI Use Case Tracker, and it contains highly confidential information.

5.　　The AI Use Case Tracker is a ranked roadmap of 30 different use cases and initial

return on investment evaluations of AI solutions collected for one of Palantir's major healthcare customers. The chart ranks which uses create the most value for the customer, the specific problems sought to be solved, and how difficult each solution is to build.

6. The insight regarding these use cases would not have been made available to Palantir without the deep trust and goodwill built through Palantir's relationship with the customer.

7. This document, and the information contained within it, is subject to a non-disclosure agreement between Palantir and this customer.

8. In Percepta's hands, the AI Use Case Tracker would provide an instant shortcut in the healthcare space to target high-value use cases, deprioritize lower-value use cases, and pitch tailored solutions to similarly-situated clients, all using Palantir's insights gleaned from years of work and financial investment, without having to make the same time and cost investments Palantir incurred.

9. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 12, 2025
New York, New York

By: _____
Jonathan Jungck