UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> HIRSH JAIN, RADHA JAIN, and JOANNA COHEN, <br><br> Defendants. | Civil Action No. 25-cv-08985-JPO <br><br> Hon. J. Paul Oetken |

## DECLARATION OF KEYUR PARIKH

I, Keyur Parikh, state and declare as follows:

1. My name is Keyur Parikh, and I am a Forward Deployed Engineer and US Government Business Lead at Palantir. I submit this declaration in support of Plaintiff Palantir Technologies, Inc.'s ("Palantir") motion for a preliminary injunction.

2. I have personal knowledge of the matters set forth herein, based on my personal experience, and if called to testify as a witness, I could and would testify competently thereto.

3. Given my role as the Business Lead in Palantir's US Government sector, I am familiar with Hirsh Jain's duties and responsibilities while he was at Palantir because I had oversight over growth, business development, and execution of the US Government sector of Palantir.

4. From October 30, 2017 to September 16, 2020, Hirsh Jain worked for Palantir as a Forward Deployed Engineer. In September 2020, he became a Deployment Strategist in Palantir's U.S. Government business, and in early 2022 he was promoted to be the portfolio lead of Palantir's U.S. government health business, until his departure in August 2024. His official title was Head of Public Health and Senior Vice President, Federal.

5. In his most recent role before he left Palantir, Hirsh Jain had oversight, strategy,

and execution responsibilities across the entirety of Palantir's U.S. government health business, including work with the Center for Disease Control and Department of Health and Human Services, inclusive of all organizations within those agencies (such as the National Institute of Health).

6. His responsibilities included engaging on Palantir's broader government growth strategy (inclusive of the health business), government affairs approaches, and driving execution efforts for all U.S. government health projects. He managed nearly a dozen direct reports, set compensation for 28 other employees, contributed to compensation review of over 100 employees, was the hiring manager for Forward Deployed Engineers at Palantir for three years, and helped to drive Palantir's retention strategies relating to its most promising personnel.

7. Throughout his time with Palantir, many of Hirsh Jain's direct reports were senior employees or leaders within Palantir's U.S. government business. This included individuals who were leaders of specific deployments within Palantir's health and civilian government business. His direct reports were also people leads, meaning Hirsh Jain had responsibilities over other leaders in Palantir's U.S. government business.

8. His leadership role provided deep visibility into Palantir's most critical confidential personnel and strategic initiatives. For example, Hirsh Jain's compensation review and manager responsibilities provided him with unique insight into pay and promotional prospects. He also had visibility into Palantir's confidential retention efforts, inclusive of different levers and macro retention strategies.

9. At Palantir, Hirsh Jain had access to some of Palantir's most valuable confidential information, including:

- **Source Code** – Hirsh Jain had access to Palantir's enterprise GitHub repository, which contains the core source code for Palantir's flagship software platforms. This

codebase represents the foundational architecture of Palantir's products—elements that customers cannot view or modify—and is considered the Company's most sensitive intellectual property. Access to this repository is tightly controlled and tracked, requiring explicit approval due to its strategic value.

- **Internal Workspace of Demonstrations** – Hirsh Jain had exposure to Palantir's internal demo workspace, a gated environment used to prototype and showcase AI capabilities across industries. This workspace housed curated trial-and-error experiments, dashboards, and configurations that were not shared externally, but informed customer-facing presentations and Palantir's product road map. The demonstrations reflected years of learning about what resonated with clients and what did not, serving as a goldmine of strategic insights.

- **Deployed Customer Workflows** – Hirsh Jain had access to live, customer-deployed workflows—custom-built dashboards, algorithmic solutions, and data pipelines tailored to specific customer needs. These workflows represented the final, operational layer of Palantir's software, integrating real-time data ingestion, AI processing, and actionable outputs. Accessing these deployments required special permissions and provided visibility into how Palantir's platform was being used in practice, including the precise configurations and use cases that had proven successful. This knowledge, derived from years of customer interaction and iterative development, offered a roadmap for replicating Palantir's value propositions elsewhere.

- **Proprietary Customer Engagement Strategies** – Hirsh Jain also had access to Palantir's internal strategies for customer engagement—documents and practices that

3

guided how engineers and sales teams diagnosed customer needs, framed offerings, and secured buy-in both for Palantir's products and for its services. These strategies were developed through extensive experience in sectors like healthcare and were stored in restricted internal repositories. They included curated questions, diagnostic frameworks, and messaging tactics that helped Palantir navigate complex stakeholder environments and accelerate adoption.

10. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 12, 2025
New York, New York

By: _____
Keyur Parikh