**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PALANTIR TECHNOLOGIES INC.,

                    Plaintiff,

          v.

HIRSH JAIN, RADHA JAIN, and JOANNA
COHEN,

                    Defendants.

Civil Action No. 25-cv-08985-JPO

Hon. J. Paul Oetken

**DECLARATION OF HARRIS MUFSON IN SUPPORT**
**OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

I, Harris Mufson, declare under penalty of perjury, pursuant to 29 U.S.C. § 1746:

1.      I am an attorney authorized to practice before this court and am a member in good standing of the bar of the State of New York.

2.      I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Plaintiff Palantir Technologies Inc. ("Palantir").  I am fully familiar with the facts set forth in this Declaration.

3.      I make this declaration in support of Palantir's Motion for a Preliminary Injunction in this action.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of the November 15, 2024 text exchange between Radha Jain and Hirsh Jain, produced in this action bearing the Bates number RJ_JC_00000448 and marked as Exhibit 17 in the November 21, 2025 deposition of Radha Jain.  Defendants have designated portions of Exhibit 1 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

5.      Attached hereto as **Exhibit 1-A** is a true and correct copy of the November 15,

2024 text exchange between Radha Jain and Hirsh Jain, produced in this action bearing the Bates number RJ_JC_00000448 and marked as Exhibit 17 in the November 21, 2025 deposition of Radha Jain.

6.      Attached hereto as **Exhibit 2** is a true and correct copy of the February 8, 2025 text exchange between Radha Jain and Hirsh Jain, produced in this action bearing the Bates number RJ_JC_00000762.  Defendants have designated portions of Exhibit 2 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

7.      Attached hereto as **Exhibit 2-A** is a true and correct copy of the February 8, 2025 text exchange between Radha Jain and Hirsh Jain, produced in this action bearing the Bates number RJ_JC_00000762.

8.      Attached hereto as **Exhibit 3** is a true and correct copy of the January 22, 2025 General: Transferring Personal Files off Palantir Laptops policy, produced in this action bearing the Bates number PALANTIR_00000196 and marked as Exhibit 20 in the November 24, 2025 deposition of Joanna Cohen.  Exhibit 3 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

9.      Attached hereto as **Exhibit 4** is a true and correct screen capture of Radha Jain's personal website, available at https://www.radhajain.com/, which was downloaded at my direction on November 20, 2025.

10.     Attached hereto as **Exhibit 5** is a true and correct copy of the job description for a forward deployed software engineer at Palantir, produced in this action bearing the Bates number PALANTIR_00000191 and marked as Exhibit 2 in the November 24, 2025 deposition of Joanna Cohen.

11.     Attached hereto as **Exhibit 6** is a true and correct copy of the job description for a senior front-end software engineer at Palantir, produced in this action bearing the Bates number PALANTIR_00000332.

12.     Attached hereto as **Exhibit 7** is a true and correct copy of the August 26, 2024 text exchange between Hirsh Jain and Radha Jain, produced in this action bearing the Bates number RJ_JC_00000403 and marked as Exhibit 10 in the November 21, 2025 deposition of Radha Jain.

13.     Attached hereto as **Exhibit 8** is a true and correct copy of the October 24, 2024 text exchange between Hirsh Jain and Radha Jain, produced in this action bearing the Bates number RJ_JC_00000409 and marked as Exhibit 11 in the November 21, 2025 deposition of Radha Jain.

14.     Attached hereto as **Exhibit 9** is a true and correct copy of the October 24, 2024 text exchange between Radha Jain and a Palantir colleague, produced in this action bearing the Bates number RJ_JC_00000399 and marked as Exhibit 12 in the November 21, 2025 deposition of Radha Jain.

15.     Attached hereto as **Exhibit 10** is a true and correct copy of a screenshot of Radha Jain's Palantir calendar on November 4, 2024, which was marked as Exhibit 13 in the November 21, 2024 deposition of Radha Jain.

