# Exhibit 1-A

# REDACTED PORTION FILED UNDER SEAL

📅 11/15/2024  👤 3  💬 170  📎 0

**Participants:** ████████  **Hirsh Jain;**  ████████ **Radha Jain (Owner);**
████████ Radha Jain (Owner)

**First Message:** 11/15/2024 3:14:33 PM
**Last Message:** 11/15/2024 10:14:24 PM

---

**Hirsh Jain** 11/15/2024 3:14:33 PM
Can we pencil 12/9 start for you

**Radha Jain (Owner)** 11/15/2024 3:16:24 PM
Yeah totally — could also do dec 3 onwards

**Hirsh Jain** 11/15/2024 3:17:26 PM
Bc we're on GC payroll it's payroll start dates so either 11/23 (when Tom is starting) 12/9 or 12/23

**Hirsh Jain** 11/15/2024 3:17:34 PM
So let's do 12/9

**Hirsh Jain** 11/15/2024 3:17:52 PM
WOW you're really doing this lfg

**Hirsh Jain** 11/15/2024 3:17:58 PM
I'm so locked in

**Radha Jain (Owner)** 11/15/2024 3:22:15 PM
Okay sweet I will plan to give my notice on nov 27th then that last day is dec 6

**Radha Jain (Owner)** 11/15/2024 3:22:25 PM
I know this is so nuts

**Hirsh Jain** 11/15/2024 3:22:48 PM
Why would you not take one week off

**Hirsh Jain** 11/15/2024 3:22:52 PM
Give your notice next week

**Radha Jain (Owner)** 11/15/2024 3:23:14 PM
Its thanksgiving anyway

**Radha Jain (Owner)** 11/15/2024 3:23:35 PM
We have end of week off and I doubt it will be terribly busy

**Hirsh Jain** 11/15/2024 3:23:45 PM
I mean don't let me get in your way but you will have one chance at a no work week

**Hirsh Jain** 11/15/2024 3:23:51 PM
For the next 10+ years

**Hirsh Jain** 11/15/2024 3:24:06 PM
I would take it and like fuck off to a beach or go to museums or something

**Radha Jain (Owner)** 11/15/2024 3:25:26 PM
hmmm

**Radha Jain (Owner)** 11/15/2024 3:25:29 PM
How much notice did you give?

**Hirsh Jain** 11/15/2024 3:26:58 PM
Well

**Hirsh Jain** 11/15/2024 3:27:04 PM
I had a strange departure

**Hirsh Jain** 11/15/2024 3:27:16 PM
I gave what I thought would be a month and ▬ kinda pushed me out in 2.5 weeks

**Hirsh Jain** 11/15/2024 3:27:48 PM
But I did like comp review for 120 people etc and I had a lot of external stuff to hand off

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Radha Jain (Owner)** 11/15/2024 3:29:23 PM
Right okay

**Radha Jain (Owner)** 11/15/2024 3:29:40 PM
God I hate the idea of telling people I'm leaving and then sticking around

**Radha Jain (Owner)** 11/15/2024 3:29:43 PM
Clean breaks!!!

**Hirsh Jain** 11/15/2024 3:29:45 PM
Yeah

**Hirsh Jain** 11/15/2024 3:29:49 PM
I mean I'm with you

**Hirsh Jain** 11/15/2024 3:30:46 PM
I think pltr is also with you

**Hirsh Jain** 11/15/2024 3:30:57 PM
I think the real move is you tell ankit next Wednesday and you let him dictate how to approach

**Radha Jain (Owner)** 11/15/2024 3:31:46 PM
Liked "I think the real move is you tell ankit next Wedne…"

**Radha Jain (Owner)** 11/15/2024 3:31:47 PM
Yeah I was basically thinking the same tbh

**Radha Jain (Owner)** 11/15/2024 3:31:55 PM
I also want to tell my young dad

**Radha Jain (Owner)** 11/15/2024 3:32:02 PM
Who is going out on pat leave soon so its gonna be a real double whammy

**Hirsh Jain** 11/15/2024 3:32:05 PM

Your young dad

**Hirsh Jain** 11/15/2024 3:32:11 PM
Who in the world is your young dad

**Radha Jain (Owner)** 11/15/2024 3:32:18 PM
▇

**Radha Jain (Owner)** 11/15/2024 3:32:24 PM
Favorite person I have ever worked with

**Hirsh Jain** 11/15/2024 3:32:29 PM
Hire him

**Hirsh Jain** 11/15/2024 3:32:30 PM
Lol

**Radha Jain (Owner)** 11/15/2024 3:33:27 PM
Well so the real star combo here is ▇

**Radha Jain (Owner)** 11/15/2024 3:33:41 PM
If we get one we get both

**Hirsh Jain** 11/15/2024 3:33:58 PM
I am, fundamentally, a recruiter

**Radha Jain (Owner)** 11/15/2024 3:33:58 PM
▇ likes head pats and money so I actually think there would be a play there

**Radha Jain (Owner)** 11/15/2024 3:34:33 PM
I also made friends with a lot of the pipeline builder guys who are also excellent and grind

