# Exhibit 2-A

# REDACTED PORTION FILED UNDER SEAL

📅 2/8/2025  👤 3  💬 189  📎 1

**Participants:** ███████ **Hirsh Jain**; ███████ **Radha Jain (Owner)**; ███████ Radha Jain (Owner)

**First Message:** 2/8/2025 1:55:29 AM
**Last Message:** 2/8/2025 4:31:57 PM

---

**Radha Jain (Owner)** 2/8/2025 1:55:29 AM
Loved "I think you will adore ███ and ███"

**Radha Jain (Owner)** 2/8/2025 1:55:59 AM
Separate from the chat w ███ can we catch up sometime abt paris

**Hirsh Jain** 2/8/2025 1:56:06 AM
Yeah

**Hirsh Jain** 2/8/2025 1:56:16 AM
I'm around a lot of Sunday bc I'm not skiing when everyone else is

**Radha Jain (Owner)** 2/8/2025 1:56:34 AM
Yeah or Monday nbd

**Radha Jain (Owner)** 2/8/2025 1:56:52 AM
It would be so fun if we worked w ███ lol

**Hirsh Jain** 2/8/2025 1:57:06 AM
I wish I were in nyc this weekend I would've loved to grab a drink and catch up on everything

**Hirsh Jain** 2/8/2025 1:57:10 AM
I wanna gossip debrief etc

**Radha Jain (Owner)** 2/8/2025 1:57:42 AM
Well im gonna be in Paris this weekend so

**Radha Jain (Owner)** 2/8/2025 1:57:56 AM
Feel free to get here early and we can hang !!

**Radha Jain (Owner)** 2/8/2025 1:58:20 AM
I know I do feel like lots of good goss to be had

**Radha Jain (Owner)** 2/8/2025 1:58:39 AM
I was feeling all the feelings in the car on the way here

**Hirsh Jain** 2/8/2025 1:58:47 AM
Where's here

**Hirsh Jain** 2/8/2025 1:58:50 AM
Airport?

**Hirsh Jain** 2/8/2025 1:58:59 AM
Liked "I know I do feel like lots of good goss to be had"

**Hirsh Jain** 2/8/2025 1:59:02 AM
Loved "It would be so fun if we worked w ▇ lol"

**Radha Jain (Owner)** 2/8/2025 1:59:05 AM
Yeah

**Hirsh Jain** 2/8/2025 1:59:05 AM
*Reply*
Let's do it

**Hirsh Jain** 2/8/2025 1:59:10 AM
Tell me

**Hirsh Jain** 2/8/2025 1:59:13 AM
The feelings

**Hirsh Jain** 2/8/2025 1:59:24 AM
Ms. Not Emotionally Vulnerable

**Radha Jain (Owner)** 2/8/2025 1:59:34 AM
Ha

**Radha Jain (Owner)** 2/8/2025 1:59:38 AM
Maybe it benefits me

**Radha Jain (Owner)** 2/8/2025 2:00:04 AM
All good things!!!! I'm like so happy right now and just excited and nervous and nostalgic and all that you know

**Radha Jain (Owner)** 2/8/2025 2:00:12 AM
I am very fond of our little team

**Radha Jain (Owner)** 2/8/2025 2:00:28 AM
It's been so fun to see everyone act in their spikes

**Hirsh Jain** 2/8/2025 2:00:28 AM
I love our little team and am really intent on preserving cultural vibes

**Hirsh Jain** 2/8/2025 2:00:35 AM
I really miss everyone when I'm away

**Hirsh Jain** 2/8/2025 2:00:39 AM
I feel so attached

**Hirsh Jain** 2/8/2025 2:00:44 AM
Loved "All good things!!!! I'm like so happy right now an…"

**Radha Jain (Owner)** 2/8/2025 2:00:59 AM
And I get to spend so much time like actually thinking and brainstorming w everyone!! It's such a dream

