# Exhibit 4

# Radha Jain

Experience   Writing

I'm a developer based in New York building 0 to 1 products. Nine years ago I came to the US from London and never left.

I currently work on a small team building Palantir's flagship AI application, AIP Logic.

Previously, I founded a fashion-tech startup and took it through YCombinator, and studied Computer Science & Economics at Stanford.

Contact: hi@radhajain.com

**Some things I like**

Interests

- Hot yoga
- Urban design
- Architecture
- Behavioral economics
- Foreign affairs
- Healthcare

Document title: Radha Jain
Capture URL: https://www.radhajain.com/
Capture timestamp (UTC): Thu, 20 Nov 2025 18:53:11 GMT

Page 1 of 1

Radha Jain                                                                                                    Experience   Writing

### Product Engineer at Palantir
Feb 2020 - Present

One of 4 developers of AIP Logic, a no-code IDE for deploying production-ready LLM functions complete with data integration, debugging, observability and evaluation features. Used by over 25,000 people within 6 months, to author over 300,000 functions in production at ~150 customers.

### Founder at Fit to Form (YC S19)
May 2019 - Dec 2019

Built a fashion search engine and site for curated online shopping, for clothes guaranteed to fit.

### Mayfield Fellow at Stanford University
Sept 2015 - June 2019

B.A. in Economics & B.S. in Computer Science



Document title: Radha Jain
Capture URL: https://www.radhajain.com/experience
Capture timestamp (UTC): Thu, 20 Nov 2025 18:53:17 GMT

Page 1 of 1