# Exhibit 5

# Palantir

# Forward Deployed Software Engineer

New York, NY

Delta / Full-Time / Hybrid

## A World-Changing Company

Palantir builds the world's leading software for data-driven decisions and operations. By bringing the right data to the people who need it, our platforms empower our partners to develop lifesaving drugs, forecast supply chain disruptions, locate missing children, and more.

## The Role

**The Original Forward Deployed Software Engineer**
At Palantir, the Forward Deployed Software Engineer (FDSE) role isn't just a job title: it's the blueprint. We pioneered this unique position, embedding talented engineers directly with our customers to tackle their most pressing challenges head-on. As an FDSE, you'll be at the intersection of world-changing problems and impactful technology, shaping solutions where they matter most.

FDSEs work side by side with our customers, rapidly understanding their toughest issues; architecting and building solutions that leverage business-critical data and the latest advancements in AI to solve them. Whether it's "How do we predict and mitigate wildfire risks to optimize power grids?" or "How can we analyze and adapt a global food supply chain to deliver life-saving aid on time?", you'll use your technical expertise, creativity, and problem-solving skills to drive real-world impact.

You'll have the rare opportunity to gain deep insight into and directly influence some of the world's most critical industries and institutions. By building on Palantir's powerful platforms leveraging integrated cutting-edge AI, you'll help organizations unlock the full potential of their data to make smarter, faster decisions.

## Core Responsibilities

As an FDSE, you'll experience the autonomy of a startup, with the resources, mentorship, and stability of an established tech company. Your contributions will have a direct impact on our customers' missions and the real world. You'll work in small, agile teams and own the end-to-end execution and implementation of high-stakes projects, including:

- Collaborating with fellow engineers on architecture and design decisions
- Wrangling massive-scale data and using AI to accelerate and enhance critical operations
- Developing custom applications tailored to customer needs
- Engaging directly with customer stakeholders, from technical teams to executives
- Shaping team strategy and driving projects from ideation to deployment, increasing your pain threshold to deliver real value

## What We Value

- A highly analytical approach and eagerness to solve technical problems with data structures, storage systems, cloud infrastructure, front-end frameworks, and other technical tools.

- Experience or curiosity about working with and using large scale data to take on valuable business problems.

- Ability to collaborate efficiently in teams of technical and non-technical individuals, and comfortable working in a dynamic environment with evolving objectives and iteration with users.

## What We Require

PALANTIR_00000192
RJAIN_CP004_000000007

- 1+ years of relevant, post-college work experience.
- Strong engineering background, preferred in fields such as Computer Science, Mathematics, Software Engineering, Physics, and Data Science.
- Strong coder with shown proficiency in programming languages such as Python, Java, C++, TypeScript/JavaScript, or similar.
- Ability and interest to travel up to 25%, as needed to client sites, but flexible based on personal preferences.

## Salary

The estimated salary range for this position is estimated to be $135,000 - $200,000/year. Total compensation for this position may also include Restricted Stock units, sign-on bonus and other potential future incentives. Further note that total compensation for this position will be determined by each individual's relevant qualifications, work experience, skills, and other factors. This estimate excludes the value of any potential sign-on bonus; the value of any benefits offered; and the potential future value of any long-term incentives.

Our benefits aim to promote health and wellbeing across all areas of Palantirians' lives. We work to continuously improve our offerings and listen to our community as we design and update them. The list below details our available benefits and some of the perks that can be enjoyed as an employee of Palantir Technologies.

## Benefits

- Employees (and their eligible dependents) can enroll in medical, dental, and vision insurance as well as voluntary life insurance
- Employees are automatically covered by Palantir's basic life, AD&D and disability insurance
- Commuter benefits
- Relocation assistance
- Take what you need paid time off, not accrual based
- 2 weeks paid time off built into the end of each year (subject to team and business needs)
- 10 paid holidays throughout the calendar year

PALANTIR_00000193
RJAIN_CP004_000000007

- Supportive leave of absence program including time off for military service and medical events
- Paid leave for new parents and subsidized back-up care for all parents
- Fertility and family building benefits including but not limited to adoption, surrogacy, and preservation
- Stipend to help with expenses that come with a new child
- Employees can enroll in Palantir's 401k plan

**Life at Palantir**

We want every Palantirian to achieve their best outcomes, that's why we celebrate individuals' strengths, skills, and interests, from your first interview to your longterm growth, rather than rely on traditional career ladders. Paying attention to the needs of our community enables us to optimize our opportunities to grow and helps ensure many pathways to success at Palantir. Promoting health and well-being across all areas of Palantirians' lives is just one of the ways we're investing in our community. Learn more at **Life at Palantir** and note that our offerings may vary by region.

In keeping consistent with Palantir's values and culture, we believe employees are "better together" and in-person work affords the opportunity for more creative outcomes. Therefore, we encourage employees to work from our offices to foster connectivity and innovation. Many teams do offer hybrid options (WFH a day or two a week), allowing our employees to strike the right trade-off for their personal productivity. Based on business need, there are a few roles that allow for "Remote" work on an exceptional basis. If you are applying for one of these roles, you must work from the state in which you are employed. If the posting is specified as Onsite, you are required to work from an office.

If you want to empower the world's most important institutions, you belong here. Palantir values excellence regardless of background. We are proud to be an Equal Opportunity Employer for all, including but not limited to Veterans and those with disabilities. Palantir is committed to making the application and hiring process accessible to everyone and will provide a reasonable accommodation for those living with a disability. If you need an accommodation for the application or hiring process, please **reach out** and let us know how we can help.

PALANTIR_00000194
RJAIN_CP004_000000007

[Palantir Technologies Home Page](#)

Jobs powered by LEVER

PALANTIR_00000195
RJAIN_CP004_000000007