# Exhibit 7

📅 8/26/2024  👤 3  💬 10  📎 0

**REDACTED-PII**

Participants: REDACTED-PII Hirsh Jain REDACTED-PII Radha Jain (Owner); REDACTED-PII Radha Jain (Owner)
First Message: 8/26/2024 5:17:43 PM
Last Message: 8/26/2024 5:30:58 PM

---

**REDACTED-PII** Hirsh Jain  8/26/2024 5:17:43 PM
Hello my friend. I hear through the rumor mill there may be new adventures coming… can we catch up / can I also introduce you to my future colleague at GC (and also my college roommate who I adore) Tyler?

**REDACTED-PII** Radha Jain (Owner)  8/26/2024 5:29:00 PM
Hirsh!! Hi

**REDACTED-PII** Radha Jain (Owner)  8/26/2024 5:29:13 PM
Yes to catch up, overdue

**REDACTED-PII** Hirsh Jain  8/26/2024 5:29:30 PM
Loved "Yes to catch up, overdue "

**REDACTED-PII** Radha Jain (Owner)  8/26/2024 5:30:01 PM
Still working things out re:vc stuff (can explain in person) so maybe hold off on that for now?

**REDACTED-PII** Hirsh Jain  8/26/2024 5:30:14 PM
Loved "Still working things out re:vc stuff (can explain …"

**REDACTED-PII** Hirsh Jain  8/26/2024 5:30:21 PM
Totally

**REDACTED-PII** Hirsh Jain  8/26/2024 5:30:37 PM
I'm traveling next couple weeks. But week o 9/16?

**REDACTED-PII** Hirsh Jain  8/26/2024 5:30:50 PM
Coffee?

**REDACTED-PII** Radha Jain (Owner)  8/26/2024 5:30:58 PM
Perfect