# Exhibit 8

**Participants:** ▓▓▓ **Hirsh Jain**; ▓▓▓ **Radha Jain (Owner)**;
▓▓▓@gmail.com Radha Jain (Owner)

**First Message:** 10/24/2024 7:52:51 PM
**Last Message:** 10/24/2024 9:54:26 PM

---

**Hirsh Jain** 10/24/2024 7:52:51 PM
I am determined to make this happen

**Hirsh Jain** 10/24/2024 7:52:57 PM
if it must be the following week I will oblige but we need to do it

**Hirsh Jain** 10/24/2024 7:53:07 PM
I could do 11/4 or 11/5

**Hirsh Jain** 10/24/2024 7:53:30 PM
if we must zoom, we must, but it would b nice to see you irl

**Radha Jain (Owner)** 10/24/2024 9:39:54 PM
Hi!! Yeah let's just do the week after, no problem at all

**Hirsh Jain** 10/24/2024 9:40:25 PM
4th at 1pm?

**Radha Jain (Owner)** 10/24/2024 9:42:47 PM
You mean the 11th right?

**Radha Jain (Owner)** 10/24/2024 9:42:58 PM
4th I'm in CA and so I think are you

**Hirsh Jain** 10/24/2024 9:43:08 PM
yes

**Hirsh Jain** 10/24/2024 9:43:11 PM
but also do you want to do something in SF

**Hirsh Jain** 10/24/2024 9:43:24 PM
wait no I do mean the 4th

**Hirsh Jain** 10/24/2024 9:43:31 PM
I'm in SF 28-31

**Hirsh Jain** 10/24/2024 9:43:43 PM
like day before election

**Radha Jain (Owner)** 10/24/2024 9:45:13 PM
Oh wait yes 4th let's do that

**Radha Jain (Owner)** 10/24/2024 9:45:18 PM
1pm I'll pencil u in

**Hirsh Jain** 10/24/2024 9:54:18 PM
why pencil

**Hirsh Jain** 10/24/2024 9:54:26 PM
PEN