# Exhibit 9

📅 10/24/2024  👤 3  💬 28  📎 1

**Participants:** ▓▓▓▓▓ **Sam Premutico**; ▓▓▓▓▓ @icloud.com **Radha Jain (Owner)**; ▓▓▓▓▓ @gmail.com Radha Jain (Owner)

**First Message:** 10/24/2024 9:35:58 PM
**Last Message:** 10/24/2024 10:07:44 PM

---

▓▓▓▓▓ **@icloud.com Radha Jain (Owner)** 10/24/2024 9:35:58 PM
*Reply*
This was quite funny

▓▓▓▓▓ **@icloud.com Radha Jain (Owner)** 10/24/2024 9:36:16 PM
What is wrong w Hirsh
📎
<MY0739819E3D12C96BC696ECC2D1C8DF50532FE98997B5CA225A6E2B16540B42A1.21F788CE698EE1A9.C01USN00>

▓▓▓▓▓ **@icloud.com Radha Jain (Owner)** 10/24/2024 9:36:44 PM
This is the most frenetic "let's get coffee" text I've received

▓▓▓▓▓ **Sam Premutico** 10/24/2024 9:40:00 PM
Loved "This was quite funny"

▓▓▓▓▓ **Sam Premutico** 10/24/2024 9:40:27 PM
That's so Hirsh

▓▓▓▓▓ **Sam Premutico** 10/24/2024 9:40:41 PM
He NEEDS to hire you

▓▓▓▓▓ **@icloud.com Radha Jain (Owner)** 10/24/2024 9:41:35 PM
Ohhhhhhhh

▓▓▓▓▓ **@icloud.com Radha Jain (Owner)** 10/24/2024 9:41:45 PM
I was wondering if he was terminally ill

▓▓▓▓▓ **Sam Premutico** 10/24/2024 9:44:15 PM

**Sam Premutico** 10/24/2024 9:44:19 PM
Lmao

**Sam Premutico** 10/24/2024 9:44:19 PM
Well mentally yes

**Sam Premutico** 10/24/2024 9:44:29 PM
But he started a health AI company blah blah blah

**Sam Premutico** 10/24/2024 9:44:44 PM
I'm quitting in a few weeks if you wanna join me in that pursuit

**Sam Premutico** 10/24/2024 9:45:09 PM
Specifically in unemployment, not in starting a company

**@icloud.com Radha Jain (Owner)** 10/24/2024 9:45:44 PM
Did u give notice

**Sam Premutico** 10/24/2024 9:45:59 PM
Nah waiting until after earnings

**Sam Premutico** 10/24/2024 9:46:09 PM
Seeing if I can sell some SARs

**@icloud.com Radha Jain (Owner)** 10/24/2024 9:46:16 PM
Lol classic

**@icloud.com Radha Jain (Owner)** 10/24/2024 9:46:29 PM
I actually decided I'm going to stay for the foreseeable I think

**Sam Premutico** 10/24/2024 9:46:37 PM
I'm in Italy rn and plan was give notice in two weeks but we'll see

**Sam Premutico** 10/24/2024 9:46:40 PM
Interesting

**Sam Premutico** 10/24/2024 9:46:44 PM
What's the main reason

**@icloud.com Radha Jain (Owner)** 10/24/2024 9:47:37 PM
They gave me some really projects and lots more money

**@icloud.com Radha Jain (Owner)** 10/24/2024 9:48:28 PM
And im really interested in the stuff I'm doing and wanna see it through

**Sam Premutico** 10/24/2024 9:48:55 PM
That's cool we should TALK ABOUT IT if you're in the office next week

**Sam Premutico** 10/24/2024 9:49:04 PM
I got a pay cut technically

**Sam Premutico** 10/24/2024 9:49:22 PM
After my options stopped vesting

**@icloud.com Radha Jain (Owner)** 10/24/2024 10:07:38 PM
*Reply*
I'll be in next week

**@icloud.com Radha Jain (Owner)** 10/24/2024 10:07:44 PM
Where in Italy are u