# Exhibit 10

EXHIBIT 13
Date: 11/21/25
JOG

## November 3 - 9, 2024

### October 2024

| SU | MO | TU | WE | TH | FR | SA |
|---|---|---|---|---|---|---|
| 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

### November 2024

| SU | MO | TU | WE | TH | FR | SA |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

**My Calendars**
- Calendar
- Calendar
- Birthdays
- United States holidays

☑ Items...n@palantir.com

Today  <  >

**Sunday 3**

**Monday 4**
- Eqx (9 AM area) +1
- AP ROOM — NY-620AOA-F3-Monopoly-DesktopVTC
- Hirsh

Time column: 9 AM, 10 AM, 11 AM, 12 PM, 1 PM, 2 PM, 3 PM, 4 PM