# Exhibit 11

**Participants:** REDACTED-PII Hirsh Jain; REDACTED-PII Radha Jain (Owner); REDACTED-PII Radha Jain (Owner)

**First Message:** 11/5/2024 9:21:26 PM
**Last Message:** 11/5/2024 9:21:46 PM

---

**REDACTED-PII Hirsh Jain** 11/5/2024 9:21:26 PM

fwiw I found our convo very energizing and was reminded of how much I'd love to come to work every day and see you (and loved seeing you at palantir, even in passing!)

**REDACTED-PII Hirsh Jain** 11/5/2024 9:21:46 PM

I say that both bc I want you to consider working w me, but also bc I am def riding the excitement high off of seeing you!