# Exhibit 13

                                                             Radha Jain   REDACTED-PII

## Jeannette <> Radha
6 messages

**Hirsh Jain** <hjain@generalcatalyst.com>                                      Tue, Nov 12, 2024 at 9:47 AM
To: radha.m.jain REDACTED-PII Jeannette zu Furstenberg <jfurstenberg@generalcatalyst.com>

Jeannette,

I wanted to intro you to Radha Jain, who is an amazing software engineer / PM that currently leads the development of Palantir's flagship AI product (AIP Logic). We've chatted a bunch about Renaissance (rename pending) and she's excited about what she's learned. She's also particularly bullish on some of the European work you and I have talked about.

Would love for you two to meet in the next few days. Enjoy the convo!

Hirsh

---

**Jeannette zu Furstenberg** <jfurstenberg@generalcatalyst.com>                Tue, Nov 12, 2024 at 11:36 AM
To: Hirsh Jain <hjain@generalcatalyst.com>
Cc: radha.m.jain REDACTED-PII Caro Winzer <cwinzer@generalcatalyst.com>

RJ_JC_00000652
RJ_JC_00000652

Thanks so much for the kind intro Hirsh!

Hi Radha,
It is great to be in touch and I look forward to connecting! Adding Caro to support with scheduling at my end.
Warm wishes, J

### Dr. Jeannette zu Fürstenberg | General Catalyst

Managing Director

M: REDACTED-PII | jfurstenberg@generalcatalyst.com

On Tue, Nov 12, 2024 at 15:47:49, Hirsh Jain <hjain@generalcatalyst.com> wrote:
> Jeannette,
>
> I wanted to intro you to Radha Jain, who is an amazing software engineer / PM that currently leads the development of Palantir's flagship AI product (AIP Logic). We've chatted a bunch about Renaissance (rename pending) and she's excited about what she's learned. She's also particularly bullish on some of the European work you and I have talked about.
>
> Would love for you two to meet in the next few days. Enjoy the convo!
>
> Hirsh

*La Famiglia has now combined with General Catalyst. La Famiglia GmbH provides investment advisory services to General Catalyst and its investment funds. The La Famiglia team formed La Famiglia II GmbH, which has been appointed to manage legacy La Famiglia funds. To the extent the content of this email relates to any investments, existing or prospective, in or by the La Famiglia funds, it is deemed to have been sent on behalf of the La Famiglia II GmbH. For a full list of the La Famiglia funds being managed by La Famiglia II GmbH, please visit here. To the extent the content of this email relates to any investments, existing or prospective, in or by a General Catalyst fund, it is deemed to have been sent on behalf of La Famiglia GmbH, in its capacity as investment adviser to General Catalyst.*

---

**Radha Jain** <radha.m.jain REDACTED-PII>     Tue, Nov 12, 2024 at 2:55 PM
To: Jeannette zu Furstenberg <jfurstenberg@generalcatalyst.com>
Cc: Hirsh Jain <hjain@generalcatalyst.com>, Caro Winzer <cwinzer@generalcatalyst.com>

Nice to meet you Jeannette! I have a fairly free day tomorrow before 3pm, or between 2-4pm on Thursday if anything in there works. Looking forward to it
[Quoted text hidden]
--
Warmly,
Radha

---

**Carolin Winzer** <cwinzer@generalcatalyst.com>     Wed, Nov 13, 2024 at 8:37 AM
To: Radha Jain <radha.m.jain REDACTED-PII>

Dear Radha,

Nice to e-meet you.

Unfortunately, Jeannette is already back to back with meetings today and will attend a conference from tomorrow onwards.

Would Monday, November 18th 8-8:30 am ET work for you?

Kind regards,

Juana

**Juana Murschitzke | Team Assistant**
M: REDACTED-PII | jmurschitzke@generalcatalyst.com

on behalf of

**Carolin Winzer | General Catalyst**
Executive Assistant to Dr. Jeannette zu Fürstenberg
M: REDACTED-PII | cwinzer@generalcatalyst.com

[Quoted text hidden]

---

**Radha Jain** REDACTED-PII                                                         Wed, Nov 13, 2024 at 8:41 AM
To: Carolin Winzer <cwinzer@generalcatalyst.com>

No worries - Monday 8am ET works great! Thank you

Best,
Radha

> On Nov 13, 2024, at 8:38 AM, Carolin Winzer <cwinzer@generalcatalyst.com> wrote:

[Quoted text hidden]

---

**Carolin Winzer** <cwinzer@generalcatalyst.com>                                    Wed, Nov 13, 2024 at 9:17 AM
To: Radha Jain REDACTED-PII

Thank you very much for your quick reply.
I've just shared the invite.

All the best,
Juana

**Juana Murschitzke | Team Assistant**
REDACTED-PII | jmurschitzke@generalcatalyst.com

on behalf of

**Carolin Winzer | General Catalyst**
Executive Assistant to Dr. Jeannette zu Fürstenberg
REDACTED-PII | cwinzer@generalcatalyst.com

[Quoted text hidden]

RJ_JC_00000654
RJ_JC_00000652