# Exhibit 15

📅 11/14/2024  👤 3  💬 109  📎 3

**Participants:** ▮▮▮ **Hirsh Jain;** ▮▮▮ **Radha Jain (Owner);** ▮▮▮@gmail.com Radha Jain (Owner)

**First Message:** 11/14/2024 4:53:20 PM
**Last Message:** 11/14/2024 10:36:26 PM

---

**Radha Jain (Owner)** 11/14/2024 4:53:20 PM
What's Quentin's relation to us? Is he actively involved or just good SA on GC?

**Hirsh Jain** 11/14/2024 4:53:45 PM
Very involved. Model him as a board member / interim CTO

**Radha Jain (Owner)** 11/14/2024 4:53:55 PM
Sweet okay

**Hirsh Jain** 11/14/2024 4:54:05 PM
He does all the AI backend / infra investing

**Hirsh Jain** 11/14/2024 4:54:17 PM
He's the representative for this work at GC's executive operating committee

**Hirsh Jain** 11/14/2024 4:54:42 PM
Hemant kind of asked him to take this on well before they found me

**Radha Jain (Owner)** 11/14/2024 4:55:04 PM
Kk cool will ask him abt that then

**Radha Jain (Owner)** 11/14/2024 4:55:15 PM
Just chatted to Athul

**Hirsh Jain** 11/14/2024 4:55:17 PM
Katie also works for him

**Radha Jain (Owner)** 11/14/2024 4:55:24 PM
Oh lol nice okay

**Hirsh Jain** 11/14/2024 4:55:31 PM
How was Athul

**Radha Jain (Owner)** 11/14/2024 4:55:52 PM
I think he will be useful in specific context

**Radha Jain (Owner)** 11/14/2024 4:56:24 PM
Very high fluff content but when I pressed him on things I think he will be useful for thinking for the traditional ML flavored things

**Hirsh Jain** 11/14/2024 4:56:33 PM
Existential Q for him is whether he's willing to exist in a specific context imo

**Radha Jain (Owner)** 11/14/2024 4:56:40 PM
Ie the non-off the shelf models

**Hirsh Jain** 11/14/2024 4:57:01 PM
Which is the cultural fit Q more than the "do we need a researcher" Q

**Radha Jain (Owner)** 11/14/2024 4:58:36 PM
Yeah exactly

**Radha Jain (Owner)** 11/14/2024 4:59:18 PM
He does come across as the non-substantive AI type promising the world without specifics which is quite opposite to Palantir's people imo

**Radha Jain (Owner)** 11/14/2024 4:59:50 PM
I do think he does likely have substance but just a dot for customer interactions etc

**Hirsh Jain** 11/14/2024 5:51:24 PM
Emphasized "He does come across as the non-substantive AI type…"

**Hirsh Jain** 11/14/2024 5:51:35 PM
I think he's also quite poorly spoken

**Hirsh Jain** 11/14/2024 5:51:41 PM
In a way that I want to give him a lot of feedback on

**Hirsh Jain** 11/14/2024 5:51:47 PM
Like his points don't come across clearly at all

**Radha Jain (Owner)** 11/14/2024 6:34:58 PM
Liked "Like his points don't come across clearly at all"

**Radha Jain (Owner)** 11/14/2024 6:35:04 PM
Damn I fucking love Quentin

**Radha Jain (Owner)** 11/14/2024 6:35:19 PM
What a guy

**Hirsh Jain** 11/14/2024 6:35:41 PM
Isn't he great??

**Hirsh Jain** 11/14/2024 6:36:04 PM
I think one of the things I sort of wanted to say when we chatted on Sunday is - yes I do think we have autonomy, but I also think the people around us are not strictly a nuisance and I am enjoying learning from them

**Hirsh Jain** 11/14/2024 6:36:09 PM
He loved you

**Radha Jain (Owner)** 11/14/2024 6:36:50 PM
Reply
Yeah I would honestly be sad if we didn't get to work w him at any point

**Radha Jain (Owner)** 11/14/2024 6:36:59 PM
Im so hyped

**Hirsh Jain** 11/14/2024 6:37:37 PM

It's the financial, personal, professional upside of a startup with the mentorship structure of running a business unit at a fortune 500 company

