# Exhibit 22-A

**REDACTED PORTION FILED UNDER SEAL**

📅 11/13/2024  👤 3  💬 60  📎 1

**Participants:** ████████ **Hirsh Jain;** ████████ **Radha Jain (Owner);**
████████ Radha Jain (Owner)

**First Message:** 11/13/2024 2:33:47 AM
**Last Message:** 11/13/2024 10:52:27 PM

---

████████ **Radha Jain (Owner)** 11/13/2024 2:33:47 AM
Thanks for all the intros btw excited to chat w everyone

████████ **Radha Jain (Owner)** 11/13/2024 2:34:00 AM
The call w ████ is tomorrow right? Can you fwd me the invite?

████████ **Hirsh Jain** 11/13/2024 4:52:09 AM
I want to have you meet more people and be a little more certain first - I think it's a little dangerous w ████ to have you join if you aren't gonna end up doing it

████████ **Hirsh Jain** 11/13/2024 4:52:38 AM
It's 9-12 so lmk if you disagree w that and we can chat quickly in the AM but I just wanna stay professional about it (and technically we have an NDA with them etc.)

████████ **Hirsh Jain** 11/13/2024 1:30:47 PM
how many of your calls are scheduled?

████████ **Radha Jain (Owner)** 11/13/2024 1:36:39 PM
Have Quentin and athul tomorrow, waiting for Jeanette and Pranav to get back

████████ **Radha Jain (Owner)** 11/13/2024 1:38:27 PM
*Reply*
Your call - I feel pretty certain on my side barring any major disasters

████████ **Radha Jain (Owner)** 11/13/2024 1:39:50 PM
████ Monday

████████ **Radha Jain (Owner)** 11/13/2024 1:49:21 PM
Lmk if you want to chat quickly, otherwise if you're able to record the session that would be helpful

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RJ_JC_00000427
RJ_JC_00000427

**Hirsh Jain** 11/13/2024 1:54:24 PM
Alright join

**Hirsh Jain** 11/13/2024 1:54:27 PM
I'm sending you details

**Radha Jain (Owner)** 11/13/2024 1:56:36 PM
Sweet okay

**Hirsh Jain** 11/13/2024 2:00:25 PM
just fwded

**Hirsh Jain** 11/13/2024 2:07:33 PM
Feel free to text me sep also if you have basic Qs - you are really getting thrown in here

**Hirsh Jain** 11/13/2024 2:07:40 PM
As you'll learn about me I am a huge text-mid-meeting person lol

**Hirsh Jain** 11/13/2024 2:07:59 PM
That group is you / Michael / Athul / TMat

**Radha Jain (Owner)** 11/13/2024 2:35:51 PM
This is athul?

**Hirsh Jain** 11/13/2024 2:35:56 PM
that's Costis

**Hirsh Jain** 11/13/2024 2:36:03 PM
athul is the one sitting next to him

**Hirsh Jain** 11/13/2024 2:36:14 PM
Costis is the MIT professor ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (and is actually a baller lol)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RJ_JC_00000428
RJ_JC_00000427

**Hirsh Jain** 11/13/2024 2:36:16 PM
Costis Daskalakis

**Radha Jain (Owner)** 11/13/2024 2:36:46 PM
Nice okay

**Hirsh Jain** 11/13/2024 2:36:49 PM
Such a classic professor Q tho

**Hirsh Jain** 11/13/2024 2:37:11 PM
[redacted]

**Radha Jain (Owner)** 11/13/2024 2:38:49 PM
Interesting

**Radha Jain (Owner)** 11/13/2024 2:38:51 PM
[redacted]

**Hirsh Jain** 11/13/2024 2:39:38 PM
[redacted]

**Hirsh Jain** 11/13/2024 2:39:39 PM
[redacted]

**Hirsh Jain** 11/13/2024 2:39:58 PM
[redacted]

**Hirsh Jain** 11/13/2024 2:40:10 PM
[redacted]

**Hirsh Jain** 11/13/2024 3:10:33 PM
I think sticking Athul / Costis on this problem is like moderately interesting

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RJ_JC_00000429
RJ_JC_00000427

**Radha Jain (Owner)** 11/13/2024 3:11:05 PM
[redacted]

**Radha Jain (Owner)** 11/13/2024 3:11:35 PM
[redacted]

**Hirsh Jain** 11/13/2024 3:12:00 PM
Liked [redacted]

**Hirsh Jain** 11/13/2024 3:16:00 PM
yes this is your point - [redacted]

**Radha Jain (Owner)** 11/13/2024 3:16:34 PM
I built a [redacted]

**Hirsh Jain** 11/13/2024 3:28:00 PM
added you to google doc (which I've been taking bad notes in)

**Hirsh Jain** 11/13/2024 4:02:13 PM
pulse check

**Hirsh Jain** 11/13/2024 4:02:16 PM
are you more or less excited

**Radha Jain (Owner)** 11/13/2024 4:03:36 PM
Definitely more

**Radha Jain (Owner)** 11/13/2024 4:03:53 PM
The buy-in here is really really sick

**Hirsh Jain** 11/13/2024 4:03:53 PM
hell yeah

**Hirsh Jain** 11/13/2024 4:04:00 PM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RJ_JC_00000430
RJ_JC_00000427

yeah it is honestly unreal it's part of why I wanted you all to join

**Hirsh Jain** 11/13/2024 4:04:13 PM
it's so refreshing when you get so used to convincing poeple to work w you at palantir

**Hirsh Jain** 11/13/2024 5:02:43 PM
ty for making time for that & pushing me on you joining

**Hirsh Jain** 11/13/2024 5:02:47 PM
it was the right call

**Hirsh Jain** 11/13/2024 5:02:52 PM
I am so excited to do this together!!!

**Radha Jain (Owner)** 11/13/2024 5:02:59 PM
Loved "it was the right call"

**Radha Jain (Owner)** 11/13/2024 5:03:08 PM
Thank u for trusting me!!

**Hirsh Jain** 11/13/2024 5:03:14 PM
2Jainz

**Radha Jain (Owner)** 11/13/2024 5:03:17 PM
V v much appreciate it

**Radha Jain (Owner)** 11/13/2024 5:03:19 PM
Ha

**Radha Jain (Owner)** 11/13/2024 10:37:27 PM
From my gen z newsletter
📎
<MY3DF103C3FE0F8924B07C7F7ECB05B75E9998C3826924F59CEE100432F9B079C7.21F788CE698EE1A9.C01USN00>

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RJ_JC_00000431
RJ_JC_00000427



**Radha Jain (Owner)** 11/13/2024 10:37:28 PM
Some good SA

**Hirsh Jain** 11/13/2024 10:40:22 PM
I can see you doing a 👊💯

**Hirsh Jain** 11/13/2024 10:40:32 PM
It's a good thing I don't have an Ivy League degree

**Hirsh Jain** 11/13/2024 10:40:35 PM
Or a boss

**Radha Jain (Owner)** 11/13/2024 10:51:50 PM
Reply
I'm actually pretty anti emojis

**Radha Jain (Owner)** 11/13/2024 10:52:19 PM
Reply
But my most used slack emoji is 🥷 which regrettably might be the same vibe as that

**Radha Jain (Owner)** 11/13/2024 10:52:27 PM
Loved "Or a boss"

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RJ_JC_00000432
RJ_JC_00000427