# Exhibit 40

**From:** Radha Jain ▮@palantir.com]
**Sent:** 11/27/2024 3:08:30 PM
**To:** Radha Jain ▮@gmail.com]
**Subject:** Thank you

Friends,

After almost 5 years, Monday will be my last day at Palantir.

Palantir people have some unique combination of defiance, dry humor, conviction, and care that I'm really going to miss. Between R2, fed health, degens, AIP logic, and more, it's been a privilege and a pleasure to work alongside so many of you.

I'll be staying in New York, joining the founding team of an AI startup with some ex-Palantirians.

I'll be in the NY office on Monday and would love to get coffee with you if you're around. If not, thank you for the laughs and debates, and I'm so excited to see what you do next. Text me -- seriously.

Cheers,
Radha

▮
▮
https://www.linkedin.com/in/radha-jain-815047122

CONFIDENTIAL

PALANTIR_00000106
RJAIN_CP001_000082995