# Exhibit 45

| | |
|---|---|
| **From:** | Joanna Cohen[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4535C40D4BEB4ED881A3D5C40 84F6393-JOANNA COHE] |
| **Attendees:** | Ignacio Perez Pozuelo |
| **Subject:** | Hirsh |
| **Importance:** | Normal |
| **Categories:** | Purple |
| **Start Time:** | Tue 11/5/2024 1:30:00 PM (UTC-05:00) |
| **End Time:** | Tue 11/5/2024 3:30:00 PM (UTC-05:00) |
| **Required Attendees:** | Ignacio Perez Pozuelo |



EXHIBIT
COHEN 6
11.24.25 LG

434 Broadway