# Exhibit 54

| | |
|---|---|
| **From:** | Google Calendar <calendar-notification@google.com> on behalf of Athul Jacob <ajacob@generalcatalyst.com> |
| **Sent:** | Tue, 4 Feb 2025 21:56:11 +0000 (UTC) |
| **To:** | jokimcohen REDACTED-PII |
| **Subject:** | Invitation: Coffee \| Joanna <> Athul @ Wed Feb 5, 2025 3pm - 3:45pm (EST) (jokimcohen REDACTED-PII |
| **Location:** | Devoción, 276 Livingston St, Brooklyn, NY 11201, USA |
| **Start Time:** | Wed, 5 Feb 2025 20:00:00 +0000 (UTC) |
| **End Time:** | Wed, 5 Feb 2025 20:45:00 +0000 (UTC) |
| **Attendees:** | jokimcohen REDACTED-PII |
| **Location:** | Devoción, 276 Livingston St, Brooklyn, NY 11201, USA |
| **Response Requested:** | True |
| **Show Time As:** | Tentative |
| **Recurrence Range Start:** | Wed, 05 Feb 2025 20:00:00 |
| **Recurrence Range End:** | Wed, 05 Feb 2025 20:45:00 |
| **Reminder Signal Time:** | Wed, 05 Feb 2025 20:00:00 |
| **Organizer:** | "Athul Jacob" <ajacob@generalcatalyst.com> |
| **Required Attendees:** | jokimcohen REDACTED-PII |
| **Subject:** | Invitation: Coffee \| Joanna <> Athul @ Wed Feb 5, 2025 3pm - 3:45pm (EST) (jokimcohen REDACTED-PII |
| **Attachments:** | invite.ics |

**When**

(Wednesday Feb 5, 2025 · 3pm – 3:45pm (Eastern Time - New York

**Location**

Devoción, 276 Livingston St, Brooklyn, NY 11201, USA
View map

**Guests**

organizer - Athul Jacob
jokimcohen REDACTED-PII
View all guest info

jokimcohen REDACTED-PII Reply for



Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

RJ_JC_00000556
RJ_JC_00000555