|          |                                                      |
|----------|------------------------------------------------------|
| **From:**    | Radha Jain <rjain@generalcatalyst.com>           |
| **Sent:**    | Mon, 3 Feb 2025 04:30:41 +0000 (UTC)             |
| **To:**      | Joanna Cohen REDACTED-PII                        |
| **Subject:** | Re: Radha <> Joanna                              |

Okay perfect, just sent some time! Looking forward to it

On Sun, Feb 2, 2025 at 1:54 0PM Joanna Cohen REDACTED-PII wrote:
> I'll be in downtown BK on Tuesday, grabbing coffee with Tom from 11:30-12:30, so happy to meet after for lunch! I'll also be in Flatiron on Monday at the Palantir office and can move things around for coffee/lunch if that ends up being easier. Let me know what works best for you!
>
> On Sun, Feb 2, 2025 at 10:08 0AM Radha Jain REDACTED-PII wrote:
>> Of course, it was fun to chat. Happy to do Tuesday lunch in downtown BK, or else I will also be around flatiron on Monday morning or soho on Wednesday afternoon if either of those work better.
>>
>> On Thu, Jan 30, 2025 at 2:49 0PM Joanna Cohen REDACTED-PII wrote:
>>> Thanks for taking the time to chat today! Are you free on Tuesday next week for lunch or coffee?
>>>
>>> On Wed, Jan 29, 2025 at 8:23 0PM Joanna Cohen REDACTED-PII wrote:
>>>> 12:30pm tomorrow works great! I'll be working from Flatiron, so a call would be best. I'll send over a Google Meet invite, but happy to do phone, Teams, or Webex—whichever you prefer.
>>>>
>>>> Would love to meet in person another time—happy to come down to Downtown Brooklyn then! Looking forward to our chat.
>>>>
>>>> Best,
>>>> Joanna
>>>>
>>>> On Wed, Jan 29, 2025 at 7:06 0PM Radha Jain <rjain@generalcatalyst.com> wrote:
>>>>> Nice to meet you Joanna. How does 12.30 - 2pm or 3.30 - 5pm work for you tomorrow? We are working out of downtown Brooklyn tomorrow - happy to meet for coffee if you're around there otherwise we can call.
>>>>>
>>>>> Sent via Superhuman iOS
>>>>>
>>>>> On Wed, Jan 29 2025 at 12:01 PM, Joanna Cohen REDACTED-PII wrote:
>>>>>> Hirsh – Thanks for the intro! Moving you to bcc to spare your inbox.
>>>>>>
>>>>>> Radha – Nice to meet you! Would love to connect and chat about Renaissance. Are you based in NYC? If so, would you be up for grabbing coffee? Otherwise, happy to find a time for a call. Let me know what works best for you!
>>>>>>
>>>>>> Looking forward to it!
>>>>>>
>>>>>> Best,
>>>>>> Joanna Cohen
>>>>>>
>>>>>> On Wed, Jan 29, 2025 at 11:05 0AM Hirsh Jain <hjain@generalcatalyst.com> wrote:
>>>>>>> Radha, Joanna - wanted to intro you to talk about Renaissance. Hope you can find some time to catch up in the next few days!
>>>>>>>
>>>>>>> Hirsh