| | |
|---|---|
| From: | Google Calendar <calendar-notification@google.com> on behalf of Radha Jain <rjain@generalcatalyst.com> |
| Sent: | Mon, 3 Feb 2025 04:30:14 +0000 (UTC) |
| To: | jokimcohen REDACTED-PII |
| Subject: | Invitation: Radha <> Joanna @ Tue Feb 4, 2025 12:30pm - 1pm (EST) (jokimcohen REDACTED-PII |
| Location: | Cityblock Health, 235 Duffield St, Brooklyn, NY 11201, USA |
| Start Time: | Tue, 4 Feb 2025 17:30:00 +0000 (UTC) |
| End Time: | Tue, 4 Feb 2025 18:00:00 +0000 (UTC) |
| Attendees: | jokimcohen REDACTED-PII |
| Location: | Cityblock Health, 235 Duffield St, Brooklyn, NY 11201, USA |
| Response Requested: | True |
| Show Time As: | Tentative |
| Recurrence Range Start: | Tue, 04 Feb 2025 17:30:00 |
| Recurrence Range End: | Tue, 04 Feb 2025 18:00:00 |
| Reminder Signal Time: | Tue, 04 Feb 2025 17:30:00 |
| Organizer: | "Radha Jain" <rjain@generalcatalyst.com> |
| Required Attendees: | jokimcohen REDACTED-PII |
| Subject: | Invitation: Radha <> Joanna @ Tue Feb 4, 2025 12:30pm - 1pm (EST) (jokimcoher REDACTED-PII |
| Attachments: | invite.ics |

**When**

(Tuesday Feb 4, 2025 · 12:30pm – 1pm (Eastern Time - New York

**Location**

Cityblock Health, 235 Duffield St, Brooklyn, NY 11201, USA
[View map](#)

**Organizer**

Radha Jain
rjain@generalcatalyst.com

**Guests**



(Guest list has been hidden at organizer's request)

jokimcohen REDACTED-PII **Reply** for

| Maybe | No | Yes |

More options

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more