# Exhibit 62

# 11265463-3629-47f7-b32c-ed852a7f4959

**Participants:** REDACTED-PII  Hirsh Jain; REDACTED-PII Joanna K. Cohen (Owner)
**First Message:** 2/5/2025 5:41:00 AM
**Last Message:** 2/5/2025 7:18:43 PM

---

**REDACTED-PII**  Hirsh Jain  2/5/2025 5:41:00 AM
How was today?

**REDACTED-PII**  Hirsh Jain  2/5/2025 5:41:04 AM
/ Curious to hear how stuff goes tmrw!

**REDACTED-PII**  Hirsh Jain  2/5/2025 5:41:07 AM
(Sorry for late text)

**REDACTED-PII**  Joanna K. Cohen (Owner)  2/5/2025 11:01:13 AM
Yesterday was great! Really exciting to hear all the progress being made. Looking forward to catching up with Michael and Athul today!

**REDACTED-PII**  Hirsh Jain  2/5/2025 1:38:32 PM
If we were to move forward would you be comfy w close to asap

**REDACTED-PII**  Joanna K. Cohen (Owner)  2/5/2025 4:58:06 PM
Happy to move forward with the conversation

**REDACTED-PII**  Joanna K. Cohen (Owner)  2/5/2025 4:58:36 PM
fysa Michael and I had to push back our coffee, as he's under the weather (but we also had lunch yesterday)

**REDACTED-PII**  Joanna K. Cohen (Owner)  2/5/2025 4:58:40 PM
Should we quickly catch up later this week?

**REDACTED-PII**  Hirsh Jain  2/5/2025 7:18:43 PM
Yeah let's do that