# Exhibit 72

| | | |
|---|---|---|
| **From:** | Steve ███ [███@palantir.com] | |
| **Sent:** | 2/25/2025 9:35:42 AM | |
| **To:** | Joanna Cohen ███@palantir.com]; Diana ███ ███@palantir.com] | |
| **Subject:** | Re: Resignation Letter | |

Hey Joanna - I will kick off the lever ticket now. A peep from POPs will reach out to communicate leaver logistics.

Still sad about this!!

Thanks
Steve

Steve ███
People Partner
Palantir Technologies

//pt-internal

---

**From:** Joanna Cohen <███@palantir.com>
**Sent:** Monday, February 24, 2025 10:03 PM
**To:** Diana ███ <███@palantir.com>
**Cc:** Steve ███ <███@palantir.com>
**Subject:** Re: Resignation Letter

Hi Diana,

Following up on my previous note, my last working day will be March 3rd.

Thanks,
Joanna

// pt-internal

**From:** Joanna Cohen <███@palantir.com>
**Sent:** Monday, February 24, 2025 12:47 PM
**To:** Diana ███ <███@palantir.com>
**Cc:** Steve ███ <███@palantir.com>
**Subject:** Resignation Letter

Hi Diana,

As discussed, I have attached my resignation letter. I intend for my final working day to be early next week, and I will confirm the specific date later today.

Thank you again for being my lead over the past few years. I've truly enjoyed and appreciated my time at Palantir.

CONFIDENTIAL

PALANTIR_00000022
RJAIN_CP001_000009668

Best,

**Joanna K. Cohen**
Palantir Technologies
█████@palantir.com | █████████

CONFIDENTIAL

PALANTIR_00000023
RJAIN_CP001_000009668