# Exhibit 75



**How were your convos w Radha / Athul?**

Today 3:06 PM

Really great! They're both super gracious with their time — I appreciated the chance to ask a lot of questions. They helped me understand more about what you guys are building and how the structure all works. It's clearly an absolutely phenomenal team you're assembling, like Avengers tier haha

It's very exciting and has given me a lot to think about. Where my head's at now — I'm keeping a very open mind about next steps after Palantir and candidly there's still a big part of me that wants to try out something a bit more independent, potentially on the west coast, versus joining as an employee of another org right away. But definitely still mulling things over

RJ_JC_00000781
RJ_JC_00000781