# Exhibit 76

**📅2/21/2025**  👤4  💬6  📎0

# chat35226738215424836
**Participants:** REDACTED-PII **Hirsh Jain**; REDACTED-PII **Bryan McLellan**; REDACTED-PII **Radha Jain (Owner)**; REDACTED-PII Radha Jain (Owner)
**First Message:** 2/21/2025 2:54:43 PM
**Last Message:** 2/21/2025 5:59:29 PM

---

**REDACTED-PII** **Hirsh Jain** 2/21/2025 2:54:43 PM
Bryan, Radha! You should catch up

---

**REDACTED-PII** **Radha Jain (Owner)** 2/21/2025 5:31:29 PM
Loved "Bryan, Radha! You should catch up "

---

**REDACTED-PII** **Radha Jain (Owner)** 2/21/2025 5:31:32 PM
Yes please!!

---

**REDACTED-PII** **Radha Jain (Owner)** 2/21/2025 5:31:35 PM
Bryan I'll text y

---

**REDACTED-PII** **Bryan McLellan** 2/21/2025 5:59:27 PM
Liked "Bryan, Radha! You should catch up "

---

**REDACTED-PII** **Bryan McLellan** 2/21/2025 5:59:29 PM
Liked "Yes please!! "