# Exhibit 77

📅 3/12/2025  👥 3  💬 21  📎 0

**REDACTED-PII**

**Participants:** REDACTED-PII Bryan McLellan; REDACTED-PII Radha Jain (Owner); REDACTED-PII Radha Jain (Owner)

**First Message:** 3/12/2025 3:48:25 PM
**Last Message:** 3/12/2025 10:36:40 PM

---

**REDACTED-PII Radha Jain (Owner)** 3/12/2025 3:48:25 PM
!!!!

**REDACTED-PII Radha Jain (Owner)** 3/12/2025 3:48:36 PM
Pumped

**REDACTED-PII Bryan McLellan** 3/12/2025 4:35:51 PM
I'm so excited!!! Feels great and I can't work to work all together

**REDACTED-PII Radha Jain (Owner)** 3/12/2025 5:15:48 PM
Very very excited

**REDACTED-PII Radha Jain (Owner)** 3/12/2025 5:15:58 PM
When is your last day?

**REDACTED-PII Bryan McLellan** 3/12/2025 5:19:28 PM
Loved "Very very excited"

**REDACTED-PII Bryan McLellan** 3/12/2025 5:19:43 PM
I am telling Ankit in 2 hours and gonna work that out with him

**REDACTED-PII Bryan McLellan** 3/12/2025 5:19:53 PM
Why am I so nervous for that lmao

**REDACTED-PII Bryan McLellan** 3/12/2025 5:20:06 PM
Ideally 2 weeks from today or less

**REDACTED-PII Radha Jain (Owner)** 3/12/2025 5:37:19 PM
Oh god yes I was extremely nervous too

**REDACTED-PII** **Radha Jain (Owner)** 3/12/2025 5:37:56 PM
It was really helpful for me to be like "I've signed another job offer" so he doesn't go into negotiating / persuasion mode

**REDACTED-PII** **Radha Jain (Owner)** 3/12/2025 5:38:58 PM
Fwiw w me he was like once people are ramped up it's best to leave asap for team morale reasons and basically let me choose my last day

**REDACTED-PII** **Bryan McLellan** 3/12/2025 5:39:10 PM
Liked "It was really helpful for me to be like "I've signed another job offer" so he doesn't go into negotiating / persuasion mode"

**REDACTED-PII** **Bryan McLellan** 3/12/2025 5:39:11 PM
Liked "Fwiw w me he was like once people are ramped up it's best to leave asap for team morale reasons and basically let me choose my last day"

**REDACTED-PII** **Bryan McLellan** 3/12/2025 5:39:34 PM
Ok yeah that makes sense. Yeah I was roughly planning to do the same thing

**REDACTED-PII** **Radha Jain (Owner)** 3/12/2025 5:42:11 PM
🤞🤞🤞let me know how it goes lol

**REDACTED-PII** **Bryan McLellan** 3/12/2025 5:42:34 PM
Ofc haha

**REDACTED-PII** **Bryan McLellan** 3/12/2025 8:22:19 PM
Telling Ankit went pretty well. I started off saying I signed somewhere and he was super bummed but understood. He really wanted to know who I'm joining but I just told him I didn't wanna say and he accepted it.

**REDACTED-PII** **Radha Jain (Owner)** 3/12/2025 10:36:16 PM
Loved "Telling Ankit went pretty well. I started off saying I signed somewhere and he was super bummed but understood. He really wanted to know who I'm joining but I just told him I didn't wanna say and he accepted it. "

**REDACTED-PII** **Radha Jain (Owner)** 3/12/2025 10:36:36 PM
It's done!!!

**REDACTED-PII** **Radha Jain (Owner)** 3/12/2025 10:36:40 PM
Wow okay huge