UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC.,<br><br>      Plaintiff,<br><br>v.<br><br>HIRSH JAIN, RADHA JAIN, and JOANNA COHEN,<br><br>      Defendants. | Civil Action No. 25-cv-08985-JPO<br><br>Hon. J. Paul Oetken |

**CERTIFICATE OF SERVICE**

I, Justin DiGennaro, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am an attorney at Gibson, Dunn & Crutcher LLP, counsel to Plaintiff Palantir Technologies Inc. in this action.

2. I hereby declare that I caused true and correct copies of Plaintiff's Sealed Memorandum of Law in Support of Its Application for a Preliminary Injunction and Sealed Exhibits to the Declaration of Harris Mufson in Support of Plaintiff's Motion for a Preliminary Injunction to be served upon Defendants Hirsh Jain, Radha Jain, and Joanna Cohen on December 12, 2025 via Sharefile to Steve Feldman, Mari Overbeck, Jordan Hughes, Sarah Burack, and Josh Ji, counsel representing Defendants in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 15, 2025

_____

Justin DiGennaro

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.3977
Fax: 212.817.9505
JDiGennaro@gibsondunn.com