UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC.<br><br>      Plaintiff,<br><br>   v.<br><br>RADHA JAIN, JOANNA COHEN and HIRSH JAIN,<br><br>      Defendants. | Case No. 25 Civ. 8985 (JPO)<br><br>**NOTICE OF ADDITIONAL APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Hirsh Jain, in addition to Defendants Radha Jain and Joanna Cohen, on whose behalf a Notice of Appearance was previously entered on October 31, 2025, in the above-referenced action:

    Steven N. Feldman
    Latham & Watkins LLP
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864
    Email: steve.feldman@lw.com

Dated: December 17, 2025
   New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Steven N. Feldman
Steven N. Feldman
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: steve.feldman@lw.com

*Attorneys for Defendants*