ATTACHMENT A

**Defendants' Letter Motion to Seal Matrix**

| Dkt. # | Description | Bates Number | Ex. # | Basis for Sealing |
|---|---|---|---|---|
| (042-1) | H. Jain - R. Jain text chain | RJ_JC_00000448 | Ex. 1 | This document need not be sealed subject to the redaction of PII (personal phone numbers & email address); competitively sensitive confidential business information (communications regarding hiring strategy; undisclosed customer names; identities and assessments of prospective Percepta hiring targets); and information bearing on third party privacy interests (identities and assessments of prospective Percepta hiring targets). *See* Ltr. Mot. at 2–3. |
| (042-2) | H. Jain - R. Jain text chain | RJ_JC_00000762 | Ex. 2 | This document need not be sealed subject to the redaction of PII (personal phone numbers & email address); competitively sensitive confidential business information (communications regarding business strategy; undisclosed customer names; assessments of prospective Percepta hires); and information bearing on Third Party Privacy Interests (identities and assessments of prospective Percepta hires). *See* Ltr. Mot. at 2–3. |
| (042-7) | H. Jain - R. Jain text chain | RJ_JC_00000403 | Ex. 7 | This document need not be sealed subject to the continued redaction of PII (personal phone numbers & email address). *See* Ltr. Mot. at 2–3. |
| (042-8) | H. Jain - R. Jain text chain | RJ_JC_00000409 | Ex. 8 | This document need not be sealed subject to the continued redaction of PII (personal phone numbers & email address). *See* Ltr. Mot. at 2–3. |
| (042-9) | R. Jain text chain | RJ_JC_00000399 | Ex. 9 | This document need not be sealed subject to the continued redaction of PII (personal phone numbers & email address). *See* Ltr. Mot. at 2–3. |

| | | | | |
|---|---|---|---|---|
| (042-11) | H. Jain - R. Jain text chain | RJ_JC_00000413 | Ex. 11 | This document need not be sealed subject to the continued redaction of PII (personal phone numbers & email address). *See* Ltr. Mot. at 2–3. |
| (042-12) | H. Jain - R. Jain text chain | RJ_JC_00000414 | Ex. 12 | This document should be sealed to protect PII (personal phone numbers & email address); and competitively sensitive confidential business information (Percepta ownership structure & growth strategy). *See* Ltr. Mot. at 2–3. |
| (042-13) | H. Jain - R. Jain email | RJ_JC_00000652 | Ex. 13 | This document need not be sealed subject to the continued redaction of PII (personal phone numbers & email address). *See* Ltr. Mot. at 2–3. |
| (042-15) | H. Jain - R. Jain text chain | RJ_JC_00000434 | Ex. 15 | This document need not be sealed subject to the continued redaction of PII (personal phone numbers & email address). *See* Ltr. Mot. at 2–3. |
| (042-16) | H. Jain email | PERCEPTA_GC_0000285 | Ex. 16 | Competitively Sensitive Confidential Business Information (Percepta Growth & Go-to-Market Strategy; Customer Identities). *See* Ltr. Mot. at 2–3. |
| (042-17) | R. Jain agreement | RJ_JC_00000599 | Ex. 17 | This document should be sealed to protect PII (personal email address); and competitively sensitive confidential business information (Percepta hiring strategy; employee compensation and benefits information). *See* Ltr. Mot. at 2–3. |
| (042-18) | R. Jain email | RJ_JC_00000657 | Ex. 18 | This document need not be sealed subject to the continued redaction of PII (personal phone numbers & email address). *See* Ltr. Mot. at 2–3. |
| (042-19) | H. Jain - R. Jain text chain | RJ_JC_00000282 | Ex. 19 | This document should be sealed to protect PII (personal phone numbers & email address); and competitively sensitive |

