# Exhibit 23

## Redacted

**From:**   "Radha Jain (via Google Docs)" ████████████████ @google.com>
**Sent:**   Wed, 13 Nov 2024 14:24:06 +0000 (UTC)
**To:**     hjain@generalcatalyst.com
**Subject:** Share request for "2024.11.13 - Renaissance ███████ Meeting"

