# Exhibit 30

## Redacted

📅 11/14/2024  👤6  💬18  📎0

## Praxis [tenative]

**Participants:** ▓▓▓▓ **Michael Rochlin;** ▓▓▓▓ **Hirsh Jain;** ▓▓▓▓ **Radha Jain (Owner);** ▓▓▓▓ **Thomas Matthew;** ▓▓▓▓ **Athul Jacob;** ▓▓▓▓@gmail.com Radha Jain (Owner)

**First Message:** 11/14/2024 3:52:53 PM
**Last Message:** 11/14/2024 10:42:49 PM

---

▓▓▓▓ **Hirsh Jain** 11/14/2024 3:52:53 PM

You guys want to get together early next week & start mapping out some stuff re: ▓▓▓▓ ? Think we should try to enumerate our rough mapping of target workflows, data needs, priorities. Athul maybe you could come down from Boston and we could all get some IRL time?