# Exhibit 31

## Redacted

| | |
|---|---|
| **From:** | "Google Calendar" <calendar-notification@google.com> on behalf of "Hirsh Jain" <hjain@generalcatalyst.com> |
| **Sent:** | Fri, 15 Nov 2024 19:55:55 +0000 (UTC) |
| **To:** | radha.m.jain██████    "Athul Jacob" <ajacob@generalcatalyst.com>; t.mathew██████    michaelrochlin██████ |
| **Subject:** | Invitation: ██████ jam @ Tue Nov 19, 2024 3pm - 6pm (EST) (radha.m.jain@██████) |
| **Location:** | General Catalyst, 434 Broadway 6th floor, New York, NY 10013, USA |
| **Start Time:** | Tue, 19 Nov 2024 20:00:00 +0000 (UTC) |
| **End Time:** | Tue, 19 Nov 2024 23:00:00 +0000 (UTC) |
| **Location:** | General Catalyst, 434 Broadway 6th floor, New York, NY 10013, USA |
| **Show Time As:** | Busy |
| **Response Status:** | Not Responded |
| **Required Attendees:** | michaelrochlin██████    t.mathew██████    "Athul Jacob" <ajacob@generalcatalyst.com>, radha.m.jain██████ |
| **Subject:** | Invitation: ██████ jam @ Tue Nov 19, 2024 3pm - 6pm (EST) (radha.m.jain@██████ |
| **Attachments:** | invite.ics |

██████ jam

You have been invited by Hirsh Jain to attend an event named ██████ jam on Tuesday Nov 19, 2024 ·3pm – 6pm (Eastern Time - New York).

PERCEPTA_GC_0000268
C2050779_CTRL0000003423