# Exhibit 39

## Redacted

📅 11/27/2024  👤 3  💬 127  📎 5

**Participants:** ▇▇▇▇▇▇▇ Hirsh Jain; ▇▇▇▇▇▇▇ Radha Jain (Owner); ▇▇▇▇▇▇▇@gmail.com Radha Jain (Owner)

**First Message:** 11/27/2024 3:48:33 PM
**Last Message:** 11/27/2024 7:10:04 PM

---

**Hirsh Jain** 11/27/2024 3:48:33 PM

Ok I have your intro slack post

---

**Radha Jain (Owner)** 11/27/2024 4:49:23 PM

Oh dear

---

**Radha Jain (Owner)** 11/27/2024 4:49:27 PM

can you just tell them that I wasn't aware of context and she'll happily redo

---

**Hirsh Jain** 11/27/2024 4:49:34 PM

this actually isn't that bad

📎

<MYFB12728AFC8DB635C72C8F833636C4DE5D7868AFCC9F2EBA6F8469FACAB16DEC.21F788CE698EE1A9.C01USN00>

---

**Hirsh Jain** 11/27/2024 4:50:19 PM

Radha Jain will join GC on the Founding Team of the AI TransformationCo team. She will provide engineering, product, and applied AI experience and expertise to our efforts across industries.

Since 2020, Radha has worked at Palantir, most recently as a product engineer lead at where she led the development of their flagship AI product, AIP Logic.

Prior to that, she founded a fashion-tech startup – Fit to Form - that she took through Y-Combinator in 2019.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RJ_JC_00000510
RJ_JC_00000510

Radha earned her bachelor's degree in computer science and economics at Stanford University.

In her free time, she enjoys road-biking, playing with power tools (woodworking) and hosting last-minute dinner parties.

Welcome, Radha!

**Hirsh Jain** 11/27/2024 4:50:22 PM
^

**Radha Jain (Owner)** 11/27/2024 4:53:01 PM
lol honestly kudos to them for filling in via resume

**Radha Jain (Owner)** 11/27/2024 4:53:47 PM
i kinda wanna cut the fit to form stuff (honestly pretty irrel) and talk about fed health instead

**Hirsh Jain** 11/27/2024 4:53:56 PM
edit inline

**Hirsh Jain** 11/27/2024 4:54:13 PM
michael's is:

**Radha Jain (Owner)** 11/27/2024 4:54:14 PM
oh nice

**Hirsh Jain** 11/27/2024 4:56:08 PM
Michael Rochlin will join GC on the Founding Team of AI TransformationCo. He will bring his strong engineering and product background to drive our initial efforts within healthcare customers.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Most recently as a software engineer at Photon Health, Michael launched AI agents that make getting prescriptions a smooth and seamless process, thus enhancing the patient experience. He also took care to help the team grow as engineers and as people.

Prior to that, he worked in both product and software at Chapter and TrialSpark and, earlier, spent nearly five years as a software engineer at Palantir.

He earned his bachelor's degree in computer science from Princeton University.

Personally, Michael has three children (ask him about parenting toddlers, something he says he's making up as he goes), spends his spare energy trying to make streets safer for everyone and believes New Jersey is the greatest state in the U.S.

Welcome, Michael!

**Radha Jain (Owner)** 11/27/2024 5:08:35 PM

Radha Jain will join GC on the Founding Team of the AI TransformationCo team. She will provide engineering, product, and applied AI experience and expertise to our efforts across industries.

Radha spent the last 5 years at Palantir, most recently as a product engineer where she led the development of their flagship AI product, AIP Logic. Prior to that, she stood up work with the Department of Health and Human Services to oversee the medical supply chain and distribute therapeutics during the pandemic.

Radha earned bachelor's degrees in computer science and economics at Stanford University.

In her free time, she enjoys road-biking, woodworking, "non-fiction" travel and hosting last-minute dinner parties.

Welcome, Radha!

