# Exhibit 43

## Redacted

**From:** "Quentin Clark" <qclark@generalcatalyst.com>
**Sent:** Thu, 30 Jan 2025 19:09:05 +0000 (UTC)
**To:** "Hemant Taneja" <htaneja@generalcatalyst.com>
**Cc:** "Hirsh Jain" <hjain@generalcatalyst.com>; "Hemant Taneja" <ht@generalcatalyst.com>; "Gaby Giglio" <ggiglio@generalcatalyst.com>
**Subject:** Re: FDE team

---

we are here to help of course. I can probably do backchannel for ▓▓▓▓ but Joanna not so much.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
https://www.linkedin.com/in/joannakcohen/


On Thu, Jan 30, 2025 at 10:52 AM, Hemant Taneja <htaneja@generalcatalyst.com> wrote:
> great
>
> On Thu, Jan 30, 2025 at 10:50 AM Hirsh Jain <hjain@generalcatalyst.com> wrote:
>> Just to keep you posted coming out of our convo on Monday, have made big push on hiring this week. Two folks we love that we should be able to close in the next week:
>>
>> - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>>
>> - Joanna Cohen
>>   - MIT '20, runs the value-based care work at Palantir - had talked to her earlier but didn't think she was the right first hire. But she's a great executor and I think now is the time.
>>
>> We're moving forward quickly on both (I literally got introed to ▓▓▓▓ on Tuesday) - will let you know if we need either of you to tap in, but they both seem pretty sold so it's just a matter of getting it done ( @Gaby for awareness as well).
>>
>> Hirsh

CONFIDENTIAL                                                                                                          PERCEPTA_GC_0000034