# Exhibit 47

## Redacted

| **From:** | Thomas Mathew ██████████████ |
| **Sent:** | Mon, 18 Nov 2024 16:34:57 +0000 (UTC) |
| **To:** | Joanna Cohen ██████████████ |
| **Subject:** | Re: Joanna <> Tom |

Sent over invite for Wednesday! Do you have a coffee shop around office you like going to? Can meet you there. Can text me at ████████ to make is easier to coordinate.

Sent via Superhuman

On Sat, Nov 16, 2024 at 8:29 PM, Joanna Cohen <██████████████> wrote:
> Hi Tom! Wednesday at 2pm works great. I'll be at the Palantir office in Flatiron (18th St and 6th Ave). Where will you be coming from? Happy to help find a spot to meet!
>
> On Sat, Nov 16, 2024 at 3:55 0PM Thomas Mathew <██████████████> wrote:
>> Hi Joanna! How does Wednesday at 2pm sound? Where will you be coming from? Can find a coffee shop between us.
>>
>> On Fri, Nov 15, 2024 at 7:57 0PM Joanna Cohen ██████████████ wrote:
>>> Hi all,
>>>
>>> Hirsh – Thanks for the intro! Moving you to bcc.
>>>
>>> Tom - Nice to meet you! Are you free for coffee next week? I have flexibility Wednesday and Thursday - let me know what works best for you. Looking forward to connecting!
>>>
>>> Cheers,
>>> Joanna
>>>
>>> On Fri, Nov 15, 2024 at 4:08 0PM Hirsh Jain <hjain@generalcatalyst.com> wrote:
>>>> Hi friends,
>>>>
>>>> Excited to intro you. As I've mentioned, Tom is starting as the CTO of Renaissance soon and I've had a few convos w Joanna (and her "echo" partner ████) over the last few weeks. I think you'll enjoy meeting!
>>>>
>>>> Hirsh

CONFIDENTIAL