# Exhibit 52

## Redacted

**From:** Joanna Cohen
**Sent:** Thu, 6 Feb 2025 20:30:25 +0000 (UTC)
**To:** Athul Jacob <ajacob@generalcatalyst.com>
**Subject:** Re: Athul <> Joanna

It was great meeting you too! Hope your trip back to Cambridge goes smoothly.

On Wed, Feb 5, 2025 at 8:40 0PM Athul Jacob <ajacob@generalcatalyst.com> wrote:
> Great chatting today, Joanna!!
>
> On Wed, Feb 5, 2025 at 3:08 0PM Athul Jacob <ajacob@generalcatalyst.com> wrote:
>> Hi! We just got in
>>
>> On Wed, Feb 5, 2025 at 3:04 0PM Joanna Cohen wrote:
>>> Hi Athul,
>>>
>>> I'm at Devocion! Sadly all the tables are taken, so I'm sharing a table by the door. When you get here we can figure out where to chat! Happy to walk around or head back to ▮.
>>>
>>> Best,
>>> Joanna
>>>
>>> On Tue, Feb 4, 2025 at 6:27 0PM Athul Jacob <ajacob@generalcatalyst.com> wrote:
>>>> Awesome, chat soon! :)
>>>>
>>>> On Tue, Feb 4, 2025 at 5:57 0PM Joanna Cohen wrote:
>>>>> No worries! Happy to stop by Brookyln again. Looking forward to it!
>>>>>
>>>>> On Tue, Feb 4, 2025 at 4:38 0PM Athul Jacob <ajacob@generalcatalyst.com> wrote:
>>>>>> Yes! Let's do 3pm tomorrow? Brooklyn sounds great.
>>>>>>
>>>>>> Maybe
>>>>>> Devoción 276 Livingston St, Brooklyn, NY 11201, USA?
>>>>>>
>>>>>> Sorry to have you drop by here again haha
>>>>>>
>>>>>> Excited to chat!
>>>>>>
>>>>>> On Tue, Feb 4, 2025 at 3:34 0PM Joanna Cohen wrote:
>>>>>>> Hi Athul – Nice to meet you! Do you have any availability tomorrow afternoon, 2pm or later? Happy to head back to Brooklyn to meet in person while you're in town.
>>>>>>>
>>>>>>> Looking forward to chatting!
>>>>>>>
>>>>>>> Best,
>>>>>>> Joanna
>>>>>>>
>>>>>>> On Tue, Feb 4, 2025 at 1:08 0PM Athul Jacob <ajacob@generalcatalyst.com> wrote:
>>>>>>>> Thanks Hirsh! (To bcc)
>>>>>>>>
>>>>>>>> Joanna!

> So sorry to just miss you. Just got in from Boston. Would love to catch up live this week if possible?
>
>> On Tue, Feb 4, 2025 at 1:04 0PM Hirsh Jain <hjain@generalcatalyst.com> wrote:
>> Hope you can meet while Athul's in NYC this week!
>>
>> Hirsh

CONFIDENTIAL                                                                                                  RJ_JC_00000561