# Exhibit 58

## Redacted

| | |
|---|---|
| **From:** | Google Calendar <calendar-notification@google.com> on behalf of Radha Jain <rjain@generalcatalyst.com> |
| **Sent:** | Mon, 3 Feb 2025 04:30:14 +0000 (UTC) |
| **To:** | jokimcohen▮ |
| **Subject:** | Invitation: Radha <> Joanna @ Tue Feb 4, 2025 12:30pm - 1pm (EST) (jokimcohen▮) |
| **Location:** | ▮ |
| **Start Time:** | Tue, 4 Feb 2025 17:30:00 +0000 (UTC) |
| **End Time:** | Tue, 4 Feb 2025 18:00:00 +0000 (UTC) |
| **Attendees:** | jokimcohen▮ |
| **Location:** | ▮ |
| **Response Requested:** | True |
| **Show Time As:** | Tentative |
| **Recurrence Range Start:** | Tue, 04 Feb 2025 17:30:00 |
| **Recurrence Range End:** | Tue, 04 Feb 2025 18:00:00 |
| **Reminder Signal Time:** | Tue, 04 Feb 2025 17:30:00 |
| **Organizer:** | "Radha Jain" <rjain@generalcatalyst.com> |
| **Required Attendees:** | jokimcohen▮ |
| **Subject:** | Invitation: Radha <> Joanna @ Tue Feb 4, 2025 12:30pm - 1pm (EST) (jokimcohen@gmail.com) |
| **Attachments:** | invite.ics |

**When**

(Tuesday Feb 4, 2025 · 12:30pm – 1pm (Eastern Time - New York)

**Location**

▮

View map

**Organizer**

Radha Jain
rjain@generalcatalyst.com

**Guests**

CONFIDENTIAL

(Guest list has been hidden at organizer's request)

jokimcohen@gmail.com **Reply** for

| Maybe | No | Yes |
|---|---|---|

More options

Invitation from Google Calendar

You are receiving this email because you are subscribed to calendar notifications. To stop receiving these emails, go to Calendar settings, select this calendar, and change "Other notifications".

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

CONFIDENTIAL                                                                                                                                                RJ_JC_00000552