# Exhibit 86

## Redacted

```
                                      Page 23
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   operational efficiency?
 3             MR. FELDMAN:  Objection, vague and
 4        compound.
 5        A.   Can you break that down for me.
 6   It's a long sentence.
 7        Q.   You would agree with me that
 8   Percepta aims to assist customers to enhance
 9   their operational efficiency through use of
10   AI.
11             MR. FELDMAN:  Vague.
12        A.   To assist customers to enhance
13   their operational efficiencies.  Yes,
14   Percepta, like 90 percent of startups, uses
15   AI to help enterprises.
16        Q.   And they help enterprises'
17   customers increase their operational
18   efficiency through the use of artificial
19   intelligence; isn't that right?
20             MR. FELDMAN:  Asked and answered.
21             MR. MUFSON:  I want a clear answer.
22        A.   I'm sorry, are you asking if we use
23   AI to help enterprises?
24        Q.   I'm asking you the question that I
25   asked you.
```

```
                                            Page 24
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2             I'm asking you whether Percepta
 3    uses artificial intelligence to help
 4    customers increase their operational
 5    efficiencies.
 6             MR. FELDMAN:  Objection, asked and
 7        answered.
 8        A.    Yes.
 9        Q.    Thank you.
10        A.    Percepta, like other startups, use
11    AI to help enterprises become more efficient.
12        Q.    Palantir uses artificial
13    intelligence to help customers increase
14    operational efficiencies, correct?
15        A.    Yes.
16        Q.    Thank you.
17        A.    Like other startups, Palantir uses
18    AI to help enterprises become more efficient.
19        Q.    And Percepta is pursuing customers
20    in the healthcare space; isn't that right?
21        A.    Percepta has helped their clients,
22    yes.
23        Q.    Okay.  And Percepta has clients in
24    the government space; isn't that right?
25        A.    Percepta has a client in the
```

```
                                              Page 44
 1          JAIN-HIGHLY CONFIDENTIAL-AEO
 2      Q.   Did you have to make any
 3  representations to General Catalyst or
 4  Percepta about your ongoing contractual
 5  obligations?
 6           MR. FELDMAN:  Objection, vague.
 7      A.   I don't recall.
 8      Q.   Did you know that you had
 9  nonsolicitation obligations to Palantir?
10      A.   Yes, I did.
11      Q.   So you were aware at the time that
12  you took the job at Percepta that you had
13  nonsolicitation obligations.
14      A.   I was, yes.
15      Q.   So how did you remember that?
16           MR. FELDMAN:  Objection, vague.
17      Q.   Well, how did you -- why did you
18  know that you had nonsolicitation obligations
19  but not noncompetition obligations?
20      A.   Because it is discussed.  I had
21  plenty of friends who left Palantir to start
22  companies.
23      Q.   Are who did you discuss that with?
24      A.   My friend, ███████  ██████ , my friend,
25  ███████   ██████ .
```

1      JAIN-HIGHLY CONFIDENTIAL-AEO
2  confidential information during your
3  employment with Palantir; isn't that right?
4      A.    Along with every other Palantir
5  employee, yes.
6      Q.    You had access to source code?
7      A.    Along with every other Palantir
8  engineer, yes.
9      Q.    You had access to internal
10 demonstrative workspace?
11     A.    Which demonstrative workspace are
12 they referring to?
13     Q.    Any of the demonstrative workspace.
14     A.    I'm not sure exactly what that
15 refers to.
16     Q.    Did you have access to deployed
17 customer workflows?
18          MR. FELDMAN:  Objection, vague.
19     A.    Which customer workflows?
20     Q.    Any.
21     A.    I recall that I had a login to a
22 customer.  I cannot tell you what customer
23 space that was.  I believe --
24     Q.    Are those -- sorry?
25     A.    I believe it was an automotive

```
                                           Page 48
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   customer, but I don't know off the top of my
 3   head.
 4        Q.   And are those customer workflows
 5   confidential?
 6        A.   I don't know.
 7        Q.   Is the source code confidential?
 8        A.   I imagine so.
 9        Q.   How about did you have access to
10   customer engagement strategies?
11        A.   What does that mean?
12        Q.   I'm asking you.  Do you not
13   understand what that means?
14        A.   I actually don't, no.
15        Q.   What about Palantir's recruitment
16   strategies?
17        A.   Again, what does that mean?
18             No, I don't believe I had access to
19   their recruitment strategies.
20        Q.   Okay.
21        A.   To the extent that everybody at
22   Palantir had access to these things, I did.
23        Q.   You didn't help build some of their
24   recruitment strategies.
25        A.   Not their strategies, no.
```

```
                                      Page 50
```

1          JAIN-HIGHLY CONFIDENTIAL-AEO

2          as vague.

3          A.    I don't know.

4          Q.    And you were given access to

5     Palantir's confidential information

6     concerning its clients; is that right?

7               MR. FELDMAN:  Objection, vague.

8          A.    I don't know what you're referring

9     to.

10         Q.    So you have -- did you have

11    interaction with any customers while you were

12    employed by Palantir?

13         A.    During what period?

14         Q.    At any time.

15         A.    Well, yes, for the first two years

16    I was working with customers directly.

17         Q.    And when you worked with customers

18    directly, did they provide confidential

19    information about their business to you and

20    Palantir?

21         A.    I worked with the U.S. Government,

22    the Department of Health and Human Services,

23    yes, there's confidential information.

24         Q.    And those customers would provide

25    you with confidential information about their

Page 54

```
 1      JAIN-HIGHLY CONFIDENTIAL-AEO
 2      feigning ignorance, you know that's not
 3      proper.  It's harassment.  Just cut it
 4      out.
 5          Ask her the question, she'll
 6      answer, but you need to let her answer.
 7      You can't cut her off after two words --
 8          MR. MUFSON:  I'm not cutting her.
 9          MR. FELDMAN:  You just did.
10          MR. MUFSON:  I would like an answer
11      to my question, please.
12          MR. FELDMAN:  Well, let's have the
13      court reporter read the question.  Back.
14          (Record read.)
15          MR. FELDMAN:  Objection, vague.
16      A.   To clarify, my first two years at
17  Palantir, I was working directly with
18  customers.  During that time, I did know
19  their priorities because I was directly
20  working with their teams.
21          In the last two years at Palantir,
22  I was working on an internal product.  I did
23  not work with customers.  I worked only with
24  internal teams.
25      Q.   Thank you.
```

Page 55

1          JAIN-HIGHLY CONFIDENTIAL-AEO
2              When you were working with
3     customers, what industries -- at Palantir,
4     what industries were those customers in?
5          A.    The U.S. Government, Department of
6     Health and Human Services.
7          Q.    Did you work with any other
8     customers?
9          A.    For my first few months at
10    Palantir, I worked with Rio Tinto, the mining
11    company.
12         Q.    Did you work with any other
13    customers?
14         A.    Not that I recall.
15             MR. MUFSON:   I am going to mark a
16         document as Exhibit 3, which is a
17         screenshot of Ms. Jain's LinkedIn
18         account.
19             (Exhibit 3, Screenshot of Radha
20         Jain's LinkedIn Account, Bates No.
21         RJAIN_CP006_000000011, marked for
22         identification, this date.)
23         Q.    Ms. Jain, is Exhibit 3 an accurate
24    depiction of your LinkedIn account?
25         A.    Yes, it is.

