# Exhibit 87

## Redacted

Page 133

1    ATTORNEYS' EYES ONLY - JOANNA COHEN
2    ████    Do you see that?
3        A.    Yes.
4        Q.    So does that refresh your
5    recollection that you went to General
6    Catalyst's offices on November 5th to
7    speak to Hirsch Jain.  The ████ ████ in
8    your sentence is Hirsch Jain, is it not?
9        A.    Based on that message, as well
10   as the following message, I would guess
11   that would be Hirsch Jain.
12       Q.    I don't want you to guess.
13   Could it be anybody else?
14       A.    I think it would be Hirsch
15   Jain.
16       Q.    Right.  Okay.  And he asks you
17   how it went.  More info.  It seems like
18   he's looking for more info.  You said,
19   ████ ████ ████ ███ █ ████ █
20   █ ████████    Do you see that?
21       A.    Yes.
22       Q.    What questions did you ask him?
23       A.    I don't remember.
24       Q.    And then you said, ████ ████
25   █ ███ ████ ████ ████ ████ ██████

Page 175

ATTORNEYS' EYES ONLY - JOANNA COHEN

2  Q. Did they talk about what they
3  were building or potentially building at
4  Percepta?
5  A. Not that I remember.
6  Q. Do you remember anything about
7  that lunch other than it was a get to know
8  you?
9  A. I think we talked about all of
10 our interests, hobbies.
11 Q. Anything else?
12 A. That's what I remember.
13 Q. Did you tell Ms. Jain that you
14 were looking for jobs?
15 A. Umm... I believe I told
16 Ms. Jain that I told Diana, my lead at
17 Palantir, that I -- I was potentially
18 thinking about things outside of Palantir.
19 Q. So do you know -- you're aware
20 that Ms. Jain reached out to Diana about
21 you a day or two after your meeting with
22 her; isn't that right?
23 A. Umm... I don't know the exact
24 timeline, but Diana, my lead and manager
25 at Palantir, made me aware.

```
                                              Page 176
 1       ATTORNEYS' EYES ONLY - JOANNA COHEN
 2       Q.    Were you surprised?
 3       A.    Umm... I mean, it wasn't
 4   something I was expecting, but at the end
 5   of the day I -- I think I told Radha that
 6   Diana was my lead, so, I mean...
 7       Q.    But if you weren't looking for
 8   a job or discussing a job at Percepta, why
 9   would Radha reach out to your manager at
10   Palantir?
11       A.    Umm... I mean, I don't know
12   Diana and Radha's relationship.
13       Q.    You don't think that would be
14   wildly inappropriate?
15       A.    What do you mean?
16       Q.    If you're not interested or
17   discussing a potential employment
18   opportunity with Percepta at that time, do
19   you think that it would be appropriate for
20   Radha to call your boss and ask
21   essentially for a reference?
22       A.    I mean, I told Radha that me
23   and Diana worked together, she's my
24   manager.  Radha can choose to do whatever
25   she chooses to do.
```

```
                                                   Page 218
 1      ATTORNEYS' EYES ONLY - JOANNA COHEN
 2   messages in -- on Signal.
 3        Q.    Why do you use Signal?
 4        A.    I don't know.  It's pretty
 5   common.  I already had it downloaded from
 6   talking with other Palantir alums.  It
 7   seems very common there.
 8        Q.    If you're communicating with
 9   Mr. Jain through other means -- Slack,
10   email, text -- are there particular
11   subjects that you discuss via Signal?
12        A.    No.  I mean, it's just another
13   messaging app.
14        Q.    In this text exchange with Mr.
15   Jain, he texts you on February 5th at
16   p.m., "If we were to move forward, would
17   you be comfy with close to ASAP."
18              Do you see that?
19        A.    Yes.
20        Q.    What did you understand Mr.
21   Jain to be saying to you in that text
22   message?
23        A.    Umm... I think at this point
24   I'd expressed interest in what they were
25   doing and he had asked me if that was
```

```
                                        Page 233
