# Exhibit 96

## Redacted

| | |
|---|---|
| **From:** | Joanna Cohen ▮▮▮▮▮▮▮▮ |
| **Sent:** | Sat, 25 Jan 2025 19:44:37 +0000 (UTC) |
| **To:** | Tyler Olkowski <tolkowski@generalcatalyst.com> |
| **Subject:** | Re: Unrelated to Healthcare – Picking Your Brain on Call Centers |

Hi Tyler,

Thanks for sharing these! Crescendo seems closest to what I had in mind, though it may focus on a slightly different subset of interactions.

From my quick research, it looks like Crescendo uses AI as a first line of defense, supported by their own human call center. Based on their demo, their setup appears well-suited for handling questions tied to a business's knowledge base (e.g., product documentation, FAQs). For example, it could address queries like, "How much does X cost?" or "What size should someone of X height order?"

I'm curious, though, about how it handles more personalized queries requiring customer-specific context, such as "Why was I billed X?" or "Was my rebate calculated incorrectly based on our contract?" Is Crescendo moving in this direction, or can it already support these types of inquiries? If they arise now, are they routed to the business's in-house agents, or are Crescendo's humans trained to manage them if the AI can't?

Handling personalized queries at scale is a difficult challenge—it requires granular data and the ability to interpret it within a business's specific context for the LLM to deliver accurate, meaningful responses. I've been thinking a lot about how to scale this across businesses with complex data landscapes, which is why the FDE model came to mind.

The healthcare-specific products like Superficial seem capable of handling complex inquiries but appear heavily script-driven. I'm curious how they manage off-script situations. For example, while Superficial's no-code UI for configuring scripts seems effective for structured, AI-led conversations, I wonder how it performs when the flow is driven by the other party. It also appears they don't provide their own human call/chat agents, so clients likely still need to manage their own call center workforce. I'm particularly curious how this approach has worked for their customers, as transitioning to AI-driven call centers requires, based on my experience from other AI projects, incremental steps. I wonder if they assist with this incremental transition but don't highlight it online, or if that responsibility falls on the customer.

I'd love to riff on this further—happy to continue over email or meet in person!

Best,
Joanna Cohen

On Thu, Jan 23, 2025 at 12:03 0AM Tyler Olkowski <tolkowski@generalcatalyst.com> wrote:
Thanks Joanna! Definitely have seen things in this space - a few come to mind, including a business we incubated!

- Crescendo - GC incubation
- Assort Health
- Superficial
- Outbound AI

If you have questions about these, definitely happy to riff - though my experience is primarily healthcare specific and these could certainly just be general.

CONFIDENTIAL                                                                      RJ_JC_00000543

--

Tyler Olkowski

**General Catalyst**

New York | Boston | Palo Alto | San Francisco

*Website* | ▮▮▮▮▮▮ | *LinkedIn*

On Sat, Jan 18, 2025 at 4:00 PM, Joanna Cohen ▮▮▮▮▮▮▮▮▮▮ wrote:

Hi Tyler,

It was great chatting with you on Friday! Separate from the healthcare topics ▮▮▮ and I have been talking with you about, I wanted to ask if I could pick your brain about the call center space. It's something that's been on my mind for a while, but especially this weekend as I'm building a quick workflow for a regional health insurance plan to help them contact members affected by the California wildfires.

I've thought about (and assume there are examples of) a tech-enabled call center model with pricing akin to cloud computing. Companies could opt for a fixed number of resources (e.g. callers) during specific periods or scale dynamically based on call or chat volume. The key challenge, of course, is maintaining quality.

To tackle that, I was thinking of something similar to Palantir's forward-deployed approach: callers would use tailored front ends with AI copilots, designed custom for each enterprise, that provide all the tools and data needed to handle inquiries effectively. Training callers could focus on industry-specific terminology, starting with sectors like retail where the language is common.

Eventually, this could evolve into an AI-powered call center. With existing data integrations and extensive call logs, AI bots could be tuned and tested efficiently for each enterprise. The main obstacle, naturally, would be the upfront capital required to acquire or establish a call center as the foundation.

Do you know of any companies General Catalyst has invested in with a similar model or any companies operating along these lines? I'm mostly curious since much of my recent day job involves building custom UIs in cases where the primary ROI is faster onboarding for new employees and making workflows generally more efficient.

Anyway, this is completely unrelated to me and ▮▮▮▮ s work - it's just an idea that I've been thinking about.

Best,
Joanna Cohen

RJ_JC_00000544