Steven N. Feldman
Direct Dial: +1.212.906.1821
steve.feldman@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM & WATKINS LLP**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

December 19, 2025

<u>VIA ECF</u>

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007

Re: <u>*Palantir Technologies Inc. v. Jain et al.*</u>, No. 1:25-cv-08985-JPO

Dear Judge Oetken:

Earlier today, Defendants in the above-captioned matter requested that the Clerk temporarily seal, on an emergent basis, a document attached to their previously-filed Letter Motion to Seal. *See* Dkt. 49-10. Defendants now respectfully request that the Court enter an order directing the Clerk to maintain this temporary seal pending Plaintiff's submission of an omnibus brief addressing all sealing issues related to its motion for preliminary injunction and the Court's resolution of the same. *See* Dkt. 47 (permitting Plaintiff's submission of an omnibus brief).

Defendants make this request based on Plaintiff's assertion that Dkt. 49-10 contains its confidential business information. Although Defendants take no position on the accuracy of that assertion, they wish to avoid any inadvertent disclosure of confidential business information and to allow Plaintiff to be heard.

Respectfully submitted,

 /s/ *Steven N. Feldman*
Steven N. Feldman
of LATHAM & WATKINS LLP

---

Granted.
The Clerk of Court is directed to maintain the document at ECF No. 49-10 under seal (party-view only) pending further order.
The Clerk is directed to close the motion at ECF No. 5.
So ordered:  12/22/2025

J. PAUL OETKEN
United States District Judge