**Steven N. Feldman**
Direct Dial: +1.212.906.1821
steve.feldman@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM & WATKINS LLP**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

January 5, 2026

<u>**VIA ECF**</u>

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007

Re:  <u>*Palantir Technologies Inc. v. Jain et al.*</u>, No. 1:25-cv-08985-JPO

Dear Judge Oetken:

  We write on behalf of Defendants Radha Jain, Joanna Cohen, and Hirsh Jain (collectively, "Defendants") in the above-referenced matter, to request the Court's permission to exceed the word-count limitations provided for in Rule 4.C. of Your Honor's Individual Rules & Practices in connection with Defendants' forthcoming opposition to Plaintiff's renewed motion for a preliminary injunction, due on January 12, 2026. Defendants met and conferred with Plaintiff Palantir Technologies, Inc. on this request, and Plaintiff does not oppose.

  While Your Honor granted Plaintiff's prior letter motion to expand the word-count limitation, including a word-count extension for Defendants' opposition, this prior agreement was entered into before Palantir added a new defendant, Hirsh Jain, to the lawsuit via Plaintiff's First Amended Complaint, alongside the inclusion of new claims against Mr. Jain. To fully respond to the claims against Mr. Jain, Defendants respectfully request an additional extension to the word count limitation beyond the initial extension to 11,500 words and ask that they be permitted up to 14,000 words for their omnibus opposition. We believe this is more efficient as well than filing a separate brief for Mr. Jain.

  Should Defendants be granted permission to file their motion with an increased word-count, Plaintiff respectfully requests that it be permitted up to 7,000 words to file an omnibus reply to Defendants' opposition. Defendants do not oppose this request.

            Respectfully submitted,

             */s/ Steven N. Feldman*
            Steven N. Feldman
            of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)