ATTACHMENT A

**Defendants' Letter Motion to Seal Matrix[1]**

| Document | Description | Basis for Sealing |
|---|---|---|
| Defendants' Opposition to Palantir Technologies Inc.'s Renewed Application for a Preliminary Injunction | | This document need not be sealed subject to the redaction of certain competitively sensitive confidential business information (undisclosed Percepta customer names; quotations from internal business strategy memoranda and testimony discussing the same; details regarding internal ownership structures; pricing information; non-public customer-specific solutions; intellectual property arrangements).  *See* Ltr. Mot. at 2–3. <br><br> Palantir claims that this document also contains its confidential information.  That information [highlighted in yellow] should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Declaration of Steve Feldman | | This document does not contain any confidential information and need not be sealed. |
| Exhibit 200 to Declaration of Steve Feldman | Excerpts of the Deposition Transcript of the Corporate Representative of Palantir, Jonathan Jungck, dated December 4, 2025 | Palantir claims that this document contains its confidential information.  It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 201 to Declaration of Steve Feldman | Excerpts of the Deposition Transcript of Joanna Cohen, dated November 24, 2025 | This document need not be sealed subject to the redaction of certain competitively sensitive confidential business information (undisclosed customer names); and information bearing on third party privacy interests (customer employee |

---

[1] In some instances, documents contain portions of information designated as confidential or highly confidential by Percepta and Palantir.  Percepta's designations are highlighted in green.  Palantir's designations are highlighted in yellow.

| Document | Description | Basis for Sealing |
|---|---|---|
| | | names; uninterested third party names; communications with intimate partner/now-spouse).  *See* Ltr. Mot. at 2–3.<br><br>Palantir claims that this document also contains its confidential information.  That information [highlighted in yellow] should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 202 to Declaration of Steve Feldman | Palantir's Form 10-K for the fiscal year ending December 31, 2024, dated February 18, 2025, filed with the SEC | This document does not contain any confidential information and need not be sealed. |
| Exhibit 203 to Declaration of Steve Feldman | Excerpts of the Deposition Transcript of Corporate Representative of Percepta, Thomas Mathew, dated November 25, 2025 | This document need not be sealed subject to the redaction of certain competitively sensitive confidential business information (undisclosed customer names; testimony regarding business strategy as to Percepta's core offerings; testimony regarding internal business strategy memoranda; customer-specific solutions; pricing arrangements; customer data relationships; internal hiring strategy); and information bearing on third party privacy interests (uninterested third party names).  *See* Ltr. Mot. at 2–3.<br><br>Palantir claims that this document also contains its confidential information.  That information [highlighted in yellow] should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 204 to Declaration of Steve Feldman | Excerpts of the Deposition Transcript of Radha Jain, dated November 21, 2025 | This document need not be sealed subject to the redaction of certain competitively sensitive confidential business information (undisclosed customer names; testimony regarding business strategy as to Percepta's core offerings; testimony |

| Document | Description | Basis for Sealing |
|---|---|---|
| | | regarding non-public customer-specific solutions; internal financing arrangements); and information bearing on third party privacy interests (uninterested third party names and personal details; communications with the same).  *See* Ltr. Mot. at 2–3.<br><br>Palantir claims that this document also contains its confidential information.  That information [highlighted in yellow] should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 205 to Declaration of Steve Feldman | RJ_JC_00000403 (August 26, 2024 text message exchange between Radha Jain and Hirsh Jain) | This document need not be sealed subject to the continued redaction of PII (personal email addresses); and information bearing on third party privacy interests (uninterested third party name).  *See* Ltr. Mot. at 2–3. |
| Exhibit 206 to Declaration of Steve Feldman | Excerpts of the Deposition Transcript of Ankit Shankar, dated December 3, 2025. | Palantir claims that this document contains its confidential information, which should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 207 to Declaration of Steve Feldman | PALANTIR_00000351 (November 29, 2024 email exchange between Ankit Shankar and Meral Tahir) | Palantir claims that this document contains its confidential information.  It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 208 to Declaration of Steve Feldman | Excerpts of the Deposition Transcript of Anna Wendt, dated November 17, 2025 | Palantir claims that this document contains its confidential information.  It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 209 to Declaration of Steve Feldman | Excerpts of the Deposition Transcript of Shawn Greenspan, dated November 20, 2025 | Palantir claims that this document contains its confidential information.  It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |

