**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br>                          Plaintiff, <br><br>          v. <br><br> HIRSH JAIN, RADHA JAIN, and JOANNA COHEN, <br><br>                          Defendants. | Case No. 1:25-cv-08985-JPO |

**DECLARATION OF STEVEN N. FELDMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PALANTIR TECHNOLOGIES INC.'S RENEWED APPLICATION FOR A PRELIMINARY INJUNCTION**

I, Steve Feldman, declare under penalty of perjury, pursuant to 29 U.S.C. § 1746:

1. I am an attorney authorized to practice before this court and am a member in good standing of the bar of the State of New York.

2. I am a partner at the law firm of Latham & Watkins LLP, attorneys for Defendants Hirsh Jain, Radha Jain, and Joanna Cohen. I am fully familiar with the facts set forth in this Declaration.

3. I make this declaration in support of Defendants' Opposition to Palantir Technologies Inc.'s ("Palantir") Renewed Application for a Preliminary Injunction.

4. Attached hereto as **Exhibit 200** is a true and correct copy of excerpts of the Deposition Transcript of the Corporate Representative of Palantir, Jonathan Jungck, dated December 4, 2025. Palantir has designated portions of Exhibit 200 as Protected Discovery Material under the Parties' Stipulated Protective Order, and has requested that Defendants file this exhibit provisionally under seal.

5. Attached hereto as **Exhibit 201** is a true and correct copy of excerpts of the Deposition Transcript of Joanna Cohen, dated November 24, 2025. The parties have designated portions of Exhibit 201 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

6. Attached hereto as **Exhibit 202** is a true and correct copy of Palantir's Form 10-K for the fiscal year ending December 31, 2024, dated February 18, 2025, filed with the SEC and marked as Exhibit 6 in the December 4, 2025 Deposition of Palantir's Corporate Representative.

7. Attached hereto as **Exhibit 203** is a true and correct copy of excerpts of the Deposition Transcript of Thomas Mathew, dated November 25, 2025. The parties have designated portions of Exhibit 203 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

8. Attached hereto as **Exhibit 204** is a true and correct copy of excerpts of the Deposition Transcript of Radha Jain, dated November 21, 2025. The parties have designated portions of Exhibit 204 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

9. Attached hereto as **Exhibit 205** is a true and correct copy of an August 26, 2024 text message exchange between Radha Jain and Hirsh Jain, produced in this action bearing the Bates number RJ_JC_00000403 and marked as Exhibit 10 in the November 21 deposition of Radha Jain.

10. Attached hereto as **Exhibit 206** is a true and correct copy of excerpts of the Deposition Transcript of Ankit Shankar, dated December 3, 2025. Palantir has designated portions of Exhibit 206 as Protected Discovery Material under the Parties' Stipulated Protective Order, and has requested that Defendants file this exhibit provisionally under seal.

11.     Attached hereto as **Exhibit 207** is a true and correct copy of a November 29, 2024 email exchange between Ankit Shankar and M.T., produced in this action bearing the Bates number PALANTIR_00000351.  Palantir has designated Exhibit 207 as Protected Discovery Material under the Parties' Stipulated Protective Order, and has requested that Defendants file this exhibit provisionally under seal.

12.     Attached hereto as **Exhibit 208** is a true and correct copy of excerpts of the Deposition Transcript of Anna Wendt, dated November 17, 2025.  Palantir has designated portions of Exhibit 208 as Protected Discovery Material under the Parties' Stipulated Protective Order, and has requested that Defendants file this exhibit provisionally under seal.

13.     I caused the data downloaded from Joanna Cohen's mobile device to be searched by document title, file type, and keyword searches using terms calculated to identify the documents based on words and phrases located within the documents themselves and the descriptions provided by Palantir in its submissions and supporting testimony.  Despite these efforts, no documents matching those downloaded by Ms. Cohen were found on the device.

14.     Attached hereto as **Exhibit 209** is a true and correct copy of excerpts of the Deposition Transcript of Shawn Greenspan, dated November 20, 2025.  Palantir has designated portions of Exhibit 209 as Protected Discovery Material under the Parties' Stipulated Protective Order, and has requested that Defendants file this exhibit provisionally under seal.

15.     Attached hereto as **Exhibit 210** is a true and correct copy of a March 3, 2025 email exchange between A.F., D.C., and Joanna Cohen, produced in this action bearing the Bates number PALANTIR_00000037 and marked as Exhibit 9 in the November 20 deposition of Shawn Greenspan.  Palantir has designated Exhibit 210 as Protected Discovery Material under

the Parties' Stipulated Protective Order, and has requested that Defendants file this exhibit provisionally under seal.

