# Exhibit 200

# Redacted

ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


PALANTIR TECHNOLOGIES, INC. §

    Plaintiff,           §

                        §  Case No. 1:25-cv-08985-JPO

v.                   §

                        §

RADHA JAIN AND JOANNA COHEN §

    Defendants.        §

_____

REMOTE ORAL AND VIDEOTAPED DEPOSITION OF

JONATHAN JUNGCK, CORPORATE REPRESENTATIVE OF

PALANTIR TECHNOLOGIES, INC.

December 4, 2025

(ATTORNEYS' EYES ONLY)

_____

THE REMOTE ORAL AND VIDEOTAPED DEPOSITION OF JONATHAN JUNGCK, produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above styled and numbered cause on the 4th day of December, 2025, from 9:07 a.m. to 5:56 p.m. before Faith Labyer, RPR, CRR, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Palantir Technologies, Inc., 601 Congress Avenue, Austin, Texas 78701, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

ATTORNEYS' EYES ONLY

Page 2

**APPEARANCES**
**(Via videoconference)**

**ON BEHALF OF PLAINTIFF:**
        Ilissa Samplin, Esq.
        GIBSON, DUNN & CRUTCHER LLP
        333 South Grand Avenue
        Los Angeles, California 90071
        (213)229-7354
        isamplin@gibsondunn.com

        -and-

        Zachary Schreiber, Esq.
        GIBSON, DUNN & CRUTCHER LLP
        200 Park Avenue
        New York, New York 10166
        (212)351-6254
        zschreiber@gibsondunn.com

**ON BEHALF OF DEFENDANTS:**

        Marja-Liisa "Mari" Overbeck, Esq.
        LATHAM & WATKINS LLP
        505 Montgomery Street, Suite 2000
        San Francisco, California 94111
        (415)395-8265
        mari.overbeck@lw.com
        -and-
        Ryan Owen, Esq.
        Sarah Burack, Esq.
        LATHAM & WATKINS LLP
        1271 Avenue of the Americas
        New York, New York 10020
        (212)906-1200
        ryan.owen@lw.com
        sarah.burack@lw.com

ATTORNEYS' EYES ONLY

**Page 3**

APPEARANCES (Cont.)

(Via Videoconference)

ALSO PRESENT:

Quynh Vu

Zachary Austin

Sameer Zadera

Peter Zierlein, Videographer

ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY

**Page 47**



ATTORNEYS' EYES ONLY



Page 48

Veritext Legal Solutions

212-267-6868                     www.veritext.com                     516-608-2400

ATTORNEYS' EYES ONLY

**Page 49**



ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY

**Page 70**



ATTORNEYS' EYES ONLY

Page 73

Q    (By Ms. Overbeck) I'm sorry.  I'm confused about your answer.  You're saying that it's not -- not a consulting company?  It's both software and consulting?

A    It's -- it's a software company.  We sell software.  It's a consulting company.  We do services for our customers.  It's an analytics and AI company.  We build models.  I -- I -- I think it's -- it can be all three and even depends, per customer, exactly how it's applied.

Q    Does Palantir have any pure consulting agreements with any of its customers?

A    I'm not aware of any personally.  Our software is almost always bundled, as far as I'm aware.  But that would -- that's specifically in the scope of, like, software work.  I don't know if we work in any other capacities with other customers.

ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY

Page 86

Q    Is it Palantir's position that Percepta has built an equivalent platform to AIP?

A    Yes.  Or to parts of it.

Q    What parts?

A    Specifically the AI integration and decision space, more the parts that are part of, you know, the AIP part of the Foundry plus AIP, in particular.

Q    What is the platform that Percepta has built, to your understanding?

A    Yeah, there's a platform called Mosaic that's

ATTORNEYS' EYES ONLY

Page 87

mentioned throughout the press releases and stuff. Basically says, like, it's a data integration platform for rapid prototyping to production.  I -- honestly, I -- I mean this when I say if you found-replaced "AIP" or "Palantir" with "Percepta" and "Mosaic" everywhere it's used, it would describe the platform.

