# Exhibit 205

# Redacted

8/26/2024   ♟3   💬10   📎0

**Participants:** ████████ Hirsh Jain; ████████ Radha Jain (Owner); █████@gmail.com
Radha Jain (Owner)
**First Message:** 8/26/2024 5:17:43 PM
**Last Message:** 8/26/2024 5:30:58 PM

---

████████ **Hirsh Jain** 8/26/2024 5:17:43 PM

Hello my friend. I hear through the rumor mill there may be new adventures coming... can we catch up / can I also introduce you to my future colleague at GC (and also my college roommate who I adore) Tyler?

---

████████ **Radha Jain (Owner)** 8/26/2024 5:29:00 PM

Hirsh!! Hi

---

████████ **Radha Jain (Owner)** 8/26/2024 5:29:13 PM

Yes to catch up, overdue

---

████████ **Hirsh Jain** 8/26/2024 5:29:30 PM

Loved "Yes to catch up, overdue "

---

████████ **Radha Jain (Owner)** 8/26/2024 5:30:01 PM

Still working things out re:vc stuff (can explain in person) so maybe hold off on that for now?

---

████████ **Hirsh Jain** 8/26/2024 5:30:14 PM

Loved "Still working things out re:vc stuff (can explain ..."

---

████████ **Hirsh Jain** 8/26/2024 5:30:21 PM

Totally

---

████████ **Hirsh Jain** 8/26/2024 5:30:37 PM

I'm traveling next couple weeks. But week o 9/16?

---

████████ **Hirsh Jain** 8/26/2024 5:30:50 PM

Coffee?

---

████████ **Radha Jain (Owner)** 8/26/2024 5:30:58 PM

Perfect

---

EXHIBIT 10
Date: 11/21/25
JOG

CONFIDENTIAL

RJ_JC_00000403
RJ_JC_00000403