# Exhibit 206

# Redacted

ATTORNEYS' EYES ONLY

Page 1

1            UNITED STATES DISTRICT COURT
2            SOUTHERN DISTRICT OF NEW YORK
3
4
                                    )
5    PALANTIR TECHNOLOGIES INC.,    )
                                    )
6              Plaintiff,           )
                                    )
7       vs.                         ) Case Number
                                    ) 1:25-cv-08985-JPO
8    RADHA JAIN AND JOANNA COHEN,   )
                                    )
9              Defendants.          )
     _____)
10
11            PROVISIONALLY DESIGNATED
12            ** ATTORNEYS' EYES ONLY **
13              REMOTE PROCEEDINGS OF
14       VIDEOTAPED DEPOSITION OF ANKIT SHANKAR
15              New York, New York
16          Wednesday, December 3, 2025
17
18
19
20   Reported Stenographically by:
21   REAGAN EVANS
22   CA CSR NUMBER 8176
23   TX CSR NUMBER 3308
24   RPR, RMR, RDR, CRR, CCRR, CLR, CRC
25

ATTORNEYS' EYES ONLY

Page 2

1             UNITED STATE DISTRICT COURT
2            SOUTHERN DISTRICT OF NEW YORK
3
4
                                    )
5    PALANTIR TECHNOLOGIES INC.,     )
                                    )
6              Plaintiff,            )
                                    )
7       vs.                          ) Case Number
                                    ) 1:25-cv-08985-JPO
8    RADHA JAIN AND JOANNA COHEN,    )
                                    )
9              Defendants.           )
     _____)
10
11
12            Videotaped Deposition of
13         ANKIT SHANKAR, pages 1 through 197,
14         taken remotely on behalf of the
15         Defendants, at New York, New York,
16         beginning at 12:04 p.m. and ending
17         at 5:32 p.m., Eastern Standard
18         Time, on Wednesday,
19         December 3, 2025, reported
20         stenographically by REAGAN EVANS,
21         California Court Reporter
22         Number 8176, Texas Certified
23         Shorthand Reporter Number 3308,
24         RPR, RMR, RDR, CRR, CCRR, CLR, CRC.
25

ATTORNEYS' EYES ONLY

**Page 3**

```
 1   APPEARANCES OF COUNSEL:

 2

 3   For Plaintiff:

 4        GIBSON DUNN & CRUTCHER LLP

 5        BY:  JUSTIN M. DI GENNARO, ESQ.

 6        BY:  ZACH SCHREIBER, ESQ.

 7             (Appearing Remotely)

 8        200 Park Avenue

 9        New York, New York 10166-0193

10        (212) 351-4000

11        jdiennaro@gibsondunn.com

12        zschreiber@gibsondunn.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

ATTORNEYS' EYES ONLY



Page 161

ATTORNEYS' EYES ONLY

Page 162



ATTORNEYS' EYES ONLY



Page 163

ATTORNEYS' EYES ONLY

Page 164

