# Exhibit 209

# Redacted

SHAWN GREENSPAN - ATTORNEYS' EYES ONLY

Page 1

```
 1        UNITED STATES DISTRICT COURT
 2        SOUTHERN DISTRICT OF NEW YORK
 3                 - - -
 4   PALANTIR TECHNOLOGIES,      :  CASE NO.
                                 :  1:25-cv-08985-
 5            PLAINTIFF,         :  JPO
                                 :
 6        vs.                    :
                                 :
 7   RADHA JAIN and              :
     JOANNA COHEN,               :
 8                               :
              DEFENDANTS.        :
 9                               :
                                 :
10                               :
11                 - - -
12         REMOTE DEPOSITION OF
13            SHAWN GREENSPAN
14                 - - -
15        Taken remotely, via Zoom, on
16   Thursday, November 20th, 2025, beginning at
17   10:02 a.m., Eastern, before Beau Dillard, RPR,
18   a Notary Public in and for the Commonwealth of
19   Pennsylvania.
20                 - - -
21
22
                   - - -
23
24
25
```

SHAWN GREENSPAN - ATTORNEYS' EYES ONLY

Page 2

```
 1   A P P E A R A N C E S :
 2         GIBSON DUNN & CRUTCHER, LLP
           BY:   ILISSA SAMPLIN, ESQ.
 3               ZACH SCHREIBER, ESQ.
           333 S Grand Ave, 54th Floor
 4         Los Angeles, CA 90071
           213-229-7354
 5         Isamplin@gibsondunn.com
           Zschreiber@gibsondunn.com
 6         Representing the Plaintiff
           PALANTIR TECHNOLOGIES
 7
 8         LATHAM & WATKINS, LLP
           BY:   JOSH JI, ESQ.
 9               RYAN OWEN, ESQ.
           650 Town Center Dr 20th Floor
10         Costa Mesa, CA 92626
           714-755-8097
11         Josh.ji@lw.com
           Ryan.owen@lw.com
12         Representing the Defendants
           RADHA JAIN, JOANNA COHEN
13
14
15                   - - -
16   A L S O    P R E S E N T:   RYAN HEATHCOCK,
                                 VIDEOGRAPHER
17
                                 QUYNH VU
18                               PALANTIR LEGAL
19                               JOANNA COHEN,
                                 Defendant
20
                     - - -
21
22
23
24
25
```

SHAWN GREENSPAN - ATTORNEYS' EYES ONLY

Page 119



```
22        Q.       I'm pulling up another exhibit
23   here.  I think it's up, Exhibit 9.
24        A.       Uh-huh.
25        Q.       Just take a moment to review it.
```

```
 1                    All right.  So there is a
 2   comm-ops email copy here.
 3                    Is that a distribution that
 4   you're on?
 5          A.        No.
 6          Q.        Okay.  So you did not receive
 7   these emails, right?
 8          A.        Correct.
 9          Q.        If you scroll to the bottom, the
10   first email on the line is February 27th, 2025,
11   12:36 p.m.  Looks like Joanna has put together
12   a handover quip for her peeps, right?
13          A.        That is what it appears to be.
14                    Yes.
15          Q.        Just kind of going through the
16   names here again.
17                    Who is ██████?
18          A.        I would assume, again, this is
19   speculation, but I believe ██████ was one of
20   the forward deployed engineers on the Helix pod
21   who was also Joanna's peep.
22                    I can't remember his last name
23   right now, to be honest.
24          Q.        Okay.
25                    And then who is ████?
```

SHAWN GREENSPAN - ATTORNEYS' EYES ONLY

Page 121

```
 1        A.      I don't know who ▓▓▓ is, but I
 2   assume one of her peeps.
 3        Q.      And do you know what industry
 4   she works in?
 5        A.      No.
 6        Q.      And who is ▓▓▓▓▓?
 7        A.      I don't know ▓▓▓▓ either.
 8        Q.      And do you have any idea what
 9   industry he works in?
10        A.      No.
11        Q.      What about ▓▓▓▓▓▓▓▓,
12   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
13        A.      I don't know ▓▓▓▓▓▓▓▓.
14        Q.      What about -- or what about what
15   industry he works in?
16        A.      No.
17        Q.      What about ▓▓▓▓▓▓▓▓?
18        A.      No.
19        Q.      ▓▓▓▓?
20        A.      No.
21        Q.      Do you know who ▓▓▓▓▓▓▓▓▓ is,
22   ▓▓▓▓▓▓?
23        A.      I do know who ▓▓▓▓▓▓▓▓▓ is.
24                Yeah.
25        Q.      What industry is she in?
```

