UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC.,<br>　　　　　　　　　　Plaintiff,<br>　v.<br>HIRSH JAIN, RADHA JAIN, and JOANNA COHEN,<br>　　　　　　　　　　Defendants. | Case No. 25-cv-08985-JPO |

## DECLARATION OF BRYAN MCLELLAN

I, Bryan McLellan, declare under penalty of perjury, as follows:

1.　My name is Bryan McLellan, and I am an engineer at Percepta. I submit this declaration in support of Defendants' Opposition to Plaintiff's Renewed Application for a Preliminary Injunction. I have personal knowledge of the matters set forth herein, based on my personal experience, and, if called to testify as a witness, I could and would testify competently thereto.

2.　In 2018, I began a full-time role at Palantir Technologies, Inc. ("Palantir").

3.　I did not know Hirsh Jain while I worked at Palantir. I was familiar with Radha Jain at Palantir as a casual work acquaintance.

4.　In early 2025, after more than six years at Palantir, I became interested in exploring roles outside the company. I secured early-stage interviews for other opportunities in January and February 2025.

5.　Around this time, Thomas Mathew, a former Palantir engineer who had served as an informal career mentor of mine, reached out seeking to meet for coffee. Tom and I periodically caught up with each other over coffee to discuss our careers and personal lives.

6. Tom and I met in early to mid-February 2025, and this is when I learned that Tom had joined a new AI start-up venture. We discussed his new role and I expressed my interest in potentially joining him. The venture was unnamed at the time, but eventually would come to be called Percepta AI ("Percepta").

7. After our conversation, Tom began to introduce me to several other members of the Percepta team, including Hirsh Jain and Radha Jain.

8. Tom facilitated conversations between me and Hirsh, Radha, and other early Percepta employees so that I could learn more about Percepta as it was then-defined.

9. After meeting the full team, I was excited that Tom offered me an engineering role at the company, which I accepted.

10. I submitted my resignation to Ankit Shankar at Palantir on March 12, 2025.

11. I began working at Percepta in April 2025.

12. I do not have any Palantir documentation in my possession, and since leaving Palantir, I have not made use of any of the company's confidential information for any purpose, including in my new role at Percepta.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 12, 2026
New York, New York

*Bryan McLellan*
Bryan McLellan