# Exhibit 225
# Redacted

 Gmail

**Hirsh Jain** < ▮▮▮▮▮▮▮▮▮▮ >

---

## A* intro
12 messages

**Shyam Sankar** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮      Tue, Aug 6, 2024 at 11:25 AM
To: ▮▮▮▮
Cc: Kevin Hartz <kevin@a-star.co>, Bennett Siegel <bennett@a-star.co>

Hirsh,

As you build the future, I wanted to connect you with my favorite VCs at A* who are interested in learning more about what you are working on.

Best,
Shyam

——————————————
Shyam Sankar
▮▮▮▮▮▮▮▮

---

**Bennett Siegel** <bennett@a-star.co>      Tue, Aug 6, 2024 at 11:27 AM
To: ▮▮▮▮▮▮▮▮▮▮
Cc: Kevin Hartz <kevin@a-star.co>, Natalia Szarmach <natalia@a-star.co>

Thanks Shyam! moving to bcc

Hirsh - Nice to meet. We've heard great things.
Do you have time for an introductory zoom over the next few days?
Best,
Bennett

⚠️

Bennett Siegel | ▮▮▮▮▮▮
[Quoted text hidden]

---

**Natalia Szarmach** <natalia@a-star.co>      Tue, Aug 6, 2024 at 12:05 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮

Hi Hirsch,

Happy to help coordinate a time here!

Please let me know if any of the following work for you this week:

- 2pm PT today (8/6)
- Between 1 - 2:30pm PT tomorrow (8/7)
- 11:30am PT Thursday (8/8)

I can send a cal invite for whicher slot aligns best for you, or can accommodate other times that are better on your end. Thank you!



Natalia Szarmach | ▮▮▮▮▮▮

[Quoted te t hidden]

---