# Exhibit 226
# Redacted

   Gmail	Hirsh Jain <​█████████████████​>

## Re: Intro to Hirsh?
15 messages

**Shyam Sankar** ████████████████████████	Fri, Jan 10, 2025 at 6:13 PM
To: Ross Fubini <fubini@xyz.vc>, ████████████████████

> Adding Hirsh and connecting you two together!
>
> _____
> Shyam Sankar
> ██████████████
>
> On Fri, Jan 10, 2025 at 2:24 PM Ross Fubini <fubini@xyz.vc> wrote:
>> Shyam,
>>
>> Have been hearing great things about Hirsh Jain- do you know what he's been up to recently? Heard he was tremendous at Palantir, and would love to be a resource as he thinks about his next gig.
>>
>> Ross

**Ross Fubini** <fubini@xyz.vc>	Fri, Jan 10, 2025 at 7:45 PM
To: ████████████████████, Christine Hubbard <christine@xyz.vc>

Thanks Shyam.

Hirsh,
All the people I take seriously take your work very seriously :)

I heard you might be doing or thinking about doing a new thing. Wanted to see if I could help, learn, offer sacks of money. I could ask +Christine to help us find time if you are game.

ross

[Quoted text hidden]

**Hirsh Jain** █████████████████████	Thu, Jan 16, 2025 at 7:03 PM
To: Ross Fubini <fubini@xyz.vc>
Cc: Christine Hubbard <christine@xyz.vc>

Hey sorry for the delay. Happy to talk and share more. Am working on launching a new business with Hemant at GC... so not raising, which often dissuades folks from wanting to talk :), but always happy to catch up with a friend of Palantir!

Hirsh

[Quoted text hidden]

**Ross Fubini** <fubini@xyz.vc>	Thu, Jan 16, 2025 at 8:19 PM
To: Hirsh Jain █████████████████████
Cc: Christine Hubbard <christine@xyz.vc>

No! I'm in. I'm also close to HT, so we can work on starting to edge him out of the deal together :)

Christine can help us meet up.