# Exhibit 227
# Redacted



Hirsh Jain

## Palantir Startup Efforts
10 messages

---

**Eric Menser** <emenser@palantir.com>  
To: [redacted]  
Wed, Dec 18, 2024 at 3:05 PM

Hi Hirsh,

I am working on our AIP / Foundry offering for startups. I heard you're working on an exciting project and would love to get your thoughts on our product / engagements strategy for startups. As a palantirian who recently left and is now at a startup, I can think of no one better suited to offer an opinion.

Would love to connect, even if only briefly, to share our thoughts and to hear your perspective.

Congrats on the new project and Happy Holidays!

Best,  
Eric

Eric Menser | Palantir Technologies | emenser@palantir.com | [redacted]

---

**Hirsh Jain** [redacted]  
To: Eric Menser <emenser@palantir.com>  
Wed, Dec 18, 2024 at 3:34 PM

Let's chat. First week of the new year?  
[Quoted text hidden]

---

**Eric Menser** <emenser@palantir.com>  
To: Hirsh Jain [redacted]  
Wed, Dec 18, 2024 at 3:35 PM

Perfect, I can flex to your schedule. Monday mornings are usually booked for me.

Eric Menser | Palantir Technologies | emenser@palantir.com | [redacted]

**From:** Hirsh Jain [redacted]  
**Sent:** Wednesday, December 18, 2024 1:34 PM  
**To:** Eric Menser <emenser@palantir.com>  
**Subject:** Re: Palantir Startup Efforts

**CAUTION:** This email originates from an external party (outside of Palantir). If you believe this message is suspicious in nature, please use the "Report Message" button built into Outlook.

[Quoted text hidden]

---

**Eric Menser** <emenser@palantir.com>  
To: Hirsh Jain [redacted]  
Mon, Jan 6, 2025 at 11:39 AM

Hey Hirsh, just wanted to gently follow up on this. Does Wednesday PM work for you?

CONFIDENTIAL                                                                                                    PERCEPTA_GC_0000586

Eric Menser | Palantir Technologies | emenser@palantir.com | ▮▮▮▮

**From:** Eric Menser <emenser@palantir.com>
**Sent:** Wednesday, December 18, 2024 1:35 PM
**To:** Hirsh Jain
**Subject:** Re: Palantir Startup Efforts

[Quoted text hidden]

---

**Hirsh Jain** ▮▮▮▮                                              Mon, Jan 6, 2025 at 3:42 PM
To: Eric Menser <emenser@palantir.com>

Yep - 2pm?
[Quoted text hidden]

---

**Eric Menser** <emenser@palantir.com>                           Mon, Jan 6, 2025 at 4:14 PM
To: Hirsh Jain ▮▮▮▮

Perfect, I'll send an invite now

**From:** Hirsh Jain ▮▮▮▮
**Sent:** Monday, January 6, 2025 1:42:57 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Hirsh Jain** ▮▮▮▮                                              Mon, Jan 6, 2025 at 6:38 PM
To: Eric Menser <emenser@palantir.com>, ▮▮▮▮

Thanks, I don't see a link on the invite. Can you also add ▮▮▮▮ (cc'ed)?
[Quoted text hidden]

---

**Hirsh Jain** ▮▮▮▮                                              Mon, Jan 6, 2025 at 7:57 PM
To: Eric Menser <emenser@palantir.com>, ▮▮▮▮

Can you actually do 3:30pm on Wed?
[Quoted text hidden]

---

**Eric Menser** <emenser@palantir.com>                           Fri, Jan 10, 2025 at 1:30 PM
To: Hirsh Jain ▮▮▮▮, ▮▮▮▮
Cc: Rachel Wagner <rwagner@palantir.com>

Link included bc infosec blocked the attachment size.

