# Exhibit 228
# Redacted



Hirsh Jain

## Renaissance / Stanford PhD Intro
5 messages

**Eric Menser** <emenser@palantir.com>                                         Tue, Feb 4, 2025 at 12:38 PM
To: Hirsh Jain ███████████████, Michael Wornow ███████████████, ███████████████
███████████████

Hirsh and Tom,

Wanted to intro you to my friend Michael (███████████████) who's defending his CS PhD thesis at Stanford in March, advised by Nigam Shah and Chris Re. He graduated Harvard CS in 2020, and his PhD focus is on automating healthcare workflows and improving clinical decision making using foundation models trained on EHR data.

He is extremely interested in building something in the healthcare space, so I thought it would be great to connect some of the smarter people I know in the space.

Michael - Hirsh and Tom have a well funded venture-backed startup in the space and are doing some really exciting things. Hirsh previously built Palantir's public health business and has tremendous respect from the folks he worked with.

Best,
Eric

Eric Menser | Palantir Technologies | Startups Lead | ███████████████

**Hirsh Jain** ███████████████                                               Tue, Feb 4, 2025 at 4:39 PM
To: Michael Wornow ███████████████
Cc: ███████████████
Bcc: Eric Menser <emenser@palantir.com>

Thanks Eric!

Michael - would love to intro you to our Head of AI, Athul Jacob. Let me know if you're interested.

Hirsh
[Quoted text hidden]

**Michael Wornow** ███████████████                                           Thu, Feb 6, 2025 at 2:09 AM
To: Hirsh Jain ███████████████
Cc: ███████████████

Great to meet you Hirsh and Athul, and sounds great would love to connect!

@Athul, would you have any availability next Friday at say 1:30pm PT?
[Quoted text hidden]

--
Thanks,
Michael

**Hirsh Jain** ███████████████                                               Thu, Feb 6, 2025 at 11:01 AM

CONFIDENTIAL                                                                                    PERCEPTA_GC_0000595

To: Michael Wornow ███████████████████████, Athul Jacob <ajacob@generalcatalyst.com>
Cc: ███████████████████████

Looping in @Athul Jacob - sorry about that!

Hirsh

[Quoted text hidden]

---

**Athul Jacob** <ajacob@generalcatalyst.com>   Thu, Feb 6, 2025 at 11:11 AM
To: Michael Wornow ███████████████████████
Cc: ███████████████████ Hirsh Jain ███████████████

Great to connect, Michael! 1:30pm PT next Friday works.
Will send a Zoom invite shortly.

[Quoted text hidden]

CONFIDENTIAL    PERCEPTA_GC_0000596