**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PALANTIR TECHNOLOGIES INC.,

                             Plaintiff,

    v.

HIRSH JAIN, RADHA JAIN, and JOANNA
COHEN,

                          Defendants.

Case No. 25-cv-08985-JPO

---

## DECLARATION OF JOANNA COHEN

I, Joanna Cohen, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      My name is Joanna Cohen, and I am a junior engineer at Percepta and a Defendant in this action.  I submit this declaration in support of Defendants' Opposition to Plaintiff's Renewed Application for a Preliminary Injunction.  I have personal knowledge of the matters set forth herein, based on my personal experience, and, if called to testify as a witness, I could and would testify competently thereto.

2.      I graduated from the Massachusetts Institute of Technology in 2020 with a degree in computer science.

3.      In August of that same year, I joined Palantir as a Forward Deployed Engineer in the company's healthcare division.  This was my first full-time job after graduating.  Before I started, while I was still a college student, I received a copy of Palantir's Proprietary Information and Inventions Agreement and was told that I had to sign it in order to start working there.  I understood this was standard practice, and I signed the agreement without reviewing its terms with

my own attorneys (I did not have any) or attempting to negotiate any of its provisions, which I did not understand I had the power to do.

4.    In my first role at Palantir, I spent much of my time ████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

5.    In November 2021, I progressed to Technical Lead.  ████████████████
████████████████████████████████████████████████████
█████████████.

6.    In February 2023, I progressed to what would be my final role at Palantir, as Enterprise Lead and Healthcare Lead ████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████.

7.    I understand Palantir alleges that I gave a demo to a particular potential customer—
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████To
the best of my recollection, I did not otherwise work with or interact with ████████ while I was

at Palantir, and I had no role in pitching or otherwise approaching ▮▮▮▮ on behalf of Percepta. ▮▮▮▮ had already signed a contract with Percepta when I joined.

8.     The primary customers I worked with when I was in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

9.     I also acted as the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

10.    Late in 2024, I began to explore new opportunities.  I told my supervisor, ▮▮▮▮ ▮▮▮▮, that I felt stagnant and dissatisfied in my role, which had grown repetitive and did not offer much in the way of growth or advancement.  She and I began to discuss potential internal placements within Palantir, and I simultaneously also began looking at my options outside of the company.

11.    In November 2024, ▮▮▮▮▮▮▮▮▮▮▮, a friend and fellow colleague at Palantir, introduced me to Hirsh and arranged for the three of us to meet.  At the time, ▮▮▮▮ and I had been contemplating starting our own company.  I recall our meeting with Hirsh was a general, introductory conversation, and that he put me in touch with Tom Mathew, Percepta's CTO.  I do not recall discussions of any specific role at Percepta at that time. Around this same time, I also had networking discussions with others at General Catalyst about various general topics related to

3

the industry, including ideas for other possible companies in the field of AI and healthcare insurance.

12.     Some time later, I reached out to Hirsh and Tom again on my own, this time to share my interest in Percepta and any possible opportunities there. They put me in touch with others at Percepta and General Catalyst to learn more about the company. That is how I was introduced to Radha Jain, who I did not know from her time at Palantir. Radha and I met for lunch in February 2025, along with a few other individuals, during which we primarily discussed casual topics such as our backgrounds, hobbies and interests and otherwise got to know one another.

13.     I understand that Palantir alleges that Hirsh and Radha "solicited" me to join Percepta. That is not true. I did not know either previously, and was introduced to each when I was already in the process of exploring opportunities outside of Palantir. Throughout, I was the one driving forward discussions with Percepta about a potential role, because I was interested in working at a new startup and getting hands-on experience with AI tools in the market, specifically companies in General Catalyst's portfolio. Ultimately, after a series of conversations with individuals at Percepta and General Catalyst, I was offered a role at Percepta, and I accepted.

14.     On February 24, 2025, I informed my supervisor, ██████, that I was resigning from Palantir. She did not seem surprised to hear that I was leaving. I told her and others on my team that I was going to be working at an AI startup with former Palantir employees, potentially working in healthcare. In doing so, I was not being coy or cryptic—Percepta was still in such an early stage that there was not much more detail to share. At that point, the company did not have a name or a website.

