**Steven N. Feldman**
Direct Dial: +1.212.906.1821
steve.feldman@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM & WATKINS LLP

January 14, 2026

<u>**VIA ECF**</u>

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007

Re:  *Palantir Technologies Inc. v. Jain et al.*, No. 1:25-cv-08985-JPO

Dear Judge Oetken:

Earlier today, Defendants in the above-captioned matter requested that the Clerk temporarily seal, on an emergent basis, a document attached to the Declaration of Steve Feldman in Support of Defendants' Opposition to Palantir Technologies, Inc.'s Renewed Application for a Preliminary Injunction.  *See* Dkt. 61-5.  It has been brought to Defendants' attention that Dkt. 61-5 inadvertently discloses the confidential business information of non-party Percepta AI LLC—namely, an undisclosed customer.  Courts routinely seal competitively sensitive information of this sort.  *E.g.*, *Dodona I, LLC v. Goldman, Sachs & Co.*, 119 F. Supp. 3d 152, 156 (S.D.N.Y. 2015) (permitting sealing of, among other things, "customer names").  Accordingly, Defendants now respectfully request that the Court enter an order (i) directing the Clerk to permanently seal Dkt. 61-5, and (ii) accept and deem filed the identical version of that document with one additional redaction applied, attached as Exhibit 204 (Corrected).

Respectfully submitted,

 */s/ Steven N. Feldman*
Steven N. Feldman
of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF)