**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br>              Plaintiff, <br><br>    v. <br><br>HIRSH JAIN, RADHA JAIN, and JOANNA COHEN, <br><br>              Defendants. | Civil Action No. 25-cv-08985-JPO <br><br> Hon. J. Paul Oetken |

**SUPPLEMENTAL DECLARATION OF HARRIS MUFSON IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

I, Harris Mufson, declare under penalty of perjury, pursuant to 29 U.S.C. § 1746:

1. I am an attorney authorized to practice before this court and am a member in good standing of the bar of the State of New York.

2. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Plaintiff Palantir Technologies Inc. ("Palantir"). I am fully familiar with the facts set forth in this Declaration.

3. I make this declaration in support of Palantir's Reply In Support of Its Application for a Preliminary Injunction in this action.

4. Attached hereto as **Exhibit 104** is a true and correct copy of excerpts of the transcript of the November 21, 2025 deposition of Radha Jain. The parties have designated portions of Exhibit 104 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

5. Attached hereto as **Exhibit 105** is a true and correct copy of excerpts of the transcript of the November 24, 2025 deposition of Joanna Cohen. The parties have designated portions of Exhibit 105 as Protected Discovery Material under the Parties' Stipulated Protective

Order, and the exhibit will be filed provisionally under seal.

6. Attached hereto as **Exhibit 106** is a true and correct copy of excerpts of the transcript of the December 4, 2025 deposition of Jonathan Jungck. The parties have designated portions of Exhibit 106 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

7. Attached hereto as **Exhibit 107** is a true and correct copy of the November 14, 2024 email thread between Hirsh Jain and Quentin Clark, produced in this action bearing the Bates number PERCEPTA_GC_0000169. Defendants have designated Exhibit 107 as Protected Discovery Material under the Parties' Stipulated Protective Order, and have requested that Palantir file this exhibits provisionally under seal.

8. Attached hereto as **Exhibit 108** is a true and correct copy of excerpts of the transcript of the November 25, 2025 deposition of Thomas Mathew. The parties have designated portions of Exhibit 108 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

9. Attached hereto as **Exhibit 109** is a true and correct copy of excerpts of the transcript of the November 20, 2025 deposition of Shawn Greenspan. The parties have designated portions of Exhibit 109 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

10. Attached hereto as **Exhibit 110** is a true and correct copy of a January 8, 2026 letter from Latham & Watkins.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed: January 20, 2026

_____

Harris Mufson

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.3805
Fax: 212.817.9505
HMufson@gibsondunn.com