UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> HIRSH JAIN, RADHA JAIN, and JOANNA COHEN, <br><br> Defendants. | Case No. 1:25-cv-08985-JPO |

**DECLARATION OF STEVEN N. FELDMAN IN FURTHER SUPPORT OF DEFENDANTS' OPPOSITION TO PALANTIR TECHNOLOGIES INC.'S RENEWED APPLICATION FOR A PRELIMINARY INJUNCTION PURSUANT TO FED. R. EVID. 106 AND RULE 5(E)(ii) OF JUDGE J. PAUL <u>OETKEN'S INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES</u>**

I, Steve Feldman, declare under penalty of perjury, pursuant to 29 U.S.C. § 1746:

1.  I am an attorney authorized to practice before this court and am a member in good standing of the bar of the State of New York.

2.  I am a partner at the law firm of Latham & Watkins LLP, attorneys for Defendants Hirsh Jain, Radha Jain, and Joanna Cohen. I am fully familiar with the facts set forth in this Declaration.

3.  I make this declaration in further support of Defendants' Opposition to Palantir Technologies Inc.'s ("Palantir") Renewed Application for a Preliminary Injunction pursuant to Fed. R. Evid. 106 and Rule 5(E)(ii) of Judge J. Paul Oetken's Individual Rules and Practices in Civil Cases.

4.  Attached hereto as **Exhibit 248** is a true and correct copy of excerpts of the Deposition Transcript of Radha Jain, dated November 21, 2025. The parties have designated

portions of Exhibit 248 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

5.  Attached hereto as **Exhibit 249** is a true and correct copy of excerpts of the Deposition Transcript of Joanna Cohen, dated November 24, 2025. The parties have designated portions of Exhibit 249 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

6.  Attached hereto as **Exhibit 250** is a true and correct copy of excerpts of the Deposition Transcript of the Corporate Representative of Palantir, Jonathan Jungck, dated December 4, 2025. Palantir has designated portions of Exhibit 250 as Protected Discovery Material under the Parties' Stipulated Protective Order, and has requested that Defendants file this exhibit provisionally under seal.

7.  Attached hereto as **Exhibit 251** is a true and correct copy of excerpts of the Deposition Transcript of Thomas Mathew, dated November 25, 2025. The parties have designated portions of Exhibit 251 as Protected Discovery Material under the Parties' Stipulated Protective Order, and the exhibit will be filed provisionally under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 23, 2026

By: _____
Steven N. Feldman