# Exhibit 248
# Provisionally Filed Under Seal