UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALANTIR TECHNOLOGIES INC.,

    *Plaintiff*,

v.

RADHA JAIN, JOANNA COHEN, and HIRSH JAIN,

    *Defendants*.

Case No. 1:25-cv-08985-JPO

## **CERTIFICATE OF SERVICE**

I, Steven N. Feldman, hereby certify that on January 23, 2026, I caused all counsel of record for Plaintiff Palantir Technologies, Inc., to be served with true and accurate copies of the sealed Declaration of Steven Feldman and the sealed exhibits attached thereto, Dkt. 85, via email.

The documents were served upon the following:

Harris M. Mufson
Justin M. DiGennaro
Zachary A. Schreiber
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
hmufson@gibsondunn.com
jdigennaro@gibsondunn.com
zschreiber@gibsondunn.com

Ilissa Samplin
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
isamplin@gibsondunn.com

Dated: January 23, 2026		LATHAM & WATKINS LLP

By: _____

Steven N. Feldman
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1747
Facsimile: (212) 751-4864
steve.feldman@lw.com

*Attorney for Hirsh Jain, Radha Jain,
 and Joanna Cohen*