UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALANTIR TECHNOLOGIES, INC.,
                      Plaintiff,

-v-                                   25-CV-8985 (JPO)

RADHA JAIN, *et al.*,                      ORDER
                      Defendants.

J. PAUL OETKEN, District Judge:

      On today's date, the Court has issued an Opinion and Order (the "Opinion") granting in part and denying in part Palantir's motion for a preliminary injunction. Because the Opinion includes confidential information, it has been filed under seal. A redacted version of the Opinion will be filed on the docket after the Court approves appropriate redactions proposed by the parties. For the reasons explained in the Opinion:

      (1) Palantir's motion for a preliminary injunction is GRANTED as to

- the claims against Radha Jain and Hirsh Jain for breach of their employee non-solicitation obligations; and

- the claim against Joanna Cohen for breach of her confidentiality obligations.

      (2) Palantir's motion for a preliminary injunction is DENIED as to

- the claims against Radha Jain and Cohen for breach of their non-compete obligations;

- the claim against Cohen for breach of her customer non-solicitation obligations; and

- the claim against Hirsh Jain for tortious interference.

      SO ORDERED.

Dated: February 18, 2026
       New York, New York

                                                      _____
                                                           J. PAUL OETKEN
                                                        United States District Judge