**GIBSON DUNN**

Harris M. Mufson
Partner
T: +1 212.351.3805
M: +1 917.922.1740
hmufson@gibsondunn.com

February 18, 2026

VIA ELECTRONIC FILING

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:   *Palantir Technologies Inc. v. Hirsh Jain, Radha Jain, and Joanna Cohen*, No. 1:25-cv-08985-JPO (S.D.N.Y.)

Dear Judge Oetken:

  We represent Plaintiff Palantir Technologies Inc. ("Palantir") in the above-referenced matter and write to request clarification with respect to one aspect of Your Honor's February 18, 2026 Opinion and Order (ECF No. 90, the "Order"). In the Order, Your Honor applies the mandatory tolling provisions in Defendants Hirsh Jain and Radha Jain's Proprietary Information and Inventions Agreements. *Id*. at 4-5. The Order applies these mandatory tolling provisions because the Order enjoins Defendants Hirsh Jain and Radha Jain from violating their employee non-solicitation obligations "from the date of entry of the Stipulated TRO" (as opposed to the date their respective employments with Palantir ended). *Id*. at 40. This makes sense for Radha Jain because she has been subject to the Stipulated TRO since it was entered on November 3, 2025. Hirsch Jain, however, was never subject to the Stipulated TRO because he was not a Defendant at the time the Stipulated TRO was entered. Accordingly, Palantir respectfully requests clarification that the Court intended for the Order enforcing Defendant Hirsh Jain's employee non-solicitation obligations to run from the date of the Order and not "from the date of entry of the Stipulated TRO."

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*[signature]*

Harris M. Mufson