UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALANTIR TECHNOLOGIES, INC.,
                    Plaintiff,

-v-

RADHA JAIN, *et al.*,
                    Defendants.

25-CV-8985 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On February 18, 2026, the Court issued an Opinion and Order (the "Order") enjoining Defendants Hirsh Jain and Radha Jain from violating their employee non-solicitation obligations from the date of entry of the stipulated temporary restraining order (the "Stipulated TRO") entered on November 3, 2025. (ECF No. 90 at 40.) However, Hirsh Jain was not subject to the Stipulated TRO. (*See* ECF No. 22.) Accordingly, the Order is hereby amended as follows:

Hirsh Jain and Radha Jain are enjoined from soliciting, recruiting, attempting to solicit, or attempting to recruit Palantir employees. Hirsh Jain is enjoined for twelve months from the date of entry of the Order, February 18, 2026, and Radha Jain is enjoined for twenty-four months from the date of entry of the Stipulated TRO, November 3, 2025.

SO ORDERED.

Dated: March 2, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge