**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>HIRSH JAIN, RADHA JAIN, and JOANNA COHEN<br><br>                    Defendants. | Civil Action No. 25-cv-08985-JPO<br><br>Hon. J. Paul Oetken |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated May 5, 2026, and the declaration of Justin DiGennaro and exhibits appended thereto, and upon all prior pleadings and proceedings herein, and such argument as may be received by this Court at the time of hearing, Plaintiff Palantir Technologies Inc. will respectfully move this Court, before the Honorable J. Paul Oetken in Courtroom 706 of the United States District Court for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Federal Rule of Civil Procedure 65 and this Court's inherent powers entering a Forensic Inspection and Remediation Protocol as set forth in the Memorandum of Law submitted herewith, and such other relief as this Court deems just and proper.

1

Respectfully submitted,

Dated: May 5, 2026

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Harris M. Mufson*

Harris M. Mufson
Ilissa Samplin
Justin M. DiGennaro
Zachary A. Schreiber

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: 212-351-4000
hmufson@gibsondunn.com
jdigennaro@gibsondunn.com
zschreiber@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000
isamplin@gibsondunn.com

*Attorneys for Plaintiff Palantir Technologies, Inc.*

2