**Steven N. Feldman**
Direct Dial: +1.212.906.1821
steve.feldman@lw.com

LATHAM & WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES
Austin, Beijing, Boston, Brussels, Chicago, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, Houston, London, Los Angeles, Madrid, Milan, Munich, New York, Orange County, Paris, Riyadh, San Diego, San Francisco, Seoul, Silicon Valley, Singapore, Tel Aviv, Tokyo, Washington, D.C.

May 19, 2026

**VIA ECF**

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY 10007

Re: *Palantir Technologies Inc. v. Jain et al.*, No. 1:25-cv-08985-JPO

Dear Judge Oetken:

We write on behalf of Defendants Radha Jain, Joanna Cohen, and Hirsh Jain (collectively, "Defendants") in the above-referenced matter. Defendants are filing herewith their opposition to Plaintiff Palantir Technologies, Inc.'s ("Palantir") motion for a forensic inspection and remediation protocol. *See* Dkts. 109–11.

Defendants' opposition is supported by the Declaration of Amanda LaGuardia and an accompanying exhibit. Because that exhibit contains information that Palantir has designated as "Confidential" or "Highly Confidential" pursuant to the stipulated protective order, Dkt. 29, Defendants respectfully request that it be maintained under provisional seal. Although Defendants take no position on the accuracy of Palantir's assertion of confidentiality, they wish to avoid any inadvertent disclosure of confidential business information and to allow Palantir to be heard consistent with Your Honor's Individual Rules.

Pursuant to Your Honor's Individual Rule 6(C)(i), Defendants will notify Palantir "that it must file, within three business days, a letter explaining the need to seal or redact" the information in the exhibit.

Respectfully submitted,

*/s/ Steven N. Feldman*
Steven N. Feldman
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)