**GIBSON DUNN**

Harris Mufson
Partner

T: +1 212.351.3805

May 20, 2026

VIA ECF

The Honorable J. Paul Oetken
United State District Judge
40 Foley Square
New York, NY 10007

Re:    *Palantir Technologies Inc. v. Radha Jain and Joanna Cohen*, No. 1:25-cv-08985-JPO
(S.D.N.Y.)

Dear Judge Oetken,

    We represent Plaintiff Palantir Technologies Inc. in the above-captioned action and write
in response to Defendants' letter motion to seal Ex. A to the Declaration of Amanda LaGuardia,
ECF No. 115-1. Palantir does not object to this document being filed on the public docket.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

Harris Mufson
Partner