UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PALANTIR TECHNOLOGIES INC.,

                                    Plaintiff,

    v.

HIRSH JAIN, RADHA JAIN, and JOANNA
COHEN,

                                    Defendants.

Case No. 25-cv-08985-JPO

---

## DECLARATION OF AMANDA LAGUARDIA

I, Amanda LaGuardia, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      My name is Amanda LaGuardia, and I am a Manager of Forensic Technology & Consulting at TransPerfect Legal. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Forensic Inspection. I have personal knowledge of the matters set forth herein, based on my personal experience, and, if called to testify as a witness, I could and would testify competently thereto.

2.      TransPerfect conducted a forensic imaging and collection of Defendant Joanna Cohen's iPhone on November 4, 2025. An advanced logical extraction was performed using Cellebrite's UFED imaging software. The collection extracted chats, instant messages, contacts, calendar entries, call logs, audio files, document files, voicemail recordings, images, videos and notes. TransPerfect performed a collection of Ms. Cohen's personal email account and Google Drive materials at the same time.

3.    I understand that, following this imaging and collection, counsel for Ms. Cohen searched her data and identified certain images relevant to this dispute, which were disclosed to opposing counsel (the "Images").

4.    Subsequently, counsel for Ms. Cohen asked me to conduct additional technical searches related to the Images, in an effort to determine whether any had been disseminated beyond Ms. Cohen's device.

5.    I performed a search for the Images within Cellebrite Inseyets Physical Analyzer. These searches were conducted in the Global Search bar, as well as the sub-search bars within the Chats, Instant Messages, Emails, Images, and Videos. I performed the searches utilizing the Images' filenames and hash values, as well as filtering utilizing the Images' date and time metadata within the timeline view.  I additionally performed the searches in Magnet Axiom to cross-reference the results.  Both tools reflected the same results.

6.    As a result of these searches, my team and I identified evidence that one of the Images was sent as an attachment in a text message to Jared Tramontano on February 26, 2025, at 12:01 PM EST.  A true and correct copy of the Image sent to Mr. Tramontano is attached hereto as Exhibit A.

7.    My team did not identify any further evidence that suggests any of the Images were disseminated from Ms. Cohen's device.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 19, 2026
Bayonne, NJ

Amanda LaGuardia