# Exhibit A

**12:01**

 **Steve Lamont**

**Joanna Cohen** 5:02 PM
Hi Steve! I was just hoping to ask for your advice on leaving logistics. For context, I'm leaving the country next week on my honeymoon, but was hoping to keep working (mainly email, Slack, quip) on Monday, since there are some team members that are OOTO this week and I want to ensure we can communicate (even if async) for at least a day when they're back to make sure they have all the things they need.

My initial plan was to return my laptop on Friday or over the weekend, but keep access through my phone until Monday. However, I noticed that the exit sync meeting (scheduled for Monday) requires my laptop for it.

Do you think it would be possible to do the exit interview on Friday, after/during which I return my laptop, but not officially leave until Monday so I can align with the people OOTO? Just want to try avoiding bringing my laptop abroad if possible.

**Today**                                              NEW

 **Steve Lamont** 10:02 AM
Hey - who are the peeps that are OOO?

Form a risk perspective we would prefer to do it all on the same day, so we could move the exit forward to Friday. However, this would also cut all your access

+ Message Steve Lamont



Home          DMs          Activity