16.     Attached hereto as **Exhibit 11** is a true and correct copy of the November 5, 2024 text exchange between Hirsh Jain and Radha Jain, produced in this action bearing the Bates number RJ_JC_00000413 and marked as Exhibit 14 in the November 21, 2025 deposition of Radha Jain.

17.     Attached hereto as **Exhibit 12** is a true and correct copy of the November 6, 2024

text exchange between Hirsh Jain and Radha Jain, produced in this action bearing the Bates number RJ_JC_00000414 and marked as Exhibit 15 in the November 21, 2025 deposition of Radha Jain.  Defendants have designated Exhibit 12 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

18.     Attached hereto as **Exhibit 13** is a true and correct copy of the November 12, 2024 email from Hirsh Jain to Radha Jain and Jeannette zu Furstenberg, produced in this action bearing the Bates number RJ_JC_00000652 and marked as Exhibit 16 in the November 21, 2025 deposition of Radha Jain.

19.     Attached hereto as **Exhibit 14** is a true and correct copy of Radha Jain's November 14, 2024 Responses and Objections to Palantir's First Set of Interrogatories.

20.     Attached hereto as **Exhibit 15** is a true and correct copy of the November 14, 2024 text exchange between Hirsh Jain and Radha Jain, produced in this action bearing the Bates number RJ_JC_00000434.

21.     Attached hereto as **Exhibit 16** is a true and correct copy of the November 18, 2024 email from Hirsh Jain to General Catalyst employees (Hemant Taneja, Jeannette zu Furstenberg, Marc Bhargava, Chris Bischoff, and Quentin Clark), produced in this action bearing the Bates number PERCEPTA_GC_0000285.  Non-parties Percepta/General Catalyst have designated Exhibit 16 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

22.     Attached hereto as **Exhibit 17** is a true and correct copy of the November 19, 2024 agreement between Radha Jain, on the one hand, and General Catalyst, on the other hand, produced in this action bearing the Bates number RJ_JC_00000599.  Defendants have designated

Exhibit 17 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

23.     Attached hereto as **Exhibit 18** is a true and correct copy of the November 20, 2024 email from Katie Keller to Radha Jain, produced in this action bearing the Bates number RJ_JC_00000657. Defendants have designated Exhibit 18 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

24.     Attached hereto as **Exhibit 19** is a true and correct copy of the November 25, 2024 text exchange between Hirsh Jain, Radha Jain, and other Percepta employees (Thomas Mathew, Athul Jacob, and Michael Rochlin), produced in this action bearing the Bates number RJ_JC_00000282 and marked as Exhibit 9 in the November 21, 2025 deposition of Radha Jain. Defendants have designated Exhibit 19 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

25.     Attached hereto as **Exhibit 20** is a true and correct copy of the November 26, 2024 text exchange between Hirsh Jain, Radha Jain, and other Percepta employees (Thomas Mathew, Athul Jacob, and Michael Rochlin), produced in this action bearing the Bates number RJ_JC_00000305. Defendants have designated Exhibit 20 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

26.     Attached hereto as **Exhibit 21** is a true and correct copy of the December 2, 2024 unexecuted Separation and Release Agreement between Radha Jain, on the one hand, and Palantir, on the other hand, produced in this action bearing the Bates number

PALANTIR_00000386.  Exhibit 21 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

27.     Attached hereto as **Exhibit 22** is a true and correct copy of the November 13, 2024 text exchange between Hirsh Jain and Radha Jain, produced in this action bearing the Bates number RJ_JC_00000427 and marked as Exhibit 18 in the November 21, 2025 deposition of Radha Jain.  Defendants have designated portions of Exhibit 22 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

28.     Attached hereto as **Exhibit 22-A** is a true and correct copy of the November 13, 2024 text exchange between Hirsh Jain and Radha Jain, produced in this action bearing the Bates number RJ_JC_00000427 and marked as Exhibit 18 in the November 21, 2025 deposition of Radha Jain.