**Radha Jain (Owner)** 11/15/2024 3:34:38 PM
*Edited*

I also made friends with a lot of the pipeline builder guys who are also excellent and grindy

**Hirsh Jain** 11/15/2024 3:34:45 PM
Loved " likes head pats and money so I actually think…"

**Hirsh Jain** 11/15/2024 3:34:54 PM
Amazing

**Radha Jain (Owner)** 11/15/2024 3:35:07 PM
I def think that there is a world where we can get some stellar eng talent

**Hirsh Jain** 11/15/2024 3:35:09 PM
Yeah I'm down to pillage the best devs at palantir when they're at their maximum richness

**Radha Jain (Owner)** 11/15/2024 3:39:44 PM
[redacted]

**Hirsh Jain** 11/15/2024 3:39:54 PM
Loved "Yeah I think the GC-backed structure of this makes…"

**Hirsh Jain** 11/15/2024 3:40:02 PM
I think most palantir deltas are bad engineers now

**Hirsh Jain** 11/15/2024 3:40:04 PM
Truthfully

**Radha Jain (Owner)** 11/15/2024 3:42:10 PM
Most yes

**Radha Jain (Owner)** 11/15/2024 3:42:13 PM
Some excellent

**Radha Jain (Owner)** 11/15/2024 3:42:44 PM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RJ_JC_00000452
RJ_JC_00000448

Commercial deltas seem to be significantly better than USG from what I've seen (but idk about defense stuff)

**Hirsh Jain** 11/15/2024 3:42:51 PM
That's 100% true

**Hirsh Jain** 11/15/2024 3:43:15 PM
I think it's unfortunately the case that being a better run business = more core product = tighter margins = less engineering freewheeling = worse engineers

**Hirsh Jain** 11/15/2024 3:43:38 PM
So yes the only good devs in USG are doing insane shit in DoD

**Radha Jain (Owner)** 11/15/2024 3:44:36 PM
Yeah also just that you have to reflect the biz of your customers and most usg is slow

**Radha Jain (Owner)** 11/15/2024 3:44:44 PM
This guy v good delta:

**Radha Jain (Owner)** 11/15/2024 3:44:49 PM
[redacted]

**Hirsh Jain** 11/15/2024 3:45:23 PM
Omg radha

**Hirsh Jain** 11/15/2024 3:45:25 PM
He was [redacted]

**Hirsh Jain** 11/15/2024 3:45:32 PM
I was [redacted] for a long time

**Hirsh Jain** 11/15/2024 3:45:35 PM
I LOVE [redacted]

**Hirsh Jain** 11/15/2024 3:45:53 PM
We could 100% poach ▇ I ride or die for that guy that is such a good idea

**Hirsh Jain** 11/15/2024 3:46:10 PM
I just texted him

**Radha Jain (Owner)** 11/15/2024 3:46:19 PM
Oh fuck yes

**Hirsh Jain** 11/15/2024 3:46:34 PM
He's also so healthcarey

**Hirsh Jain** 11/15/2024 3:46:40 PM
He's so great I truly love ▇

**Radha Jain (Owner)** 11/15/2024 3:46:41 PM
Palantir is making him feel special rn so we just gotta make him feel more special

**Hirsh Jain** 11/15/2024 3:46:46 PM
Yes

**Hirsh Jain** 11/15/2024 3:47:04 PM
We can do that

**Hirsh Jain** 11/15/2024 3:47:09 PM
A lot of diff ways

**Hirsh Jain** 11/15/2024 3:47:33 PM
Michael signed his offer today

**Hirsh Jain** 11/15/2024 3:47:37 PM
Tmat signing later today

**Hirsh Jain** 11/15/2024 3:47:42 PM

We have employees!!!

**Radha Jain (Owner)** 11/15/2024 3:47:52 PM
Emphasized "We have employees!!!"

**Radha Jain (Owner)** 11/15/2024 3:48:04 PM
Loved "I just texted him "

**Radha Jain (Owner)** 11/15/2024 3:48:14 PM
God im buzzing this is so so good

**Hirsh Jain** 11/15/2024 3:48:16 PM
Oh you know who else

**Hirsh Jain** 11/15/2024 3:48:18 PM

**Hirsh Jain** 11/15/2024 3:48:20 PM
Did you work w her

**Hirsh Jain** 11/15/2024 3:48:49 PM
[redacted]

**Radha Jain (Owner)** 11/15/2024 3:49:29 PM
I worked with her when she was baby fresh

**Radha Jain (Owner)** 11/15/2024 3:49:57 PM
She was fine/good then not hugely impressive but im sure she's grown

**Hirsh Jain** 11/15/2024 3:50:02 PM
My perception of time is so skewed

**Hirsh Jain** 11/15/2024 3:50:06 PM

I really thought she was before you

**Hirsh Jain** 11/15/2024 3:50:35 PM
I think one of the 100000 nice things about having you tmat Michael is we can do a real Eng screening process