**Radha Jain (Owner)** 2/8/2025 2:01:26 AM
And also getting to travel for work is something I ALways wanted but weirdly never happened that

much w pal

**Hirsh Jain** 2/8/2025 2:01:40 AM
Emphasized "And also getting to travel for work is something I..."

**Radha Jain (Owner)** 2/8/2025 2:01:41 AM
So even this little trip I am so jazzed abt and happy to be there

**Hirsh Jain** 2/8/2025 2:01:44 AM
Omg please for the love of god

**Hirsh Jain** 2/8/2025 2:01:49 AM
Take travel off of me lol

**Radha Jain (Owner)** 2/8/2025 2:02:20 AM
Well selfishly I like u being there too lol

**Hirsh Jain** 2/8/2025 2:02:21 AM
I am so so so happy to get you more travel / to spend time with you to feel like you're in a place to drive some of these things (which I think you are)

**Radha Jain (Owner)** 2/8/2025 2:02:33 AM
Ur like human aloe Vera nothing can go wrong if you're there

**Hirsh Jain** 2/8/2025 2:02:39 AM
Hahahahaahahhahahaah

**Hirsh Jain** 2/8/2025 2:02:49 AM
That's one of the nicer compliments I've ever been given

**Hirsh Jain** 2/8/2025 2:02:59 AM
I am constantly worried things are gonna go wrong

**Radha Jain (Owner)** 2/8/2025 2:03:33 AM

No I think it's going to be great

**Radha Jain (Owner)** 2/8/2025 2:03:48 AM
And I think we're going to look back at this time w nostalgia

**Radha Jain (Owner)** 2/8/2025 2:04:01 AM
There is a stress but also a beauty in the uncertainty

**Radha Jain (Owner)** 2/8/2025 2:04:30 AM
Gotta soak it in before everything changes again

**Hirsh Jain** 2/8/2025 2:11:58 AM
I completely agree

**Hirsh Jain** 2/8/2025 2:12:22 AM
I feel distinct joy in the ▮ office I'm like wow we are a little scrappy team

**Hirsh Jain** 2/8/2025 2:12:29 AM
And it really is the four of us

**Hirsh Jain** 2/8/2025 2:12:57 AM
Who are all such weirdos in our own way but it literally feels like a sitcom

**Radha Jain (Owner)** 2/8/2025 2:14:13 AM
TmAt is the most normal one I reckon

**Radha Jain (Owner)** 2/8/2025 2:14:26 AM
I had the loveliest chat w michael yday

**Radha Jain (Owner)** 2/8/2025 2:14:42 AM
I really love talking to him abt normal life things he always has such insightful things to say

**Hirsh Jain** 2/8/2025 2:14:49 AM
Michael is not everyone's cup of tea but I truly love him and it makes me happy that you and TMat

have grown to

---

[redacted] **Radha Jain (Owner)** 2/8/2025 2:16:03 AM
Yeah he's great

---

[redacted] **Radha Jain (Owner)** 2/8/2025 2:16:05 AM
Honestly

---

[redacted] **Radha Jain (Owner)** 2/8/2025 2:16:12 AM
I just am a sucker for people that smile easily

---

[redacted] **Radha Jain (Owner)** 2/8/2025 2:16:33 AM
And everyone on this team is very quick to laugh

---

[redacted] **Radha Jain (Owner)** 2/8/2025 2:16:52 AM
Should be one of our culture principles

---

[redacted] **Hirsh Jain** 2/8/2025 2:17:32 AM
Awww

---

[redacted] **Hirsh Jain** 2/8/2025 2:17:35 AM
Yes it's true

---

[redacted] **Hirsh Jain** 2/8/2025 2:17:39 AM
We are a lighthearted bunch

---

[redacted] **Hirsh Jain** 2/8/2025 2:18:45 AM
That's actually helpful to hear because I had been workshopping a take that a lot of what we described as Pal cultural cohesion between the four of us is actually just a different set of shared cultural principles that the four of us happen to have/that I cared about selecting for in the initial team

---

[redacted] **Hirsh Jain** 2/8/2025 2:21:02 AM
And I think a piece of it is this rare combo of intensity and not taking yourself too seriously