**Hirsh Jain** 11/14/2024 6:37:45 PM
And access / capital

**Radha Jain (Owner)** 11/14/2024 6:37:52 PM
Yes

**Radha Jain (Owner)** 11/14/2024 6:37:59 PM
But also lets go help the philippines baby!!

**Hirsh Jain** 11/14/2024 6:38:08 PM
Yo I need your help w that

**Hirsh Jain** 11/14/2024 6:38:14 PM
I am locked in this is why I met w tony blair

**Radha Jain (Owner)** 11/14/2024 6:38:14 PM
Like that's actually a real possible thing?! Insane

**Hirsh Jain** 11/14/2024 6:38:41 PM
I have a biweekly on the philippines stuff

**Hirsh Jain** 11/14/2024 6:38:49 PM
The people involved are banana-land

**Hirsh Jain** 11/14/2024 6:39:15 PM
Honestly

**Hirsh Jain** 11/14/2024 6:39:22 PM
If you can help me w the global development stuff I desperately need a hand on it

**Hirsh Jain** 11/14/2024 6:39:25 PM

I'm ready to lock in

**Radha Jain (Owner)** 11/14/2024 6:39:45 PM
I genuinely would love nothing more

**Hirsh Jain** 11/14/2024 7:11:04 PM
if we're gonna start looping you in on some of these convos I want to get you an offer

**Hirsh Jain** 11/14/2024 7:11:29 PM
let's talk this weekend maybe about that? or monday night? and we can talk mechanics, start date, etc.

**Radha Jain (Owner)** 11/14/2024 7:16:11 PM
Yes perfect whenever

**Hirsh Jain** 11/14/2024 7:16:21 PM
can you give me schedule of your remaining calls again

**Radha Jain (Owner)** 11/14/2024 7:16:22 PM
I am free to quit basically after Wednesday

**Hirsh Jain** 11/14/2024 7:16:28 PM
you vest wed right?

**Hirsh Jain** 11/14/2024 7:16:31 PM
are you selling all of your SARs lol

**Hirsh Jain** 11/14/2024 7:16:41 PM
actually don't tell me that you are an insider

**Hirsh Jain** 11/14/2024 7:17:00 PM
but yes you should wait until you vest

**Radha Jain (Owner)** 11/14/2024 7:17:07 PM
Jeanette and Pranav Monday and Candace the following Monday

RJ_JC_00000438
RJ_JC_00000434

**Hirsh Jain** 11/14/2024 7:17:13 PM
wtf

**Hirsh Jain** 11/14/2024 7:17:14 PM
re Candace

**Hirsh Jain** 11/14/2024 7:17:19 PM
I'm gonna ping annie

**Hirsh Jain** 11/14/2024 7:17:23 PM
EAs at this company are so so useless

**Hirsh Jain** 11/14/2024 7:17:26 PM
lol

**Hirsh Jain** 11/14/2024 7:17:38 PM
they all treat calendars as 100% nonnegotiable rather than looking to be like "oh this is more impt than that 1:1"

**Radha Jain (Owner)** 11/14/2024 7:18:01 PM
lol okay thank you

**Radha Jain (Owner)** 11/14/2024 7:29:51 PM
Remind me how you know michael again / what his sitch is

**Hirsh Jain** 11/14/2024 7:29:55 PM
Ex palantir

**Hirsh Jain** 11/14/2024 7:29:56 PM
Michael Rochlin

**Hirsh Jain** 11/14/2024 7:30:19 PM
Founding engineer - DOESN'T want to be a "founder" but is hacky, likes early stage, is a little arrogant, but very deferential in the right ways imo

**Hirsh Jain** 11/14/2024 7:30:26 PM
He was your bro's year at princeton

**Radha Jain (Owner)** 11/14/2024 7:32:17 PM
Did u work w him on health stuff?

**Hirsh Jain** 11/14/2024 7:32:28 PM
nah we briefly worked together on like jurassic - he left before I did health

**Hirsh Jain** 11/14/2024 7:32:36 PM
but he has now done healthcare stuff at like 3 diff places

**Radha Jain (Owner)** 11/14/2024 7:33:09 PM
Sweet sounds perfect

**Hirsh Jain** 11/14/2024 10:16:00 PM
I am introing you to Gaby (CHRO of GC) fyi

**Radha Jain (Owner)** 11/14/2024 10:20:42 PM
Nice thank you

**Hirsh Jain** 11/14/2024 10:21:06 PM
Apparently GC is going to move to 2 Gansevoort and they have space for us but they want to re-design the space

**Hirsh Jain** 11/14/2024 10:21:29 PM
And I said you and I both would be interested in being on the design committee lol

**Radha Jain (Owner)** 11/14/2024 10:21:36 PM
Loved "And I said you and I both would be interested in b…"

**Radha Jain (Owner)** 11/14/2024 10:21:51 PM
Yes please!!

**Radha Jain (Owner)** 11/14/2024 10:22:10 PM
I honestly have no issue being in GCs physical office

**Hirsh Jain** 11/14/2024 10:22:12 PM
It makes me so excited that you are so excited about this

**Radha Jain (Owner)** 11/14/2024 10:23:31 PM
The first sentence from each of my Palantir interview feedbacks was "Radha is energetic, ...."