| | | | | |
|---|---|---|---|---|
| | | | | confidential business information (Percepta growth & marketing strategy).  *See* Ltr. Mot. at 2–3. |
| (042-20) | H. Jain - R. Jain text chain | RJ_JC_00000305 | Ex. 20 | This document should be sealed to protect PII (personal phone numbers & email address); competitively sensitive confidential business information (Percepta growth & marketing strategy; undisclosed customer identity and financial agreement terms; customer-specific solutions); and information bearing on third party privacy interests (customer employee names; other third party names).  *See* Ltr. Mot. at 2–3. |
| (042-21) | Palantir business record | PALANTIR_00000386 | Ex. 21 | Defendants do not oppose Plaintiff's request to seal this document. |
| (042-22) | H. Jain - R. Jain text chain | RJ_JC_00000427 | Ex. 22 | This document need not be sealed subject to the redaction of PII (personal phone numbers & email address); competitively sensitive confidential business information (Percepta growth & marketing strategy; employee time allocation; undisclosed customer identity; customer-specific problems and solutions); and information bearing on third party privacy interests (customer employee names; other third party names).  *See* Ltr. Mot. at 2–3. |
| (042-23) | H. Jain - R. Jain email | PERCEPTA_GC_0000154 | Ex. 23 | This document need not be sealed subject to the redaction of PII (personal phone numbers & email address); and competitively sensitive confidential business information (undisclosed Percepta customer identity).  *See* Ltr. Mot. at 2–3.  Defendants, Percepta, and General Catalyst have attached a properly redacted copy for public filing.  *See* Attachment B - Exhibit 23 (Redacted). |

| | | | | |
|---|---|---|---|---|
| (042-24) | H. Jain - R. Jain text chain | RJ_JC_00000247 | Ex. 24 | This document should be sealed to protect PII (personal phone numbers & email address); competitively sensitive confidential business information (Percepta growth & marketing strategy; undisclosed customer identity; customer-specific problems and solutions); and information bearing on third party privacy interests (customer employee names; other third party names).  *See* Ltr. Mot. at 2–3. |
| (042-25) | H. Jain - R. Jain email | RJ_JC_00000648 | Ex. 25 | This document should be sealed to protect PII (personal phone numbers & email address); competitively sensitive confidential business information (Percepta growth & marketing strategy; undisclosed customer identity; customer-specific problems and solutions); and information bearing on third party privacy interests (customer employee names).  *See* Ltr. Mot. at 2–3. |
| (042-26) | Business presentation | PERCEPTA_GC_0000358 | Ex. 26 | This document should be sealed to protect competitively sensitive confidential business information (undisclosed customer identity; customer-specific problems and solutions); and information bearing on third party privacy interests (customer confidential business information).  *See* Ltr. Mot. at 2–3. |
| (042-27) | Business presentation | PERCEPTA_GC_0000189 | Ex. 27 | This document should be sealed to protect competitively sensitive confidential business information (undisclosed customer identity; customer-specific problems and solutions); and information bearing on third party privacy interests (customer confidential business information).  *See* Ltr. Mot. at 2–3. |
| (042-28) | Business presentation | PERCEPTA_GC_0000251 | Ex. 28 | This document should be sealed to protect competitively sensitive confidential business information (undisclosed customer identity; customer-specific problems and solutions); |

| | | | | |
|---|---|---|---|---|
| | | | | and information bearing on third party privacy interests (customer confidential business information).  *See* Ltr. Mot. at 2–3. |
| (042-29) | H. Jain - R. Jain email | RJ_JC_00000640 | Ex. 29 | This document should be sealed to protect PII (personal phone numbers & email address); competitively sensitive confidential business information (Percepta and General Catalyst growth & marketing strategy; undisclosed customer identity; customer-specific problems and solutions); and information bearing on third party privacy interests (customer confidential business information; customer employee names).  *See* Ltr. Mot. at 2–3. |
| (042-30) | H. Jain - R. Jain text chain | RJ_JC_00000261 | Ex. 30 | This document need not be sealed subject to the redaction of PII (personal phone numbers & email address); and competitively sensitive confidential business information (undisclosed Percepta customer name).  *See* Ltr. Mot. at 2–3.  Defendants, Percepta, and General Catalyst have attached a properly redacted copy for public filing.  *See* Attachment C - Exhibit 30 (Redacted). |
| (042-31) | H. Jain - R. Jain invitation | PERCEPTA_GC_0000268 | Ex. 31 | This document need not be sealed subject to the redaction of PII (personal phone numbers & email address); and competitively sensitive confidential business information (undisclosed Percepta customer name).  *See* Ltr. Mot. at 2–3.  Defendants, Percepta, and General Catalyst have attached a properly redacted copy for public filing.  *See* Attachment D - Exhibit 31 (Redacted). |
| (042-32) | H. Jain - R. Jain email | RJ_JC_00000644 | Ex. 32 | This document should be sealed to protect PII (personal phone numbers & email address); competitively sensitive confidential business information (Percepta and General Catalyst growth and go-to-market strategy; undisclosed |