**Hirsh Jain** 11/27/2024 5:08:50 PM
are you sure you don't want the YC shout out

**Hirsh Jain** 11/27/2024 5:09:00 PM
even if the specific startup isn't in there

**Hirsh Jain** 11/27/2024 5:09:12 PM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RJ_JC_00000512
RJ_JC_00000510

also is "non-fiction" travel a term for non touristy travel

**Radha Jain (Owner)** 11/27/2024 5:11:43 PM
eh i kinda think the YC shout out for the sake of it is a bit cringe

**Radha Jain (Owner)** 11/27/2024 5:12:06 PM
but if these guys would be into it can add a "and took a startup through YCombinator" after the college part

**Hirsh Jain** 11/27/2024 5:12:10 PM
I didn't know you roadbike I'm like interested in getting into roadbiking

**Radha Jain (Owner)** 11/27/2024 5:12:31 PM
Reply
yeah like interesting places vs just pure fun places

**Hirsh Jain** 11/27/2024 5:12:38 PM
I feel like having endurance on a bike is one of the only ways to get out of nyc

**Hirsh Jain** 11/27/2024 5:12:46 PM
I am also thinking about getting a car truthfully but that's a sep thing

**Radha Jain (Owner)** 11/27/2024 5:12:49 PM
Reply
if it sounds pretentious / people wouldn't get it then nix

**Hirsh Jain** 11/27/2024 5:13:03 PM
when have you ever cared about what others think I am just shipping your thing as-is

**Hirsh Jain** 11/27/2024 5:13:21 PM
Tom's was like "I'm a michelin star chef" and he's not pretentious so you're good

**Radha Jain (Owner)** 11/27/2024 5:14:12 PM
lol nice okay

**Radha Jain (Owner)** 11/27/2024 5:14:26 PM
i really despise trying to explain myself

**Radha Jain (Owner)** 11/27/2024 5:14:46 PM
my favorite compliment is when people tell me they're have a hard time explaining me

**Hirsh Jain** 11/27/2024 5:15:20 PM
lol

**Hirsh Jain** 11/27/2024 5:15:33 PM
you're just like soooo mysterious radhz

**Hirsh Jain** 11/27/2024 5:15:52 PM
I'm teasing I think you do have a set of incongruities that are kind of fun

**Radha Jain (Owner)** 11/27/2024 5:16:18 PM
honestly deserved that one

**Radha Jain (Owner)** 11/27/2024 5:16:26 PM
i guess literally no one likes boxes

**Hirsh Jain** 11/27/2024 5:16:40 PM
I often think I am somewhat simple

**Radha Jain (Owner)** 11/27/2024 5:17:40 PM
no i think you're quite a hard one to grok

**Radha Jain (Owner)** 11/27/2024 5:18:08 PM
i think i have like a 70% image rn max

**Hirsh Jain** 11/27/2024 5:18:14 PM
ha

**Radha Jain (Owner)** 11/27/2024 5:18:33 PM

prob closer to 60 actually

**Hirsh Jain** 11/27/2024 5:18:36 PM
I think I have like 90% on you but I'm also cocky about these things

**Hirsh Jain** 11/27/2024 5:18:49 PM
so I would've expected you to have 90+ on me

**Hirsh Jain** 11/27/2024 5:19:15 PM
ok 90 is ridiculous

**Hirsh Jain** 11/27/2024 5:19:18 PM
I think I have 75 on you

**Radha Jain (Owner)** 11/27/2024 5:20:17 PM
no i don't have longevity on you

**Radha Jain (Owner)** 11/27/2024 5:20:41 PM
like i can maybe deduce how you would respond to something but mostly because we have a high decision model overlap

**Radha Jain (Owner)** 11/27/2024 5:20:56 PM
but i don't have many data points on how you actually respond to things

**Hirsh Jain** 11/27/2024 5:21:09 PM
mm interesting yes fair observation

**Hirsh Jain** 11/27/2024 5:21:13 PM
did you do any ref checks on me before signing up for this?

**Hirsh Jain** 11/27/2024 5:21:22 PM
I did not do any on you

**Radha Jain (Owner)** 11/27/2024 5:22:48 PM

not directly was mostly from me asking people "i'm thinking of joining hirsh's thing" and so they gave opinions

**Radha Jain (Owner)** 11/27/2024 5:24:23 PM
mostly positive and otherwise i think there's a couple distorting factors though which kinda reduce their credibility