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2        Q.    And does this accurately state your
 3   employment and educational history?
 4        A.    I believe so, yeah.
 5        Q.    Now, your LinkedIn account lists
 6   your position at Palantir as a "Forward
 7   Deployed Engineer, federal Health," between
 8   January 2020 and July 2021.  Do you see that?
 9        A.    Yes.
10        Q.    And can you describe your duties
11   and responsibilities in that role.
12        A.    Yes.  I -- I'm trying to remember.
13        Q.    Are you struggling -- is there a
14   reason you're struggling to remember what
15   your job duties were?
16        A.    It was five years ago, four years
17   ago.
18        Q.    Okay.
19        A.    I worked with BCG who was also
20   working with the federal -- the government at
21   the time.  And there were many things, this
22   is one piece of things, and I worked with BCG
23   to stand up what was called the supply chain
24   control tower, which was when the government
25   worked with four major medical -- five major
```

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   medical distributors that controlled
 3   80 percent of the market, and they provided
 4   information about all of, like I mentioned,
 5   the gloves, the gowns, the needles to us.
 6   And we tracked, on a line-item basis, where
 7   each of those items were and so that the
 8   government could understand where are the
 9   supplies of different items throughout the
10   U.S.
11              So my responsibility was working
12   with BCG to stand up the supply chain control
13   tower, and I did data pipelining.  So I was
14   writing data pipeline, and we got all of that
15   data from each of those medical distributors.
16   We would then bring it into that sort of, you
17   know, one size view and creating --
18   configuring the dashboards in Foundry, and
19   that allowed you to see where all of those
20   items were, yeah.
21        Q.   What is BCG?
22        A.   Boston Consulting Group.
23        Q.   Did you do anything else in terms
24   of your general duties and responsibilities
25   as a forward-deployed engineer during that
```

Page 58

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   time period?
 3        A.    Attending the customer meetings,
 4   ramping up new joiners.  That's what I
 5   recall.
 6        Q.    In terms of your role as
 7   engineering lead between July 2021 and
 8   September 2022, was that a promotion to that
 9   role?
10        A.    It was a different role.  This was
11   on the growth team.
12        Q.    Okay, so tell me about your duties
13   and responsibilities in that role.
14        A.    We were -- I was working with
15   salespeople to help them pitch Palantir to
16   government agencies, such as NOAA and the
17   U.S. State Department, Department of --
18   actually, I don't know if we actually did --
19   yeah, yeah, all federal clients.
20        Q.    So you were interacting directly
21   with the Federal Government?
22        A.    I was on a few sales meetings with
23   potential clients.  I don't know if any of
24   them actually ended up becoming clients.
25        Q.    Have you described everything you
```

Page 59

JAIN-HIGHLY CONFIDENTIAL-AEO

1    recall with respect to your duties and
2    responsibilities in the engineering lead
3    role?
4        A.    Yes.  I was building demos and --
5    to help those clients imagine how they would
6    use, use Palantir, use Foundry.
7        Q.    What kind of demos?
8        A.    I configured Foundry so it made
9    fake data, made fake dashboards so that they
10   could see how they could use Foundry.
11       Q.    And why do clients use Foundry?
12            MR. FELDMAN:  Objection, lacks
13       foundation.
14       A.    Each client has different reasons.
15       Q.    So the clients that you were --
16   well, generally, what are the general reasons
17   clients would use Foundry?
18       A.    Primarily because their data
19   environment is fragmented across a dozen
20   different systems, and they don't have a
21   single source of truth to understand
22   everything that is going on in their
23   enterprise, in their department, whatever
24   those things are.  So they use it to bring

```
                                          Page 62
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   you can edit the data, as well.
 3        Q.    And when you say, "analytical
 4   services," what do you mean by that?
 5        A.    Drill-down dashboards.
 6        Q.    Does -- besides analytical services
 7   and Workshop, does Palantir provide any
 8   additional services to customers?
 9             MR. FELDMAN:  Objection, vague and
10        lacks foundation.
11        A.    Data integration services.
12        Q.    And what are the data integration
13   services?
14        A.    As I mentioned, you can take data
15   from whichever source system it exists in
16   today and bring it into -- it will be
17   duplicated in Foundry.
18        Q.    Does Palantir provide any other
19   services to clients?
20             MR. FELDMAN:  Objection, lacks
21        foundation.
22        A.    Data transformation services.
23        Q.    And what are data transformation
24   services?
25        A.    So those are data pipelines.  You
```

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2    have that raw data now in Foundry, you can
 3    write code, write pipelines to transform that
 4    data.
 5        Q.   Any additional services that
 6    Palantir provides?
 7            MR. FELDMAN:  Objection, lacks
 8        foundation.
 9        A.   Palantir has, I believe, 21 --
10    Foundry has 21 applications within it.  We've
11    gone through half a dozen.  There are a bunch
12    of other ones, including the one I built --
13    helped build with my team, AIP Logic.
14        Q.   In addition to Foundry, does
15    Palantir provide any other services to
16    clients?
17        A.   Any other products?
18        Q.   Products or services.
19        A.   Yes, there is the Gotham platform.
20    There is Apollo.  There is -- AIP is just a
21    marketing term, it's a rebrand of Foundry.
22    But Foundry, Gotham and Apollo would be my
23    answer to that.
24        Q.   What is Gotham?
25        A.   Gotham is a platform primarily used
```

```
                                              Page 65
 1          JAIN-HIGHLY CONFIDENTIAL-AEO
 2          Q.    Okay, are there any other services
 3     that Palantir provides?
 4          A.    I'm not aware of what you're
 5     talking about.
 6          Q.    And you were a forward-deployed
 7     engineer, right?
 8          A.    I was, yes.
 9          Q.    So you were responsible for
10     providing those services to clients.
11               MR. FELDMAN:  Objection, misstates
12          the testimony.
13          A.    I was responsible for configuring
14     Foundry for the customer, yes.
15          Q.    How much interaction with the
16     customer would you say you had when you were
17     helping them with configuring the product?
18               MR. FELDMAN:  Objection, vague as
19          to "customer" and "product."
20          Q.    Well, you just described your
21     relationship or your work working with the
22     U.S. Government.
23          A.    Uh-huh.
24          Q.    Tell me about the -- how frequently
25     were you in contact with the U.S. Government
```

during that time period?

A. We had stakeholders. We would talk to them weekly.

Q. And was that a consistent cadence whenever you worked with customers, would you have weekly interaction with them?

A. Yes, if you are directly working with a customer as a forward-deployed engineer on their team, yes.

Q. And are the customers -- in your experience working with customers as a forward-deployed engineer, are those customers providing you with their confidential information?

A. Isn't everything confidential?

Q. I can't answer your questions. I'm just asking you the question.

A. We would be working together on a goal, all of which I believe is confidential, I imagine.

Q. Let me ask you about your time working as an AI product engineer.

Can you describe your duties and responsibilities as an AI product engineer.

JAIN-HIGHLY CONFIDENTIAL-AEO

A. Yes. I was a front-end engineer along with a senior front-end engineer working on an application, one of those 20-odd applications within Foundry called AIP Logic.

THE WITNESS: May I get some more water?

MR. MUFSON: Absolutely.

MR. FELDMAN: If you want, we can take a five-minute break. It's been a little more than an hour.

MR. MUFSON: That's fine. We can take five minutes.

THE VIDEOGRAPHER: Off the record. The time is 10:14 a.m.

(A brief recess was taken.)

THE VIDEOGRAPHER: Back on the record. The time is 10:27 a.m.

Q. Ms. Jain, I just want to follow up on the last colloquy that we had. Your position as an AI product engineer --

A. Uh-huh.

Q. -- if you could just describe your duties and responsibilities, what were you

```
                                        Page 68

1        JAIN-HIGHLY CONFIDENTIAL-AEO
2    doing on a day-to-day basis as -- in that
3    role?
4        A.    I spent 80 to 90 percent of my time
5    coding, and I was a junior front-end
6    engineer, which meant that I was making
7    buttons, and menus, and sidebars, and I would
8    often code with my senior front-end engineer,
9    Dean.  Yeah, I would say that was the
10   majority of it.
11       Q.    And what -- you said you were
12   working on Foundry or AIP?
13       A.    Logic is an application within
14   Foundry.  It has been given a marketing term,
15   AIP, which is a process that we added to AIP
16   Logic.
17       Q.    And what were you building in terms
18   of your duties and responsibilities within
19   Logic?
20       A.    I was building the front end for
21   Logic, so making it more ergonomic, the
22   application you see, making sure the buttons
23   were in the right place, figuring out what
24   should be in the right place, drop-down
25   menus, things like that.
```

1      JAIN-HIGHLY CONFIDENTIAL-AEO

2      Q.    Anything else in terms of your

3  duties and responsibilities in your role that

4  you want to share in your role as an AI

5  product engineer?  Did you do anything else?

6      A.    I met once every three months,

7  maybe four months with some of the internal

8  teams that were using the product, where they

9  shared what were the paper cuts, what was --

10  where they had to do twelve clicks instead of

11  what could be two, and to figure out, A,

12  should we put a button elsewhere.

13      Q.    Anything else that was part of your

14  duties and responsibilities?

15      A.    That was the vast majority.

16      Q.    Did you meet with any customers in

17  your role as an AI product engineer?