 1      ATTORNEYS' EYES ONLY - JOANNA COHEN
 2        letter dated 2/20/25, production
 3        numbers RJ_JC_00000672 through
 4        00000711.)
 5   BY MR. MUFSON:
 6        Q.    Is this your offer letter from
 7   General Catalyst, Exhibit 18?
 8        A.    Umm... umm... it looks like a
 9   mixture of the offer letter and the
10   benefits packages.
11        Q.    Okay.  Fair.  So the offer
12   letter is 672 through 678?
13        A.    Yes.
14        Q.    And are the signature pages at
15   675 and 678 your signature via DocuSign?
16        A.    Yes.
17        Q.    And you signed them on
18   February 21st, both pages; right?
19        A.    Yes.
20        Q.    And as part of your agreement
21   with General Catalyst, referencing page
22   676, you agreed to nondisclosure
23   obligations.  Do you see that Section 2?
24        A.    Yes, I see the section.
25        Q.    That's a confidentiality
```

```
                                              Page 252
 1      ATTORNEYS' EYES ONLY - JOANNA COHEN
 2         A.    Yeah, the resignation letter
 3   itself is not on this paper.
 4         Q.    Fair.  This is the day you
 5   resigned; is that right?
 6         A.    Oh, okay.  Let me read this.
 7   Sorry, can you ask the question again?
 8         Q.    Sure.  You resigned on
 9   February 24, 2025 from Palantir; isn't
10   that right?
11         A.    That's when I sent in my
12   official resignation letter.
13         Q.    And your last working day was
14   March 3rd; is that right?
15         A.    No.
16         Q.    Okay.  The email here says,
17   "Following up on my prior note" --
18   "previous note, my last working day will
19   be March 3rd."
20         A.    On this email that's what it
21   says, yes.
22         Q.    When was your last actual
23   working date?
24         A.    March 4th.
25         Q.    Okay.  What were you working on
```

```
                                              Page 258
 1      ATTORNEYS' EYES ONLY - JOANNA COHEN
 2         Q.    Did you write code at Palantir?
 3         A.    Umm... at what part during my
 4   time at Palantir?
 5         Q.    At any time.
 6         A.    At the beginning, when I was a
 7   new college graduate, I wrote some code.
 8   Towards the latter part of my time at
 9   Palantir, my role was shifted more into
10   team management, management of people, and
11   sometimes Foundry configurations.
12         Q.    And the only client you're
13   working for at Percepta is ▮▮▮▮▮▮▮; is
14   that right?
15         A.    Yes.
16         Q.    And who -- do you have any
17   customer-facing interaction with people at
18   ▮▮▮▮▮▮▮?
19         A.    Sometimes.
20         Q.    Who are you interacting with at
21   ▮▮▮▮▮▮▮?
22         A.    Umm... some product managers,
23   some operations people, some engineers.
24         Q.    When you talked about -- you
25   just testified about in the latter part of
```

```
                                              Page 262
 1      ATTORNEYS' EYES ONLY - JOANNA COHEN
 2   take those photographs with your phone or
 3   did you do it?
 4        A.    Umm... I believe me.
 5        Q.    Okay.  Why did you take those
 6   photographs?
 7        A.    Umm, I don't recall specifics,
 8   but generally, as I mentioned, I gave my
 9   notice and then my goal was to ensure a
10   smooth transition for the team.  There
11   wasn't going to be someone that was
12   backfilling me.  I knew that would be
13   difficult on the team, my peeps, the
14   salespeople I worked with, so my goal that
15   final week was to try to be as helpful as
16   possible and close out as much work as I
17   could.
18        Q.    Did you have a practice of
19   taking photographs of your computer
20   screen?
21        A.    Umm... what do you mean by
22   "practice"?
23        Q.    Had you ever done it before,
24   before February 25, 2025?
25        A.    I mean, I don't remember.
```