| Document | Description | Basis for Sealing |
|---|---|---|
| Exhibit 210 to Declaration of Steve Feldman | PALANTIR_00000037 (March 3, 2025 email exchange between Joanna Cohen and other Palantir employees) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 211 to Declaration of Steve Feldman | Palantir's Form 8-K, dated May 5, 2025, filed with the SEC | This document does not contain any confidential information and need not be sealed. |
| Exhibit 212 to Declaration of Steve Feldman | Palantir's Form 8-K, dated August 4, 2025, filed with the SEC | This document does not contain any confidential information and need not be sealed. |
| Exhibit 213 to Declaration of Steve Feldman | Palantir's Form 8-K, dated November 3, 2025, filed with the SEC | This document does not contain any confidential information and need not be sealed. |
| Exhibit 214 to Declaration of Steve Feldman | Non-Party General Catalyst Group Management, LLC's Responses and Objections to Palantir's Notice of Subpoena for Production of Documents | This document does not contain any confidential information and need not be sealed. |
| Exhibit 215 to Declaration of Steve Feldman | Non-Party Percepta AI LLC's Responses and Objections to Palantir's Notice of Subpoena for Production of Documents | This document does not contain any confidential information and need not be sealed. |
| Exhibit 216 to Declaration of Steve Feldman | RJ_JC_00000080 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 217 to Declaration of Steve Feldman | RJ_JC_00000158 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |

| Document | Description | Basis for Sealing |
|---|---|---|
| Exhibit 218 to Declaration of Steve Feldman | RJ_JC_00000090 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information.  It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 219 to Declaration of Steve Feldman | PageVault capture, dated December 2, 2025, of Palantir's LinkedIn page, which is located at: https://www.linkedin.com/company/palantir-technologies/about/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 220 to Declaration of Steve Feldman | Complaint filed by Palantir in *Palantir Technologies Inc. v. Guardian AI, Inc. et al* (Dkt. 1; Case No. 1:25-cv-01977) on March 10, 2025, in the Southern District of New York | This document does not contain any confidential information and need not be sealed. |
| Exhibit 221 to Declaration of Steve Feldman | RJ_JC_00000017 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information.  It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 222 to Declaration of Steve Feldman | RJ_JC_00000008 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information.  It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 223 to Declaration of Steve Feldman | RJ_JC_00000094 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information.  It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 224 to Declaration of Steve Feldman | RJ_JC_00000040 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information.  It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |

| Document | Description | Basis for Sealing |
|---|---|---|
| Declaration of Hirsh Jain | | This document need not be sealed subject to the continued redaction of competitively sensitive confidential business information (Percepta growth and hiring strategy; undisclosed Percepta customer name) in Paragraphs 11, 13, 17, 24, and 26. *See* Ltr. Mot. at 2–3.<br><br>This document also contains information Palantir claims is confidential [highlighted in yellow].  It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 225 to Declaration of Hirsh Jain | Email communications between Hirsh Jain and Shyam Sankar, Palantir's Chief Technology Officer | This document need not be sealed subject to the continued redaction of PII (personal email addresses).  *See* Ltr. Mot. at 2–3. |
| Exhibit 226 to Declaration of Hirsh Jain | Email communications between Hirsh Jain and Shyam Sankar, Palantir's Chief Technology Officer | This document need not be sealed subject to the continued redaction of PII (personal email addresses).  *See* Ltr. Mot. at 2–3. |
| Exhibit 227 to Declaration of Hirsh Jain | PERCEPTA_GC_0000586 (Email communications between Hirsh Jain and Eric Menser from Palantir) | This document need not be sealed subject to the continued redaction of PII (personal email addresses).  *See* Ltr. Mot. at 2–3. |
| Exhibit 228 to Declaration of Hirsh Jain | PERCEPTA_GC (Email communications between Hirsh Jain and Eric Menser from Palantir) | This document need not be sealed subject to the continued redaction of PII (personal email addresses).  *See* Ltr. Mot. at 2–3. |
| Exhibit 229 to Declaration of Hirsh Jain | PERCEPTA_GC_0000598 (Email communications between Hirsh Jain and Eric Menser from Palantir) | This document need not be sealed subject to the continued redaction of PII (personal email addresses).  *See* Ltr. Mot. at 2–3. |