16. Attached hereto as **Exhibit 211** is a true and correct copy of Palantir's Form 8-K, dated May 5, 2025, filed with the SEC and marked as Exhibit 8 in the December 4, 2025 Deposition of Palantir's Corporate Representative.

17. Attached hereto as **Exhibit 212** is a true and correct copy of Palantir's Form 8-K, dated August 4, 2025, filed with the SEC and marked as Exhibit 9 in the December 4, 2025 Deposition of Palantir's Corporate Representative.

18. Attached hereto as **Exhibit 213** is a true and correct copy of Palantir's Form 8-K, dated November 3, 2025, filed with the SEC and marked as Exhibit 10 in the December 4, 2025 Deposition of Palantir's Corporate Representative.

19. Attached hereto as **Exhibit 214** is a true and correct copy of Non-Party General Catalyst Group Management, LLC's Responses and Objections to Palantir's Notice of Subpoena for Production of Documents, served on November 21, 2025 in this action.

20. Attached hereto as **Exhibit 215** is a true and correct copy of Non-Party Percepta AI LLC's Responses and Objections to Palantir's Notice of Subpoena for Production of Documents, served on November 21, 2025 in this action.

21. Attached hereto as **Exhibit 216** is a true and correct copy of a screenshot produced in this action bearing the Bates number RJ_JC_00000080 and marked as Exhibit 29 in the December 4, 2025 Deposition of Palantir's Corporate Representative. Palantir has designated portions of Exhibit 216 as Protected Discovery Material under the Parties' Stipulated Protective Order, and has requested that Defendants file this exhibit provisionally under seal.

22.     Attached hereto as **Exhibit 217** is a true and correct copy of a screenshot produced in this action bearing the Bates number RJ_JC_00000158 and marked as Exhibit 25 in the December 4, 2025 Deposition of Palantir's Corporate Representative. Palantir has designated portions of Exhibit 217 as Protected Discovery Material under the Parties' Stipulated Protective Order, and has requested that Defendants file this exhibit provisionally under seal.

23.     Attached hereto as **Exhibit 218** is a true and correct copy of a screenshot produced in this action bearing the Bates number RJ_JC_00000090 and marked as Exhibit 23 in the December 4, 2025 Deposition of Palantir's Corporate Representative. Palantir has designated portions of Exhibit 218 as Protected Discovery Material under the Parties' Stipulated Protective Order, and has requested that Defendants file this exhibit provisionally under seal.

24.     Attached hereto as **Exhibit 219** is a true and correct copy of a PageVault capture, dated December 2, 2025, of Palantir's LinkedIn page, which is located at: https://www.linkedin.com/company/palantir-technologies/about/, and was marked as Exhibit 3 in the December 4, 2025 Deposition of Palantir's Corporate Representative.

25.     Attached hereto as **Exhibit 220** is a true and correct copy of the complaint filed by Palantir in *Palantir Technologies Inc. v. Guardian AI, Inc. et al* (Dkt. 1; Case No. 1:25-cv-01977) on March 10, 2025, in the Southern District of New York.

26.     Attached hereto as **Exhibit 221** is a true and correct copy of a screenshot produced in this action bearing the Bates number RJ_JC_00000040. Palantir has designated portions of Exhibit 221 as Protected Discovery Material under the Parties' Stipulated Protective Order, and has requested that Defendants file this exhibit provisionally under seal.

27.     Attached hereto as **Exhibit 222** is a true and correct copy of a screenshot produced in this action bearing the Bates number RJ_JC_00000034. Palantir has designated

portions of Exhibit 222 as Protected Discovery Material under the Parties' Stipulated Protective Order, and has requested that Defendants file this exhibit provisionally under seal.

28.     Attached hereto as **Exhibit 223** is a true and correct copy of a screenshot produced in this action bearing the Bates number RJ_JC_00000112.  Palantir has designated portions of Exhibit 223 as Protected Discovery Material under the Parties' Stipulated Protective Order, and has requested that Defendants file this exhibit provisionally under seal.

29.     Attached hereto as **Exhibit 224** is a true and correct copy of a screenshot produced in this action bearing the Bates number RJ_JC_00000162.  Palantir has designated portions of Exhibit 224 as Protected Discovery Material under the Parties' Stipulated Protective Order, and has requested that Defendants file this exhibit provisionally under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 12, 2026

By: _____

Steven N. Feldman