Q    Is it your understanding that Percepta is selling that platform to clients?

MS. SAMPLIN:  Objection.  I'm -- I'm going to say lacks foundation and going outside the scope of the 30(b)(6).  But you can ask him his personal understanding.

MS. OVERBECK:  Well, I disagree with that objection.  I think this goes directly to the heart of the allegation that the two are copycats.

MS. SAMPLIN:  Well, you can ask what we know.  But you also have put improper designations over a lot of documents, which has not enabled Palantir to prepare what -- Witness fully in a way to speak about certain areas of Percepta's business.

He can testify to what he knows based on what he's been able -- what he knows personally and has been able to be educated about that he can look out [sic].  But as you know, there's a lot of information about various items that has been designated AEO by your

ATTORNEYS' EYES ONLY

Page 88

side.  And, therefore, the lawyers know about it, but Palantir has not been able to prepare Witness fully on certain of -- of your topics as a result.

Q    (By Ms. Overbeck) I'm going to repeat my question because it was, I think, tailored in the way that Ms. Samplin just noted.  My question, which -- which I'll reiterate, is is it your understanding that Percepta is selling that platform to clients?

A    Yeah, so based on what I know about the business model -- because I don't know everything about the business model.  But I'm looking right now at the press release, just kind of refamiliarizing myself.  Based on it, it basically says -- well, I'll say what it officially says, that "Percepta has been quietly at work, creating transformative outcomes for Global Fortune 500. Through these engagements, Percepta has built a different- -- differentiated playbooks for how to execute AI transformation."

So part of this is the, like, business model.  Some of this is saying -- let me pull up the thing that I wanted to kind of touch on a little bit more here.  There was a piece of -- let me see.  Give me one moment, please.

All right.  "Percepta is the answer to this challenge, deploying a world-class team of

ATTORNEYS' EYES ONLY

Page 89

researchers, engineers, and product managers directly within enterprises.  Percepta is enabled by products from across GC's portfolio and beyond and leverages their own Mosaic platform to orchestrate enterprise transformation."

So I would say, based on this, it's telling me, yeah, you guys have a platform that you're using to help kind of snowball forward.  I don't know if, in your business terms, you specifically say Mosaic is a line item or if it's just a secret sauce behind the hood. But -- but I'd say yes.



ATTORNEYS' EYES ONLY

**Page 107**



Q    Under Palantir's own framing, AI companies that opera- -- that operationalize AI in enterprise workflows fall within Palantir's competitive set, correct?

A    I'd say so generally, yes.

ATTORNEYS' EYES ONLY

**Page 138**



Q    And Palantir derives a significant portion of its revenue from existing customers that choose to expand their relationship with Palantir, correct?

A    Yes.

Q    In fact, isn't it the case that Palantir's top three customers together accounted for 17 percent and

ATTORNEYS' EYES ONLY

Page 139

18 percent of its revenues for the years ending 2024 and 2023 respectively?

A    That's quite possible.  I'd have to go verify the numbers.

Q    Is Palantir at risk of losing any of these top three customers because of Percepta's launch?

A    I think that it's hard to tell.  I think that, you know, the -- sort of the point of us bringing it up is that we believe these are competitive moves in a way that could someday harm us.  I think it's difficult to say in what ways it would.  And I don't even know if our customers would tell us in the ways that we lose opportunities over competitive software.



ATTORNEYS' EYES ONLY

**Page 141**



ATTORNEYS' EYES ONLY

**Page 142**



ATTORNEYS' EYES ONLY

**Page 146**



Q    Okay.  So sticking at page with -- strike that.

Sticking with page 5 of the document,

Page 147

under "Q1 2025 Financial Summary" -- do you see where I am?

A    Yes.

Q    So in Q1 of 2025, Palantir's total revenue grew 39 percent year-over-year to approximately 884 million; is that correct?

A    Yes.

Q    And going to page 4, the page right next to this one, under "Q1 2025 Highlights," Palantir's U.S. revenue grew by 55 percent year-over-year; is that correct?