Page 122

```
 1        A.       I'm not sure what industry she
 2   is in.
 3        Q.       What about ███████████████?
 4        A.       I know ██████ but I don't know
 5   what industry he is in either.
 6        Q.       What about ██████████?
 7        A.       I don't know what industry.
 8        Q.       ██████████?
 9        A.       No.  Don't know which industry.
10        Q.       ██████████?
11        A.       I don't know what industry.
12        Q.       Fair to say that you don't know
13   what industry all of Joanna's peeps are in?
14        A.       Besides ████████, that is
15   correct.
16        Q.       Okay.  Would putting together
17   handover quips for this many people, involve
18   accessing databases on Palantir more often --
19   more -- with more frequency than what would be
20   typical on a day-to-day basis?
21        A.       No.
22        Q.       And why do you say that?
23        A.       Typically, these handover quips
24   are more about what we're -- what are the
25   person's skill sets, what are their weaknesses,
```

```
                                                    Page 123
 1   what are their growth interests.
 2              And so it's -- I'm speculating,
 3   but my sense for having done -- having done
 4   handover quips similarly, for a, like,
 5   deployment strategist role, but the goal here
 6   is to set up the next lead with context on how
 7   this person has grown, not the specifics of
 8   their work or the things that they have built
 9   explicitly, that would be for them to discuss
10   in future meetings.
11        Q.      But here, in ▇▇'s email,
12   there's a reference to, you know,
13   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ could be a good fit, because
14   he could have a nice overlap with ▇▇▇▇▇'s
15   work.
16              Do you see that?
17        A.      Uh-huh.
18        Q.      And then it says, ▇▇▇▇▇▇▇▇▇▇
19   could be a good fit based on his tech spikes.
20              Do you see that?
21        A.      Uh-huh.
22        Q.      And if you look at the next
23   email up from Joanna, she provides thoughts on
24   those matches, right, based on -- if you look
25   at the ▇▇▇▇ line, she says, looking at his
```

SHAWN GREENSPAN - ATTORNEYS' EYES ONLY

Page 124

1  experience, I agree that he could be a great
2  fit.
3           Do you see that?
4      A.   Uh-huh.
5      Q.   And then for ███████ she says,
6  ███ has met ███████ before, they seem to
7  align really well.
8           Do you see that?
9      A.   Yes.
10     Q.   So based on a what we're seeing
11 here, is it possible that Joanna was accessing
12 these people's profiles or their -- or
13 Highspots or other Palantir resources, to -- to
14 determine if these people could be a good fit?
15          MS. SAMPLIN:  Objection.
16          Lacks foundation.
17          THE WITNESS:  I think the
18      experience that is being referred to here
19      is time at Palantir and projects worked
20      on.
21 BY MR. JI:
22     Q.   Uh-huh.
23          And how would she know which
24 projects they all worked on?
25     A.   The people page would list which

SHAWN GREENSPAN - ATTORNEYS' EYES ONLY

Page 125

1   accounts they have worked on.
2        Q.        Okay.  And as we said
3   previously, the people list is not -- doesn't
4   cover every single project that somebody is
5   working on, correct?
6        A.        It would cover every account you
7   have been allocated to.
8                  For people who are in the role
9   of pod leader, it wouldn't tag you to every
10  account in that pod, but it would demonstrate
11  that you are a pod leader.
12                 And so I think that would --
13  that would be a level of experience that you
14  would associate accordingly.
15       Q.        Okay.  And so if Joanna was
16  looking at these peeps, some of whom -- for
17  potential matches, and she goes on their
18  profile and she sees they're on a certain
19  account, is there any conceivable, legitimate
20  reason for her to do any diligence on, you
21  know, what that account could look like, to see
22  if it's actually a good fit?
23                 MS. SAMPLIN:  Objection.
24                 Lacks foundation.
25                 Calls for speculation.