Pitch Deck | Intro to Palantir for Builders
https://view.highspot.com/viewer/d5c4ee1055033f7fc5d16127726365da

Eric Menser | Palantir Technologies | emenser@palantir.com | ▮▮▮▮

**From:** Eric Menser <emenser@palantir.com>
**Sent:** Friday, January 10, 2025 11:25 AM
**To:** Hirsh Jain
**Cc:** Rachel Wagner <rwagner@palantir.com>
**Subject:** Re: Palantir Startup Efforts

Hirsh / Tom,

It was great to meet you. I'm really excited for you both, and I hope you find incredible success with Rennaissance.

Attached is a PfB overview. Since we spoke on Wednesday, I have taken ownership of the startup tier for PfB, so I should have sufficient flexibility with how we engage startups.

I owe you more info on our UAP / IP protection for startups to answer your questions. More to follow.

I'd love to schedule a follow up the week of 20 January. I totally appreciate the perspective you shared and would love to work together but only if it makes sense for you. We have some events in development right now (buildcamp types) that could be interesting for one of you to attend to learn more about the PfB offering. I'll have more info on those events by 20 January.

Also, if you know of any other startups building AI powered applications that might be interested in building on top of Foundry, please let me know. I'm happy to connect with them, would love for Palantir to become the hyperscaler for AI applications in 2025.

Best,
Eric


Eric Menser | Palantir Technologies | emenser@palantir.com |

**From:** Hirsh Jain
**Sent:** Monday, January 6, 2025 5:57 PM
**To:** Eric Menser <emenser@palantir.com>;
[Quoted text hidden]

[Quoted text hidden]


**Eric Menser** <emenser@palantir.com>                                    Tue, Jan 21, 2025 at 1:23 PM
To: Hirsh Jain
Cc: Rachel Wagner <rwagner@palantir.com>

**Hirsh and Tom,**

**Hope you are well!**

**I spoke with the deal team and wanted to share the following with you.**

Link to TOS and AUP for AIP Now: https://palantir.pactsafe.io/aip-now-6493.html#aip-now-tos-899513

Use Case Restrictions for AIP Now: https://palantir.pactsafe.io/aip-now-6493.html#ucr-985315 - none of these stood out to me based on what you had descibed

CONFIDENTIAL                                                                PERCEPTA_GC_0000588

Note: AIP Now TOS apply to the startup tier offering.

**Some relevant excerpts:**

4.2 Competitive Use. Customer will not use or access the Palantir Technology to directly or indirectly develop, create, improve, or inform a product or service similar to or competitive with any product or service offered by Palantir now or in the future.

*From discussion with deal team - we are not in the healthcare business, only providing software to companies that are in the healthcare business. So it is unlikely we would be competitive.*

5.1 Customer Ownership. As between the Parties, Customer owns all rights, title, and interest, including all Intellectual Property Rights, in and to Customer Data and any modifications made thereto. Subject to the Agreement, Customer grants to Palantir a non-exclusive, worldwide, royalty-free right and license during the Term to use and process Customer Data solely to provide the Service and/or Professional Services, and as may be required by applicable law. Customer further grants to Palantir a worldwide, perpetual, irrevocable, royalty-free right and license to use, distribute, disclose, and make and incorporate into the Palantir Technology any suggestions, enhancement request, recommendation, or other feedback provided by Customer or Users relating to the Palantir Technology.

**I welcome any thoughts that you have and look forward to your response. Would love to connect to discuss getting your team on the dev platform, where you can leverage the microservices available on IMPL as well as Palantir's accreditations.**

**If interested, we could look at the upcoming build camps to find one that works for you to observe and meet some of our current startup tier customers.**

Best,
Eric

Eric Menser | Palantir Technologies | emenser@palantir.com |

**From:** Eric Menser <emenser@palantir.com>
**Sent:** Friday, January 10, 2025 10:30 AM
[Quoted text hidden]

[Quoted text hidden]

CONFIDENTIAL                                                              PERCEPTA_GC_0000589