15.     My last day at Palantir was scheduled for Tuesday, March 4, 2025. There was a lot I had to do in between delivering my resignation and formally leaving to ensure a smooth

transition, and my efforts were further complicated by the fact that my husband and I had pre-planned travel to the Maldives (for our honeymoon) just before my official last day. Attached as **Exhibit 231** is a true and correct copy of my traveler declaration to enter the Maldives, which reflects an entry date of March 4, 2025 (following an overnight flight from New York on March 3). As a result, I knew I was going to be handling certain transition tasks while in transit and made arrangements to be able to finish up my work while doing so. Along those same lines, I also corresponded with Palantir's IT department about the logistics of turning in my company laptop because I was scheduled to be abroad on my last day. A true and correct copy of that Slack correspondence is attached hereto as **Exhibit 232**.

16.     Before leaving Palantir, I had two main tasks that I wanted to complete to the best of my ability. First, I had to roll off the various sales accounts I had been supporting. ████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████ Second—and as importantly—I needed to recommend and, ideally, finalize new supervisors for the "peeps" that had been reporting to me. I took both responsibilities extremely seriously, as I did not want to let anyone down—whether that was a sales person who might miss out on a potential commission if they didn't have information I would ordinarily provide, or one of my "peeps" who might otherwise get placed on a project or with a supervisor that didn't align well with his or her skills and interests, potentially hindering their growth at Palantir.

17.     My last week at Palantir was extremely rushed, and much of what I was working on at that time is a blur. I do not recall which specific customer accounts I was transitioning—as

I noted earlier, I was on several at any given time, and these events occurred almost a year ago, so the precise details are no longer in my memory.

18.    I do remember searching within Highspot—essentially Palantir's internal marketing website—for information on various teams and projects that might present good opportunities for my peeps. I did not limit myself to researching projects in healthcare, as most of my peeps had backgrounds and skillsets that made them good fits for engagements that Palantir has in other fields. I understand Palantir claims there was an uptick in my access of Highspot around this time, and I believe this is the reason for that observation. I recall consulting these project materials very briefly.

19.    I also recall accessing instances in GitHub—the repository of Palantir's source code and platform configurations—in my last few days at the company. ███████████████████

██████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████████ and I wanted to make sure that the correct controls were in place before leaving.

20.    I understand that Palantir alleges that I downloaded a handful of documents from its internal systems via Slack onto my iPhone shortly after delivering my resignation. (Palantir refers to my iPhone as my "personal" phone, but I used the same device for both work and personal matters, as did many others at Palantir, consistent with ████████████████████████

███████.) Palantir originally claimed there were three such documents, though I understand in its amended complaint it has identified a fourth. Palantir has never provided copies of these

downloads to me or my counsel so that I might identify them. I do not recall with specificity any of the documents Palantir alleges I downloaded, and cannot identify them with absolute certainty.

21. Following Palantir's filing of this lawsuit, I searched my phone for copies of the Slack documents that Palantir alleges I downloaded, and did not identify any such downloaded materials. In the course of conducting these searches, I did identify additional screenshot images of certain Palantir documents that I had taken while I was still employed at the company, and which I had not realized remained on my iPhone. I identified these materials to Palantir, and promptly deleted them from my device after providing them to my counsel. As a result, I no longer have any confidential Palantir materials in my possession.

22. The screenshots I found on my iPhone reflect an assortment of high-level documents related to various Palantir product offerings and marketing materials. Many contain information that is already public or which is shared as part of Palantir's sales processes. In the chart below, I provide a summary of the materials I identified, as well as instances where information contained in them is available on Palantir's website or other public sources.

| Document Bates | Description | Public Information |
|---|---|---|
| RJ_JC_00000134 (Ex. 233[1]) | ████████████████ | Palantir describes much of the information contained in this screenshot online, including that:<br><br>• Foundry can connect via API Gateways (*see* Ex. 233-A[2] at 1); |

---

[1] Attached hereto as **Exhibit 233** is a true and correct copy of the screenshot produced in this action bearing Bates number RJ_JC_00000134.