29.     Attached hereto as **Exhibit 23** is a true and correct copy of the November 13, 2024 email from Radha Jain to Hirsh Jain, produced in this action bearing the Bates number PERCEPTA_GC_0000154.  Non-parties Percepta/General Catalyst have designated Exhibit 23 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

30.     Attached hereto as **Exhibit 24** is a true and correct copy of the November 13, 2024 text exchange between Hirsh Jain, Radha Jain, and other Percepta employees (Thomas Mathew, Athul Jacob, and Michael Rochlin), produced in this action bearing the Bates number RJ_JC_00000247 and marked as Exhibit 19 in the November 21, 2025 deposition of Radha Jain. Defendants have designated Exhibit 24 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under

seal.

31.     Attached hereto as **Exhibit 25** is a true and correct copy of the November 13, 2024 email thread between Hirsh Jain, Radha Jain, and various other individuals, produced in this action bearing the Bates number RJ_JC_00000648 and marked as Exhibit 20 in the November 21, 2025 deposition of Radha Jain.  Defendants have designated Exhibit 25 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

32.     Attached hereto as **Exhibit 26** is a true and correct copy of the August 21, 2024 slide deck from a healthcare customer entitled "[Customer Name] Burden of Illness (BOI) strategy & Operations Overview," produced in this action bearing the Bates number PERCEPTA_GC_0000358 and that was an attachment to Exhibit 25.  Non-parties Percepta/General Catalyst have designated Exhibit 26 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

33.     Attached hereto as **Exhibit 27** is a true and correct copy of the November 2024 slide deck entitled "GC Renaissance AI Workshop," produced in this action bearing the Bates number PERCEPTA_GC_0000189 and that was an attachment to Exhibit 25.  Non-parties Perecepta/General Catalyst have designated Exhibit 27 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

34.     Attached hereto as **Exhibit 28** is a true and correct copy of the slide deck entitled "AI Strategy," produced in this action bearing the Bates number PERCEPTA_GC_0000251 and that was an attachment to Exhibit 25.  Non-parties Percepta/General Catalyst have designated

Exhibit 28 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

35.     Attached hereto as **Exhibit 29** is a true and correct copy of the November 14, 2024 email thread from Hirsh Jain to Radha Jain and other Percepta employees, produced in this action bearing the Bates number RJ_JC_00000640.  Defendants have designated Exhibit 29 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

36.     Attached hereto as **Exhibit 30** is a true and correct copy of the November 14, 2024 text exchange between Hirsh Jain, Radha Jain, and other Percepta employees (Athul Jacob, Thomas Mathew, and Michael Rochlin), produced in this action bearing the Bates number RJ_JC_00000261.  Defendants have designated Exhibit 30 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

37.     Attached hereto as **Exhibit 31** is a true and correct copy of a calendar invite from Hirsh Jain to Radha Jain and other Percepta employees (Athul Jacob, Thomas Mathew, and Michael Rochlin), produced in this action bearing the Bates number PERCEPTA_GC_0000268 and marked as Exhibit 13 in the November 25, 2025 deposition of Thomas Mathew.  Non-parties Percepta/General Catalyst have designated Exhibit 31 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

38.     Attached hereto as **Exhibit 32** is a true and correct copy of the November 18, 2024 email thread between Hirsh Jain, Radha Jain, and Thomas Mathew, produced in this action bearing the Bates number RJ_JC_00000644.  Defendants have designated Exhibit 32 as Protected

Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

39.     Attached hereto as **Exhibit 33** is a true and correct copy of the November 20, 2024 email from Hirsh Jain to Radha Jain and other Percepta employees (Thomas Mathew, Michael Rochlin), produced in this action bearing the Bates number RJ_JC_00000647.  Defendants have designated Exhibit 33 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

40.     Attached hereto as **Exhibit 34** is a true and correct copy of the November 20, 2024 text exchange between Hirsh Jain, Radha Jain, and Thomas Mathew, produced in this action bearing the Bates number RJ_JC_00000362.  Defendants have designated Exhibit 34 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

41.     Attached hereto as **Exhibit 35** is a true and correct copy of the November 27, 2024 email thread from Hirsh Jain to Radha Jain and Michael Rochlin, produced in this action bearing the Bates number RJ_JC_00000641 and marked as Exhibit 21 in the November 21, 2025 deposition of Radha Jain.  Defendants have designated Exhibit 35 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