**Hirsh Jain** 11/15/2024 3:50:51 PM
Instead of me being like yes I know that person is smart / has a strong reputation / talks as fast as me

**Radha Jain (Owner)** 11/15/2024 3:52:28 PM
Ha yea i'm very biased towards the like 98% percentile I think

**Radha Jain (Owner)** 11/15/2024 3:52:36 PM
Those are the ones that stick in my mind vs the "seems good" ones

**Radha Jain (Owner)** 11/15/2024 3:52:42 PM
OH I wonder what ▬ is up to

**Radha Jain (Owner)** 11/15/2024 3:52:50 PM
He just left pal

**Hirsh Jain** 11/15/2024 3:52:58 PM
Liked "Ha yea i'm very biased towards the like 98% percen..."

**Radha Jain (Owner)** 11/15/2024 3:53:05 PM
▬

**Hirsh Jain** 11/15/2024 3:53:10 PM
Can we get ▬

**Hirsh Jain** 11/15/2024 3:53:20 PM
Is ▬ good?

**Hirsh Jain** 11/15/2024 3:53:25 PM

He was very so so when I worked w him in 2018

**Radha Jain (Owner)** 11/15/2024 3:53:32 PM
*Reply*
Absolutely excellent

**Radha Jain (Owner)** 11/15/2024 3:53:37 PM
*Reply*
Designer / PM guy

**Hirsh Jain** 11/15/2024 3:53:39 PM
Yeah

**Hirsh Jain** 11/15/2024 3:53:44 PM
Nice hell yeah

**Hirsh Jain** 11/15/2024 3:53:58 PM
■ is the best all around everything I've ever worked with but is unattainable

**Radha Jain (Owner)** 11/15/2024 3:54:37 PM
*Reply*
I knew him from like nyc party scene like 5 years ago lol

**Hirsh Jain** 11/15/2024 3:54:49 PM
Yeah that's the right guy

**Hirsh Jain** 11/15/2024 3:54:51 PM
He's a raging maniac

**Radha Jain (Owner)** 11/15/2024 3:56:13 PM
I somehow have never come across ■ he seems great

**Radha Jain (Owner)** 11/15/2024 3:56:25 PM
Kkkkk I need to go do meetings for my real job

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RJ_JC_00000457
RJ_JC_00000448

**Radha Jain (Owner)** 11/15/2024 3:56:38 PM
God thinking about poaching is so fun

**Hirsh Jain** 11/15/2024 3:56:57 PM
Hahaha

**Hirsh Jain** 11/15/2024 3:57:07 PM
You understand why I saw you and immediately went into sell mode

**Hirsh Jain** 11/15/2024 3:57:18 PM
The idea of working w your fav ppl outside the context of palantir is

**Hirsh Jain** 11/15/2024 3:57:26 PM
Electric

**Radha Jain (Owner)** 11/15/2024 3:59:47 PM
[redacted]

**Hirsh Jain** 11/15/2024 4:00:03 PM
Loved "Last thing I'll say is I think the two things we c…"

**Hirsh Jain** 11/15/2024 4:00:08 PM
Talk to Jeannette about 1

**Hirsh Jain** 11/15/2024 4:00:19 PM
But I completely agree on 1

**Hirsh Jain** 11/15/2024 4:00:23 PM
For 2 do you mean hiring wise

**Hirsh Jain** 11/15/2024 4:00:33 PM

AI Actualist

**Hirsh Jain** 11/15/2024 4:00:34 PM
Lol

**Radha Jain (Owner)** 11/15/2024 4:02:52 PM
Loved "Talk to Jeannette about 1"

**Radha Jain (Owner)** 11/15/2024 4:03:01 PM
*Reply*
Yes

**Radha Jain (Owner)** 11/15/2024 4:04:06 PM
Idk if I told you but I did a brief stint building the recruiting machine and ▮ and I spent basically 3 months talking about how to attract / retain / identify talent

**Radha Jain (Owner)** 11/15/2024 4:04:19 PM
And this was a key key part of it

**Radha Jain (Owner)** 11/15/2024 4:05:14 PM
Wow I forgot I actually have so many thoughts about this we can throw around and see what we like