---

**Radha Jain (Owner)** 2/8/2025 2:21:24 AM
Yes

**Radha Jain (Owner)** 2/8/2025 2:21:31 AM
Also like the destruction of ego lol

**Radha Jain (Owner)** 2/8/2025 2:21:48 AM
Like feeling totally uncensored to disagree or feedback

**Hirsh Jain** 2/8/2025 2:21:57 AM
Liked "Like feeling totally uncensored to disagree or fee…"

**Radha Jain (Owner)** 2/8/2025 2:21:59 AM
And not worry about offending

**Hirsh Jain** 2/8/2025 2:22:13 AM
One of my fears is ▇▇▇▇ is I think a version of my polished take

**Radha Jain (Owner)** 2/8/2025 2:22:20 AM
Dude

**Radha Jain (Owner)** 2/8/2025 2:22:26 AM
Yeah I've been thinking about this a lot

**Radha Jain (Owner)** 2/8/2025 2:25:31 AM
I'm

**Radha Jain (Owner)** 2/8/2025 2:26:28 AM
Sorry boarding

**Radha Jain (Owner)** 2/8/2025 2:27:34 AM
I kind of think we should go w our guts on it tbh

**Radha Jain (Owner)** 2/8/2025 2:29:26 AM

Like removing the (semi-artificial) pressure of HATCo etc

**Radha Jain (Owner)** 2/8/2025 2:29:35 AM
Is this still the 6th person we would hire

**Radha Jain (Owner)** 2/8/2025 2:29:40 AM
And if it isn't a fuck yes it's a no

**Hirsh Jain** 2/8/2025 2:30:01 AM
We forget we are gonna have this ▇ character irl with us

**Hirsh Jain** 2/8/2025 2:30:05 AM
Which is gonna be bad for vibes

**Radha Jain (Owner)** 2/8/2025 2:30:54 AM
▇ who?

**Hirsh Jain** 2/8/2025 2:31:05 AM
This AI guy

**Hirsh Jain** 2/8/2025 2:31:46 AM
▇

**Radha Jain (Owner)** 2/8/2025 2:32:00 AM
Oh yeah

**Radha Jain (Owner)** 2/8/2025 2:32:08 AM
But tbh I'm not worried about that

**Radha Jain (Owner)** 2/8/2025 2:32:22 AM
I think he'll just be happy goofy keep to himself a bit chip in occasionally

**Radha Jain (Owner)** 2/8/2025 2:32:29 AM
Which is different from ▇

 **Hirsh Jain** 2/8/2025 2:34:17 AM

Ok these are the people I think we have a >50% chance of being able get in order of probability of us getting (aggregate of our likelihood of wanting them / them taking it):

Joanna 

Bryan

 **Radha Jain (Owner)** 2/8/2025 2:38:55 AM

Okay yeah

 **Hirsh Jain** 2/8/2025 2:40:49 AM

My perception of culture fit

Joanna 

Bryan

 **Radha Jain (Owner)** 2/8/2025 2:41:54 AM

I'd agree w that

 **Radha Jain (Owner)** 2/8/2025 2:42:05 AM

I'd bump Joanna to an ▇ once she's in her element / comfortable

 **Radha Jain (Owner)** 2/8/2025 2:42:22 AM

I worry ▮ is less than a ▮

**Radha Jain (Owner)** 2/8/2025 2:43:01 AM
I don't know though

**Hirsh Jain** 2/8/2025 2:43:11 AM
Your take has softened on ▮

**Hirsh Jain** 2/8/2025 2:43:25 AM
Is that bc you're overcompensating on not being too pro her as your friend

**Hirsh Jain** 2/8/2025 2:43:32 AM
Or bc you actually have developed a separate take

**Radha Jain (Owner)** 2/8/2025 2:44:05 AM
I think it's a confluence of factors

**Radha Jain (Owner)** 2/8/2025 2:45:04 AM
▮

**Radha Jain (Owner)** 2/8/2025 2:45:57 AM
▮

**Radha Jain (Owner)** 2/8/2025 2:47:02 AM
▮

**Radha Jain (Owner)** 2/8/2025 2:47:28 AM
▮

**Hirsh Jain** 2/8/2025 2:47:52 AM
▮

**Hirsh Jain** 2/8/2025 2:47:53 AM
I think all of us have a degree of "oh whatever" when some bullshit comes up

**Radha Jain (Owner)** 2/8/2025 2:49:41 AM
Yeah

**Hirsh Jain** 2/8/2025 2:49:48 AM
I think this squares w my initial read

**Radha Jain (Owner)** 2/8/2025 2:49:56 AM

**Hirsh Jain** 2/8/2025 2:49:59 AM
I mean truthfully I wasn't that energized I was like oh this is a picture perfect hire

**Radha Jain (Owner)** 2/8/2025 2:50:23 AM
I know that was my feeling too when she threw her hat in

**Hirsh Jain** 2/8/2025 2:50:27 AM
Which has been telling ▇ was like I LOVED her and I was like what did you love and he was like she just has the most perfect experience

**Hirsh Jain** 2/8/2025 2:50:38 AM
Reply

**Hirsh Jain** 2/8/2025 2:50:40 AM
Reply

**Hirsh Jain** 2/8/2025 2:50:44 AM

**Radha Jain (Owner)** 2/8/2025 2:51:26 AM
Reply

Is this the summa guy?