**Hirsh Jain** 11/14/2024 10:23:43 PM
I am famously low-energy

**Radha Jain (Owner)** 11/14/2024 10:24:21 PM
I wouldn't say that tbh

**Radha Jain (Owner)** 11/14/2024 10:24:23 PM
Consistent

**Hirsh Jain** 11/14/2024 10:24:49 PM
Yeah no that was a joke bc it was so absurd I am extremely high energy / that has also always been the consistent point of feedback for me

**Radha Jain (Owner)** 11/14/2024 10:25:32 PM
lol

**Radha Jain (Owner)** 11/14/2024 10:25:48 PM
My favorite bit though is how you say "I'm so excited"

**Hirsh Jain** 11/14/2024 10:25:55 PM
always

**Radha Jain (Owner)** 11/14/2024 10:25:58 PM
In a way that doesn't really sound terribly excited

RJ_JC_00000441
RJ_JC_00000434

**Radha Jain (Owner)** 11/14/2024 10:26:08 PM
But I've come to learn is actually you being excited

**Hirsh Jain** 11/14/2024 10:26:12 PM
lol

**Hirsh Jain** 11/14/2024 10:26:29 PM
I have been trying to be very level w you about you being pumped about this

**Hirsh Jain** 11/14/2024 10:26:35 PM
I think the flora excitement was the more authentic flavor of hirsh

**Hirsh Jain** 11/14/2024 10:26:45 PM
Loved "My favorite bit though is how you say "I'm so exci…"

**Hirsh Jain** 11/14/2024 10:26:52 PM
Reply
when I was doing press stuff this was a huge tick

**Hirsh Jain** 11/14/2024 10:27:00 PM
Reply
I would answer every question about a new deal with "we're really excited to X Y Z"

**Radha Jain (Owner)** 11/14/2024 10:28:53 PM
📎
<MY3DF103C3FE0F8924B07C7F7ECB05B75E9998C3826924F59CEE100432F9B079C7.21F788CE698EE1A9.C01USN00>

**Radha Jain (Owner)** 11/14/2024 10:28:53 PM
This is so wild

**Radha Jain (Owner)** 11/14/2024 10:28:54 PM
There's no actual mention of anything connecting you to GC right

**Radha Jain (Owner)** 11/14/2024 10:29:01 PM
It's just from people googling it?

**Radha Jain (Owner)** 11/14/2024 10:29:10 PM
(Was trying to find aforementioned press stuff)

**Hirsh Jain** 11/14/2024 10:29:20 PM
wow that's actually insane

**Hirsh Jain** 11/14/2024 10:29:28 PM
omg

**Hirsh Jain** 11/14/2024 10:35:18 PM
no one has ever told me I don't sound excited

**Hirsh Jain** 11/14/2024 10:35:24 PM
I'm in a mental pretzel

**Radha Jain (Owner)** 11/14/2024 10:36:08 PM
Hahahah oh boy

**Radha Jain (Owner)** 11/14/2024 10:36:15 PM
Go to a mirror and say I'm so excited

**Hirsh Jain** 11/14/2024 10:36:21 PM
https://whcinsider.com/2024/09/27/exclusive-interview-general-catalyst-ceo-hemant-taneja-and-general-catalyst-institute-president-teresa-carlson/
📎 <5FDC7DAD-934F-4684-ADE7-D95C0FFEF59E.pluginPayloadAttachment>
📎 <__Library_SMS_Attachments_51_01_945CCE44-719C-4AA7-AFA1-8DF8EC2523E7_57C54FBD-16D6-4714-9BCF-B0A720073813.pluginPayloadAttachment>

**Radha Jain (Owner)** 11/14/2024 10:36:22 PM
Do you notice how you don't smile when you say it

**Hirsh Jain** 11/14/2024 10:36:23 PM

Hirsh Jain of General Catalyst

▬▬▬ **Hirsh Jain** 11/14/2024 10:36:26 PM
this is a disaster

RJ_JC_00000444
RJ_JC_00000434