| | | | | |
|---|---|---|---|---|
| | | | | customer and prospective customer identities; customer-specific solutions); and third party privacy interests (third party employee names and personal details). *See* Ltr. Mot. at 2–3. |
| (042-33) | H. Jain - R. Jain email | RJ_JC_00000647 | Ex. 33 | This document should be sealed to protect PII (personal phone numbers & email address); and competitively sensitive confidential business information (Percepta and General Catalyst growth and go-to-market strategy; undisclosed customer and prospective customer identities). *See* Ltr. Mot. at 2–3. |
| (042-34) | H. Jain - R. Jain text chain | RJ_JC_00000362 | Ex. 34 | This document should be sealed to protect PII (personal phone numbers & email address); and competitively sensitive confidential business information (Percepta and General Catalyst growth and investment strategy; undisclosed customer identity; customer-specific solutions). *See* Ltr. Mot. at 2–3. |
| (042-35) | H. Jain - R. Jain email | RJ_JC_00000641 | Ex. 35 | This document should be sealed to protect PII (personal phone numbers & email address); and competitively sensitive confidential business information (Percepta growth strategy; undisclosed customer identity; customer-specific solutions). *See* Ltr. Mot. at 2–3. |
| (042-39) | H. Jain - R. Jain text chain | RJ_JC_00000510 | Ex. 39 | This document need not be sealed subject to the redaction of PII (personal phone numbers & email address); and information bearing on third party privacy interests (friends' names and personal details). *See* Ltr. Mot. at 2–3. Defendants, Percepta, and General Catalyst have attached a properly redacted copy for public filing. *See* Attachment E - Exhibit 39 (Redacted). |

| | | | | |
|---|---|---|---|---|
| (042-40) | R. Jain email | PALANTIR_00000106 | Ex. 40 | This document need not be sealed subject to the continued redaction of PII (personal phone numbers & email address). *See* Ltr. Mot. at 2–3. |
| (042-41) | Palantir business record | PALANTIR_00000311 | Ex. 41 | Defendants do not oppose Plaintiff's request to seal this document. |
| (042-42) | H. Jain email | | Ex. 42 | This document should be sealed to protect competitively sensitive confidential business information (Percepta growth, go-to-market, and hiring strategy; undisclosed customer and partner identities; customer-specific solutions); and third party privacy interests (prospective hire names and personal details). *See* Ltr. Mot. at 2–3. |
| (042-43) | H. Jain email | PERCEPTA_GC_0000034 | Ex. 43 | This document need not be sealed subject to the redaction of information bearing on third party privacy interests (Percepta Prospective Hire Name & Personal Details). *See* Ltr. Mot. at 2–3. Defendants, Percepta, and General Catalyst have attached a properly redacted copy for public filing. *See* Attachment F - Exhibit 43 (Redacted). |
| (042-44) | J. Cohen text chain | RJ_JC_00000181 | Ex. 44 | This document should be sealed to protect PII (personal phone numbers & email addresses); and personal and third party privacy interests (communications between intimate partners who are now married). *See* Ltr. Mot. at 2–3. |
| (042-46) | H. Jain - J. Cohen email | PERCEPTA_GC_0000010 | Ex. 46 | This document should be sealed to protect PII (personal phone numbers & email address); and competitively sensitive confidential business information (Percepta hiring strategy). *See* Ltr. Mot. at 2–3. |
| (042-47) | H. Jain - J. Cohen email | RJ_JC_00000535 | Ex. 47 | This document need not be sealed subject to the continued redaction of PII (personal email address). *See* Ltr. Mot. at 2– |