**Hirsh Jain** 11/27/2024 5:24:44 PM
I am not without flaws

**Hirsh Jain** 11/27/2024 5:25:55 PM
I am obviously curious what the negatives were / if they were aligned w my perception of my own

**Radha Jain (Owner)** 11/27/2024 5:32:04 PM
 interview feedback for me included "she's very polished but there was substance there after digging as well"

**Radha Jain (Owner)** 11/27/2024 5:32:14 PM
And I think that's the gist of it

**Hirsh Jain** 11/27/2024 5:32:29 PM
Oh yeah

**Hirsh Jain** 11/27/2024 5:32:37 PM
There isn't always substance there in my case

**Hirsh Jain** 11/27/2024 5:32:51 PM
There sometimes is! But sometimes isn't

**Radha Jain (Owner)** 11/27/2024 5:33:10 PM
I have yet to see a lack of substance w u

**Radha Jain (Owner)** 11/27/2024 5:34:06 PM
But with you I think it's more of a "this person is very polished can I trust them and are they being honest with me or telling me what I want to hear"

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Radha Jain (Owner)** 11/27/2024 5:34:51 PM
But after digging my main realization is that you are just ... like that

**Radha Jain (Owner)** 11/27/2024 5:35:03 PM
Like the facade and the whole are in fact one

**Hirsh Jain** 11/27/2024 5:41:15 PM
Hah I don't know if that's entirely true

**Hirsh Jain** 11/27/2024 5:41:17 PM
But truthfully if you still think that then I think it's prob true within your construct of polished

**Hirsh Jain** 11/27/2024 5:41:23 PM
I feel like I spent so much time w you and Tmat being like "no idea that's why I need your help" to Qs you had

**Hirsh Jain** 11/27/2024 5:41:33 PM
To me the "polished" version would have had fake answers to those things

**Radha Jain (Owner)** 11/27/2024 5:47:32 PM
It's not really competence I don't think anyone doubts that

**Radha Jain (Owner)** 11/27/2024 5:47:52 PM
It is literally trust

**Hirsh Jain** 11/27/2024 5:47:58 PM
That's funny bc I've thought about your "be really fucking competent" message a few times

**Radha Jain (Owner)** 11/27/2024 5:48:19 PM
The same way that if someone is a really good salesperson you're like ...wait am I being taken for a ride

**Radha Jain (Owner)** 11/27/2024 5:48:36 PM
And then you get drinks and you're like wait no this person is just really good and cares a lot and is

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RJ_JC_00000517
RJ_JC_00000510

genuine

**Hirsh Jain** 11/27/2024 5:50:56 PM
Oh I see yes

**Hirsh Jain** 11/27/2024 5:50:58 PM
Yes yes

**Hirsh Jain** 11/27/2024 5:51:04 PM
This is a thing I know to be true about myself

**Hirsh Jain** 11/27/2024 5:55:02 PM

**Hirsh Jain** 11/27/2024 5:55:09 PM

**Hirsh Jain** 11/27/2024 5:55:55 PM
But that's just a thing I've like noted in the back of my head I'm like radha cool girl who also hacks on radhaspersonalWholeFoods.io for a full day on a Tuesday