18      A.    I recall being on one meeting

19  for -- I believe it was that automotive

20  client where they had some issues because the

21  function was taking a really long time to

22  run, so we talked about different ways they

23  could split up the function technically to

24  make it run faster.  And I think I may have

25  attended two boot camps, both of which I

```
                                              Page 70

 1          JAIN-HIGHLY CONFIDENTIAL-AEO
 2    think I left after the first hour because
 3    there were too many folks in the room.
 4          Q.    What are boot camps?
 5          A.    Boot camps is a new sales
 6    methodology that Palantir came up with where
 7    instead of producing demos for potential
 8    customers, they bring the customer into the
 9    room and you spend a day working alongside
10    Palantir engineers, and the customer will
11    make their -- make a little application to
12    see the power of Foundry.
13          Q.    And is the information shared
14    during those boot camps confidential?
15          A.    I don't know.
16          Q.    Does Palantir make it public to
17    your knowledge?
18          A.    Public to the public?
19          Q.    To the outside world, yes.
20          A.    No.
21                But I do believe that often they
22    are working on demo data and notional
23    information.
24          Q.    Other than what you've described in
25    terms of your duties and responsibilities,
```

```
 1          JAIN-HIGHLY CONFIDENTIAL-AEO
 2    what I was saying.
 3          Q.    Did you use or access Palantir's
 4    confidential information during your work on
 5    Foundry AIP Logic?
 6          A.    And as we established, everything
 7    is confidential information; is that right?
 8    Then, yes.
 9          Q.    Did you use customer confidential
10    information in your work?
11               MR. FELDMAN:  Objection, vague.
12          Q.    On Foundry - AIP Logic?
13          A.    The product does not contain any
14    proprietary customer information.  It is a
15    product that we give to all of our customers.
16          Q.    I'm just asking you, did you use or
17    access customer confidential information
18    during the time that you worked on Foundry -
19    AIP Logic?
20          A.    I don't know what "use" means in
21    that sentence.  I believe I had a login to
22    one of the customer accounts.  I don't
23    remember which one.  I'm not sure if I ever
24    even logged in.
25          Q.    And what industries were you -- the
```

```
                                              Page 75
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   clients who use Foundry - AIP Logic, what
 3   industries are they in?
 4            MR. FELDMAN:  Objection, lacks
 5       foundation.
 6       A.   I don't know.  The internal teams
 7   that I met with that work on -- that have
 8   customers that use AIP Logic, off the top of
 9   my head, I can recall, like I said, the
10   automotive client.  There was a hospital
11   client.
12       Q.   What's the name of the hospital
13   client?
14       A.   I don't know.  I didn't work with
15   them.
16       Q.   So automotive, hospital client.
17   Any other clients?
18       A.   I mean, there were, there were
19   dozens of clients that used Logic, I just was
20   not in touch with or ever met with even the
21   internal teams who worked for those.
22       Q.   But you were in touch with the
23   hospital client and the automotive client; is
24   that right?
25       A.   Yeah, we were in touch with
```

Page 78

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   used for producing demos.
 3        Q.   Did the U.S. Government provide you
 4   with its confidential information to assist
 5   your duties and responsibilities on that
 6   project?
 7        A.   In that role, no.
 8        Q.   In any other role, did they?
 9        A.   When I was working with the U.S.
10   Government, yes, they would give us that
11   data.
12        Q.   And that data was confidential; is
13   that right?
14        A.   Yes, right.
15        Q.   What is "Foundry - Customer
16   Journey"?
17            MR. FELDMAN:  Lacks foundation.
18        A.   This, I'm almost certain, I did not
19   work on for 227 days.
20        Q.   I'm just asking you what it is.
21        A.   Foundry - Customer Journey was --
22   Foundry was borderline unusable by customers.
23   They found it really, really difficult to
24   find what they needed.  And so this was a
25   surge effort to try and go in and reduce the
```

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   paper cuts to make it easier to use.  Again,
 3   making the platform more ergonomic.
 4        Q.   So what did you specifically do to
 5   make the product more ergonomic?
 6        A.   I added a menu bar so that you
 7   could open any application from the, like,
 8   finder view.
 9        Q.   Did you do anything else?
10        A.   I added a splash page for one of
11   the ways to configure a data integration.
12        Q.   Did you have contact with
13   customers --
14        A.   No.
15        Q.   -- during this process?
16        A.   No.
17        Q.   What customers were you assisting?
18        A.   I wasn't.
19        Q.   So when you were performing your
20   duties and responsibilities, that wasn't
21   customer specific --
22        A.   No.
23        Q.   -- in any respect?
24        A.   No.
25        Q.   What is "Sirius - Nightingale"?
```

```
                                        Page 81
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   sales engineer position.
 3        Q.    Okay.
 4        A.    It was not staffed against any
 5   specific customer.
 6        Q.    Thank you.
 7              So the next line is "USG Sales -
 8   Civil Portfolio."  Is that something
 9   different than Capture?
10        A.    No, that's the exact same thing.
11        Q.    Okay.  And what is "Sirius -
12   Enterprise"?
13        A.    That's the exact same thing as
14   Sirius - Nightingale.
15        Q.    Okay, what is "Tectonic - Gorda"?
16        A.    That's Rio Tinto.
17        Q.    I'm sorry, I didn't understand.
18        A.    Rio Tinto, the mining company.
19        Q.    So tell me what you did for the
20   mining company in this project.
21        A.    Gosh, this is six years ago,
22   seven years ago.
23              I helped them make the packing of
24   containers more efficient.  So they wanted
25   visibility -- no, didn't even make it more
```

Page 82

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   efficient.  They wanted visibility on how
 3   long goods were sitting at the port before
 4   being put onto a container.
 5             I honestly, I can't recall.  I
 6   can't speak about this work in any level of
 7   detail, truthfully.
 8        Q.   You would agree with me, though,
 9   that Rio Tinto's desires in terms of how to
10   increase their business efficiencies, that's
11   confidential information to that client?
12        A.   Again, everything is confidential
13   information.
14             MR. MUFSON:  Well, just to step
15        back for a minute.  All of the -- we're
16        designating this entire discussion about
17        any of Palantir's clients as
18        confidential under the terms of the
19        protective order in the case.  We can
20        follow up about specific designations,
21        but that's just a general designation.
22        Q.   What is "Sirius - Supply Chain"?
23        A.   The same thing as Sirius -
24   Enterprise and Sirius - Nightingale.
25        Q.   Okay.  And "USG," what is that?
```

```
                                            Page 91

  1         JAIN-HIGHLY CONFIDENTIAL-AEO
  2   like, at the end of COVID, they had no reason
  3   to keep it around, but how could we then
  4   start to up-sell them on other potential
  5   ideas that they could use this, the tracking
  6   baby formula or other things.
  7         Q.   And what did you mean by -- when
  8   you say, "close relationships with POCs that
  9   I'm still in contact with"?
 10         A.   Where is that?
 11         Q.   Number 3 in that same bullet.  I'm
 12   just asking about that bullet.
 13         A.   Yeah, I had a close relationship
 14   with one of my POCs.  I believe that was
 15   necessary to what I wanted to do at the time.
 16         Q.   What is a POC?
 17         A.   A point of contact.
 18         Q.   So is that a point of contact a
 19   customer?
 20         A.   Yeah, it is a customer, who I later
 21   got a call about two years later asking if he
 22   crossed the line.
 23         Q.   If, I'm sorry, if you crossed the
 24   line?
 25         A.   If he crossed the line, if he tried
```