| Document | Description | Basis for Sealing |
|---|---|---|
| Exhibit 230 to Declaration of Hirsh Jain | PERCEPTA_GC_0000597 (Email communications between Hirsh Jain and Eric Menser from Palantir) | This document need not be sealed subject to the continued redaction of PII (personal email addresses).  *See* Ltr. Mot. at 2–3. |
| Declaration of Joanna Cohen | | This document need not be sealed subject to the redaction of certain competitively sensitive confidential business information (undisclosed Percepta customer name); and third party privacy interests (uninterested third party names).  *See* Ltr. Mot. at 2–3.<br><br>This document also contains information Palantir claims is confidential [highlighted in yellow].  That information should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 231 to Declaration of Joanna Cohen | Joanna Cohen traveler declaration to enter the Maldives, which reflects an entry date of March 4, 2025 | This document need not be sealed subject to the continued redaction of PII (personal email addresses).  *See* Ltr. Mot. at 2–3. |
| Exhibit 232 to Declaration of Joanna Cohen | Email communications between Joanna Cohen and Palantir IT department | This document need not be sealed subject to the continued redaction of PII (personal email addresses); and third party privacy interests (uninterested third party names).  *See* Ltr. Mot. at 2–3. |
| Exhibit 233 to Declaration of Joanna Cohen | RJ_JC_00000134 (Screenshot recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information.  It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |

| Document | Description | Basis for Sealing |
|---|---|---|
| Exhibit 233-A to Declaration of Joanna Cohen | PageVault screen capture, dated December 2, 2025, of the webpage located at: https://www.palantir.com/docs/ foundry/functions/query-functions | This document does not contain any confidential information and need not be sealed. |
| Exhibit 233-B to Declaration of Joanna Cohen | PageVault screen capture, dated December 2, 2025, of the webpage located at: https://www.palantir.com/docs/foundry/model-catalog/overview | This document does not contain any confidential information and need not be sealed. |
| Exhibit 233-C to Declaration of Joanna Cohen | PageVault screen capture, dated December 2, 2025, of the webpage located at: https://www.palantir.com/docs/foundry/data-connection/overview | This document does not contain any confidential information and need not be sealed. |
| Exhibit 233-D to Declaration of Joanna Cohen | PageVault screen capture, dated December 2, 2025, of the webpage located at: https://www.palantir.com/docs/foundry/model-integration/what-to-use#feature-engineering | This document does not contain any confidential information and need not be sealed. |
| Exhibit 233-E to Declaration of Joanna Cohen | PageVault screen capture, dated December 2, 2025, of the webpage located at: https://www.palantir.com/docs/foundry/integrate-models/model-asset-code-repositories/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 234 to Declaration of Joanna Cohen | RJ_JC_00000062 (File recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |

| Document | Description | Basis for Sealing |
|---|---|---|
| Exhibit 234-A to Declaration of Joanna Cohen | PageVault screen capture, dated December 2, 2025, of the webpage located at: https://www.linkedin.com/posts/palantir-technologies_palantir-activity-7251592828290576384-p5Vj/?utm_source=share&utm_medium=member_desktop&rcm=ACoAABkBHycBRTe-cw-PuTQDcSew9v0UGKe0C_Y | This document does not contain any confidential information and need not be sealed. |
| Exhibit 234-B to Declaration of Joanna Cohen | PageVault screen capture dated, December 2, 2025, of the webpage located at: https://blog.palantir.com/a-better-conversation-palantir-cse-1-8c6fb00ba5be | This document does not contain any confidential information and need not be sealed. |
| Exhibit 234-C to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.appsruntheworld.com/customers-database/purchases/view/centene-corporation-united-states-selects-palantir-foundry-for-analytics-and-bi | This document does not contain any confidential information and need not be sealed. |
| Exhibit 234-D to Declaration of Joanna Cohen | PageVault screen capture dated January 7, 2026, of the webpage located at: https://www.appsruntheworld.com/customers-database/purchases/view/kaiser-permanente-united-states-selects-palantir-foundry-for-analytics-and-bi | This document does not contain any confidential information and need not be sealed. |
| Exhibit 234-E to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.appsruntheworld.com/customers- | This document does not contain any confidential information and need not be sealed. |