A    Yes.

Q    And 51 deals of at least 5 million were closed in Q1 of 2025; is that right?

A    Yes.

Q    Thirty-one deals of at least 1 [sic] million were closed in 2025; is that right?

            MS. SAMPLIN:  Objection.  The document speaks for itself.

A    139 of 1 million.  It was 31 of 10 million.

Q    (By Ms. Overbeck) Correct.  Let me go back.  So it's 139 deals of at least 1 million that were closed in Q1 of 2025, correct?

A    Yes, that's what it says.  Yeah.

Q    And 51 deals of at least 5 million were closed

ATTORNEYS' EYES ONLY

Page 148

in Q1 of 2025, correct?

A    Yes.

Q    And then 31 deals of at least 10 million were closed in Q1 of 2025, correct?

A    Yes.

Q    And customer count grew 39 percent year-over-year in Q1 of 2025, correct?

A    Yes.

Q    Let's go to Exhibit -- what I'll mark as Exhibit 9.

(Exhibit 9 was marked.)

A    Okay.  Says it's Q2, yeah.

Q    (By Ms. Overbeck) That's right.  This is the Form 8-K for Q2 of 2025 for Palantir, correct?

A    Yes.

Q    And, again, if we flip over to pages 4 and 5, it's showing that in Q2 of 2025, total revenue at Palantir grew 48 percent year-over-year to about 1.004 billion, correct?

A    That's correct.

Q    And U.S. revenue grew 68 percent year-over-year in Q2 at Palantir, correct -- in 2025?

A    Yes.

Q    This reflects that in Q2 of 2025, Palantir closed 157 deals of at least 1 million, correct?

ATTORNEYS' EYES ONLY

**Page 149**

A    Yes.

Q    It closed 66 deals of at least 5 million, correct?

A    Yes.

Q    And 42 deals of at least 10 million; is that right?

A    That's correct.

Q    Below that, this says that for Q2 of 2025, Palantir closed a, quote, "record-setting 2.27 billion of total contract value," correct?

A    Yes, that's correct.

Q    And total contract value is exactly what it sounds like, the total value of the contracts closed, correct?

A    Yeah.  Uh-huh.

Q    Customer count in Q2 of 2025 grew 43 percent year-over-year, correct?

A    Yes.

Q    And turning to page 5, it looks like Palantir raised its revenue guidance for the full year of 2025 to between 4.142 and 4.150 billion, correct?

A    Yes, that's what I'm reading.

Q    These metrics -- revenue growth, customer count, expansion, record total contract value -- are consistent with a business that's growing stronger,

ATTORNEYS' EYES ONLY

Page 150

wouldn't you agree?

MS. SAMPLIN:  Objection, vague.

A    You mean stronger than the quarter before?

Q    (By Ms. Overbeck) Yes.

A    Yeah, I would say that our Q2 is stronger than our -- our Q1, from what I can tell.  I was also part of it, and I felt it.

Q    These metrics also show and depict a company that's not floundering, correct?

MS. SAMPLIN:  Objection, vague.

A    I would say that the company feels it's performing well, but it always feels it has room for growth.

Q    (By Ms. Overbeck) But as stated in this document, there were certain record-setting metrics that were achieved in Q2 of 2025, correct?

MS. SAMPLIN:  The document speaks for itself.

A    Yeah.  And I'd say that's correct; but, also, we set records all the time.  I think we set records many quarters and have since we became profitable a couple years ago.

Q    (By Ms. Overbeck) And Q2 of 2025 is no exception to that, correct?

A    Yeah.  Uh-huh.

ATTORNEYS' EYES ONLY

Page 151

Q    Let's mark Exhibit 10.

(Exhibit 10 was marked.)

A    Okay.  The Q3?

Q    (By Ms. Overbeck) Yes.  This is Palantir's Form 8-K for Q3 of 2025, correct?

A    Yes.