SHAWN GREENSPAN - ATTORNEYS' EYES ONLY

```
                                              Page 126
 1                    Incomplete hypothetical.
 2                    THE WITNESS:  No.
 3                    Because the people aren't
 4          joining those teams.
 5                    This is ████ being a person to a
 6          manager who would stick with them outside
 7          of the work on their teams.
 8     BY MR. JI:
 9          Q.        Okay.  So you're positive that
10     Joanna trying to do this quip -- this peep
11     handoff, has nothing to do with her activity on
12     Highspot, right?
13          A.        I feel confident that that's the
14     case.  I cannot know one hundred percent with
15     certainty.
```



SHAWN GREENSPAN - ATTORNEYS' EYES ONLY

Page 155

1 ▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
2 ▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
3 ▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
4 ▬ ▬▬▬▬
5 ▬     ▬▬▬▬  ▬▬▬
6 ▬        ▬▬▬▬▬▬▬▬▬▬▬▬
7 ▬ ▬▬▬▬

8       Q.      Do you actually have personal
9  knowledge, based on viewing the contents
10 yourself, of the Highspot items, referenced in
11 your declaration?
12      A.      Yes.
13      Q.      So you actually pulled up the
14 Highspot pages referenced and reviewed the
15 contents in support of your declaration?
16      A.      Yes.  We went through the list,
17 the log list, and then opened the document.
18      Q.      Okay.  And how long did you
19 spend looking at each document?
20      A.      A couple of minutes.
21      Q.      Okay.  And based on your review,
22 it says, most are unrelated to Ms. Cohen's role
23 in the healthcare space.
24              Were some related to her role in
25 the healthcare space?

Page 156

1    A.    We would kind of address this
2    earlier in that, in specific workflows for
3    specific accounts, there may be, for example,
4    [REDACTED]
5    [REDACTED]
6    [REDACTED]
7    [REDACTED]
8    [REDACTED]
9              But I think it like it would
10   only be relevant in the context of a specific
11   workflow in a specific point in time, and I
12   don't believe they were related in -- in
13   February at that time, but I don't want to say
14   that none of them could have any overlap with
15   healthcare.
16             I think we've talked about fleet
17   we've talked biomanufacturings too that could,
18   potentially, based on the context of work that
19   has been done.
20   Q.    Okay.  And we also went over the
21   fact that you actually don't know the full
22   scope of everything that Joanna is working on,
23   correct?
24             MS. SAMPLIN:  Objection.
25             Asked and answered.

SHAWN GREENSPAN - ATTORNEYS' EYES ONLY

Page 157

1              THE WITNESS:  She and I were,
2       especially as she stepped into the
3       healthcare lead role, like, we would --
4       we would align consistently in a weekly
5       meeting on the things that we were
6       focused on.
7              It's not to say that I knew
8       everything she was doing.  I was not
9       copied on every email.
10  BY MR. JI:
11       Q.       Right.
12              And her transition, you know, we
13  went through her two lists on Slack and we saw
14  the email corresponds.
15              You weren't really a part of any
16  of those conversations, right?
17       A.       I was a part of some of them.  I
18  was not a part of her peep transition planning.
19       Q.       But in terms of her
20  communications with ▊▊▊▊ and ▊▊▊▊▊▊▊▊▊▊,
21  you were not a part of those communications,
22  right?
23              MS. SAMPLIN:  Objection.
24              The documents speak for
25       themselves.

```
 1   BY MR. JI:
 2        Q.        I'm sorry.
 3                  What was your answer?
 4        A.        That is correct.
 5        Q.        So you can't say for certain
 6   that the items that you viewed on Highspot had
 7   nothing to do with Ms. Cohen's transition,
 8   correct?
 9                  MS. SAMPLIN:  Objection.
10                  Asked and answered and vague.
11                  THE WITNESS:  I don't see the
12            relevance of the documents, which were
13            mostly focused on who to target for
14            conversations, what role, what use case,
15            in the transition.
16   BY MR. JI:
17        Q.        And you're talking about the
18   Highspot items that you looked at?
19        A.        Correct.
20        Q.        Okay.  And did you speak with
21   ████████, to confirm that this has -- that
22   that content has nothing to do with her
23   transition?
24        A.        I did not speak to ████████,
25   about whether this is relevant to her
```

SHAWN GREENSPAN - ATTORNEYS' EYES ONLY

Page 159

```
 1   transition.
 2        Q.     Did you speak with anyone else,
 3   to confirm that this has nothing to do with her
 4   transition?
 5        A.     I did not.
 6        Q.     So, it's based solely on your
 7   personal knowledge, correct?
 8        A.     That is correct.
 9               MR. JI:  I think that's all the
10   ███████████████████████████
     ███████████  ███
     ████████████████████████████████
     ██████████████████████████████
     ████  ███
     ██████████████  █████████
     ██████████████
     ████████████████████
     █  █  █
     ████████████████████████████████
     ████████████████████████
     █  █  █
     ██████████████████  █████████
     ████████████████████████████████
     ██████████████████████
     ██████████████
```