[2] Attached hereto as **Exhibit 233-A** is a true and correct copy of a PageVault screen capture, dated December 2, 2025, of the webpage located at: https://www.palantir.com/docs/foundry/functions/query-functions.

| Document Bates | Description | Public Information |
|---|---|---|
| | | • Foundry can connect to many models (*see* Ex. 233-B[3] at 1);<br>• Palantir has a tool called "Data Connection," which allows databases (referred to as "DB" in the diagram) to connect to Foundry (*see* Ex. 233-C[4] at 1);<br>• Feature Engineering (or "Feature Eng") can occur in Palantir Foundry (*see* Ex. 233-D[5] at 1); and<br>• Model Training can occur in Palantir Foundry (*see* Ex. 233-E[6]). |
| RJ_JC_00000062<br>(Ex. 234[7]) |  | Palantir describes much of the information contained in this document online, including in:<br><br>• Palantir's LinkedIn post about the webinar, which emphasizes that the public could access and attend discussions about CSE and its |

[3] Attached hereto as **Exhibit 233-B** is a true and correct copy of a PageVault screen capture, dated December 2, 2025, of the webpage located at:
https://www.palantir.com/docs/foundry/model-catalog/overview

[4] Attached hereto as **Exhibit 233-C** is a true and correct copy of a PageVault screen capture, dated December 2, 2025, of the webpage located at:
https://www.palantir.com/docs/foundry/data-connection/overview

[5] Attached hereto as **Exhibit 233-D** is a true and correct copy of a PageVault screen capture, dated December 2, 2025, of the webpage located at:
https://www.palantir.com/docs/foundry/model-integration/what-to-use#feature-engineering

[6] Attached hereto as **Exhibit 233-E** is a true and correct copy of a PageVault screen capture, dated December 2, 2025, of the webpage located at:
https://www.palantir.com/docs/foundry/integrate-models/model-asset-code-repositories/

[7] Attached hereto as **Exhibit 234** is a true and correct copy of Palantir's ███████████
███████████ document, produced in this action bearing Bates number RJ_JC_00000062

| Document Bates | Description | Public Information |
|---|---|---|
|  | <br><br><br> | integration into customer systems (*see* Ex. 234-A[8]);<br>• Palantir's blog post about how CSE was applied and implemented into one of its customer's systems and the outcome for such client (*see* Ex. 234-B[9]); and<br>• A public demonstration video on YouTube about CSE (*see* https://www.youtube.com/watch?v=act5gFdGw2A).<br><br>Palantir's relationship with the customers mentioned in this document are also described publicly:<br>• Centene Corporation (*see* Ex. 234-C[10]);<br>• Kaiser Foundation Health Plan, Inc. (*see* Ex. 234-D[11]);<br>• Health Care Services Corporation (HCSC) (*see* Ex. 234-E[12]); |

---

[8] Attached hereto as **Exhibit 234-A** is a true and correct copy of a PageVault screen capture, dated December 2, 2025, of the webpage located at: https://www.linkedin.com/posts/palantir-technologies_palantir-activity-7251592828290576384-p5Vj/?utm_source=share&utm_medium=member_desktop&rcm=ACoAABkBHycBRTe-cw-PuTQDcSew9v0UGKe0C_Y

[9] Attached hereto as **Exhibit 234-B** is a true and correct copy of a PageVault screen capture dated, December 2, 2025, of the webpage located at: https://blog.palantir.com/a-better-conversation-palantir-cse-1-8c6fb00ba5be

[10] Attached hereto as **Exhibit 234-C** is a true and correct copy of PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.appsruntheworld.com/customers-database/purchases/view/centene-corporation-united-states-selects-palantir-foundry-for-analytics-and-bi

[11] Attached hereto as **Exhibit 234-D** is a true and correct copy of a PageVault screen capture dated January 7, 2026, of the webpage located at: https://www.appsruntheworld.com/customers-database/purchases/view/kaiser-permanente-united-states-selects-palantir-foundry-for-analytics-and-bi