42.     Attached hereto as **Exhibit 36** is a true and correct copy of the October 2, 2024 message from a Palantir employee to Joanna Cohen and other Palantir employees.  Exhibit 36 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

43.     Attached hereto as **Exhibit 37** is a true and correct copy of the October 2, 2024

message from a Palantir employee to Joanna Cohen and other Palantir employees, which was marked as Exhibit 13 in the November 24, 2025 deposition of Joanna Cohen.  Exhibit 37 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

44.    Attached hereto as **Exhibit 38** is a true and correct copy of the April 24, 2023 slack exchange between Joanna Cohen and other Palantir, which was marked as Exhibit 14 in the November 24, 2025 deposition of Joanna Cohen.  Exhibit 38 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

45.    Attached hereto as **Exhibit 39** is a true and correct copy of the November 27, 2024 text exchange between Hirsh Jain and Radha Jain, produced in this action bearing the Bates number RJ_JC_00000510.  Defendants have designated Exhibit 39 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

46.    Attached hereto as **Exhibit 40** is a true and correct copy of the November 27, 2024 email thread from Radha Jain to Palantir employees, produced in this action bearing the Bates number PALANTIR_00000106.

47.    Attached hereto as **Exhibit 41** is a true and correct copy of the November 22, 2024 Palantir exit interview notes for Radha Jain, produced in this action bearing the Bates number PALANTIR_00000311.  Exhibit 41 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

48.    Attached hereto as **Exhibit 42** is a true and correct copy of the October 27, 2024 email thread between Hirsh Jain and General Catalyst employees (Jeanette zu Fürstenberg,

Hemant Taneja, Carin Watson, Chris Bischoff, Marc Bhargava, and Quentin Clark), produced in this action bearing the Bates number PERCEPTA_GC_0000005. Non-parties Percepta/General Catalyst have designated Exhibit 42 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

49.     Attached hereto as **Exhibit 43** is a true and correct copy of the January 30, 2025 email from Hirsh Jain to Hemant Taneja, Quentin Clark, and Gaby Giglio, produced in this action bearing the Bates number PERCEPTA_GC_0000034. Non-parties Percepta/General Catalyst have designated Exhibit 43 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

50.     Attached hereto as **Exhibit 44** is a true and correct copy of the November 5, 2024 text exchange between Joanna Cohen and another individual, produced in this action bearing the Bates number RJ_JC_00000181 and marked as Exhibit 7 in the November 24, 2025 deposition of Joanna Cohen. Defendants have designated Exhibit 44 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

51.     Attached hereto as **Exhibit 45** is a true and correct copy of the November 5, 2024 calendar invite from Joanna Cohen to another Palantir employee, located on her Palantir calendar, which was marked as Exhibit 6 in the November 24, 2024 deposition of Joanna Cohen.

52.     Attached hereto as **Exhibit 46** is a true and correct copy of the October 24, 2024 email thread between Hirsh Jain, Tyler Olkowski, Joanna Cohen, and another Palantir employee, produced in this action bearing the Bates number PERCEPTA_GC_0000010 and marked as Exhibit 15 in the November 24, 2025 deposition of Joanna Cohen. Non-parties Percepta/General Catalyst have designated Exhibit 33 as Protected Discovery Material under the Parties' Stipulated

Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

53.    Attached hereto as **Exhibit 47** is a true and correct copy of the November 15, 2024 email from Hirsh Jain to Joanna Cohen and Thomas Mathew, produced in this action bearing the Bates number RJ_JC_00000535 and marked as Exhibit 8 in the November 24, 2025 deposition of Joanna Cohen.  Defendants have designated Exhibit 47 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

54.    Attached hereto as **Exhibit 48** is a true and correct copy of the January 28, 2025 text exchange between Hirsh Jain and Joanna Cohen, produced in this action bearing the Bates number RJ_JC_00000172 and marked as Exhibit 11 in the November 24, 2025 deposition of Joanna Cohen.  Defendants have designated Exhibit 48 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