**Hirsh Jain** 11/15/2024 4:05:22 PM
hell yeah

**Hirsh Jain** 11/15/2024 4:05:27 PM
I was a delta HM for 3 years lol

**Hirsh Jain** 11/15/2024 4:05:53 PM
I am v passionate about hiring / holding the bar culturally and executionally and am v down to work through this tg

**Hirsh Jain** 11/15/2024 4:06:25 PM
I"m low key trying to get ▮ to leave and go run exec talent at GC lol

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RJ_JC_00000459
RJ_JC_00000448

**Radha Jain (Owner)** 11/15/2024 4:50:11 PM
Emphasized "I was a delta HM for 3 years lol"

**Radha Jain (Owner)** 11/15/2024 4:50:19 PM
Reply
Oh fuck ya forgot about this

**Radha Jain (Owner)** 11/15/2024 4:51:17 PM
"There are a few people I would follow anywhere and hirsh is one of them" - ▇ to me, circa 2020 when I said I was joining usg health

**Hirsh Jain** 11/15/2024 5:12:18 PM
Loved ""There are a few people I would follow anywhere an…"

**Hirsh Jain** 11/15/2024 5:12:27 PM
I love her so much

**Hirsh Jain** 11/15/2024 5:13:08 PM
I'm pumped bc I feel like I'm convinced you and tmat make my existence unnecessary

**Hirsh Jain** 11/15/2024 5:13:19 PM
and I feel like that's a great model of how first employees should feel

**Radha Jain (Owner)** 11/15/2024 5:56:37 PM
Mate we would never get paid for anything without u lol

**Hirsh Jain** 11/15/2024 5:56:52 PM
Hahahahaha

**Radha Jain (Owner)** 11/15/2024 5:57:12 PM
Plus you'll much better at recruiting people than either of us

**Hirsh Jain** 11/15/2024 5:57:22 PM
We are a great team

**Radha Jain (Owner)** 11/15/2024 5:57:24 PM
We'd just be like "join if u want if u don't that cool"

**Hirsh Jain** 11/15/2024 5:57:24 PM
I'm not concerned

**Hirsh Jain** 11/15/2024 5:57:44 PM
If you guys are too good and don't need me anymore, I'll work for you two as your head of comms

**Hirsh Jain** 11/15/2024 5:58:19 PM
I feel so #blessed to not only work with but just to get to spend so much time with you and Tom

**Hirsh Jain** 11/15/2024 5:58:27 PM
Ballers both of you

**Radha Jain (Owner)** 11/15/2024 5:59:07 PM
Yeah it's a all star team

**Radha Jain (Owner)** 11/15/2024 5:59:38 PM
I have a deep dive w athul now to go over some workflow specifics

**Hirsh Jain** 11/15/2024 5:59:44 PM
Enjoy lol

**Hirsh Jain** 11/15/2024 9:09:49 PM
Bloomfield

**Hirsh Jain** 11/15/2024 9:09:51 PM
Bloomfield AI

**Radha Jain (Owner)** 11/15/2024 9:12:11 PM
Jain Street

**Hirsh Jain** 11/15/2024 9:12:22 PM
JAINCO

**Hirsh Jain** 11/15/2024 9:12:41 PM
Just AI Native Companies

**Radha Jain (Owner)** 11/15/2024 9:13:02 PM
Djaingo unchained

**Hirsh Jain** 11/15/2024 9:13:07 PM
Do you have the full set of puns

**Hirsh Jain** 11/15/2024 9:13:11 PM
Jain the rock johnson

**Radha Jain (Owner)** 11/15/2024 9:13:33 PM
jacks ideas lol

**Hirsh Jain** 11/15/2024 9:13:44 PM
The best one is gucci jain I recommend coopting

**Hirsh Jain** 11/15/2024 9:13:56 PM
Loved "jacks ideas lol"

**Hirsh Jain** 11/15/2024 9:21:49 PM
what's your sched this weekend to talk comp

**Radha Jain (Owner)** 11/15/2024 9:24:42 PM
Can chat today till like 7ish or tomorrow during the day

**Radha Jain (Owner)** 11/15/2024 10:11:00 PM
<3 not an emoji but

**Radha Jain (Owner)** 11/15/2024 10:11:20 PM

I'm v happy hirsh

**Hirsh Jain** 11/15/2024 10:11:26 PM

♥♥♥

**Hirsh Jain** 11/15/2024 10:11:30 PM

I can't wait!!!!!

**Hirsh Jain** 11/15/2024 10:11:42 PM

Def my most used emoji

**Radha Jain (Owner)** 11/15/2024 10:11:43 PM

You've been so great abt this whole thing and I am so blown away

**Radha Jain (Owner)** 11/15/2024 10:12:12 PM

*Reply*
More repub vibes than me

**Hirsh Jain** 11/15/2024 10:14:24 PM

Loved "You've been so great abt this whole thing and I am…"

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RJ_JC_00000463
RJ_JC_00000448