**Hirsh Jain** 2/8/2025 2:51:36 AM
Yeah he's the other HATCO person

**Hirsh Jain** 2/8/2025 2:51:44 AM
I forget how non integrated into GC you guys are

**Radha Jain (Owner)** 2/8/2025 2:51:53 AM
Reply

**Hirsh Jain** 2/8/2025 2:52:09 AM

**Radha Jain (Owner)** 2/8/2025 2:52:53 AM
Reply

**Radha Jain (Owner)** 2/8/2025 2:53:05 AM
Reply

**Radha Jain (Owner)** 2/8/2025 2:53:23 AM
Reply

**Hirsh Jain** 2/8/2025 2:53:31 AM
Yeah

**Radha Jain (Owner)** 2/8/2025 2:53:32 AM
Reply

**Hirsh Jain** 2/8/2025 2:53:39 AM

I was thinking about this bc I obviously love you TMat Michael

**Hirsh Jain** 2/8/2025 2:53:53 AM
But I was also sort of thinking about how part of the fun is that our friendship also gets to grow through this

**Hirsh Jain** 2/8/2025 2:54:09 AM

**Hirsh Jain** 2/8/2025 2:54:34 AM
Bc yeah I ▮ would not hire like ▮ and even the convos w eg ▮ and ▮ and the other palantir ppl im really close to just feel loaded

**Radha Jain (Owner)** 2/8/2025 2:54:49 AM

**Radha Jain (Owner)** 2/8/2025 2:54:53 AM
*Reply*
Oh interesting

**Hirsh Jain** 2/8/2025 2:55:38 AM

**Hirsh Jain** 2/8/2025 2:56:01 AM
But I think tier 3 is the point most work friends are tier 3

**Hirsh Jain** 2/8/2025 2:56:24 AM
I also never actually worked directly w you or Michael and I literally didn't know TMat lol

**Radha Jain (Owner)** 2/8/2025 2:57:13 AM
Yeah

**Radha Jain (Owner)** 2/8/2025 2:57:25 AM
It's def influencing my decision making here as well

**Radha Jain (Owner)** 2/8/2025 2:57:49 AM
In the sense of being maybe overly conservative

**Radha Jain (Owner)** 2/8/2025 2:58:01 AM
Bc if it goes bad it's doubly bad

**Hirsh Jain** 2/8/2025 2:58:46 AM
Yeah

**Radha Jain (Owner)** 2/8/2025 2:58:47 AM

**Radha Jain (Owner)** 2/8/2025 2:58:49 AM
Sigh

**Radha Jain (Owner)** 2/8/2025 2:58:53 AM
Idk man

**Hirsh Jain** 2/8/2025 2:58:53 AM
No and with four person team it's

**Hirsh Jain** 2/8/2025 2:58:55 AM
Real

**Hirsh Jain** 2/8/2025 2:59:10 AM
I had pltr referrals get hired / be annoying

**Hirsh Jain** 2/8/2025 2:59:24 AM
Reply

**Radha Jain (Owner)** 2/8/2025 3:00:47 AM
My feeling is basically: if we all feel confident it will be good then we should do it, but if we're on the fence / forcing it then I think not worth it

**Hirsh Jain** 2/8/2025 3:00:57 AM
Yeah makes sense

**Hirsh Jain** 2/8/2025 3:01:07 AM
I actually think ▮ could be our proxy echo

**Hirsh Jain** 2/8/2025 3:01:14 AM
Until we have a GM or she grows into that

**Hirsh Jain** 2/8/2025 3:01:32 AM
She's a killer but I am blinded

**Hirsh Jain** 2/8/2025 3:01:45 AM
She's 22 after all she'll be rough around the edges

**Radha Jain (Owner)** 2/8/2025 3:01:51 AM
Yeah I was also thinking we could have a "healthcare fellow" or something for like 6 mo to pair w one of us