| | | | | |
|---|---|---|---|---|
| | | | | 3. Defendants, Percepta, and General Catalyst have attached a properly redacted copy for public filing. *See* Attachment G - Exhibit 47 (Redacted). |
| (042-48) | H. Jain - J. Cohen text chain | RJ_JC_00000172 | Ex. 48 | This document need not be sealed subject to the continued redaction of PII (personal WhatsApp addresses). *See* Ltr. Mot. at 2–3. |
| (042-49) | H. Jain - J. Cohen text chain | RJ_JC_00000173 | Ex. 49 | This document need not be sealed subject to the continued redaction of PII (personal WhatsApp addresses). *See* Ltr. Mot. at 2–3. |
| (042-50) | H. Jain - J. Cohen email | RJ_JC_00000545 | Ex. 50 | This document need not be sealed subject to the continued redaction of PII (personal email address). *See* Ltr. Mot. at 2–3. |
| (042-51) | H. Jain - J. Cohen email | RJ_JC_00000546 | Ex. 51 | This document need not be sealed subject to the continued redaction of PII (personal email address). *See* Ltr. Mot. at 2–3. |
| (042-52) | H. Jain - J. Cohen email | RJ_JC_00000560 | Ex. 52 | This document need not be sealed subject to the redaction of PII (personal email address); and competitively sensitive confidential business information (undisclosed Percepta customer). *See* Ltr. Mot. at 2–3. Defendants, Percepta, and General Catalyst have attached a properly redacted copy for public filing. *See* Attachment H - Exhibit 52 (Redacted). |
| (042-54) | J. Cohen invitation | RJ_JC_00000555 | Ex. 54 | This document need not be sealed subject to the continued redaction of PII (personal email address). *See* Ltr. Mot. at 2–3. |

| | | | | |
|---|---|---|---|---|
| (042-55) | H. Jain - J. Cohen email | RJ_JC_00000565 | Ex. 55 | This document need not be sealed subject to the continued redaction of PII (personal email address). *See* Ltr. Mot. at 2–3. |
| (042-56) | J. Cohen invitation | RJ_JC_00000569 | Ex. 56 | This document need not be sealed subject to the continued redaction of PII (personal email address). *See* Ltr. Mot. at 2–3. |
| (042-57) | H. Jain - R. Jain - J. Cohen email | RJ_JC_00000554 | Ex. 57 | This document need not be sealed subject to the continued redaction of PII (personal email address). *See* Ltr. Mot. at 2–3. |
| (042-58) | R. Jain - J. Cohen invitation | RJ_JC_00000551 | Ex. 58 | The previously-filed versions of this document should be sealed to protect competitively sensitive confidential business information (undisclosed Percepta customer name). *See* Ltr. Mot. at 2–3. Defendants, Percepta, and General Catalyst have attached a properly redacted copy for public filing. *See* Attachment I - Exhibit 58 (Redacted). |
| (042-59) | J. Cohen text chain | RJ_JC_00000192 | Ex. 59 | This document should be sealed to protect PII (personal phone numbers & email addresses); and personal and third party privacy interests (communications between intimate partners who are now married). *See* Ltr. Mot. at 2–3. |
| (042-60) | H. Jain email | PERCEPTA_GC_0000019 | Ex. 60 | This document should be sealed to protect PII (personal phone numbers & email address); and competitively sensitive confidential business information (General Catalyst growth, investment, and hiring strategy); and third party privacy interests (confidential business information of third party company). *See* Ltr. Mot. at 2–3. |
| (042-61) | H. Jain email | PERCEPTA_GC_0000071 | Ex. 61 | This document should be sealed to protect competitively sensitive confidential business information (Percepta growth |

9

| | | | | |
|---|---|---|---|---|
| | | | | and hiring strategy; employee compensation); and third party privacy interests (prospective hire names and personal details). *See* Ltr. Mot. at 2–3. |
| (042-62) | H. Jain - J. Cohen text chain | RJ_JC_00000174 | Ex. 62 | This document need not be sealed subject to the continued redaction of PII (personal WhatsApp addresses). *See* Ltr. Mot. at 2–3. |
| (042-63) | H. Jain - J. Cohen text chain | RJ_JC_00000175 | Ex. 63 | This document need not be sealed subject to the continued redaction of PII (personal WhatsApp addresses). *See* Ltr. Mot. at 2–3. |
| (042-64) | H. Jain - J. Cohen email | PERCEPTA_GC_0000052 | Ex. 64 | This document should be sealed to protect PII (personal email address); and competitively sensitive confidential business information (Percepta growth and hiring strategy; employee compensation and benefits). *See* Ltr. Mot. at 2–3. |
| (042-65) | H. Jain - J. Cohen email | RJ_JC_00000210 | Ex. 65 | This document should be sealed to protect competitively sensitive confidential business information (Percepta growth and hiring strategy). *See* Ltr. Mot. at 2–3. |
| (042-66) | H. Jain - J. Cohen email | RJ_JC_00000005 | Ex. 66 | This document should be sealed to protect competitively sensitive confidential business information (Percepta growth and hiring strategy; employee compensation and benefits). *See* Ltr. Mot. at 2–3. |
| (042-67) | H. Jain - J. Cohen email | RJ_JC_00000566 | Ex. 67 | This document should be sealed to protect PII (personal email address); and competitively sensitive confidential business information (Percepta growth and hiring strategy; employee compensation and benefits). *See* Ltr. Mot. at 2–3. |