**Radha Jain (Owner)** 11/27/2024 5:56:27 PM
Reply

**Radha Jain (Owner)** 11/27/2024 5:56:35 PM
Reply

**Radha Jain (Owner)** 11/27/2024 5:56:58 PM

**Hirsh Jain** 11/27/2024 5:56:59 PM

**Hirsh Jain** 11/27/2024 5:57:07 PM

**Hirsh Jain** 11/27/2024 5:57:18 PM

**Hirsh Jain** 11/27/2024 5:57:22 PM
*Reply*
This tracks more to me lol

**Radha Jain (Owner)** 11/27/2024 5:57:33 PM

**Hirsh Jain** 11/27/2024 5:57:39 PM
Mmm

**Hirsh Jain** 11/27/2024 5:57:49 PM
Ok that makes more sense

**Radha Jain (Owner)** 11/27/2024 5:58:45 PM

**Radha Jain (Owner)** 11/27/2024 5:59:29 PM

**Hirsh Jain** 11/27/2024 5:59:55 PM

**Hirsh Jain** 11/27/2024 6:00:08 PM

**Radha Jain (Owner)** 11/27/2024 6:02:09 PM

**Radha Jain (Owner)** 11/27/2024 6:02:23 PM

**Hirsh Jain** 11/27/2024 6:08:10 PM

**Hirsh Jain** 11/27/2024 6:08:26 PM

**Hirsh Jain** 11/27/2024 6:08:39 PM

**Radha Jain (Owner)** 11/27/2024 6:19:04 PM

**Radha Jain (Owner)** 11/27/2024 6:19:35 PM

**Radha Jain (Owner)** 11/27/2024 6:21:04 PM

**Radha Jain (Owner)** 11/27/2024 6:23:05 PM



**Radha Jain (Owner)** 11/27/2024 6:27:56 PM

**Hirsh Jain** 11/27/2024 6:31:33 PM

**Hirsh Jain** 11/27/2024 6:35:31 PM

**Hirsh Jain** 11/27/2024 6:42:06 PM

**Hirsh Jain** 11/27/2024 6:42:43 PM

**Hirsh Jain** 11/27/2024 6:43:04 PM

**Hirsh Jain** 11/27/2024 6:43:10 PM

**Radha Jain (Owner)** 11/27/2024 6:48:53 PM

**Radha Jain (Owner)** 11/27/2024 6:49:39 PM

Omg lol I love it

**Radha Jain (Owner)** 11/27/2024 6:49:45 PM

Reply
I'm excited to meet him

**Radha Jain (Owner)** 11/27/2024 6:50:26 PM
Okay any thoughts on this guy
📎
<MY3DF103C3FE0F8924B07C7F7ECB05B75E9998C3826924F59CEE100432F9B079C7.21F788CE698EE1A9.C01USN00>

**Radha Jain (Owner)** 11/27/2024 6:50:59 PM
Gonna cut the "gonna miss that" bit

**Radha Jain (Owner)** 11/27/2024 6:51:09 PM
Too soppy

**Radha Jain (Owner)** 11/27/2024 6:51:55 PM
Also if u have thoughts on what to say abt "what's next"

**Hirsh Jain** 11/27/2024 7:00:26 PM
Reply
I like I'm really gmg to miss that

**Hirsh Jain** 11/27/2024 7:00:29 PM
Reply
Going

**Hirsh Jain** 11/27/2024 7:01:08 PM
Reply
I think basically say what you want - yes we are in stealth so just don't post on LinkedIn (I wanna figure out right framing to avoid 1000 VCs reaching out)

**Hirsh Jain** 11/27/2024 7:01:23 PM
Reply
But you can say I'm joining an AI startup, I'm joining the founding team of an AI startup, etc etc

**Hirsh Jain** 11/27/2024 7:01:30 PM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Reply**
I'm working with ex palantirians...

---

**Radha Jain (Owner)** 11/27/2024 7:07:38 PM
Oh you don't think the ex Palantirians will be sus

---

**Radha Jain (Owner)** 11/27/2024 7:07:50 PM
As long as you're cool with people asking who and me saying u and tmatt

---

**Hirsh Jain** 11/27/2024 7:08:09 PM
Reply
I have no reason to hide this

---

**Hirsh Jain** 11/27/2024 7:08:13 PM
Reply
I'm excited about it

---

**Hirsh Jain** 11/27/2024 7:08:19 PM
Reply
I've been telling whoever asks me

---

**Radha Jain (Owner)** 11/27/2024 7:08:42 PM
I just mean bc I'll prob include ▇ and ▇ in the email

---

**Hirsh Jain** 11/27/2024 7:08:54 PM
It's not Sus you're an at will employee... I just am not allowed to have "solicited" you

---

**Hirsh Jain** 11/27/2024 7:09:15 PM
Yeah I wouldn't put my name in the body obvs but if someone asks fire away

---

**Radha Jain (Owner)** 11/27/2024 7:10:04 PM
Ha okay!

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

RJ_JC_00000523
RJ_JC_00000510