```
                                                    Page 92

 1          JAIN-HIGHLY CONFIDENTIAL-AEO
 2     to get too close, because he had done that to
 3     another girl, as well.  So take it with a
 4     pinch of salt.
 5          Q.    Okay, but I'm asking you about --
 6          A.    That is what is the POC I'm
 7     referring to.
 8          Q.    That was the POC.  Do you know what
 9     client that POC was at?
10          A.    He was working for the Department
11     of Health and Human Services for ATFA.
12          Q.    The next bullet down that starts,
13     "Significant" -- "Significantly reduced the
14     number of delta hours needed to maintain
15     'core' supply chain control tower through
16     prioritization/refactoring - from 4 people to
17     1 person"; do you see that?
18          A.    Uh-huh.
19          Q.    What does that mean?
20          A.    There was a lot of bad code for
21     data pipelines.  I made it better so that it
22     was easier to maintain.
23          Q.    And is the point of what you were
24     doing to help, in this case, the Department
25     of Health and Human Services increase
```

Page 97

1          JAIN-HIGHLY CONFIDENTIAL-AEO
2    were talking about where certain information
3    was visible; is that what you testified to?
4          A.   Yes, that's a different piece of
5    work.
6          Q.   Okay.  What was the work you were
7    doing for these high value customers, NOAA,
8    the Department of State?
9          A.   This was sales work.  These were
10   potential accounts.  Customers is the wrong
11   word here.  It should be potential high value
12   potential customers.
13         Q.   And so what were you pitching them
14   on?
15         A.   We were trying to communicate the
16   value of Foundry.
17         Q.   And what is the value of Foundry?
18         A.   It's a data platform, bring
19   together your data into one place so that you
20   can see what's happening.
21         Q.   For what purpose would clients,
22   such as NOAA and the Department of State, use
23   Foundry?
24         A.   If I recall correctly, they would
25   use -- it could be of interest to NOAA to

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   help them understand how many people were
 3   located in an area at the time of an
 4   emergency, so a natural event, and how they
 5   could evacuate them.
 6             Although -- no, sorry.  NOAA, NOAA
 7   doesn't do the evacuations, but NOAA, I
 8   believe if I recall correctly, sends the
 9   notifications to people's phones.  And so you
10   need to know when is it too late to send a
11   notification, like when would that just cause
12   more panic versus if I have a day in advance,
13   then sending a notification would be
14   possible.
15             It really was not clear what we,
16   Palantir, could do for them, that is not
17   really a Foundry-shaped workflow, but, yeah,
18   we -- they have data, we figured that there
19   might be something interesting there.
20        Q.   And what about the Department of
21   State?
22        A.   I believe it was helping with Visa
23   reviews, the reviews -- reviewing someone's
24   application for a Visa, and flagging if there
25   was anything that should mean that they
```

```
                                        Page 99
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   should spend more time in an interview with
 3   someone.
 4            I don't recall exactly.  It was a
 5   demo we built for them.
 6        Q.   Your bullet here refers to seven of
 7   our accounts.  What were the seven?
 8        A.   I told you I don't really -- TSA,
 9   it looks like, was one of them.  I don't
10   remember the others.  Other federal
11   departments.
12        Q.   If you flip over to the next page,
13   the second bullet on the top says, "USG civil
14   Pod."
15        A.   Uh-huh.
16        Q.   Do you see that?
17            (Discussion off the record.)
18        A.   Yes, I see it.
19        Q.   What did you mean by "oversee our
20   capture efforts across all 8 accounts"?
21        A.   So this is what we just talked
22   about of helping our salespeople.
23        Q.   Helping your salespeople do what?
24        A.   Sell.
25        Q.   Sell what?
```

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2        A.    Foundry.
 3        Q.    Did they sell anything aside from
 4   Foundry?
 5        A.    Not -- no. What are you referring
 6   to?
 7        Q.    I'm not referring to anything.  I'm
 8   asking a question.
 9        A.    Yeah, no.
10        Q.    You had around 100 pitch meetings
11   with customers; is that right?
12        A.    Yes, that's about right.
13        Q.    And these were customers in the
14   government industry?
15        A.    In the government industry?
16        Q.    In government, when you talk about
17   various government agencies --
18        A.    Yes.
19        Q.    -- are these 100 meetings limited
20   to that industry?
21        A.    I believe so. I don't recall
22   exactly.
23        Q.    You wrote here that "government
24   sales are lumpy."  What did you mean by that?
25        A.    The government, the government
```

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   doesn't see something it likes and then buys
 3   it.  You have to wait -- the government has
 4   to wait until they have a need, and then they
 5   will submit an RFP, a request for
 6   procurement, and then you will submit a
 7   proposal as part of that RFP.
 8            So you can't control how the
 9   government -- if the government would choose
10   to buy you just by having a good demo or a
11   good sales.  You just have to be in their
12   minds.
13        Q.   Did you think it was important to
14   build empathy and trust with customers?
15        A.   In general?
16        Q.   Yes.
17        A.   Sure, yeah.
18        Q.   And did you build empathy and trust
19   with Palantir's customers?
20        A.   Who?
21        Q.   Any.
22        A.   Sure, yes.
23        Q.   Did you work on any state
24   governments at Palantir?
25        A.   Palantir didn't do any work with
```

Page 102

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2    local governments, local and state
 3    governments when I was there.
 4            MR. MUFSON:  Let's mark as
 5        Exhibit 6 -- Exhibit 6, a document Bates
 6        stamped PALANTIR_300 through 304, which
 7        is Ms. Jain's 2023 Foundry Impact Review
 8        Self-Reflection.
 9            (Exhibit 6, Radha Jain's 2023
10        Foundry Impact Review Self-Reflection,
11        Bates Nos. PALANTIR_00000300 through
12        PALANTIR_00000304, marked for
13        identification, this date.)
14        Q.   Ms. Jain, is this your 2023
15    self-assessment?
16        A.   Yes, I believe so.
17        Q.   And in here you refer to
18    overhauling the recruiting ontology.
19            MR. FELDMAN:  Where are you
20        looking?
21            MR. MUFSON:  The first bullet.
22        Q.   Let's say from April through
23    August, you see that, "recruiting"?
24        A.   I see that, yeah.
25        Q.   And so you describe overhauling the
```

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   recruiting ontology and building a set of
 3   tooling to understand recruiting from a
 4   data-driven perspective.
 5            Is that accurate in terms of what
 6   you did?
 7        A.    Yep, yep.
 8        Q.    What was the purpose of your
 9   overhauling the recruiting ontology at
10   Palantir?
11        A.    Palantir had done over a million
12   interviews with people, but they didn't keep
13   track of them, and so all the data around
14   them was really, really, really bad.  So this
15   was when I returned from my Visa leave, there
16   was nothing specifically for me to do, so I
17   found my own work in recruiting and wanted to
18   make the data for recruiting better.
19        Q.    What did you mean your Visa leave?
20        A.    I had to go on leave because I was
21   a student and then I got married, and in the
22   time whilst I was waiting for my Visa to be
23   in the country for my marriage to come
24   through, I had to take leave for three
25   months.
```

Page 111

1          JAIN-HIGHLY CONFIDENTIAL-AEO

2          A.    Yep.

3          Q.    So is this your 2024

4     self-assessment?

5          A.    It looks like it, yeah.

6          Q.    On the page Bates stamped 309,

7     there's a question that you were asked to

8     complete, "What were you accountable for

9     owning across the review period?"

10          Did you provide an accurate answer

11     to that question?

12          A.    Yes, again, I would say a slight

13     aggrandization, but, yes, factually accurate.

14          Q.    The first bullet refers to "driving

15     forward AIP Logic"?

16          A.    I see that, yeah.

17          Q.    And AIP Logic is what you testified

18     about earlier in terms of the platform?

19          A.    The product, the application.

20          Q.    The application.

21          And is that application a no-code

22     or low-code application?

23          A.    Yes.

24          Q.    And the purpose of that is to make

25     it user friendly for customers; is that

```
 1       JAIN-HIGHLY CONFIDENTIAL-AEO
 2   right?
 3       A.   That's right.
 4       Q.   And it's -- that product's highly
 5   configurable.
 6       A.   Yes.
 7            And let me -- sorry, amending the
 8   answer to the previous question, for
 9   customers, but most likely for internal
10   teams.
11       Q.   For internal teams.
12       A.   Yes.
13       Q.   At the customers.
14       A.   No, internal teams at Palantir.
15       Q.   Oh, at Palantir.
16       A.   Yeah.
17       Q.   And that AIP Logic product is not
18   industry specific, correct?
19       A.   Correct.
20       Q.   So it could be used by customers in
21   financial services, right?
22       A.   All of Foundry is not industry
23   specific.  It is just a software.
24       Q.   Okay, so it can be used by
25   customers in the financial services industry,
```

Page 113

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2   correct?
 3        A.   Along with the rest of Foundry,
 4   yes, it could be used by customers across all
 5   industries.
 6        Q.   Including manufacturing, supply
 7   chain?
 8        A.   As with the rest of the Foundry,
 9   yes.
10        Q.   Healthcare?
11        A.   As with the rest of Foundry, it is
12   not industry specific.
13        Q.   Government?
14        A.   It could be.  I don't believe that
15   it was.  I'm not familiar with the government
16   work, so...
17        Q.   But you did a lot of government
18   work at Palantir.
19        A.   On the civil side.  On the civil
20   side.
21             I assume you're -- at the time that
22   I was working in the U.S. Government, this
23   product didn't exist.  So I don't know if and
24   how it was used in the U.S. Government.
25        Q.   So what you were working on with
```

Page 115