| Document | Description | Basis for Sealing |
|---|---|---|
| | database/purchases/view/health-care-service-corporation-usa-selects-palantir-foundry-for-analytics-and-bi | |
| Exhibit 234-F to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.appsruntheworld.com/customers-database/purchases/view/molina-healthcare-united-states-selects-palantir-foundry-for-analytics-and-bi | This document does not contain any confidential information and need not be sealed. |
| Exhibit 235 to Declaration of Joanna Cohen | RJ_JC_00000019 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information.  It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 235-A to Declaration of Joanna Cohen | PageVault screen capture, dated December 2, 2025, of the webpage located at: https://www.palantir.com/offerings/palantir-for-hospitals/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 235-B to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/docs/foundry/use-case-examples/increasing-client-engagement-through-integrated-campaign-management | This document does not contain any confidential information and need not be sealed. |

| Document | Description | Basis for Sealing |
|---|---|---|
| Exhibit 235-C to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://investors.palantir.com/news-details/2022/Tampa-General-Hospital-and-Palantir-Partner-to-Improve-Patient-Care-Through-Data-and-Analytics-Platform | This document does not contain any confidential information and need not be sealed. |
| Exhibit 235-D to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/newsroom/press-releases/palantir-concordance-partner-to-power-first-fully-integrated-medical-supply-chain-ecosystem/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 235-E to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/docs/foundry/use-case-examples/optimizing-production-with-erp-data-across-the-supply-chain | This document does not contain any confidential information and need not be sealed. |
| Exhibit 235-F to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/docs/foundry/analytics/overview/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 235-G to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.inovaare.com/solution/member360/#:~:text=Member360%20is%20a%20central%20repository,efficiency%2C%20and%20better%20member%20experiences | This document does not contain any confidential information and need not be sealed. |

| Document | Description | Basis for Sealing |
|---|---|---|
| Exhibit 235-H to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aws.amazon.com/blogs/industries/the-value-of-a-system-of-record-for-healthcare-payors/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 235-I to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.investing.com/news/transcripts/earnings-call-transcript-encompass-health-q2-2025-beats-expectations-shares-rise-93CH-4171038 | This document does not contain any confidential information and need not be sealed. |
| Exhibit 235-J to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/offerings/federal-health | This document does not contain any confidential information and need not be sealed. |
| Exhibit 235-K to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.syntropy.com/about-us | This document does not contain any confidential information and need not be sealed. |
| Exhibit 235-L to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/impact/cleveland-clinic/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 235-M to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.emdgroup.com/en/news/ace-palantir-07-03-2023.html | This document does not contain any confidential information and need not be sealed. |

| Document | Description | Basis for Sealing |
|---|---|---|
| Exhibit 235-N to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://newsroom.cardinalhealth.com/2023-01-26-Cardinal-Health-Teams-Up-with-Palantir-to-Deliver-a-Clinically-Integrated-Supply-Chain-Solution | This document does not contain any confidential information and need not be sealed. |
| Exhibit 236 to Declaration of Joanna Cohen | RJ_JC_00000028 (File recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 236-A to Declaration of Joanna Cohen | PageVault screen capture, dated December 2, 2025, of the webpage located at: https://investors.palantir.com/news-details/2023/Cleveland-Clinic-and-Palantir-Technologies-Partner-to-Improve-Hospital-Performance-Through-Virtual-Command-Center/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 236-B to Declaration of Joanna Cohen | PageVault screen capture, dated December 2, 2025, of the webpage located at: https://www.palantir.com/impact/clinical-data-rd/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 237 to Declaration of Joanna Cohen | RJ_JC_00000108 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 237-A to Declaration of Joanna Cohen | PageVault screen capture, dated January 8, 2026, of the webpage located at: https://www.plutushealthinc.com/post/revenue-cycle-management-steps | This document does not contain any confidential information and need not be sealed. |

| Document | Description | Basis for Sealing |
|---|---|---|
| Exhibit 237-B to Declaration of Joanna Cohen | PageVault screen capture, dated December 2, 2025, of the webpage located at: https://aip.palantir.com/workflow/E9C39276-A5DC-4304-9884-0D1F0324EEA6 | This document does not contain any confidential information and need not be sealed. |
| Exhibit 237-C to Declaration of Joanna Cohen | PageVault screen capture, dated December 2, 2025, of the webpage located at: https://aip.palantir.com/workflow/f1b8e932-39fd-4b22-8a43-c3c815b055f0 | This document does not contain any confidential information and need not be sealed. |
| Exhibit 238 to Declaration of Joanna Cohen | RJ_JC_00000076 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 238-A to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.linkedin.com/pulse/how-lifepoint-health-solving-rural-healthcares-toughest-lvyqe/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 239 to Declaration of Joanna Cohen | RJ_JC_00000097 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 239-A to Declaration of Joanna Cohen | PageVault screen capture, dated December 2, 2025, of the webpage located at: https://www.palantir.com/offerings/health/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 240 to Declaration of Joanna Cohen | RJ_JC_00000132 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |

| Document | Description | Basis for Sealing |
|---|---|---|
| Exhibit 240-A to Declaration of Joanna Cohen | PageVault screen capture, dated January 8, 2026, of the webpage located at: https://www.palantir.com/platforms/foundry/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 241 to Declaration of Joanna Cohen | RJ_JC_00000164 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 241-A to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.linkedin.com/posts/palantir-technologies_ai-in-hospitals-powered-by-palantir-a-series-activity-7190760356674166784-5bZ1// | This document does not contain any confidential information and need not be sealed. |
| Exhibit 242 to Declaration of Joanna Cohen | RJ_JC_00000106 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 242-A to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aip.palantir.com/workflow/preview-aip-contract-opt-compliance | This document does not contain any confidential information and need not be sealed. |
| Exhibit 242-B to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aip.palantir.com/workflow/preview-aip-mat-shortage | This document does not contain any confidential information and need not be sealed. |

| Document | Description | Basis for Sealing |
|---|---|---|
| Exhibit 242-C to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/impact/pricing-optimization/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 242-D to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/docs/foundry/dynamic-scheduling/scheduling-overview | This document does not contain any confidential information and need not be sealed. |
| Exhibit 242-E to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/impact/inventory-optimization/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 242-F to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aip.palantir.com/workflow/75edded2-a117-4fe4-a49d-34ed67f1e2dd | This document does not contain any confidential information and need not be sealed. |
| Exhibit 243 to Declaration of Joanna Cohen | RJ_JC_00000148 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 243-A to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aip.palantir.com/workflow/8a9bccf4-1c30-4019-8bc6-ca616cf32642 | This document does not contain any confidential information and need not be sealed. |

| Document | Description | Basis for Sealing |
|---|---|---|
| Exhibit 243-B to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aip.palantir.com/workflow/f1b8e932-39fd-4b22-8a43-c3c815b055f0 | This document does not contain any confidential information and need not be sealed. |
| Exhibit 244 to Declaration of Joanna Cohen | RJ_JC_00000152 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 244-A to Declaration of Joanna Cohen | RJ_JC_00000130, RJ_JC_00000131, RJ_JC_00000145, RJ_JC_00000150, and RJ_JC_00000153 (Photos recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 245 to Declaration of Joanna Cohen | RJ_JC_00000159 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 245-A to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aip.palantir.com/workflow/14128D7B-5855-4907-948A-67D9264ABD90 | This document does not contain any confidential information and need not be sealed. |
| Exhibit 246 to Declaration of Joanna Cohen | RJ_JC_00000163 (Photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Exhibit 246-A to Declaration of Joanna Cohen | RJ_JC_00000141 (Duplicate photo recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information. It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |

| Document | Description | Basis for Sealing |
|---|---|---|
| Exhibit 246-B to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/offerings/procurement/ | This document does not contain any confidential information and need not be sealed. |
| Exhibit 246-C to Declaration of Joanna Cohen | PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aip.palantir.com/workflow/14128D7B-5855-4907-948A-67D9264ABD90 | This document does not contain any confidential information and need not be sealed. |
| Exhibit 247 to Declaration of Joanna Cohen | RJ_JC_00000104 and RJ_JC_00000117, -124, -137, -143, -146, -147, -156, -161 (Photos recovered from Joanna Cohen's mobile phone) | Palantir claims that this document contains its confidential information.  It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Declaration of Radha Jain | | This document need not be sealed subject to the redaction of competitively sensitive confidential business information (undisclosed Percepta customer identity; non-public customer-specific solutions; business strategy as to Percepta's core offerings) in Paragraphs 20, 30, 32, 34–36, and 38.  *See* Ltr. Mot. at 2–3.<br><br>This document also contains information Palantir claims is confidential [highlighted in yellow].  It should be provisionally sealed pending Palantir's filing of its omnibus motion to seal. |
| Declaration of Bryan McLellan | | This document does not contain any confidential information and need not be sealed. |