Q    Again, going to pages 4 and 5, this reflects that Palantir's total revenue grew 63 percent year-over-year to approximately 1.181 billion, correct?

MS. SAMPLIN:  Again, the document --

A    Yes.

MS. SAMPLIN:  -- speak [sic] for itself. Are you just asking him to read documents?

MS. OVERBECK:  You can have a standing objection.

MS. SAMPLIN:  Yeah, I'll put a standing objection that we would also stipulate that the documents say what they say.

Q    (By Ms. Overbeck) This also reflects that U.S. revenue grew 77 percent year-over-year in Q3 of '25, correct?

A    Yeah.

Q    U.S. commercial revenue grew 121 percent year-over-year to roughly 397 million in Q3 of 2025, correct?

ATTORNEYS' EYES ONLY

Page 152

A    Yes.

Q    This shows that Palantir closed 204 deals of at least 1 million in Q3 of 2025, correct?

A    Did you say 204?

Q    Correct.

A    Yes, that's what I see.

Q    And 91 deals of at least 5 million in Q3 of 2025, correct?

A    Yes.

Q    And it closed 53 deals of at least 10 million in Q3 of 2025?

A    Yes.

Q    Again, Palantir announced another record-setting total contract value of approximately 2.76 billion for Q3 of 2025, correct?

A    Sorry.  I'm looking for that line in the document because I'm not familiar with this.  Where does it say that?

Q    I apologize.  It's the fourth bullet under "Q3 2025 Highlights."

A    Okay.  Yep, I see it.

Q    And it says there that Palantir closed a record-setting 2.76 billion of total contract value, correct?

A    That's right.

ATTORNEYS' EYES ONLY

**Page 153**

Q    And then further down, it notes that Palantir's customer count grew 45 percent year-over-year for Q3 of 2025, correct?

A    Yes.

Q    And these metrics -- they communicate to Palantir's investors that Palantir is performing exceptionally well, correct?

A    Yes.  Yeah, we are.

ATTORNEYS' EYES ONLY

**Page 154**



Q    You see in paragraph 12 it says "In October 2025, General Catalyst, a multi-billion-dollar venture capital firm, issued a press release announcing the launch of Percepta AI"?

A    Yes, I do.

Q    So by Palantir's account in this Complaint, Percepta's public launch occurred at the beginning of October of 2025, correct?

ATTORNEYS' EYES ONLY

Page 155

A    That's correct.

Q    Now, going back to Exhibit 10, which is the Q3 8 -- 8 -- Form 8-K for Palantir --

A    Uh-huh.

THE REPORTER:  Can you repeat that.

MS. OVERBECK:  Yes.

Q    (By Ms. Overbeck) I'm turning back to Exhibit 10, which is the Form 8-K for Palantir.  On the first page of this document, Mr. Jungck, it reflects that it was dated November 3rd, 2025.  Do you see that?

A    Yes.

Q    And this document provides Palantir's outlook for Q4 of 2025, doesn't it?

A    Yes.

Q    In this 8-K, Palantir guided Q4 2025 revenue to do -- excuse me -- to between approximately 1.327 and 1.331 billion, correct?

A    Yes.

Q    And it raised full-year 2025 revenue guidance in this November 3rd, 2025, 8-K, correct?

A    That's right.

Q    So Palantir issued this heightened Q4 and full-year guidance after the October 2025 public launch of Percepta, correct?

A    That's correct.

ATTORNEYS' EYES ONLY

**Page 158**



          Q    And -- and in this --

ATTORNEYS' EYES ONLY

Page 159

A    -- that we would --

Q    -- filing, this Form 8-K in -- for Q3 of 2025 -- the public record shows that Palantir expect [sic] its business to continue growing robustly in Q4 of 2025, notwithstanding Percepta's launch; isn't that right?

MS. SAMPLIN:  Objection.  The document speaks for itself.

A    Yeah, and I think we and other AI companies are growing at pretty rapid paces right now.  And we expect to continue to do so, even if at less of a pace than we expected to.

Q    (By Ms. Overbeck) Are you saying that Palantir expected to grow more rapidly than these earnings show?