[12] Attached hereto as **Exhibit 234-E** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.appsruntheworld.com/customers-

| Document Bates | Description | Public Information |
|---|---|---|
| | | • Molina Healthcare (*see* Ex. 234-F[13]).<br><br>Finally, the reference to Pal-9000 (*see, e.g.*, Ex. 234 at RJ_JC_00000070) is a reference to Palantir's enterprise subscription to ChatGPT, which generated much of the content in this document using ChatGPT's model. |
| RJ_JC_00000019 (Ex. 235[14]) |  | Many of the "use cases" and customers described in this photograph are described by Palantir on its website, including:<br><br>• Optimized Revenue Cycle Management (*see* Ex. 235-A[15] at 5-6);<br>• Proactive Member Journey Management (*see* Ex. 235-B[16]);<br>• Clinical Care (*see* Ex. 235-C[17] at 1); |

database/purchases/view/health-care-service-corporation-usa-selects-palantir-foundry-for-analytics-and-bi

[13] Attached hereto as **Exhibit 234-F** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.appsruntheworld.com/customers-database/purchases/view/molina-healthcare-united-states-selects-palantir-foundry-for-analytics-and-bi

[14] Attached hereto as **Exhibit 235** is a true and correct copy of the photo produced in this action bearing Bates number RJ_JC_00000019

[15] Attached hereto as **Exhibit 235-A** is a true and correct copy of a PageVault screen capture, dated December 2, 2025, of the webpage located at: https://www.palantir.com/offerings/palantir-for-hospitals/

[16] Attached hereto as **Exhibit 235-B** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/docs/foundry/use-case-examples/increasing-client-engagement-through-integrated-campaign-management

[17] Attached hereto as **Exhibit 235-C** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://investors.palantir.com/news-

| Document Bates | Description | Public Information |
|---|---|---|
| | | • Medical Supply Distribution (*see* Ex. 235-D[18] and Ex. 235-E[19]); <br> • IT and Analytics (*see* Ex. 235-E and Ex. 235-F[20]); and <br> • Member360 (*see* Ex. 235-G[21] and Ex. 235-H[22]). <br><br> Palantir's relationship with the customers mentioned in this document are also described publicly, including by Palantir: <br> • Mount Sinai (*see* Ex. 235-A at 5-6); <br> • Tampa General Hospital (*see* Ex. 235-C); <br> • Encompass Health (*see* Ex. 235-I[23] at 16); |

details/2022/Tampa-General-Hospital-and-Palantir-Partner-to-Improve-Patient-Care-Through-Data-and-Analytics-Platform

[18] Attached hereto as **Exhibit 235-D** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/newsroom/press-releases/palantir-concordance-partner-to-power-first-fully-integrated-medical-supply-chain-ecosystem/

[19] Attached hereto as **Exhibit 235-E** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/docs/foundry/use-case-examples/optimizing-production-with-erp-data-across-the-supply-chain

[20] Attached hereto as **Exhibit 235-F** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/docs/foundry/analytics/overview/

[21] Attached hereto as **Exhibit 235-G** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.inovaare.com/solution/member360/#:~:text=Member360%20is%20a%20central%20repository,efficiency%2C%20and%20better%20member%20experiences

[22] Attached hereto as **Exhibit 235-H** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aws.amazon.com/blogs/industries/the-value-of-a-system-of-record-for-healthcare-payors/

[23] Attached hereto as **Exhibit 235-I** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.investing.com/news/transcripts/earnings-call-transcript-encompass-health-q2-2025-beats-expectations-shares-rise-93CH-4171038

| Document Bates | Description | Public Information |
|---|---|---|
| | | <ul><li>National Institutes of Health (NIH) (*see* Ex. 235-J[24] at 2);</li><li>Syntropy (*see* Ex. 235-K[25] at 3-4);</li><li>Cleveland Clinic (*see* Ex. 235-L[26]);</li><li>Merck (*see* Ex. 235-M[27]):</li><li>Concordance (*see* Ex. 235-D); and</li><li>Cardinal Health. (*see* Ex. 235-N[28]).</li></ul> |
| RJ_JC_00000028 (Ex. 236[29]) | | Palantir describes many of the "use cases" described in this document on its website, such as:<br><br><ul><li>Command Center (*see* Ex. 236-A[30]);</li></ul> |

---

[24] Attached hereto as **Exhibit 235-J** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/offerings/federal-health

[25] Attached hereto as **Exhibit 235-K** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.syntropy.com/about-us