55.    Attached hereto as **Exhibit 49** is a true and correct copy of the January 29, 2025 text exchange between Hirsh Jain and Joanna Cohen, produced in this action bearing the Bates number RJ_JC_00000173.   Defendants have designated Exhibit 49 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

56.    Attached hereto as **Exhibit 50** is a true and correct copy of the January 29, 2025 email from Hirsh Jain to Joanna Cohen and Thomas Mathew, produced in this action bearing the Bates number RJ_JC_00000545 and marked as Exhibit 12 in the November 24, 2025 deposition of Joanna Cohen.  Defendants have designated Exhibit 50 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit

provisionally under seal.

57.     Attached hereto as **Exhibit 51** is a true and correct copy of the January 29, 2025 email from Hirsh Jain to Joanna Cohen and Michael Rochlin, produced in this action bearing the Bates number RJ_JC_00000546.  Defendants have designated Exhibit 51 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

58.     Attached hereto as **Exhibit 52** is a true and correct copy of the February 4, 2025 email from Hirsh Jain to Joanna Cohen and Athul Jacob, produced in this action bearing the Bates number RJ_JC_00000560.   Defendants have designated Exhibit 52 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

59.     Attached hereto as **Exhibit 53** is a true and correct copy of Joanna Cohen's November 14, 2024 Responses and Objections to Palantir's First Set of Interrogatories.

60.     Attached hereto as **Exhibit 54** is a true and correct copy of the February 4, 2025 calendar invite from Athul Jacob to Joanna Cohen, produced in this action bearing the Bates number RJ_JC_00000555.

61.     Attached hereto as **Exhibit 55** is a true and correct copy of the February 7, 2025 email from Hirsh Jain to Joanna Cohen and Gaby Giglio, produced in this action bearing the Bates number RJ_JC_00000565.  Defendants have designated Exhibit 55 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

62.     Attached hereto as **Exhibit 56** is a true and correct copy of the February 19, 2025 calendar invite from Gaby Giglio to Joanna Cohen, produced in this action bearing the Bates

number RJ_JC_00000569. Defendants have designated Exhibit 56 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

63.      Attached hereto as **Exhibit 57** is a true and correct copy of the January 29, 2025 email thread between Hirsh Jain, Radha Jain, and Joanna Cohen, produced in this action bearing the Bates number RJ_JC_00000554.

64.      Attached hereto as **Exhibit 58** is a true and correct copy of the February 3, 2025 calendar invite from Radha Jain to Joanna Cohen, produced in this action bearing the Bates number RJ_JC_00000551 and marked as Exhibit 11 in the November 21, 2025 deposition of Radha Jain.

65.      Attached hereto as **Exhibit 59** is a true and correct copy of the January 31, 2025 text exchange between Joanna Cohen and another individual, produced in this action bearing the Bates number RJ_JC_00000192. Defendants have designated Exhibit 59 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

66.      Attached hereto as **Exhibit 60** is a true and correct copy of the December 8, 2024 email thread between Hirsh Jain and Alexandre Momeni, produced in this action bearing the Bates number PERCEPTA_GC_0000019 and marked as Exhibit 1 in the November 25, 2025 deposition of Thomas Mathew. Non-parties Percepta/General Catalyst have designated Exhibit 60 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

67.      Attached hereto as **Exhibit 61** is a true and correct copy of the February 13, 2025 email from Hirsh Jain to Gaby Giglio, Paul Fielding, and Thomas Mathew, produced in this

action bearing the Bates number PERCEPTA_GC_000071. Non-parties Percepta/General Catalyst have designated Exhibit 61 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

68.    Attached hereto as **Exhibit 62** is a true and correct copy of the February 5, 2025 text exchange between Hirsh Jain and Joanna Cohen, produced in this action bearing the Bates number RJ_JC_00000174 and marked as Exhibit 16 in the November 24, 2025 deposition of Joanna Cohen.