**Radha Jain (Owner)** 2/8/2025 3:02:17 AM
Like I don't think many/if any people are gonna have the product ai vision stuff unless they've seriously thought abt it / had experience w it

**Hirsh Jain** 2/8/2025 3:02:33 AM
▮ would be so good at this sigh

**Hirsh Jain** 2/8/2025 3:02:39 AM
He is literally TL of hospital ops

**Radha Jain (Owner)** 2/8/2025 3:02:45 AM
Oh yeah

**Radha Jain (Owner)** 2/8/2025 3:02:53 AM
Did u text him since we chatted


**Hirsh Jain** 2/8/2025 3:03:02 AM


**Hirsh Jain** 2/8/2025 3:03:03 AM
Yup today


**Hirsh Jain** 2/8/2025 3:03:24 AM
He def not gonna join us imo


**Radha Jain (Owner)** 2/8/2025 3:04:03 AM
Uggggggggghh


**Radha Jain (Owner)** 2/8/2025 3:04:46 AM
Can we just be like "what would need to be true to make it a yes"


**Hirsh Jain** 2/8/2025 3:04:56 AM
Move to California lol


**Hirsh Jain** 2/8/2025 3:05:04 AM
I actually think this is a good role to be really

**Hirsh Jain** 2/8/2025 3:05:08 AM
Non palantir searching about fwiw

**Hirsh Jain** 2/8/2025 3:05:19 AM
There are engineers who have experience in provider orgs they are not palantir engineers mostly

**Radha Jain (Owner)** 2/8/2025 3:05:28 AM
True

**Radha Jain (Owner)** 2/8/2025 3:06:01 AM
Do u think we're overestimating how complex hospitals are

**Radha Jain (Owner)** 2/8/2025 3:06:05 AM
Just bc we don't know it

**Radha Jain (Owner)** 2/8/2025 3:06:10 AM
Or nah

**Radha Jain (Owner)** 2/8/2025 3:06:35 AM
Like is a healthcare person a thing we can get started without and add later

**Radha Jain (Owner)** 2/8/2025 3:06:40 AM
Or a prereq

**Radha Jain (Owner)** 2/8/2025 3:06:56 AM
I think this McKenzie planning thing is bs btw

**Radha Jain (Owner)** 2/8/2025 3:07:11 AM
Mckinsey lol

**Hirsh Jain** 2/8/2025 3:08:23 AM
Yeah tmat and I are talking to ▮ at 8am tmrw about it lol

**Hirsh Jain** 2/8/2025 3:08:30 AM

I wonder if it was a forcing function to get us to say yes

**Radha Jain (Owner)** 2/8/2025 3:12:18 AM
Reply
U don't catch a break huh

**Radha Jain (Owner)** 2/8/2025 3:12:48 AM
Ok amazing yeah I think that's the right thing to question

**Radha Jain (Owner)** 2/8/2025 3:13:14 AM
Okay I am taking off!!

**Radha Jain (Owner)** 2/8/2025 3:13:19 AM
We will sort it out

**Radha Jain (Owner)** 2/8/2025 3:13:47 AM
Enjoy denver !!!!!

**Hirsh Jain** 2/8/2025 3:14:27 AM
Reply
I love it I'm like so happy to be so busy again

**Hirsh Jain** 2/8/2025 3:14:33 AM
Reply
I am really ready to grind

**Hirsh Jain** 2/8/2025 3:14:41 AM
See you soonnnnn

**Hirsh Jain** 2/8/2025 3:14:44 AM
Safe travels get some rest

**Radha Jain (Owner)** 2/8/2025 3:46:36 PM
Hi, ok so what piece of this would it be helpful for me to spend some time on vs stuff you have already



**Hirsh Jain** 2/8/2025 3:47:02 PM
I'm gonna call you in 5!

**Hirsh Jain** 2/8/2025 3:47:07 PM
Jumping in car to airport momentarily

**Radha Jain (Owner)** 2/8/2025 3:47:34 PM
Okay perf

**Radha Jain (Owner)** 2/8/2025 4:31:57 PM

CONFIDENTIAL

RJ_JC_00000780
RJ_JC_00000762