| | | | | |
|---|---|---|---|---|
| (042-68) | H. Jain - J. Cohen text chain | RJ_JC_00000177 | Ex. 68 | This document should be sealed to protect PII (personal WhatsApp addresses); and competitively sensitive confidential business information (Percepta growth and hiring strategy; employee compensation and benefits). *See* Ltr. Mot. at 2–3. |
| (042-69) | H. Cain - J. Cohen text chain | RJ_JC_00000178 | Ex. 69 | This document should be sealed to protect PII (personal WhatsApp addresses); and competitively sensitive confidential business information (Percepta growth and hiring strategy; employee compensation and benefits); and third party privacy interests (prospective hire names and personal details). *See* Ltr. Mot. at 2–3. |
| (042-70) | J. Cohen email | RJ_JC_00000572 | Ex. 70 | This document need not be sealed subject to the continued redaction of PII (personal email address). *See* Ltr. Mot. at 2–3. |
| (042-71) | J. Cohen agreement | RJ_JC_00000672 | Ex. 71 | This document should be sealed to protect PII (personal email address); and competitively sensitive confidential business information (Percepta hiring strategy; employee compensation and benefits information). *See* Ltr. Mot. at 2–3. |
| (042-73) | Palantir business record | PALANTIR_00000260 | Ex. 73 | Defendants do not oppose Plaintiff's request to seal this document. |
| (042-74) | Palantir business record | PALANTIR_00000371 | Ex. 74 | Defendants do not oppose Plaintiff's request to seal this document. |
| (042-75) | H. Jain text chain | RJ_JC_00000781 | Ex. 75 | This document need not be sealed subject to the continued redaction of information bearing on PII (personal phone number); third party privacy interests (third party names and personal details). *See* Ltr. Mot. at 2–3. |

| | | | | |
|---|---|---|---|---|
| (042-76) | R. Jain text chain | RJ_JC_00000752 | Ex. 76 | This document need not be sealed subject to the continued redaction of PII (personal phone numbers and email address). *See* Ltr. Mot. at 2–3. |
| (042-77) | R. Jain text chain | RJ_JC_00000749 | Ex. 77 | This document need not be sealed subject to the continued redaction of PII (personal phone numbers and email address). *See* Ltr. Mot. at 2–3. |
| (042-79) | Percepta business record | PERCEPTA_GC_0000553 | Ex. 79 | This document should be sealed to protect competitively sensitive confidential business information (Percepta and General Catalyst growth, go-to-market, and hiring strategy; internal financial structures; undisclosed customer and partner identities; customer-specific solutions). *See* Ltr. Mot. at 2–3. |
| (042-80) | Percepta business record | PERCEPTA_GC_0000542 | Ex. 80 | This document should be sealed to protect competitively sensitive confidential business information (Percepta and General Catalyst growth, go-to-market, and hiring strategy; internal financial structures; undisclosed customer and partner identities; customer-specific solutions). *See* Ltr. Mot. at 2–3. |
| (042-81) | Percepta business record | PERCEPTA_GC_0000575 | Ex. 81 | This document should be sealed to protect competitively sensitive confidential business information (Percepta and General Catalyst growth, go-to-market, and hiring strategy; internal financial structures; undisclosed customer and partner identities; customer-specific solutions). *See* Ltr. Mot. at 2–3. |
| (042-82) | Percepta business record | PERCEPTA_GC_0000604 | Ex. 82 | This document should be sealed to protect competitively sensitive confidential business information (Percepta and General Catalyst growth, go-to-market, and hiring strategy; internal financial structures; undisclosed customer and partner identities; customer-specific solutions). *See* Ltr. Mot. at 2–3. |