```
 1          JAIN-HIGHLY CONFIDENTIAL-AEO
 2          Q.    In no part whatsoever?
 3          A.    No.
 4          Q.    And you played a key role in
 5   developing AIP Logic; isn't that right?
 6               MR. FELDMAN:  Misstates the
 7          testimony.
 8          A.    I wouldn't say that.  Define "key
 9   role."
10          Q.    Did you play an important role in
11   developing AIP Logic?
12          A.    I was the most junior person on the
13   team.  Everybody else had around 10 years of
14   experience.  I had two.  I was a junior
15   front-end engineer configuring the buttons of
16   AIP Logic, and, yes, it was the AI product,
17   but the work I was doing was no different
18   from configuring any other kind of product.
19   It was just buttons and menu bars.
20          Q.    How many developers were there of
21   AIP Logic?
22          A.    At what point in time?
23          Q.    During the time period that you
24   were working on it.
25          A.    It fluctuated.
```

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2        Q.    What did it fluctuate between?
 3        A.    At the beginning there were four of
 4   us, and towards the end, I would say there
 5   were roughly 12.
 6        Q.    And so at one point you were one of
 7   four who was working on this?
 8        A.    Yes, at the very, very beginning.
 9        Q.    The third bullet on page 309 states
10   that -- you wrote, "I also played a PM-esque
11   role in owning the 'user story' for Logic."
12        A.    I see that.
13        Q.    What does "PM-esque role" mean?
14        A.    PM, product manager-type of role in
15   tech.
16              And owning the user story for Logic
17   meaning I would talk to those internal teams
18   that were using Logic to see what issues they
19   were having, where they were clicking a bunch
20   of times, where it was un-ergonomic to use
21   the app and see if there was cases we could
22   put buttons in different places to help make
23   that easier.
24        Q.    Would you also follow up with
25   customers to understand their experience
```

Page 117

1          JAIN-HIGHLY CONFIDENTIAL-AEO
2    using AIP Logic?
3          A.    No, like I mentioned, there was one
4    customer meeting that I remember where they
5    were -- and I was brought into that meeting
6    'cause the customer was particularly irate
7    with Logic, and so I was brought in to
8    essentially calm them down and suggest other
9    ways that they could achieve their goal.
10              But as a general matter, product
11   teams wouldn't interface with the customer.
12   That was what Palantir's customer teams were
13   for.
14         Q.    Except for the times that you
15   testified about that you did interact with
16   customers, right?
17         A.    Exactly, yeah.  It was only in
18   emergency circumstances when the customer was
19   really mad.
20         Q.    How many of those emergency
21   circumstances were there?
22         A.    Like I mentioned, I remember one.
23         Q.    You were focused on making AIP
24   Logic user friendly for non-engineers; is
25   that right?

Page 118

JAIN-HIGHLY CONFIDENTIAL-AEO

1

2          A.    That's right.

3          Q.    In fourth bullet from the bottom,

4    that starts, "Over the period," do you see

5    that?

6          A.    Yes, I see that.

7          Q.    What did you mean when you said you

8    were spending 20 percent of the time with

9    "impls"?

10         A.    Yeah, "impls" is what we referred

11   to for the internal teams that work with

12   customers, implementation teams.

13         Q.    You would agree that AIP Logic is

14   Palantir's flagship AI application.

15         A.    It was --

16              MR. FELDMAN:   Objection, lacks

17         foundation.

18         A.    It was at one point in time.  At

19   the beginning it was Palantir's only AI

20   application.  Since then, I think roughly

21   six months after Palantir started developing

22   other AI applications, they started using AI

23   in other applications.  So it depends on what

24   point in time.

25         Q.    So let me just ask:  While you were

Page 120

1          JAIN-HIGHLY CONFIDENTIAL-AEO

2          A.   I don't know, but I believe so. I

3    don't know.

4          Q.   Are any employed at Percepta?

5          A.   No.

6               Ankit Shankar led the team.  He was

7    not a developer on the team, but he led the

8    team.

9          Q.   At some point in time was AIP Logic

10   used by over 25,000 people within six months?

11         A.   I believe so.

12         Q.   Was it used to author over 300,000

13   functions in production at around 150

14   customers?

15         A.   Are you looking at a document?  Can

16   I see it?

17         Q.   I'm just asking you.

18         A.   I don't recall off the top of my

19   head.

20         Q.   Do you recall ever writing that AIP

21   Logic was used to author over 300,000

22   functions in production at approximately 150

23   customers?

24         A.   Sure, yeah, if I wrote that, then

25   it's true.

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2        A.    In the private healthcare industry,
 3   no, I would not say so.
 4        Q.    So is it your testimony that you
 5   never worked with any customers in the
 6   healthcare industry?  I just want to
 7   understand what your testimony is.
 8        A.    I'm sorry, we were just talking
 9   about AIP Logic.  My brain is on AIP Logic,
10   right?
11             In that period did I work directly
12   with any customers in the healthcare
13   industry?  I did not.
14        Q.    I'm not asking that question.  You
15   may want to answer that question, but that's
16   not what I'm asking.
17             MR. FELDMAN:  So stop with the
18        testimony.  Just ask the question.
19        Q.    What I'm asking -- if you would
20   just listen to my question, please.  My
21   question is:  You were employed at Palantir
22   for four years, at any time during those four
23   years, not just the last two years when you
24   were working on AIP Logic, at any time did
25   you work with any clients in the healthcare
```

1          JAIN-HIGHLY CONFIDENTIAL-AEO

2    industry, yes or no?

3          A.    Sure.

4          Q.    Is that a yes?

5          A.    Yes.

6          Q.    At Palantir you worked -- again,

7    during the four years that you were there

8    approximately, you also worked with customers

9    in the manufacturing supply chain industry,

10   correct?

11             MR. FELDMAN:  Objection, vague.

12         A.    I worked with Rio Tinto my first

13   three months at Palantir.

14         Q.    You're a cofounder of Percepta?

15         A.    Yes.

16         Q.    When did the idea for Percepta

17   first come about?

18             MR. FELDMAN:  Lacks foundation.

19         A.    It's vague.  It's evolving.  We are

20   a new startup.

21         Q.    When was the first time you were

22   aware of what, of what the potential for

23   Percepta was?

24             MR. FELDMAN:  Objection, vague.

25         A.    What does that mean?

1      JAIN-HIGHLY CONFIDENTIAL-AEO

2    hasn't?

3      A.   I can't answer that with a yes or

4    no.

5      Q.   So then try to answer without a yes

6    or no?

7    █████  ████ ████ █ ████████  ██████  ██████ ███

█  █ ████████  ██████ ████████  █████████████  ████

█  █████████

10         Does that make sense?

11     Q.   When you say a --

12     A.   So we --

13     Q.   Go ahead, please.

14   ████  ███ ███ ████ ██████  ██████ █████  █████

█  ███████  █ █████████  ████████  ████  ███████

█  █████ ████████  ████ █████ ███ ████ ████████

█  ███████ ████ █████ ██  ████ ██████  ███████

█  ████ █████ ████ ███ ████ ███  ███████

█  ████████  ██████ █████  ██████████  ████ █████████

█  ████████  █████ ████████  ██████████  ██████████

█  █████ █ █████ ████  ████████

█  ████  ███████

█  ████  █████ ████████  ██████████  █████████

█  ██████  █████████  ████████  ███████

█  ████  ████████  █████████  ████  ███████  ███ ██████

```
1        JAIN-HIGHLY CONFIDENTIAL-AEO
2     CTO, say they've got a CTO.  We are
3     essentially -- serve as a technical team that
4     they can rely on to help them think about
5     where do they go for the next five years.
6              MR. FELDMAN:  We're going to
7          designate all of this testimony as AEO.
8          I just want to put it out there so I
9          don't forget at the end.
10         Q.   And what are you doing specifically
11    at Percepta, your duties and
12    responsibilities?
13         A.   So I lead the engagement with
14    ████████.  I function as a consultant.  I
15    have a team of eight people from the Percepta
16    tech side.  I spend most of my days in
17    meetings with ███████ leadership, and
18    talking about their ideas, and talking about
19    what does the vision look like for their
20    business.  I review -- the PMs on my team, I
21    review their plans.  I've written documents
22    about what, you know, what they're thinking
23    about for each of the features.  I shout out
24    with stakeholders.  Yeah.
25         Q.   ████ ███ █████████ ███ ███ █████
```

Page 140

1      JAIN-HIGHLY CONFIDENTIAL-AEO

2      ████████████  ██  ██  ██████  ███████

██  ███  ████████████  ████  ████████████  ██  ██

██  ██████  ████████  ██  ████████

██      ██  ██  █████████████  ████████  █

██  ██████  ████  ██  ████████  ████  ████  ██████  █

██  █████  █  █  ██  ██  █████  ████████  █  ██

██  ██████  █  ████████████  ██████  ██  ██

██  ██████████  █████  █  ██  ████████  ███████

██  █████████  ████████  ████  █  ██  ██  ████

██  ████████  ██  ████████  ████  █  ██  ██████

██  ████  ██  ██  ██  █████████  ████████

██  ██████

13           Q.   Have you worked with any other

14     customers at Percepta?

15           A.   Primarily with  ████████.   I think

16     the week before this started, started talking

17     to Summa, which is our hospital that GC

18     bought.

19           Q.   How do you spell Summa?

20           A.   S-U-M-M-A.

21           Q.   What does that stand for?

22           A.   I don't know.

23           Q.   Do you know where is Summa located?

24           A.   In Ohio.

25           Q.   Do you have any -- is Summa an