A    I think it's hard to tell.  I think that that's exactly what we're trying to say here -- is that this is potentially irreparable harm.  And it's something that we believe is an existential threat, and so that's why we're exploring it.

ATTORNEYS' EYES ONLY

**Page 163**

question.  Are you aware of any Palantir customer that

has terminated its contract with Palantir because of

Percepta's launch?

     A     In the literal specific, I'm not aware, no.



Page 164

Q    And sitting here today, are you aware of any reputational damage that Palantir has suffered as a result of Percepta's launch?

A    I think, again, it'd be very difficult to say. And that's part of what we're trying to prevent.

Q    (By Ms. Overbeck) This is an email thread from, it looks like, the August 2024 time period.

Do you see that?

A    I do see that.

Q    And the first message on August 6th, 2024, is from Shyam Sankar.  Do you see that?

A    I do see that.

Q    Who is that?

A    Shyam Sankar is our CTO.

Q    He's the Chief Technology Officer of Palantir?

A    Yeah.  Sorry.  Yeah, that's correct.

ATTORNEYS' EYES ONLY

**Page 178**

Q   Do you know or are you assuming that ▮▮▮▮▮ did not sign a contract with Palantir because of Percepta?

MS. SAMPLIN:  Objection, vague.

A    I -- I think with any decision, there's a million reasons.  And that very well could be a strong one.  But I -- we wouldn't know unless they told us.

Q    (By Ms. Overbeck) So you don't know, correct?

A    Correct.

ATTORNEYS' EYES ONLY



**Page 180**

ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY



Page 182

ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY

**Page 199**



ATTORNEYS' EYES ONLY

**Page 200**



ATTORNEYS' EYES ONLY



Page 207

ATTORNEYS' EYES ONLY

**Page 216**



ATTORNEYS' EYES ONLY



Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400

ATTORNEYS' EYES ONLY

Page 244

Q    So this is the Internal Healthcare Demonstration Planning Framework?

A    That's correct, yeah.

Q    Okay.  So let's move on, then, since we've already discussed this, to Exhibit 24, which will be Tab 33.

(Exhibit 24 was marked.)

A    Okay.  I have it open.  This is the --

Q    (By Ms. Overbeck) Do you recognize --

A    -- revenue -- oh, sorry.  Yes.  This is the revenue cycle diagram.  That was the first one listed in Shawn Greenspan's declaration.

And so now that we have it up in front of us, if you have any specific details, happy to go into it.  But, yeah, we talked about this one already.

Q    So this outlines the, quote, unquote, "Traditional RCM Process"; is that right?

A    Correct, with the Palantir solutions on top of it.  The Traditional RCM Process is that blue circle in the middle.  Everything around it is all of our solutions.

Q    Sorry.  Is -- are the -- the Palantir solutions in the purple boxes?

A    It's a little bit a mix -- yeah.  So,

ATTORNEYS' EYES ONLY



Page 246

ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY



Page 248

ATTORNEYS' EYES ONLY

**Page 249**



ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY



Page 256

ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY

**Page 258**



ATTORNEYS' EYES ONLY



**Page 259**

ATTORNEYS' EYES ONLY



**Page 260**

ATTORNEYS' EYES ONLY



Page 262

ATTORNEYS' EYES ONLY



**Page 275**

ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY

Page 287

Q    Does Palantir have any customers that aren't using one of its software products?

A    In the, like, software value delivery space, not that -- not to my knowledge.

Q    Going back to this set of exhibits that we just went through, these -- these screenshots, do you, sitting here today, have any evidence that Ms. Cohen used any of this information while at Percepta?

MS. SAMPLIN:  Well, I'm going to object as lacks foundation and outside the scope of the 30(b)(6).

A    I would say I don't think any proof has been provided to me that these documents are actively being used in that -- that capacity.

What I can say is that she's -- as far as I understand, based on the job postings you guys have, based on the press release that you guys have, that it would be very useful as a tool in that capacity.  So it's