[26] Attached hereto as **Exhibit 235-L** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/impact/cleveland-clinic/

[27] Attached hereto as **Exhibit 235-M** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.emdgroup.com/en/news/ace-palantir-07-03-2023.html

[28] Attached hereto as **Exhibit 235-N** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://newsroom.cardinalhealth.com/2023-01-26-Cardinal-Health-Teams-Up-with-Palantir-to-Deliver-a-Clinically-Integrated-Supply-Chain-Solution

[29] Attached hereto as **Exhibit 236** is a true and correct copy of the chart produced in this action bearing Bates number RJ_JC_00000028

[30] Attached hereto as **Exhibit 236-A** is a true and correct copy of a PageVault screen capture, dated December 2, 2025, of the webpage located at: https://investors.palantir.com/news-details/2023/Cleveland-Clinic-and-Palantir-Technologies-Partner-to-Improve-Hospital-Performance-Through-Virtual-Command-Center/

| Document Bates | Description | Public Information |
|---|---|---|
| | | • Staffing & Scheduling (*see* Ex. 235-A at 6-7); <br>• Revenue Cycle Management (*see* Ex. 235-A at 5-6); <br>• Supply Chain (*see* Ex. 235-D and Ex. 235-E); and <br>• Clinical Research (*see* Ex. 236-B[31]). |
| RJ_JC_00000108 (Ex. 237[32]) | | The RCM process is a well-known process that is described publicly online. *See, e.g.*, Ex. 237-A.[33] <br><br> Many of the specific "use cases" referenced in this document are described on Palantir's website, including those for: <br><br>• "Denials management" (*see* Ex. 237-B[34]); and <br>• "appeal letter generation" (*see* Ex. 237-C[35]). |

---

[31] Attached hereto as **Exhibit 236-B** is a true and correct copy of a PageVault screen capture, dated December 2, 2025, of the webpage located at: https://www.palantir.com/impact/clinical-data-rd/

[32] Attached hereto as **Exhibit 237** is a true and correct copy of the photo produced in this action bearing Bates number RJ_JC_00000108

[33] Attached hereto as **Exhibit 237-A** is a true and correct copy of a PageVault screen capture, dated January 8, 2026, of the webpage located at: https://www.plutushealthinc.com/post/revenue-cycle-management-steps

[34] Attached hereto as **Exhibit 237-B** is a true and correct copy of a PageVault screen capture, dated December 2, 2025, of the webpage located at: https://aip.palantir.com/workflow/E9C39276-A5DC-4304-9884-0D1F0324EEA6

[35] Attached hereto as **Exhibit 237-C** is a true and correct copy of a PageVault screen capture, dated December 2, 2025, of the webpage located at: https://aip.palantir.com/workflow/f1b8e932-39fd-4b22-8a43-c3c815b055f0

| Document Bates | Description | Public Information |
|---|---|---|
| RJ_JC_00000076 (Ex. 238[36]) |  | This information is meant to be shared with potential Palantir customers, and Palantir has made information about its Virtual Command Center and Staffing Solution "use cases" available publicly online:<br><br>• A Virtual Command Center Palantir built for Clevland Clinic (*see* Ex. 236-A); and<br>• Staffing Solutions (*see* Ex. 235-A at 6-7).<br><br>Palantir's relationships with the customers mentioned in this document are also described publicly, including by Palantir:<br>• Tampa General Hospital (*see* Ex. 235-C);<br>• Cleveland Clinic (*see* Ex. 235-L);<br>• Mount Sinai (*see* Ex. 235-A at 5-6); and<br>• Lifepoint (*see* Ex. 238-A[37]). |
| RJ_JC_00000097 (Ex. 239[38]) |  | The concept of the Health Value Chain is discussed publicly by Palantir online. *See* Ex. 239-A.[39] |

---

[36] Attached hereto as **Exhibit 238** is a true and correct copy of the photo produced in this action bearing Bates number RJ_JC_00000076.