69.    Attached hereto as **Exhibit 63** is a true and correct copy of the February 6, 2025 text exchange between Hirsh Jain and Joanna Cohen, produced in this action bearing the Bates number RJ_JC_00000175. Defendants have designated Exhibit 63 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

70.    Attached hereto as **Exhibit 64** is a true and correct copy of the February 9, 2025 email from Joanna Cohen to Hirsh Jain, produced in this action bearing the Bates number PERCEPTA_GC_0000052. Non-parties Percepta/General Catalyst have designated Exhibit 64 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

71.    Attached hereto as **Exhibit 65** is a true and correct copy of the February 10, 2025 email from Hirsh Jain to Joanna Cohen, produced in this action bearing the Bates number RJ_JC_00000210. Defendants have designated Exhibit 65 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

72.    Attached hereto as **Exhibit 66** is a true and correct copy of the February 10, 2025

email from Hirsh Jain to Joanna Cohen, produced in this action bearing the Bates number RJ_JC_00000005. Defendants have designated Exhibit 66 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

73.     Attached hereto as **Exhibit 67** is a true and correct copy of the February 9, 2025 email thread between Hirsh Jain, Joanna Cohen, and others, produced in this action bearing the Bates number RJ_JC_00000566 and marked as Exhibit 17 in the November 24, 2025 deposition of Joanna Cohen. Defendants have designated Exhibit 67 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

74.     Attached hereto as **Exhibit 68** is a true and correct copy of the February 20, 2025 text exchange between Joanna Cohen and Hirsh Jain, produced in this action bearing the Bates number RJ_JC_00000177. Defendants have designated Exhibit 68 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

75.     Attached hereto as **Exhibit 69** is a true and correct copy of the February 21, 2025 text exchange between Hirsh Jain and Joanna Cohen, produced in this action bearing the Bates number RJ_JC_00000178. Defendants have designated Exhibit 69 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

76.     Attached hereto as **Exhibit 70** is a true and correct copy of the February 21, 2025 email from Juan Esteves to Joanna Cohen, produced in this action bearing the Bates number RJ_JC_00000572. Defendants have designated Exhibit 70 as Protected Discovery Material under

the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

77.     Attached hereto as **Exhibit 71** is a true and correct copy of the February 21, 2025 agreement between Joanna Cohen, on the one hand, and General Catalyst, on the other hand, produced in this action bearing the Bates number RJ_JC_00000672 and marked as Exhibit 18 in the November 24, 2025 deposition of Joanna Cohen.  Defendants have designated Exhibit 71 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

78.     Attached hereto as **Exhibit 72** is a true and correct copy of the February 24, 2025 email thread between Joanna Cohen and Palantir employees, produced in this action bearing the Bates number PALANTIR_00000022 and marked as Exhibit 21 in the November 24, 2025 deposition of Joanna Cohen.

79.     Attached hereto as **Exhibit 73** is a true and correct copy of the February 25, 2025 Palantir exit interview notes for Joanna Cohen, produced in this action bearing the Bates number PALANTIR_00000260.  Exhibit 73 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

80.     Attached hereto as **Exhibit 74** is a true and correct copy of the March 4, 2025 unexecuted Separation and Release Agreement between Joanna Cohen, on the one hand, and Palantir, on the other hand, produced in this action bearing the Bates number PALANTIR_00000371.  Exhibit 74 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

81.     Attached hereto as **Exhibit 75** is a true and correct copy of the February 8, 2025 text exchange between Hirsh Jain and a Palantir employee, produced in this action bearing the

Bates number RJ_JC_00000781.

82.     Attached hereto as **Exhibit 76** is a true and correct copy of the February 21, 2025 text exchange between Radha Jain and Bryan McLellan, produced in this action bearing the Bates number RJ_JC_00000752.

83.     Attached hereto as **Exhibit 77** is a true and correct copy of the March 12, 2025 text exchange between Radha Jain and Bryan McLellan, produced in this action bearing the Bates number RJ_JC_00000749 and marked as Exhibit 23 in the November 21, 2025 deposition of Radha Jain.