| | | | | |
|---|---|---|---|---|
| (042-83) | Percepta business record | PERCEPTA_GC_0000454 | Ex. 83 | This document should be sealed to protect competitively sensitive confidential business information (Percepta and General Catalyst growth, go-to-market, and hiring strategy; internal financial structures; undisclosed customer and partner identities; customer-specific solutions). *See* Ltr. Mot. at 2–3. |
| (042-84) | Percepta business record | PERCEPTA_GC_0000510 | Ex. 84 | This document should be sealed to protect competitively sensitive confidential business information (Percepta and General Catalyst growth and hiring strategy; internal financial structures; employee compensation); and third party privacy interests (confidential business information of third party companies). *See* Ltr. Mot. at 2–3. |
| (042-86) | R. Jain deposition excerpts | N/A | Ex. 86 | This document need not be sealed subject to the redaction of competitively sensitive confidential business information (Percepta Go-to-market Strategy; Undisclosed Customer Identities; Employee Work Responsibilities; Employee Compensation Details; Prospective Employee Hiring Decisions); and information bearing on third party privacy interests (Names of Non-Party Friends; General Catalyst Business Contact Names and Personal Details; General Catalyst Business Strategy; Percepta's Customer's Investors Names; Percepta Prospective Hire Personal Details). Defendants, Percepta, and General Catalyst have attached a properly redacted copy for public filing. *See* Attachment J - Exhibit 86 (Redacted). |
| (042-87) | J. Cohen deposition excerpts | N/A | Ex. 87 | This document need not be sealed subject to the redaction of competitively sensitive confidential business information (Undisclosed Percepta Customer Identities); and information bearing on personal and third party privacy interests (Communications between Intimate Partners/Now-Spouses). |

13

| | | | | |
|---|---|---|---|---|
| | | | | Defendants, Percepta, and General Catalyst have attached a properly redacted copy for public filing. *See* Attachment K - Exhibit 87 (Redacted). |
| (042-88) | T. Mathew deposition excerpts | N/A | Ex. 88 | This document need not be sealed subject to the redaction of competitively sensitive confidential business information (Percepta Growth & Go-to-market Strategy; Customer Identities; Percepta Business Strategy; Employee Work Responsibilities; Percepta Business Model). Defendants, Percepta, and General Catalyst have attached a properly redacted copy for public filing. *See* Attachment L - Exhibit 88 (Redacted). |
| (042-91) | Palantir business record | PALANTIR_00000308 | Ex. 91 | Defendants do not oppose Plaintiff's request to seal this document. |
| (042-92) | Palantir business record | PALANTIR_00000245 | Ex. 92 | Defendants do not oppose Plaintiff's request to seal this document. |
| (042-93) | Palantir business record | PALANTIR_00000253 | Ex. 93 | Defendants do not oppose Plaintiff's request to seal this document. |
| (042-94) | Palantir business record | PALANTIR_00000257 | Ex. 94 | Defendants do not oppose Plaintiff's request to seal this document. |
| (042-95) | Palantir business record | PALANTIR_00000249 | Ex. 95 | Defendants do not oppose Plaintiff's request to seal this document. |
| (042-96) | J. Cohen email | RJ_JC_00000543 | Ex. 96 | This document need not be sealed subject to the redaction of PII (personal email address); and information bearing on third party privacy interests (non-party friend's name). *See* Ltr. Mot. at 2–3. Defendants, Percepta, and General Catalyst have |

14

| | | | | |
|---|---|---|---|---|
| | | | | attached a properly redacted copy for public filing. *See* Attachment M - Exhibit 96 (Redacted). |
| (042-97) | Palantir business record | PALANTIR_00000292 | Ex. 97 | Defendants do not oppose Plaintiff's request to seal this document. |
| (042-98) | Palantir business record | PALANTIR_00000300 | Ex. 98 | Defendants do not oppose Plaintiff's request to seal this document. |
| (042-100) | H. Jain - R. Jain email | RJ_JC_00000671 | Ex. 100 | This document should be sealed to protect PII (personal phone numbers & email address); and competitively sensitive confidential business information (Percepta growth strategy; undisclosed customer identity; customer-specific solutions). *See* Ltr. Mot. at 2–3. |
| (042-103) | Percepta business record | PERCEPTA_GC_0000538 | Ex. 103 | This document should be sealed to protect competitively sensitive confidential business information (Percepta internal code; undisclosed customer identity; customer-specific solutions); and third party privacy interests (customer employee names). *See* Ltr. Mot. at 2–3. |
| (044) | Memo. of Law | N/A | N/A | This document need not be sealed subject to the continued redaction of PII (personal email address); and competitively sensitive confidential business information (undisclosed Percepta customer identities; customer-specific problems and solutions; growth and go-to-market strategy). *See* Ltr. Mot. at 2–3. |