```
                                        Page 144
 1          JAIN-HIGHLY CONFIDENTIAL-AEO
 2   it may be. ███ ███ █████ █ ███ ██████
     █ ███ ██ ████ ████ █ ██████
 4             Does that make sense?
 5        Q.   Do you know if ███████ was a
 6   potential customer of Palantir?
 7        A.   I don't believe so. I don't know.
 8        Q.   Did you ever ask anyone at
 9   Palantir?
10        A.   No.
11        Q.   If ████████ -- could ████████ use
12   Palantir's products or services?
13        A.   They don't need to.  They have a
14   very strong data foundation.  So I -- like
15   anyone could use Palantir.  So I don't
16   know -- if you're saying that would they have
17   a strong need for it?  Then, no.
18        Q.   Why don't they have a strong need
19   for it?
20        A.   Because they have a very well
21   architected and strong data foundation.
22        Q.   So what do they need your services
23   for?
24        A.   For AI.
25             MR. FELDMAN:  Objection, lacks
```

```
 1      JAIN-HIGHLY CONFIDENTIAL-AEO
 2      foundation.
 3      A.   For doing AI and other technical
 4 services.  Like we mentioned, we are not a
 5 data company.  We -- Percepta does not do
 6 data work.
 7      Q.   When you say, "for doing AI and
 8 other technical services," I just want to
 9 break that down.  So what do you mean for
10 doing AI, what does that mean?
11      A.   As mentioned, so Percepta is a
12 consultancy.  We work with our clients to
13 help them modernize, to help them think about
14 how do they future-proof and build a future
15 system.
16           And that can mean, hey, how do you
17 integrate AI into what you are doing.  It can
18 mean how do you integrate these reinforcement
19 learning models, these decisionmaking models
20 into what you are doing.  It can mean a host
21 of things.
22      Q.   Okay.  When you say you said, "for
23 doing AI and other technical services" --
24      A.   Yes.
25      Q.   -- what are the other technical
```

Page 156

1    JAIN-HIGHLY CONFIDENTIAL-AEO

2    ███ ██ ███ ███ ███ ███ ███

▮ ███ █████

▮ ███ ████ ███ ██ ███ ███ ███

5    Q.   Did Hirsh recruit you to come to

6    Percepta?

7    A.   No.

8    Q.   Katie Keller, who is Katie Keller?

9    A.   She was in my sorority at Stanford,

10   and she now works for GC.

11   ███ ███ ███ ███ ██ ████

▮ ███ ██ █████ █████ ████

▮ ███ ██ ██ ███ ██

▮ ███ ██ ████ ███

▮ ███ █ ███ ███

16   Q.   Who is Candace Richardson?

17   A.   She is the partner that does

18   healthcare things, I believe. ███ ███ █

▮ █████ ██ ██ ████ ██ ████      She

20   just has a good healthcare background.

21   Q.   ███ ███ ██ ██ ██ ███ ███ ███

▮ ███ ███ ██ ██ █████

▮ ███ ███ ████

▮ ███ ██ ███

▮ ███ ███

Page 171

```
1       JAIN-HIGHLY CONFIDENTIAL-AEO
2       Q.   You were a forward-deployed
3  engineer?
4       A.   Yes.
5       Q.   So based on your experience that
6  you were part of the implementation team,
7  what is the role of the implementation team?
8       A.   The role is to configure Foundry
9  for a customer.
10      Q.   Anything else?
11      A.   That, when I was a forward-deployed
12 engineer, that was the role.  We were never
13 to work outside of the four walls of the
14 Foundry's product.
15      Q.   So that may have been the case when
16 you were a forward-deployed engineer, but
17 then you weren't a forward-deployed engineer
18 for the last two years, I would say, right --
19      A.   Correct, as a product engineer.
20      Q.   Sorry?
21      A.   I was a product engineer.
22      Q.   So was there a difference in terms
23 of what the implementation team was supposed
24 to do when -- during the last two years of
25 your employment?
```

Page 190

1        JAIN-HIGHLY CONFIDENTIAL-AEO
2        A.    It was a habit we picked up in our
3    five to eight years at Palantir, yeah.
4        Q.    Any other reason that you use
5    Signal?
6        A.    No.
7        Q.    You're currently on a leave of
8    absence from Percepta?
9        A.    That's right.
10   ███    ████ ████ █████ ██████
██       ████ ██ ██ ████
12       Q.    What have you been doing all these
13   days?
14       A.    I have been reading War and Peace.
15   I have been doing a lot of Yoga and learning
16   French.  I am board out of my mind.  I have
17   not been able to talk to anyone I work with,
18   and, yeah, it's been pretty bleak.
19       Q.    So Mr. Jain, what was your -- how
20   did you know Mr. Jain before he contacted you
21   about what eventually matured into Percepta?
22       A.    We were friends.  We knew of each
23   other at work.  We worked on sort of adjacent
24   things, both in the public health domain.  We
25   had hung out outside of work before, we had

Page 191

1           JAIN-HIGHLY CONFIDENTIAL-AEO
2     mutual friends, yeah.
3           Q.   When you say, "at work," you meant
4     at Palantir?
5           A.   Yes.
6           Q.   Do you know when Mr. Jain left
7     Palantir?
8           A.   I couldn't give you an exact time.
9     Sometime in 2024.
10          Q.   Before you?
11          A.   Yes.
12          Q.   So Mr. Jain contacted you in August
13    of '24 to speak to you; is that right?
14          A.   That's right.
15          Q.   And he wanted to catch up; is that
16    fair to say?
17          A.   Yeah, we were friends.
18          Q.   And did you end up meeting with
19    Mr. Jain at or around that time?
20          A.   I don't remember exactly when I met
21    with Mr. Jain, no.
22               MR. MUFSON:  Mark as Exhibit 10 an
23          exchange Bates stamped 403.
24               (Exhibit 10, Document dated
25          8/26/24, Bates No. RJ_JC_00000403,

Page 192

1         JAIN-HIGHLY CONFIDENTIAL-AEO
2         marked for identification, this date.)
3              THE WITNESS:  Thank you.
4         Q.   Ms. Jain, is this an exchange that
5    you had with Hirsh Jain on August 26, 2024?
6         A.   Yes, it looks like it.
7         Q.   And is this a text exchange that
8    you had with him?
9         A.   Yes, I imagine so.
10        Q.   Mr. Jain writes you at 5:17,
11   "Hello, my friend, I hear through the rumor
12   mill that there may be new adventures
13   coming."
14             Do you know what he was referring
15   to?
16        A.   Yes, I was thinking of starting a
17   company.
18        Q.   You were thinking of starting a
19   company?
20        A.   Yes.
21        Q.   What kind of company were you
22   thinking of starting up?
23        A.   It was a vague idea.
24        Q.   What was the vague idea?
25        A.   It was more of like a concept than

Page 215

1       JAIN-HIGHLY CONFIDENTIAL-AEO
2       Q.    So you would agree with me that
3    Mr. Jain telling you that he wanted you to
4    consider working with him, that that is a
5    reference to working with him at General
6    Catalyst; is that right?
7       A.    Yes.
8       Q.    And so that is him recruiting you
9    to work with him at General Catalyst.
10      A.    No, that's not what I would
11   describe it as.
12      Q.    What would you describe that as?
13      A.    It was summarizing our
14   conversation.  We had discussed the
15   possibility of me coming and working
16   alongside him, and this is him recapping
17   that.
18      Q.    So he doesn't say here, because you
19   want to work with me, he says, I want you to
20   consider working with me, right?
21      A.    We talked about it, and I was,
22   like, this is very interesting.  Let me have
23   a think about this.
24      Q.    Okay.  So I'll give you one more
25   shot under oath, your testimony is that this

1      JAIN-HIGHLY CONFIDENTIAL-AEO

2    but yes.

3          Q.    Was there anything inaccurate about

4    that?

5          A.    Yes, I would say so.  I did not

6    lead the development of AIP Logic, Ankit

7    Shankar did.

8          Q.    Okay.  Did you ever correct that

9    when you spoke with Ms. Furstenberg?

10         A.    No, that didn't come up.  It would

11   be a weird thing to correct.

12         Q.    He said, "We've chatted a bunch

13   about Renaissance (renamed pending) and she's

14   excited about what she's learned.  She's also

15   particularly bullish on some of the European

16   work that you and I have talked about."

17              What was the European work?

18   ███████████████████████████████████████████

1          JAIN-HIGHLY CONFIDENTIAL-AEO

2    ████████  ████████  ████████  ██████████  ████  ████████

██  ████████  ████  ████  ████████  ████████  ████  ████████

██  ████████  ████  ████  ████  ██████████  ████████████

5          Q.    Got it, okay.

6                Now, you had additional exchanges

7    with Mr. Hirsh --

8                MR. MUFSON:  Actually, strike that.

9          Q.    Did you actually meet with Ms. zu

10   Furstenberg?

11         A.    Yes, we talked over Zoom.

12         Q.    Was it shortly after this exchange

13   of November 12th?

14         A.    It was whenever it was scheduled

15   for.

16         Q.    Okay.  Did you have a calendar

17   invite for that meeting?

18         A.    I imagine so, yeah.

19         Q.    We haven't seen it, so -- but do

20   you have a recollection of how far -- how

21   long after this exchange you spoke with her?

22         A.    Reading the text, it says it would

23   have been on November 18th at 8:00 to 8:30

24   a.m.  This text was on November 13th, that's

25   why I imagine it's five days after.

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2        Q.    Okay.  Was this meeting about
 3   potential employment -- did you discuss --
 4             MR. MUFSON:   Strike that.
 5        Q.    Did you discuss potential
 6   employment with Renaissance?
 7        A.    No, this meeting was to learn more
 8   about Jeannette, learn more about GC, learn
 9   more about how they were approaching problems
10   in general.
11        Q.    After this exchange, you had
12   discussions with Mr. Jain and eventually you
13   decided that you, you wanted to leave
14   Palantir and join Renaissance, I'll call it,
15   at some point; is that right?
16        A.    That's right.
17        Q.    And you decided that you wanted to
18   wait until another tranche of equity vested
19   at Palantir before you resigned; is that
20   right?
21        A.    Sure, like most employees.
22        Q.    Okay.  During your discussions with
23   Mr. Hirsh, did you ever talk about any
24   contractual restrictions that you may have?
25        A.    Not that I recall.
```