[37] Attached hereto as **Exhibit 238-A** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.linkedin.com/pulse/how-lifepoint-health-solving-rural-healthcares-toughest-lvyqe/

[38] Attached hereto as **Exhibit 239** is a true and correct copy of the photo produced in this action bearing Bates number RJ_JC_00000097

[39] Attached hereto as **Exhibit 239-A** is a true and correct copy of a PageVault screen capture, dated December 2, 2025, of the webpage located at: https://www.palantir.com/offerings/health/

| Document Bates | Description | Public Information |
|---|---|---|
| RJ_JC_00000132 (Ex. 240[40]) |  | Palantir publicly discusses its Foundry Ontology on its website. *See* Ex. 240-A[41]. Palantir also describes many of the "use cases" described in this document available on its website, such as:<br><br>• Command Center (*see* Ex. 236-A);<br>• Staffing & Scheduling (*see* Ex. 235-A at 6-7);<br>• Revenue Cycle Management (*see* Ex. 235-A at 5-6);<br>• Supply Chain (*see* Ex. 235-D and Ex. 235-E); and<br>• Clinical Research (*see* Ex. 236-B). |
| RJ_JC_00000164 (Ex. 241[42]) |  | This document was meant to be shared with potential Palantir customers. Palantir also publicly discusses many of the described nurse staffing "use cases" and case studies, including its work for Tampa General Hospital, HCA Healthcare, and the Cleveland Clinic. *See* Ex. 235-A at 6-7. Additionally, Palantir makes public that Cone Health is one of its customers. *See* Ex. 241-A[43]. |
| RJ_JC_00000106 |  | The second bullet in this photograph contains a website page that is meant |

---

[40] Attached hereto as **Exhibit 240** is a true and correct copy of the photo produced in this action bearing Bates number RJ_JC_00000132

[41] Attached hereto as **Exhibit 240-A** is a true and correct copy of a PageVault screen capture, dated January 8, 2026, of the webpage located at: https://www.palantir.com/platforms/foundry/

[42] Attached hereto as **Exhibit 241** is a true and correct copy of the photo produced in this action bearing Bates number RJ_JC_00000164

[43] Attached hereto as **Exhibit 241-A** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.linkedin.com/posts/palantir-technologies_ai-in-hospitals-powered-by-palantir-a-series-activity-7190760356674166784-5bZ1//

| Document Bates | Description | Public Information |
|---|---|---|
| (Ex. 242[44]) |  | to be shared with Palantir contacts and prospects. Many of these "use cases" and offerings named in the document are also described in much more detail publicly on Palantir's website, such as:<br><br>• Contract Optimization (*see* Ex. 242-A[45]);<br>• Product Shortage Resolution (see Ex. 242-B[46]);<br>• Product Mix Optimizer (*see* Ex. 242-C[47]);<br>• Shift Optimizer Scheduler (*see* Ex. 242-D[48]);<br>• Inventory Optimization (*see* Ex. 242-E[49]); and<br>• AIP for Dynamic Scheduling Framework (*see* Ex. 242-F[50]). |

---

[44] Attached hereto as **Exhibit 242** is a true and correct copy of the photo produced in this action bearing Bates number RJ_JC_00000106

[45] Attached hereto as **Exhibit 242-A** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aip.palantir.com/workflow/preview-aip-contract-opt-compliance

[46] Attached hereto as **Exhibit 242-B** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aip.palantir.com/workflow/preview-aip-mat-shortage

[47] Attached hereto as **Exhibit 242-C** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/impact/pricing-optimization/

[48] Attached hereto as **Exhibit 242-D** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/docs/foundry/dynamic-scheduling/scheduling-overview

[49] Attached hereto as **Exhibit 242-E** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/impact/inventory-optimization/

[50] Attached hereto as **Exhibit 242-F** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aip.palantir.com/workflow/75edded2-a117-4fe4-a49d-34ed67f1e2dd

| Document Bates | Description | Public Information |
|---|---|---|
| RJ_JC_00000148 (Ex. 243[51]) |  | Many of the "use cases" and offerings named in the document are described in much more detail publicly on Palantir's website and by third parties, such as:<br><br>• AIP for Accounts Payable Automation (*see* Ex. 243-A[52]);<br>• Staffing Optimization (*see* Ex. 235-A at 6-7);<br>• AIP Customer Service Engine (CSE) (*see* Ex. 234-A and Ex. 234-B);<br>• Member360 (*see* Ex. 235-G; Ex. 235-H); and<br>• AIP for Health Insurance Appeal Management (see Ex. 243-B[53]). |
| RJ_JC_00000152 (Ex. 244[54]) |  | Palantir salespeople were encouraged to share information within this document with potential Palantir customers. Palantir also publicly discusses its work in staffing solutions in the healthcare industry, including its work for Tampa General Hospital and the Cleveland Clinic. *See* Ex. 235-A at 6-7. |