84.     Attached hereto as **Exhibit 78** is a true and correct copy of the October 2, 2025 General Catalyst press release entitled "Unveiling Percepta," available at https://www.generalcatalyst.com/stories/unveiling-percepta, which was downloaded at my direction on November 12, 2025.

85.     Attached hereto as **Exhibit 79** is a true and correct copy of the Percepta advisory board memorandum, produced in this action bearing the Bates number PERCEPTA_GC_0000553 and marked as Exhibit 2 in the November 25, 2025 deposition of Thomas Mathew.  Non-parties Percepta/General Catalyst have designated Exhibit 79 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

86.     Attached hereto as **Exhibit 80** is a true and correct copy of the document entitled "Percepta H2 2025 Plan + Strategy Deep-Dive," produced in this action bearing the Bates number PERCEPTA_GC_0000542 and marked as Exhibit 3 in the November 25, 2025 deposition of Thomas Mathew.  Non-parties Percepta/General Catalyst have designated Exhibit 80 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that

Palantir file this exhibit provisionally under seal.

87.     Attached hereto as **Exhibit 81** is a true and correct copy of the Percepta document entitled "2024.10.08 – Renaissance Workshop," produced in this action bearing the Bates number PERCEPTA_GC_0000575 and marked as Exhibit 4 in the November 25, 2025 deposition of Thomas Mathew.  Non-parties Percepta/General Catalyst have designated Exhibit 81 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

88.     Attached hereto as **Exhibit 82** is a true and correct copy of the document entitled "Continuous Engagement Go-Forward Strategy," produced in this action bearing the Bates number PERCEPTA_GC_0000604 and marked as Exhibit 5 in the November 25, 2025 deposition of Thomas Mathew.  Non-parties Percepta/General Catalyst have designated Exhibit 82 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

89.     Attached hereto as **Exhibit 83** is a true and correct copy of the General Catalyst document entitled "Decision-making Platform – WIP," produced in this action bearing the Bates number PERCEPTA_GC_0000454 and marked as Exhibit 6 in the November 25, 2025 deposition of Thomas Mathew.  Non-parties Percepta/General Catalyst have designated Exhibit 83 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

90.     Attached hereto as **Exhibit 84** is a true and correct copy of the General Catalyst hiring spreadsheet, produced in this action bearing the Bates number PERCEPTA_GC_0000510 and marked as Exhibit 10 in the November 25, 2025 deposition of Thomas Mathew.  Non-parties Percepta/General Catalyst have designated Exhibit 84 as Protected Discovery Material under the

Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

91.    Attached hereto as **Exhibit 85** is a true and correct copy of the November 18, 2025 letter from Latham & Watkins.

92.    Attached hereto as **Exhibit 86** is a true and correct copy of excerpts of the transcript of the November 21, 2025 deposition of Radha Jain.  The parties have designated portions of Exhibit 86 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

93.    Attached hereto as **Exhibit 87** is a true and correct copy of excerpts of the transcript of the November 24, 2025 deposition of Joanna Cohen.  The parties have designated portions of Exhibit 87 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

94.    Attached hereto as **Exhibit 88** is a true and correct copy of excerpts of the transcript of the November 25, 2025 deposition of Thomas Mathew.  The parties have designated portions of Exhibit 87 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

95.    Attached hereto as **Exhibit 89** is a true and correct copy of excerpts of the transcript of the December 4, 2025 deposition of Jonathan Jungck.  Palantir has designated portions of Exhibit 89 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

96.    Attached hereto as **Exhibit 90** is a true and correct copy of excerpts of the transcript of the December 3, 2025 deposition of Ankit Shankar.  Palantir has designated portions of Exhibit 90 as Protected Discovery Material under the Parties' Stipulated Protective Order, and

the exhibit will be filed provisionally under seal.