Page 232

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2            Maybe we mentioned the nonsolicit?
 3   I don't remember.
 4        Q.   And you mean the nonsolicit of
 5   employees.
 6        A.   Yes.  That was widely discussed in
 7   general amongst ex-Palantirs and Palantirs
 8   alike.
 9        Q.   And so did Mr. Jain ever tell you,
10   I need to be careful because I can't solicit
11   you?
12        A.   No, I don't believe so.
13        Q.   Okay.  Did Mr. Jain recruit other
14   Palantir employees to join
15   Renaissance/Percepta?
16            MR. FELDMAN:  Lacks foundation.
17        A.   No.  And, also, I'm not sure
18   exactly what you mean by "recruit" there.
19        Q.   What do you think the word
20   "recruit" means?
21        A.   Recruit, to me, means almost a
22   sales motion where you are persuading someone
23   to join a company.  That's how when I think
24   about recruiting events, that's my
25   understanding of the word.  But tell me if
```

Page 237

JAIN-HIGHLY CONFIDENTIAL-AEO

1

2      A.    As I said, no, he gave me the

3   facts.



Page 246

```
        JAIN-HIGHLY CONFIDENTIAL-AEO
 1
 2   question.  We were excited.  We were
 3   brainstorming names of people in our
 4   professional network.  Palantir was our first
 5   and only job where we had spent years and
 6   years and years.
 7        Q.   And did you want to invite those
 8   people to a birthday party, is that why you
 9   were talking about them specifically?
10        A.   What -- you're not giving me a
11   context here.  What conversation?
12        Q.   I'm asking you questions.
13             So you will -- you agree that you
14   identified names of Palantir employees in
15   conversations with Mr. Hirsh and others at
16   Percepta; is that right?
17        A.   Did I mention names of other
18   Palantir employees?  Yes.
19        Q.   And the purpose of mentioning those
20   names was because you were discussing those
21   particular people potentially joining
22   Percepta; is that right?
23        A.   We were discussing coworkers, we
24   were discussing people that we knew in our
25   professional network that if they were
```

1          JAIN-HIGHLY CONFIDENTIAL-AEO

2     interested in Percepta, we would be excited

3     to have them.

4          Q.   That was the reason you were

5     talking about them, not because you wanted to

6     invite them to a Mets game, or to a

7     Manchester United game, or to go to a movie.

8     You were talking about those people for the

9     specific reason that you were identifying

10    people who would be very attractive

11    candidates to build the business that you

12    wanted to build together; isn't that right?

13              MR. FELDMAN:  Again, misstates the

14         record, and asked and answered.

15         A.   I reject the second half of that

16    question.  It wasn't to build the business.

17    We were talking about -- brainstorming names

18    of people that we liked and that we would be

19    excited to work with, again, should they want

20    to.

21         Q.   And you had identified certain

22    people's names based on your experience

23    working with them at Palantir; isn't that

24    right?

25         A.   As I said, we were excited about

Page 248

1          JAIN-HIGHLY CONFIDENTIAL-AEO

2     the company, we were brainstorming names of

3     people we knew that we would be excited to

4     work with if they were already on their way

5     out the door.

6          Q.   Oh, so it was only people who were

7     on their way out the door that you were

8     identifying.

9          A.   If they were to be on their way out

10    the door, we would be excited to work with

11    them.

12              Does that make sense?

13              If they were thinking about

14    leaving, if they were planning to leave

15    anyway, we would be excited to work with

16    them.

17         Q.   So someone that was happy at

18    Palantir, you weren't identifying those

19    people.

20         A.   We didn't contact anyone.  I did

21    not contact anyone.

22         Q.   You never contacted a single

23    Palantir employee about potentially working

24    at Percepta.

25         A.   Correct.

Page 297

1          JAIN-HIGHLY CONFIDENTIAL-AEO
2    different.  So at Palantir, you are
3    configuring the Foundry platform for those
4    customers.  You are building within Foundry.
5    Literally in the contract we have with each
6    customer at Palantir, you are configuring
7    Foundry.  You are not building anything new.
8          For us, they are building full
9    stack applications.  They are building in
10   their customer's environment in whatever
11   language that they use, whatever screens they
12   use as we've talked about before, as with
13   everything from calling foundational models
14   to integrating these advanced modeling
15   capabilities.
16       Q.   Are the purposes of those job
17   duties, whether building in Foundry or
18   building a full stack application, as you
19   describe it, are they to achieve any similar
20   goals for clients?
21       A.   As we talked about, they are both
22   building AI for enterprise.
23       Q.   Just continuing on, 4 o'clock he
24   says, "talk to Jeannette about 1."  Do you
25   see that?

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2            MR. FELDMAN:  Objection, vague.
 3        Q.   I'm asking you, do you understand
 4   what the word "loyal" means?
 5        A.   Loyal to Palantir, I don't think I
 6   know what that means exactly, in the way that
 7   I'm assuming you're using it.
 8        Q.   We had talked earlier this morning
 9   about, we looked at your contract with
10   Palantir, and it said, you couldn't compete
11   with Palantir during your employment.  Do you
12   remember that?
13        A.   I remember that now, yeah.
14        Q.   And Palantir wasn't, you understand
15   that Palantir wasn't paying you the money and
16   the equity compensation it was paying you to
17   conduct any business on behalf of Percepta;
18   isn't that right?
19        A.   Yes, I understand that.
20        Q.   And it would be inappropriate for
21   you to be doing Percepta's business while you
22   were being paid by Palantir; isn't that
23   right?
24            MR. FELDMAN:  Objection, vague.
25        A.   I understand that.
```

```
 1        JAIN-HIGHLY CONFIDENTIAL-AEO
 2        Q.    Sorry?
 3        A.    Yes.
 4        Q.    And you were expected to devote
 5   your full working energies to Palantir while
 6   you were employed there, right?
 7              MR. FELDMAN:   Objection, vague.
 8        A.    Yes, as we talked about in the
 9   contract.
10        Q.    And you never told Palantir that
11   during your employment with Palantir you were
12   taking calls, at least one call relating to
13   ███████████   on behalf of Percepta; isn't that
14   right?
15        A.    I took one call with ███████████ as
16   an observer.   I didn't say anything.   It was
17   for me to understand Percepta's business
18   model better.
19        Q.    That call with ███████████ was not
20   for Palantir's benefit, right?
21        A.    Correct.
22        Q.    It was for Percepta's benefit,
23   right?
24        A.    It wasn't for Percepta's benefit.
25   Percepta got no benefit from me being there.
```

```
 1          JAIN-HIGHLY CONFIDENTIAL-AEO
 2   given that ███████ at this time was your
 3   prime client, right?
 4          A.   Michael had a bunch of healthcare
 5   experience.  I have learned a bunch on the
 6   job.
 7          Q.   Didn't you want a healthcare
 8   fellow?  You were thinking about having a
 9   healthcare fellow?
10          A.   I'm not sure what that's referring
11   to.  We've thrown around a bunch of ideas
12   over the past year.  I'm not sure.
13          Q.   Well, right around the time that
14   you met with Ms. Cohen then took her to
15   dinner --
16          A.   To lunch.
17          Q.   -- to lunch, sorry, isn't it true
18   that you were thinking about having a
19   healthcare fellow join?
20          A.   I don't remember.
21          Q.   And you took Ms. Cohen to lunch to
22   recruit her, to come -- it was a recruitment
23   lunch; isn't that right?
24          A.   We took her to lunch because she
25   had a day of interviews, we had a lunch
```