---

[51] Attached hereto as **Exhibit 243** is a true and correct copy of the photo produced in this action bearing Bates number RJ_JC_00000148

[52] Attached hereto as **Exhibit 243-A** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aip.palantir.com/workflow/8a9bccf4-1c30-4019-8bc6-ca616cf32642

[53] Attached hereto as **Exhibit 243-B** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aip.palantir.com/workflow/f1b8e932-39fd-4b22-8a43-c3c815b055f0

[54] Attached hereto as **Exhibit 244** is a true and correct copy of the photo produced in this action bearing Bates number RJ_JC_00000152

| Document Bates | Description | Public Information |
|---|---|---|
| | ██████████████.55 | |
| RJ_JC_00000159 (Ex. 245[56]) | ██████████████ ██████████████ ██████████████. | Many of the "use cases" and offerings named in the document are described in much more detail publicly on Palantir's website, such as:<br><br>• AIP for Health Insurance Appeal Management (see Ex. 243-B);<br>• AIP for Dynamic Scheduling Framework (*see* Ex. 242-F) and<br>• AIP Health Insurance Utilization Review Assistant (*see* Ex. 245-A[57]). |
| RJ_JC_00000163 (Ex. 246[58]) | ██████████████ ██████████████ | Many of the "use cases" and offerings named in the document are described in much more detail publicly on Palantir's website, such as:<br><br>• Revenue Cycle Management (*see* Ex. 235-A at 5-6);<br>• AIP for Accounts Payable Automation (*see* Ex. 243-A); |

---

[55] Attached hereto as **Exhibit 244-A** is a true and correct copy of the photos produced in this action bearing Bates numbers RJ_JC_00000130, RJ_JC_00000131, RJ_JC_00000145, RJ_JC_00000150, RJ_JC_00000153, which were taken from the same slide deck as Exhibit 244 and Exhibit 238.

[56] Attached hereto as **Exhibit 245** is a true and correct copy of the photo produced in this action bearing the Bates number RJ_JC_00000159

[57] Attached hereto as **Exhibit 245-A** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aip.palantir.com/workflow/14128D7B-5855-4907-948A-67D9264ABD90

[58] Attached hereto as **Exhibit 246** is a true and correct copy of the photo produced in this action bearing Bates number RJ_JC_00000163

| Document Bates | Description | Public Information |
|---|---|---|
| | [REDACTED] [59] | <ul><li>Procurement (*see* Ex. 246-B[60]);</li><li>ERP Harmonization (*see* Ex. 235-E);</li><li>AIP Customer Service Engine (*see* Ex. 234-A and Ex. 234-B); and</li><li>AIP Health Insurance Utilization Review Assistant. (*see* Ex. 246-C[61]).</li></ul> |

23.     I took these screenshots as part of the transition efforts described above, so that I could more easily reference relevant information while I was in transit. I forgot I had these images on my iPhone after I left the company, and I have not looked at or used them since. I have not discussed them or shared them with anyone at Percepta or anywhere else. Although I forgot about and had not looked at these materials until the filing of Palantir's lawsuit, looking back at them now, I also know that they would not be of any use to me in my role at Percepta. For example, Percepta does not do any work for [REDACTED]

---

[59] Attached hereto as **Exhibit 246-A** is a true and correct copy of the photo produced in this action bearing Bates numbers RJ_JC_00000141, which was taken from the same slide deck as Exhibit 239, Exhibit 242, Exhibit 243, Exhibit 245, Exhibit 246.

[60] Attached hereto as **Exhibit 246-B** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://www.palantir.com/offerings/procurement/

[61] Attached hereto as **Exhibit 246-C** is a true and correct copy of a PageVault screen capture, dated January 7, 2026, of the webpage located at: https://aip.palantir.com/workflow/14128D7B-5855-4907-948A-67D9264ABD90.