97.    Attached hereto as **Exhibit 91** is a true and correct copy of Radha Jain's 2024 Palantir self-assessment, produced in this action bearing the Bates number PALANTIR_00000308 and marked as Exhibit 7 in the November 21, 2025 deposition of Radha Jain. Exhibit 91 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

98.    Attached hereto as **Exhibit 92** is a true and correct copy of Joanna Cohen's 2022 Palantir self-assessment, produced in this action bearing the Bates number PALANTIR_00000245 and marked as Exhibit 3 in the November 24, 2025 deposition of Joanna Cohen. Exhibit 92 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

99.    Attached hereto as **Exhibit 93** is a true and correct copy of Joanna Cohen's 2023 Palantir self-assessment, produced in this action bearing the Bates number PALANTIR_00000253. Exhibit 93 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

100.    Attached hereto as **Exhibit 94** is a true and correct copy of Joanna Cohen's 2024 Palantir self-assessment, produced in this action bearing the Bates number PALANTIR_00000257 and marked as Exhibit 4 in the November 24, 2025 deposition of Joanna Cohen. Exhibit 94 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

101.    Attached hereto as **Exhibit 95** is a true and correct copy of Joanna Cohen's 2023 Palantir peer review, produced in this action bearing the Bates number PALANTIR_00000249. Exhibit 95 contains Palantir's confidential information and will be provisionally filed under seal

subject to Palantir's forthcoming motion to seal.

102.    Attached hereto as **Exhibit 96** is a true and correct copy of the January 18, 2025 email exchange between Joanna Cohen and Tyler Okowski, produced in this action bearing the Bates number RJ_JC_00000543.  Defendants have designated Exhibit 96 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

103.    Attached hereto as **Exhibit 97** is a true and correct copy of Radha Jain's 2022 Palantir self-assessment, produced in this action bearing the Bates number PALANTIR_00000292 and marked as Exhibit 5 in the November 21, 2025 deposition of Radha Jain.  Exhibit 97 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

104.    Attached hereto as **Exhibit 98** is a true and correct copy of Radha Jain's 2023 Palantir self-assessment, produced in this action bearing the Bates number PALANTIR_00000300 and marked as Exhibit 6 in the November 21, 2025 deposition of Radha Jain.  Exhibit 98 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

105.    Attached hereto as **Exhibit 99** is a true and correct screen capture of the Percepta job opening for "Applied AI Engineer - Healthcare," available at https://jobs.ashbyhq.com/percepta/a1b9d8aa-01ae-410b-9d1d-e599235a3d81, which was downloaded at my direction on December 4, 2025.

106.    Attached hereto as **Exhibit 100** is a true and correct copy of the November 20, 2024 email from Hirsh Jain to Radha Jain and Thomas Mathew, produced in this action bearing the Bates number RJ_JC_00000671.  Defendants have designated Exhibit 100 as Protected

Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

107.    Attached hereto as **Exhibit 101** is a true and correct copy of Joanna Cohen's Palantir slack logs from November 11, 2024 to March 1, 2025, produced in this action bearing the Bates number PALANTIR_00000345 and marked as Exhibit 32 in the November 24, 2025 deposition of Joanna Cohen.  Exhibit 101 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

108.    Attached hereto as **Exhibit 102** is a true and correct copy of Joanna Cohen's Palantir deletion logs from February 24, 2025, produced in this action bearing the Bates number PALANTIR_00000357 and marked as Exhibit 33 in the November 24, 2025 deposition of Joanna Cohen.  Exhibit 102 contains Palantir's confidential information and will be provisionally filed under seal subject to Palantir's forthcoming motion to seal.

109.    Attached hereto as **Exhibit 103** is a true and correct copy of the Percepta document entitled "JC 10/27-10/31 OOTO," produced in this action bearing the Bates number PERCEPTA_GC_0000538.  Non-parties Percepta/General Catalyst have designated Exhibit 103 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibit provisionally under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed: December 12, 2025

_____

Harris Mufson

Gibson, Dunn & Crutcher LLP
200 Park Avenue

New York, NY 10166-0193
Tel: 212.351.3805
Fax: 212.817.9505
HMufson@gibsondunn.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on Defendant's counsel on the date below via email and will be filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 12, 2025                    _____/s/ Harris Mufson_____