Page 352

1    JAIN-HIGHLY CONFIDENTIAL-AEO

2    afterwards.  She asked me actually about

3    founding a company, and if I ever thought

4    about it, and that's what we talked about.

5        Q.    So you didn't -- you didn't say

6    anything to Ms. Cohen at that lunch about why

7    it was an exciting opportunity for her to

8    potentially join Percepta?

9        A.    I don't remember what I said to

10   her.  I can tell you that in general when we

11   take our interviewees to lunch, we want that

12   to be a time where they can decompress and we

13   just small talk.  We talked about MIT.



20       Q.    Have you ever recruited anybody to

21   join Percepta?

22       A.    Me personally?

23       Q.    Yes.

24       A.    I have -- I'm trying to think if --

25   yes, yes, yes.

Page 357

JAIN-HIGHLY CONFIDENTIAL-AEO

1
2    Percepta?
3         A.    No.   We -- in fact we spent most of
4    the conversation not talking about Percepta.
5    We were talking about Frontier Labs and
6    moving to SF and what SF was like and my
7    perception of SF and -- yeah.
8         Q.    And anything else you recall about
9    your discussion with ████    ████████?
10        A.    No.
11        Q.    Did you contact Diana Chen at
12   Palantir to discuss Joanna Cohen?
13        A.    I did.
14        Q.    Why did you do that?
15        A.    Because I didn't know Joanna.   I
16   didn't have any sense of if she was good or
17   not.   And so we normally do reference checks
18   on people.   Joanna had told me she discussed
19   leaving with Diana and so I called her and
20   just asked if Joanna was good, and if she
21   thought she was a good, you know -- yeah, if
22   she was liked, if she was easy to get along
23   with.
24        Q.    Did you ask about her experience?
25        A.    Her experience?

Page 358

1        JAIN-HIGHLY CONFIDENTIAL-AEO

2        Q.    Yes.

3        A.    No.

4              What do you mean by that?  Like her

5     experience with Joanna?

6        Q.    No, her work experience?

7        A.    No.  I just said was she good.

8        Q.    Anything else that you recall about

9     that discussion?

10        A.    With Diana?

11        Q.    Yes.

12        A.    It was short.  Diana said that she

13     really liked Joanna and not just

14     interpersonally, because she was also -- she

15     cared a lot about her job and she was

16     motivated.  But I would say it maybe like a

17     four-minute conversation.  But I texted Matt

18     Hawes about that, because him and Diana Chen

19     were taken.

20        Q.    Remind me, who is Bryan McLellan?

21        A.    Bryan is an engineer that we hired.

22        Q.    Was he at Palantir?

23        A.    He was at Palantir and he was at

24     Stanford with me.

25        Q.    And you spoke with Bryan before he

1     JAIN-HIGHLY CONFIDENTIAL-AEO

2          Q.    Okay.   And it didn't exist

3     publicly, right, because you were still

4     trying to figure out what the business would

5     be and there was no announcement of what the

6     company was until General Catalyst publicly

7     announced it; isn't that right?

8          A.    Until we publicly announced it, and

9     there was no announcement, because there was

10    nothing to announce.   We didn't have the full

11    concept of the business yet.   Many feel we

12    still don't, but we launched. ████



20          Q.    So you didn't update your LinkedIn

21    or any public-facing material to discuss your

22    potential -- or your position at Percepta?

23          A.    In fact I did.   I updated my

24    LinkedIn title to be on the team at Stealth,

25    that was the most we can could say with

1        JAIN-HIGHLY CONFIDENTIAL-AEO

2    Stealth, ███████ █ ████ ███████████ ██████████ █████

3    █ ███████████ █ ███████ ████ ███████████ █ ███████ ███████████

4    Also, because we had not announced every

5    text, the vast majority of text to go through

6    the stealth period while they were figuring

7    out exactly what they want their brand and

8    launch to be, their press strategy to be.

9        Q.    And did you sign any agreement with

10   General Catalyst, a nondisclosure agreement

11   or confidentiality agreement?

12       A.    About what?

13       Q.    About not disclosing what you were

14   building?

15       A.    I don't know.

16       Q.    When you joined General Catalyst,

17   you signed an offer letter with them, right?

18       A.    Correct.

19       Q.    And that offer letter also has a

20   nonsolicitation in it; is that right?

21       A.    I believe so, yeah.

22       Q.    You read that offer letter before

23   you signed it?

24       A.    Actually I'm not sure I did, not

25   fully.

1      JAIN-HIGHLY CONFIDENTIAL-AEO

2      ███████ ████ ████████ ████ ██████ ████████

       █████████████ ██ ██ ████ ██ █████ █████

       █████ ████ ███ ██ █████ █████ █ ███ ██

       ██████ ████ ████████ █████ ██ ████

       ████ ██████ ██ ██ ████████ ██ ███

       █████████ ██ ██ █████ ██████

8          Q.    And that's what you refer to as

9      Mosaic?

10         A.    No.

11         ██ ████ ██ ██████ ████

   █       ██ ██████ ██ ████ ██ ███████

   █    ████ ██ ██ ████ ██ █ █████ ███ ██ ██

   █    ██ ████ ████████ ████ ██ ████ ███

   █    █████ ██████ █ ███ █████ █████████

   █    ██ █ █ ████ ████ ███ ███ ██

   █    ██ █████ ████ █████ ████ █████ ████

   █    █████ █████ ██ ██ ████ ███ ██ █ █

   █    █████ █████████ ███ ██ ██ ██ ██ ███

   █    █████ ████ █████████ ████ ██

   █    ████ █████ ███ █████ ████ ███ ██ ███

   █    ████ █ ██ ██ █ ████ ██ █ ███ █

   █    █████ ██████ █ █████ ███████ ████

   █    ████ █████ █████ █████ ████ ███

   █    ████ ██ ████ ████

1     JAIN-HIGHLY CONFIDENTIAL-AEO



9          Q.    And is that something in terms of

10    your duties and responsibilities?  Are you,

11    in part, creating code for clients?

12          A.    Like I said at the very beginning

13    of my time, yes, I was writing some code in

14    ██████████ 's environment for specific things

15    that they now own.  I don't -- I haven't

16    really done that.  I haven't had the time to

17    do that in the last few months.

18          Q.    What have you been focused in the

19    last few months?

20          A.    Managing the team.  My job is not a

21    coder.  I am essentially a consultant.  I

22    manage the management of the ████████.  I am

23    liaise with our customer.  I talk to them

24    about plans.  I sit in on meetings.  I demo

25    the work that we have done.  I'm essentially