███████████████████████████████████████████████████████.[62] Additionally, at Percepta I do not work on sales or marketing, so this material would be irrelevant to my day-to-day coding work.

24. On or around my last day, Palantir sent me a copy of a severance agreement via email. I was told it was optional. I was already traveling on my honeymoon and do not think I even opened the document. I did not sign the severance agreement.

25. My last day at Palantir was March 4, as planned. Prior to leaving, several of my teammates and colleagues sent me a goodbye card, which I was touched by and found gratifying. I believed I was leaving on good terms with everyone I worked with. Also, even though Palantir states otherwise, I sent a goodbye email to approximately 40 teammates wishing them the best and asking to stay in touch.

26. My first day at Percepta was March 17, 2025.

27. My role now is very different from my prior job at Palantir. At Percepta, I am a junior software engineer. I spend the vast majority of my time writing code for our customers in their codebases, whatever they may be. One of those customers is ██████████████ ████████████████████████████████. This is purely coincidental; as I stated, ████████ had engaged Percepta prior to my accepting an offer with or starting at the company.

28. I do not work in or with Palantir's Foundry platform, ████████████████████ ████████████████████████████████████████████████████████ ██████. By contrast, I now spend all of my time coding at Percepta, ████████████████ ████████████████████████████, I am having to learn new skills related to new technical tooling and coding languages. I also do not participate in or support sales efforts at

---

[62] Attached hereto as **Exhibit 247** are true and correct copies of photos produced in this action bearing Bates numbers RJ_JC_00000104 and RJ_JC_00000117, 124, 137, 143, 146, 147, 156, 161, all of which relate to a presentation for ████████████████.

Percepta and have never been on a sales call at Percepta. And I do not manage anyone or have any direct reports. I view my roles at the two companies as completely different. ██████████ ████████████████████████████████████████, I am now a full-time coder.

29. I have not made use of any of Palantir's confidential information, including any information at Palantir to which I once had access, in my job at Percepta (or for any other purpose).

30. I was shocked and devastated when I learned of this lawsuit. Palantir never reached out to me to discuss its allegations or stated concerns prior to filing its complaint, so I was taken completely by surprise. I learned about the lawsuit from phone calls and articles from Bloomberg, Axios, and the Wall Street Journal.

31. Shortly after this case began, I agreed to enter into a stipulated temporary restraining order, pursuant to which I have not engaged in any work at or with Percepta or General Catalyst since November 3, 2024. I have fully complied with this and all other aspects of the restraining order. This already has affected my career, as AI as an industry is advancing rapidly and I cannot participate during this time.

32. I never imagined—and to this day do not believe—that I did anything wrong in connection with leaving Palantir or joining Percepta. I have always thought highly of Palantir and did my best to leave the company and my former colleagues (many of whom I also consider my friends) in a good place. Even after leaving Palantir, I still regularly met up with friends who still work at Palantir and recommended Palantir as an employer to friends and family, including helping a friend prepare for Palantir's interviews. I certainly never had any intention of causing Palantir harm.

33. When the complaint was first filed in October—and again when Palantir filed its amended complaint in December—I was subject to intrusive outreach by members of the press.

Family and friends also reached out, expressing surprise and distress about the inflammatory nature of Palantir's allegations. I have been fearful of reaching out to friends for support, as so many of them continue work at Palantir and I am hesitant to have any further dealings with the company, however innocent or well-intentioned. The whole experience has been extremely isolating and upsetting.

34. I am also concerned about the impact of this suit on my professional reputation. Even though I believe Palantir's allegations are false and will ultimately be disproven, I am conscious that its allegations and misleading soundbites will have a long afterlife, particularly in the media and on the internet. I worry my association with this case will negatively affect my future professional opportunities going forward, however unfairly.

35. If the Court grants Palantir's proposed preliminary relief and prohibits me from working at Percepta, I am uncertain what engineering job I could possibly take instead. "Applied AI" dominates the current technology sector and is changing quickly, and I fear I will be unable to work in the profession that I trained for years to enter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 12, 2026
　　　　New York, New York
　　　　　　　　　　　　　　　　　　　Joanna Cohen